John R. Ashmead, Esq. (*pro hac vice* admission pending)
Gregg S. Bateman, Esq. (*pro hac vice* admission pending)
Catherine V. LoTempio, Esq. (*pro hac vice* admission pending)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY  10004
T:  (212) 574-1436
F:  (212) 480-8421
ashmead@sewkis.com
bateman@sewkis.com
lotempio@sewkis.com

- and -

Michael E. Hastings (Virginia Bar No. 36090)
Richard C. Maxwell (Virginia Bar No. 23554)
WOODS ROGERS PLC
901 East Byrd Street, Suite 1550
Richmond, Virginia  23219
T: (804) 956-2049
M: (540) 798-8133
mhastings@woodsrogers.com
rmaxwell@woodsrogers.com

*Counsel for Wilmington Savings Fund Society, FSB,
as Prepetition Term Agent and DIP Agent*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CHINOS HOLDINGS, INC. , *et al.* | Case No. 20-32181 |
| | (Joint Administration Requested) |
| Debtors.[1] | |

**ORDER GRANTING MOTION FOR ADMISSION
*PRO HAC VICE* OF JOHN R. ASHMEAD**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal taxpayer identification number, as applicable, are Chinos Holdings, Inc. (3834); Chinos Intermediate Holdings A, Inc. (3301); Chinos Intermediate, Inc. (3871) Chinos Intermediate Holdings B, Inc. (3244); J. Crew Group, Inc. (4486); J. Crew Operating Corp. (0930); Grace Holmes, Inc. (1409); H.F.D. No. 55, Inc. (9438); J. Crew Inc. (6360); J. Crew International, Inc. (2712); J. Crew Virginia, Inc. (5626); Madewell Inc. (8609); J. Crew Brand Holdings, LLC (7625); J. Crew Brand Intermediate, LLC (3860); J. Crew Brand, LLC (1647); J. Crew Brand Corp. (1616); J. Crew Domestic Brand, LLC (8962); and J. Crew International Brand, LLC (7471).  The Debtors' corporate headquarters and service address is 225 Liberty St., New York, NY  10281.

The matter came before the Court upon the Motion for Admission Pro Hac Vice of John R. Ashmead (the "Motion") filed by Michael E. Hastings ("Movant"), seeking admission *pro hac vice* for John R. Ashmead, of the law firm of Seward & Kissel LLP, in the above-referenced bankruptcy cases (the "Bankruptcy Cases") pursuant to Local Bankruptcy Rule 2009-1(E). After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and it is appropriate that John R. Ashmead be authorized to practice *pro hac vice* before the Court in these Bankruptcy Cases and any related adversary proceedings, it is hereby

ORDERED as follows:

1. The Motion is hereby GRANTED.

2. John R. Ashmead of the law firm of Seward & Kissel LLP is hereby admitted to appear in these Bankruptcy Cases and any related adversary proceedings *pro hac vice* pursuant to Local Bankruptcy Rule 2090-1(E)(2) on behalf of Wilmington Savings Fund Society, FSB, as the administrative agent and collateral agent under the Prepetition Term Credit Agreement (in such capacity, the ("Prepetition Term Agent") and the administrative agent and collateral agent under the DIP Credit Agreement (in such capacity, the "DIP Agent").

I ASK FOR THIS:

/s/ Michael E. Hastings

Michael E. Hastings (Virginia Bar No. 36090)
WOODS ROGERS PLC
901 East Byrd Street, Suite 1550
Richmond, Virginia  23219
T: (804) 956-2049
M: (540) 798-8133
mhastings@woodsrogers.com

*Counsel for Wilmington Savings Fund Society, FSB,
as Prepetition Term Agent and DIP Agent*

May 5 2020

/s/ Keith L. Phillips

Entered on Docket: May 5 2020

## RULE 9022-1 CERTIFICATION

I hereby certify that the foregoing proposed order has been endorsed by all necessary parties.

/s/ *Michael E. Hastings*
*Counsel for Wilmington Savings Fund Society*

United States Bankruptcy Court
Eastern District of Virginia

In re:
Chinos Holdings, Inc.
    Debtor

Case No. 20-32181-KLP
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0422-7     User: cummingsj     Page 1 of 2     Date Rcvd: May 05, 2020
                     Form ID: pdford9     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         +E-mail/Text: ustpregion04.rh.ecf@usdoj.gov May 06 2020 04:03:47      UST smg Richmond,
        Office of the U. S. Trustee,   701 East Broad St., Suite 4304,   Richmond, VA 23219-1849
                                                                                                          TOTAL: 1

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2020                                                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2020 at the address(es) listed below:

        Christopher A. Jones    on behalf of Creditor    TPG Partners VI, LP cajones@wtplaw.com,
         clano@wtplaw.com,jwilson@wtplaw.com
        Christopher L. Perkins    on behalf of Creditor    Westfield, LLC and certain of its affliates
         cperkins@eckertseamans.com
        Douglas M. Foley    on behalf of Creditor    Bank of America, N.A. dfoley@mcguirewoods.com,
         mcguire-8660@ecf.pacerpro.com;sbentley@mcguirewoods.com
        H. Elizabeth Weller    on behalf of Creditor    Dallas County Dallas.Bankruptcy@publicans.com
        H. Elizabeth Weller    on behalf of Creditor    Tarrant County Dallas.Bankruptcy@publicans.com
        Henry Pollard Long, III    on behalf of Debtor    Chinos Holdings, Inc. hlong@huntonAK.com,
         tcanada@huntonAK.com
        James Scott Krein    on behalf of Creditor    Amerishop Suburban, L.P. jsk@kreinlaw.com
        Jeffrey Kurtzman    on behalf of Creditor    PREIT Services, LLC, as agent for Cherry Hill Center,
         LLC kurtzman@kurtzmansteady.com
        Jeffrey Kurtzman    on behalf of Creditor    PREIT Services, LLC, as agent for WG Park, L.P.
         kurtzman@kurtzmansteady.com
        Jennifer McLain McLemore    on behalf of Creditor    Urban Edge Properties, L.P.
         jmclemore@williamsmullen.com,   avaughn@williamsmullen.com
        Jennifer McLain McLemore    on behalf of Creditor    CenterCal Properties, LLC
         jmclemore@williamsmullen.com,   avaughn@williamsmullen.com
        Jennifer McLain McLemore    on behalf of Creditor    EDENS jmclemore@williamsmullen.com,
         avaughn@williamsmullen.com
        Jennifer McLain McLemore    on behalf of Creditor    Brixmor Operating Partnership LP
         jmclemore@williamsmullen.com,   avaughn@williamsmullen.com
        John P. Fitzgerald, III    USTPRegion04.RH.ECF@usdoj.gov
        Kristen N. Pate    on behalf of Creditor    Brookfield Property REIT, Inc.
         bk@brookfieldpropertiesretail.com
        Lawrence Allen Katz    on behalf of Creditor    Washington Prime Group Inc. lkatz@hirschlerlaw.com,
         lrodriguez@hirschlerlaw.com
        Lynn L. Tavenner    on behalf of Creditor    Ad Hoc Committee ltavenner@tb-lawfirm.com,
         sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
        Michael D. Mueller    on behalf of Creditor    Northwood PL A, L.P. mmueller@williamsmullen.com,
         avaughn@williamsmullen.com;beastham@williamsmullen.com
        Michael E. Hastings    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB
         mhastings@woodsrogers.com,   clichtenstein@woodsrogers.com
        Nathan Kramer    on behalf of Debtor    Chinos Holdings, Inc. nkramer@huntonAK.com,
         tcanada@huntonak.com
        Owen M. Sonik    on behalf of Creditor    Spring Branch Independent School District
         osonik@pbfcm.com,   tpope@pbfcm.com;osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com
        Owen M. Sonik    on behalf of Creditor    City of Houston osonik@pbfcm.com,
         tpope@pbfcm.com;osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

```
District/off: 0422-7               User: cummingsj           Page 2 of 2                  Date Rcvd: May 05, 2020
                                   Form ID: pdford9          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Paula S. Beran    on behalf of Creditor    Ad Hoc Committee pberan@tb-lawfirm.com, ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Ronald M. Tucker    on behalf of Creditor    Simon Property Group, Inc. rtucker@simon.com, bankruptcy@simon.com
          Sarah Beckett Boehm    on behalf of Creditor    Bank of America, N.A. sboehm@mcguirewoods.com
          Stephen A. Metz    on behalf of Creditor    Thruway Shopping Center LLC smetz@offitkurman.com, mmargulies@offitkurman.com
          Stephen A. Metz    on behalf of Creditor    Simon Property Group, Inc. smetz@offitkurman.com, mmargulies@offitkurman.com
          Tyler P. Brown    on behalf of Debtor    Chinos Holdings, Inc. tpbrown@huntonak.com, tcanada@huntonak.com

                                                                    TOTAL: 28