| | |
|---|---|
| **WEIL, GOTSHAL & MANGES LLP** | **HUNTON ANDREWS KURTH LLP** |
| Ray C. Schrock, P.C. (admitted *pro hac vice*) | Tyler P. Brown (VSB No. 28072) |
| Ryan Preston Dahl (admitted *pro hac vice*) | Henry P. (Toby) Long, III (VSB No. 75134) |
| Candace M. Arthur (admitted *pro hac vice*) | Nathan Kramer (VSB No. 87720) |
| Daniel Gwen (admitted *pro hac vice*) | Riverfront Plaza, East Tower |
| 767 Fifth Avenue | 951 East Byrd Street |
| New York, New York  10153 | Richmond, Virginia 23219 |
| Telephone:  (212) 310-8000 | Telephone:  (804) 788-8200 |
| Facsimile:  (212) 310-8007 | Facsimile:  (804) 788-8218 |

*Proposed Attorneys for Debtors and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

------------------------------------------------------------ x
                                                             :
In re                                                        :    Chapter 11
                                                             :
**CHINOS HOLDINGS, INC.,** *et al.*,                         :    Case No. 20–32181 (KLP)
                                                             :
                                              Debtors.[1]    :    (Jointly Administered)
                                                             :
------------------------------------------------------------ x

### NOTICE OF MOTIONS AND NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on May 14, 2020, Chinos Holdings, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the following (collectively, the "**Filings**") with the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "**Court**"):

    (i)    *Application of Debtors for Authority to Retain and Employ Weil, Gotshal & Manges LLP as Attorneys for Debtors, Effective as of the Petition Date;*

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Chinos Holdings, Inc. (3834); Chinos Intermediate Holdings A, Inc. (3301); Chinos Intermediate, Inc. (3871); Chinos Intermediate Holdings B, Inc. (3244); J. Crew Group, Inc. (4486); J. Crew Operating Corp. (0930); Grace Holmes, Inc. (1409); H.F.D. No. 55, Inc. (9438); J. Crew Inc. (6360); J. Crew International, Inc. (2712); J. Crew Virginia, Inc. (5626); Madewell Inc. (8609); J. Crew Brand Holdings, LLC (7625); J. Crew Brand Intermediate, LLC (3860); J. Crew Brand, LLC (1647); J. Crew Brand Corp. (1616); J. Crew Domestic Brand, LLC (8962); and J. Crew International Brand, LLC (7471).  The Debtors' corporate headquarters and service address is 225 Liberty St., New York, NY 10281.

(ii) *Application of Debtors for Entry of an Order Authorizing the Employment and Retention of Hunton Andrews Kurth LLP as Co-Counsel for the Debtors Effective as of the Petition Date*;

(iii) *Application of Debtors for Authority to Retain and Employ Alixpartners, LLP, as Financial Advisor for the Debtors, Effective as of the Petition Date;*

(iv) *Application of Debtors for (I) Authority to Retain and Employ Lazard Frères & Co. LLC as Investment Banker, Effective as of Petition Date, (II) Modifying Certain Time-Keeping Requirements, and (III) Granting Related Relief;*

(v) *Motion of Debtors for Entry of an Order (I) Authorizing Debtors to Retain and Employ Professionals Utilized in the Ordinary Course of Business, Effective as of Petition Date, and (II) Granting Related Relief;*

(vi) *Motion of Debtors for Entry of Order (I) Establishing a General Bar Date to File Proofs of Claim, (II) Establishing a Bar Date to File Proofs of Claim by Governmental Units, (III) Establishing an Amended Schedules Bar Date, (IV) Establishing a Rejection Damages Bar Date, (V) Approving the Form and Manner for Filing Proofs of Claim, (VI) Approving the Proposed Notice of Bar Dates, and (VII) Granting Related Relief;*

(vii) *Application of Debtors for (I) Authority to Retain and Employ Hilco Real Estate, LLC as Real Estate Consultants, Effective As of Petition Date, (II) Waiving Certain Time-Keeping Requirements, and (III) Granting Related Relief;*

(viii) *Motion of Debtors for Entry of an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and (II) Granting Related Relief*;

(ix) *Application of Debtor J. Crew Operating Corp., Pursuant to 11 U.S.C. §§ 105(a), 327(e), and 328(a), Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules 2014-1 and 2016-1, for Entry of an Order Authorizing Employment and Retention of Quinn Emanuel Urquhart & Sullivan, LLP; and*

(x) *Application of Debtor J. Crew Operating Corp., Pursuant to 11 U.S.C. §§ 105(a), 327(a), and 328(a), Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules 2014-1 and 2016-1, for Entry of an Order Authorizing Employment and Retention of Goldin Associates, LLC.*

**PLEASE TAKE FURTHER NOTICE** that a copy of each of the Filings may be obtained at no charge at https://www.omniagentsolutions.com/chinos or for a fee at https://ecf.vaeb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE that <u>your rights may be affected</u>. You should read the Filings carefully and discuss them with your attorney, if you have one in the chapter 11 cases. If you do not have an attorney, you may wish to consult one.**

**PLEASE TAKE FURTHER NOTICE** that on May 5, 2020, the Court entered the *Order Establishing Certain Notice, Case Management and Administrative Procedures* [Doc. No. 77] (the "<u>Case Management Order</u>"),[2] which approved certain notice, case management and administrative procedures attached as Exhibit 1 to the Case Management Order (the "<u>Case Management Procedures</u>"). The Case Management Procedures, among other things, prescribe the manner in which Objections must be filed and served and set forth when certain hearings will be conducted. A copy of the Case Management Order may be obtained at no charge at https://www.omniagentsolutions.com/chinos or for a fee at https://ecf.vaeb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested in the Filings, or if you want the Court to consider your views on the Filings, then, by **May 25, 2020** (the "**Response Deadline**"), you or your attorney must:

- ☒ File with the Court, either electronically or at the address shown below, a written response to the applicable Filing pursuant to Rule 9013-1(H) of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia and the Case Management Procedures. If you mail your written response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the Response Deadline.

  **If a response is not properly and timely filed and served, the Court may deem any opposition waived, treat the Filings as conceded and enter appropriate orders granting the requested relief without further notice or hearing.**

  > Clerk of the Court
  > United States Bankruptcy Court
  > 701 East Broad Street, Suite 4000
  > Richmond, Virginia 23219

  In accordance with the Case Management Procedures, you must also serve a copy of your written response on the Core Parties, the 2002 List Parties and any Affected Entity so that the response is received on or before the Response Deadline.

- ☒ Attend a telephonic hearing before the Honorable Keith L. Phillips, United States Bankruptcy Judge, at **11:00 a.m. (prevailing Eastern Time) on May 28, 2020** (the "**Hearing**"). Parties must participate in the Hearing telephonically through CourtSolutions. Parties may participate through CourtSolutions without the need for filing a separate motion requesting authorization to appear telephonically. Information regarding telephonic appearances through CourtSolutions is available on the Court's website at http://www.vaeb.uscourts.gov.

---

[2] Capitalized Terms used but note defined herein shall have the meaning ascribed to such terms in the Case Management Order

**PLEASE TAKE FURTHER NOTICE** that you should consult the Case Management Procedures before filing any written response to the Filings.

Dated: May 14, 2020
      Richmond, Virginia

*/s/ Henry P. (Toby) Long, III*
HUNTON ANDREWS KURTH LLP
Tyler P. Brown (VSB No. 28072)
Henry P. (Toby) Long, III (VSB No. 75134)
Nathan Kramer (VSB No. 87720)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone:  (804) 788-8200
Facsimile:   (804) 788-8218

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Ryan Preston Dahl (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
Daniel Gwen (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

*Proposed Attorneys for Debtors
and Debtors in Possession*

085105.0000010 EMF_US 80316627v1