| | |
|---|---|
| **WEIL, GOTSHAL & MANGES LLP** | **HUNTON ANDREWS KURTH LLP** |
| Ray C. Schrock, P.C. (admitted *pro hac vice*) | Tyler P. Brown (VSB No. 28072) |
| Ryan Preston Dahl (admitted *pro hac vice*) | Henry P. (Toby) Long, III (VSB No. 75134) |
| Candace M. Arthur (admitted *pro hac vice*) | Nathan Kramer (VSB No. 87720) |
| Daniel Gwen (admitted *pro hac vice*) | Riverfront Plaza, East Tower |
| 767 Fifth Avenue | 951 East Byrd Street |
| New York, New York  10153 | Richmond, Virginia 23219 |
| Telephone:  (212) 310-8000 | Telephone:  (804) 788-8200 |
| Facsimile:  (212) 310-8007 | Facsimile:   (804) 788-8218 |

*Proposed Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

------------------------------------------------------------ x
:
In re                                                                        :    **Chapter 11**
:
**CHINOS HOLDINGS, INC., *et al.*,**              :    Case No. 20–32181 (KLP)
:
Debtors.[1]                                                      :    (Jointly Administered)
:
------------------------------------------------------------ x

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF DEBTORS FOR
ENTRY OF ORDER (I) EXTENDING TIME FOR PERFORMANCE OF
OBLIGATIONS ARISING UNDER UNEXPIRED NON-RESIDENTIAL REAL
<u>PROPERTY LEASES, AND (II) GRANTING RELATED RELIEF</u>**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On May 4, 2020, Chinos Holdings, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases, filed the *Motion of Debtors for Entry of Order (I) Extending Time for Performance of Obligations Arising Under Unexpired*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Chinos Holdings, Inc. (3834); Chinos Intermediate Holdings A, Inc. (3301); Chinos Intermediate, Inc. (3871); Chinos Intermediate Holdings B, Inc. (3244); J. Crew Group, Inc. (4486); J. Crew Operating Corp. (0930); Grace Holmes, Inc. (1409); H.F.D. No. 55, Inc. (9438); J. Crew Inc. (6360); J. Crew International, Inc. (2712); J. Crew Virginia, Inc. (5626); Madewell Inc. (8609); J. Crew Brand Holdings, LLC (7625); J. Crew Brand Intermediate, LLC (3860); J. Crew Brand, LLC (1647); J. Crew Brand Corp. (1616); J. Crew Domestic Brand, LLC (8962); and J. Crew International Brand, LLC (7471).  The Debtors' corporate headquarters and service address is 225 Liberty St., New York, NY 10281.

*Non-Residential Real Property Leases, and (II) Granting Related Relief* [Docket No. 23] (the "**365(d)(3) Motion**").

2.  The Debtors scheduled a telephonic hearing on the 365(d)(3) Motion for May 21, 2020, at 11:00 a.m. (prevailing Eastern Time), and the deadline to file a response to the 365(d)(3) Motion was May 14, 2020 . See *Notice of Motion and Notice of Hearing* [Docket No. 137].

3.  Pursuant to paragraph 18(g) of the Notice, Case Management and Administrative Procedures attached as Schedule 1 to the *Order Establishing Certain Notice, Case Management and Administrative Procedures,* the Debtors are adjourning the telephonic hearing on 365(d)(3) Motion until **May 26, 2020, at 10:00 A.M. (prevailing Eastern Time)** (the "**Hearing**").  Parties must participate in the Hearing telephonically through CourtSolutions. Parties may participate through CourtSolutions without the need for filing a separate motion requesting authorization to appear telephonically.  Information regarding telephonic appearances through CourtSolutions is available on the Court's website at http://www.vaeb.uscourts.gov.

4.  In addition, except as expressly agreed among the Debtors and any applicable party in interest, **the deadline to respond to the 365(d)(3) Motion remains May 14, 2020**.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated: May 19, 2020
Richmond, Virginia

*/s/ Henry P. (Toby) Long, III*
HUNTON ANDREWS KURTH LLP
Tyler P. Brown (VSB No. 28072)
Henry P. (Toby) Long, III (VSB No. 75134)
Nathan Kramer (VSB No. 87720)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200
Facsimile:  (804) 788-8218

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Ryan Preston Dahl (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
Daniel Gwen (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone: (212) 310-8000
Facsimile:  (212) 310-8007

*Proposed Attorneys for Debtors
and Debtors in Possession*