**LAZARUS & LAZARUS, P.C.**
240 Madison Avenue, 8th Floor
New York, New York 10016
Telephone: (212) 889-7400
Facsimile: (212) 684-0314

May 12, 2020

*Via Federal Express Mail To:*

U.S. Bankruptcy Court
701 East Broad Street, Suite 4000
Richmond, VA 23219-1888
Attn: Clerk of the Court

[FILED stamp: RICHMOND DIVISION, MAY 2020, CLERK U.S. BANKRUPTCY COURT]

Re:   In Re: Chinos Chinos Holdings, Inc., et al.
      Case No.: 20-32181-KLP

Dear Sir or Madame:

My firm is counsel to R.K. INDUSTRIES IV ("R.K. Industries").

Enclosed herewith please find R.K. Industries' Notice of Reclamation ("Notice of Reclamation") regarding the above referenced debtors.

As my firm does not have ECF capabilities in your district, we ask that the attached Notice of Reclamation be filed by your office, and a copy stamped "received" sent back to our office in the enclosed self-addressed stamp envelope.

Respectfully submitted,

LAZARUS & LAZARUS, P.C.

By:   /S/ Harlan M. Lazarus, Esq.
      Harlan M. Lazarus, Esq.
      240 Madison Avenue, 8th Flr.
      New York, NY, 10016
      212-889-7400
      212-684-0314 (facsimile)

HML.qm-Encl.
Cc:   Hunton Andrews Kurth LLP (via electronic mail)
      Attn: Nathan Kramer, Esq.
      Attn: Henry Pollard Long, III, Esq.

LAZARUS & LAZARUS, P.C.
240 Madison Avenue, 8th Flr.
New York, NY 10016
Telephone: (212) 889-7400
Facsimile: (212-684-0314)
Hlazarus@lazarusandlazarus.com
Attorneys for the Creditor R.K. INDUSTRIES IV



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------X
In re:                                              Chapter 11

　　　Chinos Holdings, Inc., et al.              Case No.: 20-32181-KLP

　　　　　　Debtors
------------------------------------------X

## NOTICE BY R.K. INDUSTRIES IV OF DEMAND FOR RECLAMATION
## OR, ALTERNATIVELY, FOR PRIORITY CLAIM OR LIEN

R.K. INDUSTRIES IV ("R.K. Industries IV"), by its undersigned counsel, files the following Notice of Demand for Reclamation, or, Alternatively, for Priority Claim or Lien (the "Notice") and respectfully states as follows:

1. On or about May 4, 2020 (the "Petition Date"), Chinos Holdings, Inc. and several of its affiliates ("Chinos") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code"). Upon information and belief, no trustee or examiner has been appointed.

2. Before the Petition Date, R.K. Industries IV provided and shipped to Chinos certain products, which products were, upon information and belief, received by "J. Crew" Chinos while insolvent, within forty-five (45) days before the Petition Date.

3. Pursuant to section 546(c) of the Bankruptcy Code, a seller may make written demand for reclamation of the goods not later than 45 days after the date of receipt of the goods by the debtor or, if the 45-day period expires after the commencement of the case, not later than 20 days after the date of commencement of the case. 11 U.S.C. § 546(c)(1).

4. R.K. Industries IV hereby makes a demand to Chinos, pursuant to section 546(c) of the Bankruptcy Code and section 2-702 of the Uniform Commercial Code, for reclamation of the products delivered to Chinos, an itemization of which is set forth in Exhibit "A" attached hereto. In the alternative, R.K. Industries IV seeks an administrative priority claim or lien in the amount of as set forth on Exhibit "B" attached hereto.

5. The above-referenced products were sold to and received by Chinos in the ordinary course of R.K. Industries IV' business. Furthermore, upon information and belief, Chinos was insolvent when the products were sold and received.

6.  Pending your prompt return of the goods, all goods subject to R.K. Industries IV's right of reclamation must be protected and segregated by Chinos and shall not be used for any purpose whatsoever except those specifically authorized following notice and a hearing by the bankruptcy court having jurisdiction over Chinos' chapter 11 case.

7.  Furthermore, R.K. Industries IV does hereby assert an administrative claim pursuant to Bankruptcy Code Section 503(b)(9) for the value of goods R.K. Industries IV provided to Chinos within the 20 days immediately before the Petition Date ("20-Day Goods"). The amount owed by Chinos to R.K. Industries IV on account of the 20-Day Goods is not less than $1,403,332.12.

8.  This reclamation demand is made without prejudice to, and R.K. Industries IV reserves, all other rights, claims, demands, and remedies available to R.K. Industries IV, at law or in equity, including but not limited to, R.K. Industries IV retaining title to some or all of the goods.

9.  This Notice constitutes a timely written demand for reclamation upon Chinos Brand Corp.

WHEREFORE, having satisfied the requirements of section 546(c) of the Bankruptcy Code, R.K. Industries IV demands reclamation of its products or, in the alternative, an administrative priority claim or lien in its favor for the total value of the products. R.K. Industries IV also requests such other and further relief as this court deems just and proper.

Dated: May 12, 2020

Respectfully submitted,

LAZARUS & LAZARUS, P.C.
Harlan M. Lazarus, Esq. (NY State Bar No. 0268)
240 Madison Avenue, 8th Flr.
New York, NY 10016
212-889-7400
212-684-0314 facsimile
Hlazarus@lazarusandlazarus.com

EXHIBIT A – 20 DAYS

JCREW Goods Deliverd in the Last 20days in USA - FOR 503(b)(9) Claim

| Sl No | INVOICE NO | DATE | FCR DATE | PCS | Per PC value | | DATE GOOD REACH USA For Delivery to USA |
|---|---|---|---|---|---|---|---|
| 248 | RRREE2002516 | 05-Mar-20 | 09-Mar-20 | 441 | 14.33 | | 15 Apr 20 |
| 249 | RRREE2002517 | 05-Mar-20 | 09-Mar-20 | 540 | 14.58 | | 15-Apr-20 |
| 250 | RRREE2002518 | 05-Mar-20 | 09-Mar-20 | 533 | 14.36 | | 15 Apr 20 |
| 251 | RRREE2002519 | 05-Mar-20 | 09-Mar-20 | 969 | 16.00 | | 15 Apr 20 |
| 252 | RRREE2002520 | 05-Mar-20 | 09-Mar-20 | 431 | 14.60 | | 15 Apr 20 |
| 253 | RRREE2002521 | 05-Mar-20 | 09-Mar-20 | 376 | 15.03 | | 15 Apr 20 |
| 260 | RRREE2002573 | 09-Mar-20 | 16-Mar-20 | 5253 | 13.10 | | 18 Apr 20 |
| 261 | RRREE2002574 | 09-Mar-20 | 16-Mar-20 | 2,349 | 13.10 | | 18 Apr 20 |
| 262 | RRREE2002575 | 09-Mar-20 | 25-Mar-20 | 14,227 | 21.78 | | 18-Apr-20 |
| 263 | RRREE2002582 | 10-Mar-20 | 25-Mar-20 | 378 | 7.99 | | 18 Apr 20 |
| 264 | RRREE2002583 | 10-Mar-20 | 25-Mar-20 | 607 | 7.99 | | 18-Apr-20 |
| 265 | RRREE2002584 | 10-Mar-20 | 25-Mar-20 | 2,342 | 7.99 | | 18 Apr 20 |
| 266 | RRREE2002585 | 10-Mar-20 | 25-Mar-20 | 152 | 7.99 | | 18 Apr 20 |
| 267 | RRREE2002589 | 11-Mar-20 | 25-Mar-20 | 514 | 7.83 | | 18 Apr 20 |
| 268 | RRREE2002590 | 11-Mar-20 | 25-Mar-20 | 1,855 | 7.83 | | 19 Apr 20 |
| 269 | RRREE2002613 | 12-Mar-20 | 25-Mar-20 | 422 | 8.40 | | 18-Apr-20 |
| 270 | RRREE2002614 | 12-Mar-20 | 25-Mar-20 | 422 | 8.45 | | 18 Apr 20 |
| 271 | RRREE2002615 | 12-Mar-20 | 25-Mar-20 | 1,133 | 8.40 | | 18 Apr 20 |
| 272 | RRREE2002612 | 12-Mar-20 | 25-Mar-20 | 299 | 14.08 | | 18 Apr 20 |
| 273 | RRREE2002586 | 10-Mar-20 | 25-Mar-20 | 104 | 21.21 | | 18 Apr 20 |
| 274 | RRREE2002620 | 13-Mar-20 | 25-Mar-20 | 1,719 | 10.09 | | 18 Apr 20 |
| 275 | RRREE2002622 | 13-Mar-20 | 25-Mar-20 | 332 | 10.09 | | 18-Apr-20 |
| 276 | RRREE2002624 | 13-Mar-20 | 25-Mar-20 | 362 | 10.09 | | 18-Apr-20 |
| 284 | RRREE2002639 | 16-Mar-20 | 27-Mar-20 | 353 | 11.00 | | 27 Apr-20 |
| 285 | RRREE2002640 | 16-Mar-20 | 27-Mar-20 | 1918 | 12.00 | | 27 Apr 20 |
| 286 | RRREE2002641 | 16-Mar-20 | 27-Mar-20 | 939 | 11.00 | | 27 Apr 20 |
| 287 | RRREE2002642 | 16-Mar-20 | 27-Mar-20 | 308 | 13.92 | | 27-Apr-20 |
| 288 | RRREE2002643 | 16-Mar-20 | 27-Mar-20 | 329 | 14.08 | | 27-Apr-20 |
| 289 | RRREE2002644 | 17-Mar-20 | 27-Mar-20 | 832 | 14.08 | | 27-Apr-20 |
| 290 | RRREE2002645 | 17-Mar-20 | 27-Mar-20 | 419 | 14.08 | | 27-Apr-20 |
| 291 | RRREE2002646 | 17-Mar-20 | 27-Mar-20 | 230 | 20.45 | | 27 Apr 20 |
| 292 | RRREE2002647 | 17-Mar-20 | 27-Mar-20 | 352 | 20.45 | | 27 Apr 20 |
| 293 | RRREE2002648 | 17-Mar-20 | 27-Mar-20 | 362 | 20.50 | | 27 Apr 20 |
| 294 | RRREE2002649 | 17-Mar-20 | 27-Mar-20 | 202 | 20.45 | | 27 Apr 20 |
| 295 | RRREE2002650 | 17-Mar-20 | 27-Mar-20 | 174 | 20.50 | | 27 Apr 20 |
| 296 | RRREE2002651 | 17-Mar-20 | 27-Mar-20 | 1,050 | 12.00 | | 27 Apr 20 |
| 297 | RRREE2002652 | 17-Mar-20 | 27-Mar-20 | 976 | 14.08 | | 27 Apr 20 |
| 298 | RRREE2002653 | 17-Mar-20 | 27-Mar-20 | 653 | 22.22 | | 27 Apr 20 |
| 299 | RRREE2002654 | 17-Mar-20 | 27-Mar-20 | 1641 | 22.22 | | 27 Apr 20 |
| 300 | RRREE2002655 | 17-Mar-20 | 27-Mar-20 | 964 | 22.22 | | 27 Apr 20 |
| 301 | RRREE2002656 | 17-Mar-20 | 27-Mar-20 | 349 | 20.45 | | 27 Apr 20 |
| 302 | RRREE2002659 | 17-Mar-20 | 27-Mar-20 | 474 | 18.00 | | 27 Apr 20 |
| 303 | RRREE2002660 | 17-Mar-20 | 27-Mar-20 | 295 | 18.00 | | 27 Apr 20 |
| 304 | RRREE2002662 | 17-Mar-20 | 27-Mar-20 | 192 | 18.00 | | 27 Apr 20 |
| 305 | RRREE2002663 | 17-Mar-20 | 27-Mar-20 | 687 | 18.00 | | 27-Apr-20 |
| 306 | RRREE2002665 | 17-Mar-20 | 27-Mar-20 | 2,604 | 18.00 | | 27 Apr 20 |
| 307 | RRREE2002666 | 17-Mar-20 | 27-Mar-20 | 2964 | 18.12 | | 27-Apr-20 |
| 308 | RRREE2002667 | 17-Mar-20 | 27-Mar-20 | 740 | 18.00 | | 27 Apr 20 |
| 309 | RRREE2002668 | 17-Mar-20 | 27-Mar-20 | 188 | 18.00 | | 27 Apr 20 |
| 310 | RRREE2002669 | 17-Mar-20 | 27-Mar-20 | 709 | 18.00 | | 27 Apr 20 |
| 311 | RRREE2002670 | 17-Mar-20 | 27-Mar-20 | 263 | 18.00 | | 27 Apr 20 |
| 312 | RRREE2002671 | 17-Mar-20 | 27-Mar-20 | 7168 | 22.22 | | 27-Apr-20 |
| 313 | RRREE2002673 | 18-Mar-20 | 27-Mar-20 | 444 | 16.08 | | 27 Apr 20 |
| 314 | RRREE2002674 | 18-Mar-20 | 27-Mar-20 | 393 | 9.38 | | 27 Apr 20 |
| 315 | RRREE2002675 | 18-Mar-20 | 27-Mar-20 | 1,063 | 11.29 | | 27 Apr 20 |
| 316 | RRREE2002676 | 18-Mar-20 | 27-Mar-20 | 2,789 | 11.29 | | 27 Apr 20 |
| 317 | RRREE2002677 | 18-Mar-20 | 27-Mar-20 | 580 | 11.29 | | 27 Apr 20 |
| 318 | RRREE2002678 | 18-Mar-20 | 27-Mar-20 | 7,301 | 11.29 | | 27 Apr 20 |
| 319 | RRREE2002679 | 18-Mar-20 | 27-Mar-20 | 3044 | 11.29 | | 27 Apr 20 |
| 320 | RRREE2002680 | 18-Mar-20 | 27-Mar-20 | 706 | 11.29 | | 27 Apr 20 |
| 321 | RRREE2002681 | 18-Mar-20 | 27-Mar-20 | 1,295 | 11.29 | | 27 Apr 20 |
| 322 | RRREE2002682 | 18-Mar-20 | 27-Mar-20 | 254 | 11.29 | | 27 Apr 20 |
| 323 | RRREE2002683 | 18-Mar-20 | 27-Mar-20 | 861 | 11.29 | | 27 Apr 20 |
| 324 | RRREE2002684 | 18-Mar-20 | 27-Mar-20 | 354 | 9.38 | | 27 Apr 20 |
| 325 | RRREE2002687 | 18-Mar-20 | 27-Mar-20 | 780 | 15.00 | | 27 Apr 20 |
| 326 | RRREE2002688 | 18-Mar-20 | 27-Mar-20 | 50 | 15.00 | | 27 Apr 20 |
| 327 | RRREE2002689 | 18-Mar-20 | 27-Mar-20 | 84 | 15.00 | | 27 Apr 20 |
| 328 | RRREE2002690 | 18-Mar-20 | 27-Mar-20 | 692 | 15.00 | | 27 Apr 20 |
| 329 | RRREE2002691 | 19-Mar-20 | 27-Mar-20 | 649 | 11.47 | | 27 Apr 20 |
| 330 | RRREE2002692 | 19-Mar-20 | 27-Mar-20 | 263 | 11.47 | | 27 Apr 20 |
| 331 | RRREE2002721 | 23-Mar-20 | 13-Apr-20 | 2,994 | 9.89 | | 11 May 20 |
| 332 | RRREE2002722 | 23-Mar-20 | 13-Apr-20 | 1447 | 9.85 | | 11 May 20 |
| 333 | RRREE2002723 | 24-Mar-20 | 24-Apr-20 | 729 | 10.62 | | 25 May 20 |
| 334 | RRREE2002724 | 24-Mar-20 | 24-Apr-20 | 728 | 13.43 | | 25 May 20 |
| 335 | RRREE2002725 | 24-Mar-20 | 24-Apr-20 | 677 | 10.62 | | 25 May 20 |
| 336 | RRREE2002726 | 24-Mar-20 | 24-Apr-20 | 3145 | 11.43 | | 25 May 20 |
| 337 | RRREE2002727 | 24-Mar-20 | 24-Apr-20 | 941 | 11.43 | | 25 May 20 |
| 338 | RRREE2002728 | 24-Mar-20 | 24-Apr-20 | 3,105 | 10.62 | | 25 May 20 |
| 339 | RRREE2002729 | 24-Mar-20 | 24-Apr-20 | 4240 | 11.43 | | 25 May 20 |

| # | ID | Date 1 | Date 2 | Qty | | Rate | | Amount | Date 3 |
|---|---|---|---|---|---|---|---|---|---|
| 340 | RXREE2100001 | 17 Apr 20 | 24-Apr-20 | 409 | $ | 9.38 | $ | [illegible] | 25-May-20 |
| 341 | RXREE2100002 | 17 Apr 20 | 24-Apr-20 | 352 | $ | 9.38 | $ | [illegible] | 25 May 20 |
| 342 | RXREE2100003 | 17 Apr 20 | 24 Apr 20 | 1,665 | $ | 11.13 | $ | [illegible] | 25 May 20 |
| 343 | RXREE2100004 | 17 Apr 20 | 24-Apr-20 | 649 | $ | 11.13 | $ | [illegible] | 25-May-20 |
| 344 | RXREE2100005 | 17 Apr 20 | 24 Apr 20 | 367 | $ | 11.13 | $ | [illegible] | 25 May 20 |
| 345 | RXREE2100006 | 22 Apr 20 | 24-Apr-20 | 56 | $ | 18.00 | $ | [illegible] | 25 May 20 |
| 346 | RXREE2100007 AIR | 20-Apr-20 | 24-Apr-20 | 119 | $ | 17.44 | $ | [illegible] | 26-Apr-20 |
| 347 | RXREE2100008 AIR | 20 Apr 20 | 24 Apr 20 | 180 | $ | 21.21 | $ | [illegible] | 26-Apr-20 |
| 391 | RXR-DN20M0021 | 17 Apr 2020 | | | | | $ | [illegible] | 17 Apr 2020 |
| 392 | RXR-DN20M0022 | 17-Apr-2020 | | | | | $ | [illegible] | 17 Apr 2020 |
| 393 | RXR-DN20M0023 | 17-Apr-2020 | | | | | $ | [illegible] | 17 Apr 2020 |
| 394 | RXR-DN20M0024 | 17 Apr 2020 | | | | | $ | [illegible] | 17 Apr 2020 |
| | | | | | | | $ | [illegible total] | |

EXHIBIT B – 45 DAYS

| SI No | INVOICE NO | DATE | FCR DATE | PCS | Per PC value | Actual Invoice Value | DATE GOOD REACH USA |
|---|---|---|---|---|---|---|---|
| 68 | RKREE2002194 | 30-Jan-20 | 31-Jan-20 | 632 | $ 8.64 | $ 5,460.48 | 02-Apr-20 |
| 124 | RKREE2002229 | 05-Feb-20 | 10-Feb-20 | 2,337 | $ 10.75 | $ 25,122.75 | 20-Mar-20 |
| 125 | RKREE2002230 | 05-Feb-20 | 10-Feb-20 | 277 | $ 10.75 | $ 2,977.75 | 20-Mar-20 |
| 126 | RKREE2002231 | 05-Feb-20 | 10-Feb-20 | 499 | $ 10.75 | $ 5,364.25 | 20-Mar-20 |
| 127 | RKREE2002232 | 05-Feb-20 | 10-Feb-20 | 379 | $ 10.75 | $ 4,074.25 | 20-Mar-20 |
| 128 | RKREE2002233 | 05-Feb-20 | 10-Feb-20 | 682 | $ 10.75 | $ 7,331.50 | 20-Mar-20 |
| 129 | RKREE2002235 | 05-Feb-20 | 10-Feb-20 | 333 | $ 10.75 | $ 3,579.75 | 20-Mar-20 |
| 130 | RKREE2002236 | 05-Feb-20 | 10-Feb-20 | 381 | $ 10.75 | $ 4,095.75 | 20-Mar-20 |
| 131 | RKREE2002237 | 05-Feb-20 | 10-Feb-20 | 193 | $ 10.75 | $ 2,074.75 | 20-Mar-20 |
| 132 | RKREE2002238 | 05-Feb-20 | 10-Feb-20 | 475 | $ 10.98 | $ 5,215.50 | 20-Mar-20 |
| 133 | RKREE2002239 | 05-Feb-20 | 10-Feb-20 | 701 | $ 10.75 | $ 7,535.75 | 20-Mar-20 |
| 134 | RKREE2002240 | 05-Feb-20 | 10-Feb-20 | 1,168 | $ 10.75 | $ 12,556.00 | 20-Mar-20 |
| 135 | RKREE2002241 | 05-Feb-20 | 10-Feb-20 | 1,356 | $ 10.35 | $ 14,034.60 | 20-Mar-20 |
| 136 | RKREE2002223 | 05-Feb-20 | 10-Feb-20 | 223 | $ 10.75 | $ 2,397.25 | 20-Mar-20 |
| 137 | RKREE2002224 | 05-Feb-20 | 10-Feb-20 | 268 | $ 10.75 | $ 2,881.00 | 20-Mar-20 |
| 138 | RKREE2002225 | 05-Feb-20 | 10-Feb-20 | 2,221 | $ 10.75 | $ 23,875.75 | 20-Mar-20 |
| 139 | RKREE2002226 | 05-Feb-20 | 10-Feb-20 | 161 | $ 10.75 | $ 1,730.75 | 20-Mar-20 |
| 140 | RKREE2002227 | 05-Feb-20 | 10-Feb-20 | 290 | $ 10.75 | $ 3,117.50 | 20-Mar-20 |
| 141 | RKREE2002228 | 05-Feb-20 | 10-Feb-20 | 454 | $ 10.35 | $ 4,698.90 | 20-Mar-20 |
| 142 | RKREE2002217 | 05-Feb-20 | 10-Feb-20 | 375 | $ 10.98 | $ 4,117.50 | 20-Mar-20 |
| 143 | RKREE2002218 | 05-Feb-20 | 10-Feb-20 | 468 | $ 10.98 | $ 5,138.64 | 20-Mar-20 |
| 144 | RKREE2002219 | 05-Feb-20 | 10-Feb-20 | 336 | $ 10.98 | $ 3,689.28 | 20-Mar-20 |
| 145 | RKREE2002220 | 05-Feb-20 | 10-Feb-20 | 668 | $ 10.75 | $ 7,181.00 | 20-Mar-20 |
| 146 | RKREE2002221 | 05-Feb-20 | 10-Feb-20 | 1,930 | $ 10.75 | $ 20,747.50 | 20-Mar-20 |
| 147 | RKREE2002222 | 05-Feb-20 | 10-Feb-20 | 509 | $ 10.75 | $ 5,471.75 | 20-Mar-20 |
| 150 | RKREE2002292 | 13-Feb-20 | 17-Feb-20 | 564 | $ 12.82 | $ 7,230.48 | 23-Mar-20 |
| 151 | RKREE2002293 | 13-Feb-20 | 17-Feb-20 | 157 | $ 12.82 | $ 2,012.74 | 23-Mar-20 |
| 152 | RKREE2002294 | 13-Feb-20 | 17-Feb-20 | 1,443 | $ 8.40 | $ 12,121.20 | 23-Mar-20 |
| 153 | RKREE2002295 | 13-Feb-20 | 17-Feb-20 | 2,669 | $ 12.82 | $ 34,216.58 | 23-Mar-20 |
| 154 | RKREE2002296 | 13-Feb-20 | 17-Feb-20 | 4,629 | $ 8.40 | $ 38,883.60 | 23-Mar-20 |
| 155 | RKREE2002297 | 13-Feb-20 | 17-Feb-20 | 496 | $ 8.40 | $ 4,166.40 | 23-Mar-20 |
| 156 | RKREE2002277 | 08-Feb-20 | 17-Feb-20 | 3,075 | $ 14.90 | $ 45,817.50 | 23-Mar-20 |
| 157 | RKREE2002278 | 08-Feb-20 | 17-Feb-20 | 2,000 | $ 14.90 | $ 29,800.00 | 23-Mar-20 |
| 158 | RKREE2002288 | 12-Feb-20 | 17-Feb-20 | 242 | $ 12.82 | $ 3,102.44 | 23-Mar-20 |
| 159 | RKREE2002289 | 12-Feb-20 | 17-Feb-20 | 185 | $ 12.82 | $ 2,371.70 | 23-Mar-20 |
| 160 | RKREE2002290 | 12-Feb-20 | 17-Feb-20 | 471 | $ 12.82 | $ 6,038.22 | 23-Mar-20 |
| 161 | RKREE2002291 | 13-Feb-20 | 17-Feb-20 | 431 | $ 12.82 | $ 5,525.42 | 23-Mar-20 |
| 162 | RKREE2002300 | 14-Feb-20 | 03-Mar-20 | 491 | $ 8.20 | $ 4,026.20 | 23-Mar-20 |
| 163 | RKREE2002302 | 14-Feb-20 | 03-Mar-20 | 729 | $ 9.89 | $ 7,209.81 | 23-Mar-20 |
| 164 | RKREE2002304 | 14-Feb-20 | 03-Mar-20 | 2,000 | $ 9.89 | $ 19,780.00 | 23-Mar-20 |
| 165 | RKREE2002305 | 14-Feb-20 | 03-Mar-20 | 6,895 | $ 9.89 | $ 68,191.55 | 23-Mar-20 |
| 166 | RKREE2002315 | 14-Feb-20 | 03-Mar-20 | 442 | $ 10.09 | $ 4,459.78 | 23-Mar-20 |
| 167 | RKREE2002316 | 14-Feb-20 | 03-Mar-20 | 86 | $ 10.09 | $ 867.74 | 23-Mar-20 |
| 168 | RKREE2002301 | 14-Feb-20 | 03-Mar-20 | 2,122 | $ 8.20 | $ 17,400.40 | 23-Mar-20 |
| 169 | RKREE2002310 | 14-Feb-20 | 03-Mar-20 | 6,552 | $ 10.09 | $ 66,109.68 | 23-Mar-20 |
| 170 | RKREE2002313 | 14-Feb-20 | 03-Mar-20 | 2,866 | $ 10.09 | $ 28,917.94 | 23-Mar-20 |
| 171 | RKREE2002341 | 17-Feb-20 | 03-Mar-20 | 634 | $ 14.58 | $ 9,243.72 | 23-Mar-20 |
| 172 | RKREE2002354 | 19-Feb-20 | 03-Mar-20 | 5,561 | $ 13.24 | $ 73,627.64 | 23-Mar-20 |
| 173 | RKREE2002357 | 19-Feb-20 | 03-Mar-20 | 4,644 | $ 12.11 | $ 56,238.84 | 23-Mar-20 |
| 174 | RKREE2002317 | 14-Feb-20 | 03-Mar-20 | 186 | $ 10.09 | $ 1,876.74 | 23-Mar-20 |
| 175 | RKREE2002318 | 14-Feb-20 | 03-Mar-20 | 338 | $ 10.09 | $ 3,410.42 | 23-Mar-20 |
| 176 | RKREE2002331 | 17-Feb-20 | 03-Mar-20 | 822 | $ 10.09 | $ 8,293.98 | 23-Mar-20 |
| 177 | RKREE2002353 | 19-Feb-20 | 03-Mar-20 | 2,385 | $ 13.24 | $ 31,577.40 | 23-Mar-20 |
| 178 | RKREE2002356 | 19-Feb-20 | 03-Mar-20 | 3,267 | $ 12.11 | $ 39,563.38 | 23-Mar-20 |
| 179 | RKREE2002358 | 19-Feb-20 | 03-Mar-20 | 357 | $ 13.24 | $ 4,726.68 | 23-Mar-20 |
| 180 | RKREE2002328 | 17-Feb-20 | 03-Mar-20 | 600 | $ 10.09 | $ 6,054.00 | 23-Mar-20 |

| SI No | INVOICE NO | DATE | FCR DATE | PCS | Per PC value | Actual Invoice Value | DATE GOOD REACH USA |
|---|---|---|---|---|---|---|---|
| 181 | RKREE2002329 | 17-Feb-20 | 03-Mar-20 | 477 | $ 8.48 | $ 4,044.96 | 23-Mar-20 |
| 182 | RKREE2002330 | 17-Feb-20 | 03-Mar-20 | 1,361 | $ 8.48 | $ 11,541.28 | 23-Mar-20 |
| 183 | RKREE2002338 | 17-Feb-20 | 03-Mar-20 | 1,766 | $ 14.36 | $ 25,359.76 | 23-Mar-20 |
| 184 | RKREE2002339 | 17-Feb-20 | 03-Mar-20 | 1,243 | $ 14.36 | $ 17,849.48 | 23-Mar-20 |
| 185 | RKREE2002342 | 17-Feb-20 | 03-Mar-20 | 98 | $ 14.58 | $ 1,428.84 | 23-Mar-20 |
| 186 | RKREE2002303 | 14-Feb-20 | 03-Mar-20 | 4,248 | $ 9.89 | $ 42,012.72 | 23-Mar-20 |
| 187 | RKREE2002311 | 14-Feb-20 | 03-Mar-20 | 2,179 | $ 10.09 | $ 21,986.11 | 23-Mar-20 |
| 188 | RKREE2002312 | 14-Feb-20 | 03-Mar-20 | 616 | $ 10.09 | $ 6,215.44 | 23-Mar-20 |
| 189 | RKREE2002336 | 17-Feb-20 | 03-Mar-20 | 90 | $ 14.36 | $ 1,292.40 | 23-Mar-20 |
| 190 | RKREE2002337 | 17-Feb-20 | 03-Mar-20 | 272 | $ 14.58 | $ 3,965.76 | 23-Mar-20 |
| 191 | RKREE2002340 | 17-Feb-20 | 03-Mar-20 | 1,261 | $ 14.58 | $ 18,385.38 | 23-Mar-20 |
| 195 | RKREE2002374 | 20-Feb-20 | 28-Feb-20 | 1,799 | $ 16.00 | $ 28,784.00 | 23-Mar-20 |
| 196 | RKREE2002387 | 21-Feb-20 | 28-Feb-20 | 524 | $ 31.52 | $ 16,516.48 | 23-Mar-20 |
| 197 | RKREE2002388 | 21-Feb-20 | 28-Feb-20 | 1,200 | $ 13.00 | $ 15,600.00 | 23-Mar-20 |
| 198 | RKREE2002389 | 21-Feb-20 | 28-Feb-20 | 552 | $ 16.35 | $ 9,025.20 | 23-Mar-20 |
| 199 | RKREE2002390 | 21-Feb-20 | 28-Feb-20 | 460 | $ 13.50 | $ 6,210.00 | 23-Mar-20 |
| 200 | RKREE2002391 | 21-Feb-20 | 28-Feb-20 | 506 | $ 31.52 | $ 15,949.13 | 23-Mar-20 |
| 201 | RKREE2002386 | 21-Feb-20 | 28-Feb-20 | 2,041 | $ 13.00 | $ 26,533.00 | 23-Mar-20 |
| 202 | RKREE2002400 | 22-Feb-20 | 28-Feb-20 | 4,483 | $ 10.62 | $ 47,609.46 | 23-Mar-20 |
| 203 | RKREE2002402 | 22-Feb-20 | 28-Feb-20 | 733 | $ 11.43 | $ 8,378.19 | 23-Mar-20 |
| 204 | RKREE2002403 | 22-Feb-20 | 28-Feb-20 | 1,021 | $ 10.62 | $ 10,843.02 | 23-Mar-20 |
| 205 | RKREE2002406 | 22-Feb-20 | 28-Feb-20 | 9,727 | $ 11.43 | $ 111,179.61 | 23-Mar-20 |
| 206 | RKREE2002408 | 22-Feb-20 | 28-Feb-20 | 520 | $ 11.43 | $ 5,943.60 | 23-Mar-20 |
| 207 | RKREE2002394 | 22-Feb-20 | 28-Feb-20 | 2,620 | $ 10.62 | $ 27,824.40 | 23-Mar-20 |
| 208 | RKREE2002395 | 22-Feb-20 | 28-Feb-20 | 2,741 | $ 11.43 | $ 31,329.63 | 23-Mar-20 |
| 209 | RKREE2002404 | 22-Feb-20 | 28-Feb-20 | 715 | $ 11.43 | $ 8,172.45 | 23-Mar-20 |
| 210 | RKREE2002405 | 22-Feb-20 | 28-Feb-20 | 2,787 | $ 10.62 | $ 29,597.94 | 23-Mar-20 |
| 211 | RKREE2002407 | 22-Feb-20 | 28-Feb-20 | 2,759 | $ 11.43 | $ 31,535.38 | 23-Mar-20 |
| 212 | RKREE2002411 | 22-Feb-20 | 28-Feb-20 | 552 | $ 38.55 | $ 21,279.60 | 23-Mar-20 |
| 213 | RKREE2002396 | 22-Feb-20 | 28-Feb-20 | 207 | $ 14.60 | $ 3,022.20 | 23-Mar-20 |
| 214 | RKREE2002397 | 22-Feb-20 | 28-Feb-20 | 2,720 | $ 14.89 | $ 40,507.50 | 23-Mar-20 |
| 215 | RKREE2002398 | 22-Feb-20 | 28-Feb-20 | 699 | $ 14.60 | $ 10,205.40 | 23-Mar-20 |
| 216 | RKREE2002399 | 22-Feb-20 | 28-Feb-20 | 411 | $ 14.60 | $ 6,000.60 | 23-Mar-20 |
| 217 | RKREE2002401 | 22-Feb-20 | 28-Feb-20 | 2,104 | $ 14.65 | $ 30,831.06 | 23-Mar-20 |
| 218 | RKREE2002493 | 02-Mar-20 | 03-Mar-20 | 75 | $ 13.40 | $ 1,005.00 | 30-Mar-20 |
| 219 | RKREE2002409 | 22-Feb-20 | 28-Feb-20 | 226 | $ 11.43 | $ 2,583.18 | 23-Mar-20 |
| 223 | RKREE2002413 | 25-Feb-20 | 28-Feb-20 | 383 | $ 13.92 | $ 5,331.36 | 23-Mar-20 |
| 224 | RKREE2002414 | 24-Feb-20 | 28-Feb-20 | 312 | $ 14.08 | $ 4,392.96 | 23-Mar-20 |
| 225 | RKREE2002415 | 24-Feb-20 | 28-Feb-20 | 2,049 | $ 14.08 | $ 28,849.92 | 23-Mar-20 |
| 226 | RKREE2002416 | 24-Feb-20 | 28-Feb-20 | 612 | $ 14.08 | $ 8,616.96 | 23-Mar-20 |
| 227 | RKREE2002417 | 24-Feb-20 | 28-Feb-20 | 193 | $ 13.92 | $ 2,686.56 | 23-Mar-20 |
| 228 | RKREE2002418 | 24-Feb-20 | 28-Feb-20 | 61 | $ 14.08 | $ 858.88 | 23-Mar-20 |
| 229 | RKREE2002419 | 24-Feb-20 | 28-Feb-20 | 2,801 | $ 14.08 | $ 39,438.08 | 23-Mar-20 |
| 230 | RKREE2002420 | 24-Feb-20 | 28-Feb-20 | 184 | $ 14.08 | $ 2,590.72 | 23-Mar-20 |
| 231 | RKREE2002421 | 24-Feb-20 | 28-Feb-20 | 1,649 | $ 13.92 | $ 22,954.08 | 23-Mar-20 |
| 232 | RKREE2002422 | 24-Feb-20 | 28-Feb-20 | 300 | $ 14.08 | $ 4,224.00 | 23-Mar-20 |
| 233 | RKREE2002423 | 24-Feb-20 | 28-Feb-20 | 1,542 | $ 14.08 | $ 21,711.36 | 23-Mar-20 |
| 234 | RKREE2002424 | 24-Feb-20 | 28-Feb-20 | 2,448 | $ 13.92 | $ 34,076.16 | 23-Mar-20 |
| 235 | RKREE2002375 | 20-Feb-20 | 28-Feb-20 | 304 | $ 18.00 | $ 5,472.00 | 23-Mar-20 |
| 236 | RKREE2002428 | 24-Feb-20 | 28-Feb-20 | 230 | $ 18.49 | $ 4,252.70 | 23-Mar-20 |
| 237 | RKREE2002430 | 24-Feb-20 | 28-Feb-20 | 205 | $ 18.52 | $ 3,796.60 | 23-Mar-20 |
| 238 | RKREE2002431 | 24-Feb-20 | 28-Feb-20 | 200 | $ 18.52 | $ 3,704.00 | 23-Mar-20 |
| 239 | RKREE2002432 | 24-Feb-20 | 28-Feb-20 | 80 | $ 18.52 | $ 1,481.60 | 23-Mar-20 |
| 240 | RKREE2002434 | 24-Feb-20 | 28-Feb-20 | 238 | $ 14.08 | $ 3,351.04 | 23-Mar-20 |
| 241 | RKREE2002443 | 26-Feb-20 | 03-Mar-20 | 3,131 | $ 22.22 | $ 69,570.82 | 30-Mar-20 |
| 242 | RKREE2002444 | 26-Feb-20 | 03-Mar-20 | 1,255 | $ 27.74 | $ 34,818.08 | 30-Mar-20 |
| 243 | RKREE2002445 | 26-Feb-20 | 03-Mar-20 | 2,233 | $ 22.22 | $ 49,617.26 | 30-Mar-20 |
| 244 | RKREE2002446 | 26-Feb-20 | 03-Mar-20 | 2,672 | $ 22.22 | $ 59,371.84 | 30-Mar-20 |
| 245 | RKREE2002447 | 26-Feb-20 | 03-Mar-20 | 214 | $ 18.17 | $ 3,888.00 | 30-Mar-20 |

| SI No | INVOICE NO | DATE | FCR DATE | PCS | Per PC value | Actual Invoice Value | DATE GOOD REACH USA |
|---|---|---|---|---|---|---|---|
| 246 | RKREE2002448 | 26-Feb-20 | 03-Mar-20 | 1,914 | $ 18.00 | $ 34,452.00 | 30-Mar-20 |

| SI No | INVOICE NO | DATE | FCR DATE | PCS | Per PC value | Actual Invoice Value | DATE GOOD REACH USA |
|---|---|---|---|---|---|---|---|
| 248 | RKREE2002516 | 05-Mar-20 | 09-Mar-20 | 441 | $ 14.33 | $ 6,319.53 | 15-Apr-20 |
| 249 | RKREE2002517 | 05-Mar-20 | 09-Mar-20 | 540 | $ 14.58 | $ 7,873.20 | 15-Apr-20 |
| 250 | RKREE2002518 | 05-Mar-20 | 09-Mar-20 | 533 | $ 14.36 | $ 7,653.88 | 15-Apr-20 |
| 251 | RKREE2002519 | 05-Mar-20 | 09-Mar-20 | 969 | $ 16.00 | $ 15,504.00 | 15-Apr-20 |
| 252 | RKREE2002520 | 05-Mar-20 | 09-Mar-20 | 411 | $ 14.60 | $ 6,000.60 | 15-Apr-20 |
| 253 | RKREE2002521 | 05-Mar-20 | 09-Mar-20 | 376 | $ 15.03 | $ 5,651.28 | 15-Apr-20 |
| 260 | RKREE2002573 | 09-Mar-20 | 16-Mar-20 | 5,253 | $ 13.10 | $ 68,814.30 | 18-Apr-20 |
| 261 | RKREE2002574 | 09-Mar-20 | 16-Mar-20 | 2,349 | $ 13.10 | $ 30,771.90 | 18-Apr-20 |
| 262 | RKREE2002575 | 09-Mar-20 | 25-Mar-20 | 14,227 | $ 21.78 | $ 309,887.19 | 18-Apr-20 |
| 263 | RKREE2002582 | 10-Mar-20 | 25-Mar-20 | 378 | $ 7.99 | $ 3,020.22 | 18-Apr-20 |
| 264 | RKREE2002583 | 10-Mar-20 | 25-Mar-20 | 607 | $ 7.99 | $ 4,849.93 | 18-Apr-20 |
| 265 | RKREE2002584 | 10-Mar-20 | 25-Mar-20 | 2,342 | $ 7.99 | $ 18,712.58 | 18-Apr-20 |
| 266 | RKREE2002585 | 10-Mar-20 | 25-Mar-20 | 152 | $ 7.99 | $ 1,214.48 | 18-Apr-20 |
| 267 | RKREE2002589 | 11-Mar-20 | 25-Mar-20 | 514 | $ 7.83 | $ 4,024.63 | 18-Apr-20 |
| 268 | RKREE2002590 | 11-Mar-20 | 25-Mar-20 | 1,855 | $ 7.83 | $ 14,524.66 | 18-Apr-20 |
| 269 | RKREE2002613 | 12-Mar-20 | 25-Mar-20 | 422 | $ 8.40 | $ 3,544.79 | 18-Apr-20 |
| 270 | RKREE2002614 | 12-Mar-20 | 25-Mar-20 | 422 | $ 8.40 | $ 3,544.79 | 18-Apr-20 |
| 271 | RKREE2002615 | 12-Mar-20 | 25-Mar-20 | 1,137 | $ 8.40 | $ 9,550.81 | 18-Apr-20 |
| 272 | RKREE2002612 | 12-Mar-20 | 25-Mar-20 | 299 | $ 14.08 | $ 4,209.92 | 18-Apr-20 |
| 273 | RKREE2002586 | 10-Mar-20 | 25-Mar-20 | 104 | $ 21.21 | $ 2,205.84 | 18-Apr-20 |
| 274 | RKREE2002620 | 13-Mar-20 | 25-Mar-20 | 1,719 | $ 10.09 | $ 17,344.71 | 18-Apr-20 |
| 275 | RKREE2002622 | 13-Mar-20 | 25-Mar-20 | 332 | $ 10.09 | $ 3,349.88 | 18-Apr-20 |
| 276 | RKREE2002624 | 13-Mar-20 | 25-Mar-20 | 362 | $ 10.09 | $ 3,652.58 | 18-Apr-20 |
| 277 | RKREE2002593 | 11-Mar-20 | 12-Mar-20 | 2,224 | $ 10.35 | $ 23,018.40 | 20-Mar-20 |
| 278 | RKREE2002594 | 11-Mar-20 | 12-Mar-20 | 1,115 | $ 10.35 | $ 11,540.25 | 20-Mar-20 |
| 279 | RKREE2002595 | 11-Mar-20 | 12-Mar-20 | 470 | $ 10.35 | $ 4,864.50 | 20-Mar-20 |
| 280 | RKREE2002596 | 11-Mar-20 | 12-Mar-20 | 873 | $ 10.35 | $ 9,035.55 | 20-Mar-20 |
| 281 | RKREE2002597 | 11-Mar-20 | 12-Mar-20 | 864 | $ 10.35 | $ 8,942.40 | 20-Mar-20 |
| 282 | RKREE2002598 | 11-Mar-20 | 12-Mar-20 | 41 | $ 18.00 | $ 738.00 | 20-Mar-20 |
| 283 | RKREE2002618 | 13-Mar-20 | 13-Mar-20 | 80 | $ 18.00 | $ 1,440.00 | 20-Mar-20 |
| 284 | RKREE2002639 | 16-Mar-20 | 27-Mar-20 | 353 | $ 11.00 | $ 3,883.00 | 27-Apr-20 |
| 285 | RKREE2002640 | 16-Mar-20 | 27-Mar-20 | 1,918 | $ 12.00 | $ 23,016.00 | 27-Apr-20 |
| 286 | RKREE2002641 | 16-Mar-20 | 27-Mar-20 | 939 | $ 11.00 | $ 10,329.00 | 27-Apr-20 |
| 287 | RKREE2002642 | 16-Mar-20 | 27-Mar-20 | 308 | $ 13.92 | $ 4,287.36 | 27-Apr-20 |
| 288 | RKREE2002643 | 16-Mar-20 | 27-Mar-20 | 329 | $ 14.08 | $ 4,632.32 | 27-Apr-20 |
| 289 | RKREE2002644 | 17-Mar-20 | 27-Mar-20 | 832 | $ 14.08 | $ 11,714.56 | 27-Apr-20 |
| 290 | RKREE2002645 | 17-Mar-20 | 27-Mar-20 | 419 | $ 14.08 | $ 5,899.52 | 27-Apr-20 |
| 291 | RKREE2002646 | 17-Mar-20 | 27-Mar-20 | 230 | $ 20.45 | $ 4,703.50 | 27-Apr-20 |
| 292 | RKREE2002647 | 17-Mar-20 | 27-Mar-20 | 352 | $ 20.45 | $ 7,198.40 | 27-Apr-20 |
| 293 | RKREE2002648 | 17-Mar-20 | 27-Mar-20 | 362 | $ 20.50 | $ 7,421.00 | 27-Apr-20 |
| 294 | RKREE2002649 | 17-Mar-20 | 27-Mar-20 | 202 | $ 20.45 | $ 4,130.90 | 27-Apr-20 |
| 295 | RKREE2002650 | 17-Mar-20 | 27-Mar-20 | 174 | $ 20.50 | $ 3,567.00 | 27-Apr-20 |
| 296 | RKREE2002651 | 17-Mar-20 | 27-Mar-20 | 1,050 | $ 12.00 | $ 12,600.00 | 27-Apr-20 |
| 297 | RKREE2002652 | 17-Mar-20 | 27-Mar-20 | 976 | $ 14.08 | $ 13,742.08 | 27-Apr-20 |
| 298 | RKREE2002653 | 17-Mar-20 | 27-Mar-20 | 653 | $ 22.22 | $ 14,509.66 | 27-Apr-20 |
| 299 | RKREE2002654 | 17-Mar-20 | 27-Mar-20 | 1,641 | $ 22.22 | $ 36,463.02 | 27-Apr-20 |
| 300 | RKREE2002655 | 17-Mar-20 | 27-Mar-20 | 964 | $ 22.22 | $ 21,420.08 | 27-Apr-20 |
| 301 | RKREE2002656 | 17-Mar-20 | 27-Mar-20 | 349 | $ 20.45 | $ 7,137.05 | 27-Apr-20 |
| 302 | RKREE2002659 | 17-Mar-20 | 27-Mar-20 | 474 | $ 18.00 | $ 8,532.00 | 27-Apr-20 |
| 303 | RKREE2002660 | 17-Mar-20 | 27-Mar-20 | 295 | $ 18.00 | $ 5,310.00 | 27-Apr-20 |
| 304 | RKREE2002662 | 17-Mar-20 | 27-Mar-20 | 192 | $ 18.00 | $ 3,456.00 | 27-Apr-20 |
| 305 | RKREE2002663 | 17-Mar-20 | 27-Mar-20 | 687 | $ 18.00 | $ 12,366.00 | 27-Apr-20 |
| 306 | RKREE2002665 | 17-Mar-20 | 27-Mar-20 | 2,604 | $ 18.00 | $ 46,872.00 | 27-Apr-20 |
| 307 | RKREE2002666 | 17-Mar-20 | 27-Mar-20 | 2,964 | $ 18.12 | $ 53,712.00 | 27-Apr-20 |
| 308 | RKREE2002667 | 17-Mar-20 | 27-Mar-20 | 740 | $ 18.00 | $ 13,320.00 | 27-Apr-20 |
| 309 | RKREE2002668 | 17-Mar-20 | 27-Mar-20 | 188 | $ 18.00 | $ 3,384.00 | 27-Apr-20 |
| 310 | RKREE2002669 | 17-Mar-20 | 27-Mar-20 | 709 | $ 18.00 | $ 12,762.00 | 27-Apr-20 |
| 311 | RKREE2002670 | 17-Mar-20 | 27-Mar-20 | 263 | $ 18.00 | $ 4,734.00 | 27-Apr-20 |

| SI No | INVOICE NO | DATE | FCR DATE | PCS | Per PC value | Actual Invoice Value | DATE GOOD REACH USA |
|---|---|---|---|---|---|---|---|
| 312 | RKREE2002671 | 17-Mar-20 | 27-Mar-20 | 2,168 | $ 22.22 | $ 48,172.96 | 27-Apr-20 |
| 313 | RKREE2002673 | 18-Mar-20 | 27-Mar-20 | 444 | $ 15.08 | $ 6,695.52 | 27-Apr-20 |
| 314 | RKREE2002674 | 18-Mar-20 | 27-Mar-20 | 383 | $ 9.38 | $ 3,592.54 | 27-Apr-20 |
| 315 | RKREE2002675 | 18-Mar-20 | 27-Mar-20 | 1,063 | $ 11.29 | $ 12,001.27 | 27-Apr-20 |
| 316 | RKREE2002676 | 18-Mar-20 | 27-Mar-20 | 2,789 | $ 11.29 | $ 31,487.81 | 27-Apr-20 |
| 317 | RKREE2002677 | 18-Mar-20 | 27-Mar-20 | 580 | $ 11.29 | $ 6,548.20 | 27-Apr-20 |
| 318 | RKREE2002678 | 18-Mar-20 | 27-Mar-20 | 2,301 | $ 11.29 | $ 25,978.29 | 27-Apr-20 |
| 319 | RKREE2002679 | 18-Mar-20 | 27-Mar-20 | 3,044 | $ 11.29 | $ 34,366.76 | 27-Apr-20 |
| 320 | RKREE2002680 | 18-Mar-20 | 27-Mar-20 | 706 | $ 11.29 | $ 7,970.74 | 27-Apr-20 |
| 321 | RKREE2002681 | 18-Mar-20 | 27-Mar-20 | 1,295 | $ 11.29 | $ 14,620.55 | 27-Apr-20 |
| 322 | RKREE2002682 | 18-Mar-20 | 27-Mar-20 | 254 | $ 11.29 | $ 2,867.66 | 27-Apr-20 |
| 323 | RKREE2002683 | 18-Mar-20 | 27-Mar-20 | 861 | $ 11.29 | $ 9,720.69 | 27-Apr-20 |
| 324 | RKREE2002684 | 18-Mar-20 | 27-Mar-20 | 254 | $ 9.38 | $ 2,382.52 | 27-Apr-20 |
| 325 | RKREE2002687 | 18-Mar-20 | 27-Mar-20 | 780 | $ 15.00 | $ 11,700.00 | 27-Apr-20 |
| 326 | RKREE2002688 | 18-Mar-20 | 27-Mar-20 | 50 | $ 15.00 | $ 750.00 | 27-Apr-20 |
| 327 | RKREE2002689 | 18-Mar-20 | 27-Mar-20 | 84 | $ 15.00 | $ 1,260.00 | 27-Apr-20 |
| 328 | RKREE2002690 | 18-Mar-20 | 27-Mar-20 | 692 | $ 15.00 | $ 10,380.00 | 27-Apr-20 |
| 329 | RKREE2002691 | 19-Mar-20 | 27-Mar-20 | 643 | $ 11.47 | $ 7,375.21 | 27-Apr-20 |
| 330 | RKREE2002692 | 19-Mar-20 | 27-Mar-20 | 261 | $ 11.47 | $ 2,993.67 | 27-Apr-20 |
| 331 | RKREE2002721 | 23-Mar-20 | 13-Apr-20 | 2,594 | $ 9.89 | $ 25,654.66 | 11-May-20 |
| 332 | RKREE2002722 | 23-Mar-20 | 13-Apr-20 | 1,457 | $ 9.89 | $ 14,409.73 | 11-May-20 |
| 333 | RKREE2002723 | 24-Mar-20 | 24-Apr-20 | 729 | $ 10.62 | $ 7,741.98 | 25-May-20 |
| 334 | RKREE2002724 | 24-Mar-20 | 24-Apr-20 | 728 | $ 11.43 | $ 8,321.04 | 25-May-20 |
| 335 | RKREE2002725 | 24-Mar-20 | 24-Apr-20 | 677 | $ 10.62 | $ 7,189.74 | 25-May-20 |
| 336 | RKREE2002726 | 24-Mar-20 | 24-Apr-20 | 3,145 | $ 11.43 | $ 35,947.35 | 25-May-20 |
| 337 | RKREE2002727 | 24-Mar-20 | 24-Apr-20 | 941 | $ 11.43 | $ 10,755.63 | 25-May-20 |
| 338 | RKREE2002728 | 24-Mar-20 | 24-Apr-20 | 3,105 | $ 10.62 | $ 32,975.10 | 25-May-20 |
| 339 | RKREE2002729 | 24-Mar-20 | 24-Apr-20 | 4,240 | $ 11.43 | $ 48,463.20 | 25-May-20 |
| 340 | RKREE2100001 | 17-Apr-20 | 24-Apr-20 | 309 | $ 9.38 | $ 2,898.42 | 25-May-20 |
| 341 | RKREE2100002 | 17-Apr-20 | 24-Apr-20 | 352 | $ 9.38 | $ 3,301.76 | 25-May-20 |
| 342 | RKREE2100003 | 17-Apr-20 | 24-Apr-20 | 1,666 | $ 11.11 | $ 18,509.26 | 25-May-20 |
| 343 | RKREE2100004 | 17-Apr-20 | 24-Apr-20 | 649 | $ 11.11 | $ 7,210.39 | 25-May-20 |
| 344 | RKREE2100005 | 17-Apr-20 | 24-Apr-20 | 367 | $ 11.11 | $ 4,077.37 | 25-May-20 |
| 345 | RKREE2100008 | 22-Apr-20 | 24-Apr-20 | 56 | $ 18.00 | $ 1,008.00 | 25-May-20 |
| 346 | RKREE2100006 AIR | 20-Apr-20 | 24-Apr-20 | 119 | $ 17.44 | $ 2,075.36 | 26-Apr-20 |
| 347 | RKREE2100007 AIR | 20-Apr-20 | 24-Apr-20 | 180 | $ 21.21 | $ 3,817.80 | 26-Apr-20 |
| 368 | RKREE2002632 | 14-Mar-2020 | | 5 | | $ 86.95 | 20-Mar-2020 |
| 390 | RKR-DN20M0021 | 17-Apr-2020 | | | | $ 3,360.00 | 17-Apr-2020 |
| 391 | RKR-DN20M0022 | 17-Apr-2020 | | | | $ 2,992.00 | 17-Apr-2020 |
| 392 | RKR-DN20M0023 | 17-Apr-2020 | | | | $ 6,574.00 | 17-Apr-2020 |
| 393 | RKR-DN20M0024 | 17-Apr-2020 | | | | $ 1,856.80 | 17-Apr-2020 |

$ 3,440,385.34

<mark>Case 20-32181-KLP    Doc 293    Filed 05/18/20    Entered 05/21/20 14:05:40    Desc Main Document    Page 10 of 10</mark>


