**HUSCH BLACKWELL LLP**
Caleb T. Holzaepfel (admitted *pro hac vice*)
736 Georgia Avenue, Suite 300
Chattanooga, TN 37402
Telephone: (423) 755-2654
Facsimile: (423) 266-5499
caleb.holzaepfel@huschblackwell.com

**HUSCH BLACKWELL LLP**
Steven A. Neeley (VSB No. 78870)
750 17th Street, NW, Suite 900
Washington, DC 20006
Telephone: (202) 378-2331
Facsimile: (202) 378-2319
Email: steve.neeley@huschblackwell.com
*Attorneys for CBL & Associates Management, Inc.*

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 20-32181 (KLP) |
| | ) (Jointly Administered) |
| CHINOS HOLDINGS, INC., *et al.*,[1] | ) |
| Debtors. | ) **Reference Docket No. 295** |
| | ) |

**JOINDER OF CBL & ASSOCIATES MANAGEMENT, INC. TO THE LIMITED OBJECTION OF BROOKFIELD PROPERTY REIT INC., HINES GLOBAL REIT, JONES LANG LASALLE AMERICAS, INC., SITE CENTERS CORP., TANGER MANAGEMENT, LLC, AND TURNBERRY ASSOCIATES (A) TO MOTION OF DEBTORS FOR ENTRY OF ORDER (I) AUTHORIZING THE DEBTORS TO OBTAIN POSTPETITION SECURED FINANCING, (II) AUTHORIZING USE OF CASH COLLATERAL, (III) GRANTING ADEQUATE PROTECTION TO PREPETITION SECURED PARTIES, (IV) SCHEDULING A FINAL HEARING, AND (V) GRANTING <u>RELATED RELIEF</u>**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Chinos Holdings, Inc. (3834); Chinos Intermediate Holdings A, Inc. (3301); Chinos Intermediate, Inc. (3871); Chinos Intermediate Holdings B, Inc. (3244); J. Crew Group, Inc. (4486); J. Crew Operating Corp. (0930); Grace Homes, Inc. (1409); H.F.D. No. 55, Inc. (9438); J. Crew Inc. (6360); J. Crew International, Inc. (2712); J. Crew Virginia, Inc. (5626); Madewell Inc. (8609); J. Crew Brand Holdings, LLC (7625); J. Crew Brad Intermediate, LLC (3860); J. Crew Brand, LLC (1647); J. Crew Brand Corp. (1616); J. Crew Domestic Brand, LLC (8962); and J. Crew International Brand, LLC (7471). The Debtors' principal place of business and service address is 225 Liberty St., New York, NY 10281.

CBL & Associates Management, Inc. ("CBL"), managing agent for a number of landlords from which the Debtors lease real property, by and through the undersigned counsel, hereby joins in the Limited Objection of Brookfield Property REIT Inc., Hine Global REIT, Jones Lang LaSalle Americas, Inc., SITE Centers Corp., Tanger Management, LLC and Turnberry Associates [Docket No. 295] (the "Objection") to the *Motion of Debtors for Entry of Orders (I) Authorizing the Debtors to Obtain Postpetition Secured Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens ad Providing Superpriority Administrative Expense Claims, (IV) Granting Adequate Protection to Prepetition Secured Parties, (V) Modifying the Automatic Stay, and (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* (the "Motion") [Docket No. 31], for the reasons set forth therein, and incorporates by reference the arguments made in the Objection.

CBL also joins in the various objections filed by other landlords and creditors to the Motion. CBL requests that the Court enter an order (i) requiring the budget approved in connection with any final financing order include the timely payment of post-petition lease obligations; (ii) denying a waiver of Sections 506(c) and 552 of the Bankruptcy Code; and (iii) granting such other and further relief as the Court deems is proper under the circumstances.

DATED: June 2, 2020

                                            Respectfully Submitted:

**HUSCH BLACKWELL LLP**

*/s/ Caleb T. Holzaepfel*
Caleb T. Holzaepfel (admitted *pro hac vice*)
736 Georgia Avenue, Suite 300
Chattanooga, TN 37402
Telephone: (423) 755-2654
Facsimile: (423) 266-5499
caleb.holzaepfel@huschblackwell.com

<u>/s/Steven A. Neeley</u>
Steven A. Neeley (VSB No. 78870)
750 17th Street, NW, Suite 900
Washington, DC 20006
Telephone: (202) 378-2331
Facsimile: (202) 378-2319
Email: steve.neeley@huschblackwell.com

*Attorneys for CBL & Associates Management, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHINOS HOLDINGS, INC., *et al.*, | ) | Case No. 20-32181 (KLP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATE OF SERVICE**

      I, Caleb T. Holzaepfel, Esquire certify that I caused one true and correct copy of the *Joinder of CBL & Associates Management, Inc. to the Limited Objection of Brookfield Property REIT Inc., Hines Global REIT, Jones Lang Lasalle Americas, Inc., SITE Centers Corp., Tanger Management, LLC, And Turnberry Associates (A) To Motion of Debtors for Entry of Order (I) Authorizing the Debtors to Obtain Postpetition Secured Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Adequate Protection to Prepetition Secured Parties, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* to be sent via the CM/ECF System for the United States Bankruptcy Court for the Eastern District of Virginia to all necessary parties on June 2, 2020.

DATED: June 2, 2020

                                          **HUSCH BLACKWELL LLP**

                                          */s/ Caleb T. Holzaepfel*
                                          Caleb T. Holzaepfel (admitted *pro hac vice*)
                                          736 Georgia Avenue, Suite 300
                                          Chattanooga, TN 37402
                                          Telephone: (423) 755-2654
                                          Facsimile: (423) 266-5499
                                          caleb.holzaepfel@huschblackwell.com