Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq. (admitted *pro hac vice*)
Shirley S. Cho, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: rfeinstein@pszjlaw.com
        bsandler@pszjlaw.com
        scho@pszjlaw.com

Debra I. Grassgreen, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
Email: dgrassgreen@pszjlaw.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

Robert S. Westermann (VSB No. 43294)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500
Telephone: (804) 771-9500 /
Facsimile: (804) 644-0957
Email: rwestermann@hf-law.com

*Proposed Local Counsel to the Official
Committee of Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHINOS HOLDINGS INC., *et al.* [1] | ) | Case No. 20-32181 (KLP) |
| | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**APPLICATION FOR AN ORDER AUTHORIZING AND APPROVING
THE EMPLOYMENT AND RETENTION OF PROVINCE, INC. AS
FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS EFFECTIVE AS OF MAY 18, 2020**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Chinos Holdings, Inc. (3834); Chinos Intermediate Holdings A, Inc. (3301); Chinos Intermediate, Inc. (3871); Chinos Intermediate Holdings B, Inc. (3244); J. Crew Group, Inc. (4486); J. Crew Operating Corp. (0930); Grace Holmes, Inc. (1409); H.F.D. No. 55, Inc. (9438); J. Crew Inc. (6360); J. Crew International, Inc. (2712); J. Crew Virginia, Inc. (5626); Madewell Inc. (8609); J. Crew Brand Holdings, LLC (7625); J. Crew Brand Intermediate, LLC (3860); J. Crew Brand, LLC (1647); J. Crew Brand Corp. (1616); J. Crew Domestic Brand, LLC (8962); and J. Crew International Brand, LLC (7471). The Debtors' corporate headquarters and service address is 225 Liberty St., New York, NY 10281.

The Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned cases by and through undersigned counsel hereby submits its application (this "Application") pursuant to sections 328 and 1103 of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 2014-1 and 2016-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia (the "Local Bankruptcy Rules"), for the entry of an order, in substantially the form attached as Exhibit A (the "Proposed Order"), (i) authorizing the Committee to retain and employ Province, Inc. ("Province"), as financial advisor to the Committee, effective as of May 18, 2020, pursuant to the terms of the engagement letter between Province and the Committee, dated May 18, 2020 (the "Engagement Letter");[2] and (ii) granting certain related relief. In support of this Application, the Committee submits the Declaration of Sanjuro Kietlinski, a Managing Director of Province (the "Kietlinski Declaration"), attached hereto as Exhibit B, and the Declaration of Committee Co-Chair, attached hereto as Exhibit C, and further respectfully represents as follows:

## JURISDICTION AND VENUE

1.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference from the United States District Court for the Eastern District of Virginia*, dated July 10, 1984. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

2.    On May 4, 2020, the Debtors, as Debtors and debtors in possession, commenced these cases by filing voluntary petitions with the Court under chapter 11 of the Bankruptcy Code.

---

[2] A copy of the Engagement Letter is attached hereto as Exhibit D.

The Debtors continue to operate their business as debtors in possession pursuant to section 1107(a) and 1108 of the Bankruptcy Code. On May 5, 2020, the Court entered an order in the Debtors' bankruptcy cases [Docket No. 99] approving procedural consolidation and joint administration of those chapter 11 cases pursuant to Bankruptcy Rule 1015(b).

3. On May 13, 2020, the United States Trustee for the Eastern District of Virginia (the "U.S. Trustee"), pursuant to section 1102 of the Bankruptcy Code, appointed the Committee to serve as the Committee for the Debtors and to represent the interests of all unsecured creditors in these chapter 11 cases (these "Cases") (Docket No. 188). The five (5) members appointed to the Committee are as follows: (a) Simon Properties, Inc.; (b) United Parcel Service, Inc.; (c) First Glory Limited; (d) Pan Pacific Co. Ltd.; and (e) Brookfield Property REIT, Inc.

**RELIEF REQUESTED**

4. The Committee requests entry of an order, substantially in the form of the Proposed Order, (a) authorizing it to retain and employ Province as financial advisor to the Committee in these Cases, effective as of May 18, 2020 and (b) granting certain related relief.

5. The Committee is familiar with the professional standing and reputation of Province. More specifically, the Committee understands that Province has extensive experience representing official creditors' committees, debtors, creditors, trustees and others in a wide variety of bankruptcy cases, including, as financial advisor to the official committees of unsecured creditors in Purdue Pharma, Destination Maternity, Lucky's Market Parent Company, LLC, BL Restaurants Holding, LLC (Bar Louie), SFP Franchise Corporation (Papyrus), Mishti, Emerge Energy Services, Achaogen, Aegerion Pharmaceuticals, Insys Therapeutics, FTD Companies, Mattress Pal, Payless ShoeSource, Inc., Gymboree Group Inc., Claire's Stores, Toys "R" Us Property Company I, LLC, Nine West Holdings, Inc., Brookstone, Motorsport Aftermarket Group (Velocity), Patriot National, Aerogroup International, Inc. (Aerosoles), True

Religion Apparel, Inc., Payless Holdings LLC, HHGregg Inc., Eastern Outfitters LLC, Gordmans Stores, Inc., Prestige Industries LLC, Gulf Chemical & Metallurgical Corporation, Performance Sports Group, Fresh-G Restaurant Intermediate Holding, LLC (Garden Fresh Restaurants), Golfsmith International Holdings, Inc., Aéropostale, Inc., Pacific Sunwear of California, Inc., Fresh & Easy, LLC, The Wet Seal, LLC, National Air Cargo, Inc., Magnetation, LLC, and KSL Media Inc. matters; the financial advisor to the debtors in Focus Property Group, Superior Linen, Argosy Casino (Penn National) and American West Homes; and the trustee in RadioShack, Coldwater Creek, Loehmann's Inc., and Eddie Bauer.

6.     The services of Province are deemed necessary to enable the Committee to assess and monitor the efforts of the Debtors and their professional advisors to maximize the value of their estates and to reorganize successfully.   Further, Province is well qualified and able to represent the Committee in a cost-effective, efficient, and timely manner.   Accordingly, the Committee believes that Province is well qualified to render the services described below.

## SCOPE OF SERVICES

7.     Province will provide such consulting and advisory services as Province and the Committee deem appropriate and feasible in order to advise the Committee in the course of these Cases, including but not limited to the following:

    a.    Becoming familiar with and analyzing the Debtors' DIP budget, weekly cash flow performance, assets and liabilities, and overall financial condition;

    b.    Reviewing financial and operational information furnished by the Debtors to the Committee;

    c.    Scrutinizing the economic terms of various agreements, including, but not limited to, the Debtors' first day motions and various professional retentions;

    d.    Analyzing the Debtors' proposed business plans and developing alternative scenarios, if necessary;

    e.    Assessing the Debtors' various pleadings and proposed treatment of unsecured creditor claims therefrom;

    f.      Preparing, or reviewing as applicable, avoidance action and claim analyses;

    g.      Assisting the Committee in reviewing the Debtors' financial reports, including, but not limited to, SOFAs, schedules, cash budgets, and Monthly Operating Reports;

    h.      Advising the Committee on the current state of the Debtors' chapter 11 cases;

    i.      Representing the Committee in negotiations with the Debtors and third parties, as necessary;

    j.      If necessary, participating as a witness in hearings before the Bankruptcy Court with respect to matters upon which Province has provided advice; and

    k.      Any other activities as are approved by the Committee, the Committee's counsel, and as agreed to by Province.

8. Additionally, while Province recognizes that it is difficult to predict how these complex cases will proceed, it will undertake to coordinate all of their services to avoid or minimize any unnecessary duplication of services.

## PROVINCE'S DISINTERESTEDNESS

9. Province has informed the Committee that, except as may be set forth in the Kietlinski Declaration, it (a) has no connection with the Committee, the Debtors or any other party in interest in these Cases; (b) does not hold any interest adverse to the Debtors' estates; and (c) believes it is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code.

10. Province will conduct an ongoing review of its files to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new material facts or relationships are discovered or arise, then Province will supplement its disclosure to the Court.

11. Province has agreed not to share with any person or firm the compensation to be paid for professional services rendered in connection with these Cases.

## TERMS OF RETENTION

12. Province is not owed any amounts with respect to prepetition fees and expenses. The Committee understands that Province intends to apply to the Court for allowances of

compensation and reimbursement of expenses for financial advisory support services in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, orders of this Court, and the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective As of November 1, 2013* (the "U.S. Trustee Guidelines"). The customary hourly rates, subject to periodic adjustments, charged by Province professionals anticipated to be assigned to this matter are as follows:

| Professional Level | Per Hour (USD) |
| --- | --- |
| Principal | $880 - $975 |
| Managing Director | $670 - $790 |
| Senior Director | $600 - $670 |
| Director | $550 - $600 |
| Vice President | $510 - $550 |
| Senior Associate | $430 - $510 |
| Associate | $360 - $430 |
| Analyst | $240 - $360 |
| Paraprofessionals | $185 |

13.     The hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions. Province intends to provide ten (10) business days' notice to the Debtors, the Committee and the U.S. Trustee before implementing any increases in Province's rates for professionals working on these Cases.

14.     In addition, Province will bill for all out-of-pocket expenses reasonably incurred by Province in connection with the matters contemplated by this Agreement.

## BASIS FOR RELIEF REQUESTED

15.     The Committee seeks approval of the Engagement Letter (including the fee structure and the indemnification provisions) pursuant to sections 328(a) and 1103 of the Bankruptcy Code. Section 1103(a) of the Bankruptcy Code provides that an official creditors' committee "may select and authorize the employment by such committee of one or more

attorneys, accountants, or other agents, to represent or perform services for such committee." 11 U.S.C. § 1103(a).

16.    Section 328 of the Bankruptcy Code provides, in relevant part, that an official creditors' committee, "with the court's approval, may employ or authorize the employment of a professional person under section 327 . . . on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, on a fixed or percentage fee basis, or on a contingent fee basis." 11 U.S.C. § 328(a).    Province shall be compensated for its services and reimbursed for any related expenses in accordance with sections 330 and 331 of the Bankruptcy Code and any other applicable Bankruptcy Rules, Local Bankruptcy Rules, the U.S. Trustee Guidelines, and any other applicable orders or procedures of this Court.

17.    Accordingly, the Committee submits that the relief requested in this Application is in the best interests of their estates, creditors and all parties-in-interest in these Cases and the Court should approve the retention and employment of Province pursuant to the terms set forth in the Engagement Letter.

<u>**WAIVER OF MEMORANDUM OF POINTS AND AUTHORITIES**</u>

18.    As this Application sets forth the relevant law, the Committee respectfully requests this Court to treat this Application as a written memorandum of points and authorities or waive any requirement that a memorandum of law be filed as described in Local Bankruptcy Rule 9013-1(G).

<u>**NOTICE**</u>

19.    Notice of this Application has been given to the following parties: (i) The Debtors, Chinos Holdings, Inc., 225 Liberty Street, 17th Floor, New York, NY 10281, Attn: Maria Di Lorenzo; (ii) Proposed counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attn:  Ray C. Schrock, P.C., Ryan Preston Dahl, Candace M.

7

Arthur, Daniel Gwen; (iii) Proposed co-counsel to the Debtor, Hunton Andrews Kurth LLP, Riverfront Plaza, East Tower, 951 East Byrd Street, Richmond, VA 23219, Attn: Tyler P. Brown, Henry P. (Toby) Long, III, Nathan Kramer; (iv) the Office of the United States Trustee for the Eastern District of Virginia, 701 East Broad Street, Suite 4304, Richmond, VA 23219; (v) the attorneys for any official committee of unsecured creditors then appointed in this case; (vi) the attorneys for the DIP Agent: Seward & Kissel LLP, One Battery Park Plaza, New York, NY 1004, Attn: Gregg S. Bateman; (m) any party that has requested notice pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested herein, the Committee respectfully submits that no other or further notice of this Application is required.

*[Remainder of page intentionally left blank]*

## NO PRIOR REQUEST

20.    No prior Application for the relief requested herein has been made to this or any other Court.

WHEREFORE, the Committee respectfully requests that the Court enter the Proposed Order and grant such other and further relief as may be appropriate.

Dated:    June 4, 2020

THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF CHINOS
HOLDINGS, INC., *et al.*

_Ronald M. Tucker_
_____

Simon Properties, Inc. and Related Entities
By:  Ronald Tucker

Solely in its capacity as Co-Chair of the Official
Committee of Unsecured Creditors of Chinos
Holdings, Inc., *et al.*, and not in any other capacity

_____

First Glory Limited
By:  Steffi Chan

Solely in its capacity as Co-Chair of the Official
Committee of Unsecured Creditors of Chinos
Holdings, Inc., *et al.*, and not in any other capacity

Submitted by:

/s/ Robert S. Westermann
    Counsel
Robert S. Westermann (VSB No. 43294)
Hirschler Fleischer, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500
Telephone: (804) 771-9500
Facsimile: (804) 644-0957
Email: rwestermann@hf-law.com

8

*Proposed Local Counsel to the Official
Committee of Unsecured Creditors*

## NO PRIOR REQUEST

20.    No prior Application for the relief requested herein has been made to this or any other Court.

WHEREFORE, the Committee respectfully requests that the Court enter the Proposed Order and grant such other and further relief as may be appropriate.

Dated:    June 4, 2020

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CHINOS HOLDINGS, INC.,** *et al.*

Simon Properties, Inc. and Related Entities
By:  Ronald Tucker

Solely in its capacity as Co-Chair of the Official Committee of Unsecured Creditors of Chinos Holdings, Inc., *et al.*, and not in any other capacity

First Glory Limited
By:  Steffi Chan

Solely in its capacity as Co-Chair of the Official Committee of Unsecured Creditors of Chinos Holdings, Inc., *et al.*, and not in any other capacity

Submitted by

/s/ Robert S. Westermann
    Counsel
Robert S. Westermann (VSB No. 43294)
Hirschler Fleischer, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500
Telephone: (804) 771-9500
Facsimile: (804) 644-0957
Email: rwestermann@hf-law.com

*Proposed Local Counsel to the Official Committee of Unsecured Creditors*

8

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2020, the foregoing Application was filed using the Court's CM/ECF System, which served the Application on all registered ECF participants who have appeared in this case.

/s/Robert S. Westermann
Robert S. Westermann

# EXHIBIT A

## PROPOSED ORDER

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq. (admitted *pro hac vice*)
Shirley S. Cho, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email:  rfeinstein@pszjlaw.com
         bsandler@pszjlaw.com
         scho@pszjlaw.com


Debra I. Grassgreen, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
Email:  dgrassgreen@pszjlaw.com


*Proposed Counsel to the Official Committee of Unsecured Creditors*

Robert S. Westermann (VSB No. 43294)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500
Telephone: (804) 771-9500 /
Facsimile: (804) 644-0957
Email:  rwestermann@hf-law.com


*Proposed Local Counsel to the Official
Committee of Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHINOS HOLDINGS, INC., *et al.*[1] | ) | Case No. 20-32181 (KLP) |
| | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT AND
RETENTION OF PROVINCE, INC. AS FINANCIAL ADVISOR TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF MAY 18, 2020**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Chinos Holdings, Inc. (3834); Chinos Intermediate Holdings A, Inc. (3301); Chinos Intermediate, Inc. (3871); Chinos Intermediate Holdings B, Inc. (3244); J. Crew Group, Inc. (4486); J. Crew Operating Corp. (0930); Grace Holmes, Inc. (1409); H.F.D. No. 55, Inc. (9438); J. Crew Inc. (6360); J. Crew International, Inc. (2712); J. Crew Virginia, Inc. (5626); Madewell Inc. (8609); J. Crew Brand Holdings, LLC (7625); J. Crew Brand Intermediate, LLC (3860); J. Crew Brand, LLC (1647); J. Crew Brand Corp. (1616); J. Crew Domestic Brand, LLC (8962); and J. Crew International Brand, LLC (7471). The Debtors' corporate headquarters and service address is 225 Liberty St., New York, NY 10281.

Upon the application (the "Application")[2] of the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned cases for entry of an order (this "Order") authorizing the Committee to retain and employ Province, Inc. ("Province") as financial advisor, effective as of May 18, 2020; and upon the Kietlinski Declaration attached as Exhibit B to the Application; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference from the United States District Court for the Eastern District of Virginia*, dated July 10, 1984; and this Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found having found based on the representations made in the Application and in the Kietlinski Declaration that Province is a "disinterested person," as defined in section 101(14) of the Bankruptcy Code and as required by section 327(a) of the Bankruptcy Code; and this Court having found that the relief requested in the Application is in the best interests of the Debtors' estates, their creditors and other parties in interests; and this Court having found that the Committee's notice of the Application and opportunity for a hearing on the Application were appropriate under the circumstances and that no other notice need be provided; and this Court having reviewed the Application and having heard the statements in support of the relief requested herein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Application and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.    The Application is granted as set forth herein.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

2

2.      The Committee is authorized to retain and employ Province as its financial advisor in these Cases, in accordance with sections 328 and 1103 of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Bankruptcy Rule 2014-1 on the terms and conditions set forth in the Application and the Engagement Letter, *nunc pro tunc* as of May 18, 2020.

3.      Province is authorized to render the professional services set forth in the Application and Kietlinski Declaration.

4.      Province shall be compensated for its services and reimbursed for any related expenses in accordance with sections 330 and 331 of the Bankruptcy Code and any other applicable Bankruptcy Rules, Local Bankruptcy Rules, the U.S. Trustee Guidelines, and any other applicable orders or procedures of this Court.

5.      Prior to any increases in rates set forth in the Application, Province shall give ten (10) business days' notice to the Debtors, the Committee, and the U.S. Trustee, and shall file such notice with the Court.

6.      Province shall use reasonable efforts to avoid any duplication of services provided by any of the Committee's other retained professionals in these Cases.

7.      To the extent that this Order is inconsistent with the Engagement Letter, the terms of this Order shall govern.

8.      The requirement under Local Bankruptcy Rule 9013-1(G) to file a memorandum of law in connection with the Application is waived.

9.      Notice of the Application as provided therein shall be deemed good and sufficient notice of such Application and the requirement of Bankruptcy Rule 6004(a) are satisfied by such notice.

10.    Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

11.    The Committee is authorized to take all actions necessary to effectuate the relief granted in this Order.

12.    This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.


Dated: _____, 2020
Richmond, Virginia

_____
THE HONORABLE KEITH L. PHILLIPS
UNITED STATES BANKRUPTCY JUDGE

4

WE ASK FOR THIS:

By: ___/s/   Robert S. Westermann
                    Counsel
Robert S. Westermann (VSB No. 43294)
Hirschler Fleischer, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500
Telephone: (804) 771-9500
Facsimile: (804) 644-0957
Email: rwestermann@hf-law.com

*Proposed Local Counsel to the Official Committee of
Unsecured Creditors*

-and-

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq. (admitted *pro hac vice*)
Shirley S. Cho, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email:  rfeinstein@pszjlaw.com
           bsandler@pszjlaw.com
           scho@pszjlaw.com

Debra I. Grassgreen, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500
Telephone: (415) 263-7000
Facsimile:  (415) 263-7010
Email: dgrassgreen@pszjlaw.com

*Proposed Lead Counsel to the Official Committee of
Unsecured Creditors*

Seen and agreed:

_/s/ draft_____ (signature authorized)
Kenneth N. Whitehurst, III, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
701 East Broad Street
Suite 4304
Richmond, Virginia 23219

*Office of the U.S. Trustee*

## CERTIFICATION OF ENDORSEMENT
## <u>UNDER LOCAL RULE 9022-1(C)</u>

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/ Robert S. Westermann*_____
Counsel

2

**EXHIBIT B**

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq. (admitted *pro hac vice*)
Shirley S. Cho, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: rfeinstein@pszjlaw.com
        bsandler@pszjlaw.com
        scho@pszjlaw.com

Debra I. Grassgreen, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
Email: dgrassgreen@pszjlaw.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

Robert S. Westermann (VSB No. 43294)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500
Telephone: (804) 771-9500 /
Facsimile: (804) 644-0957
Email: rwestermann@hf-law.com

*Proposed Local Counsel to the Official
Committee of Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHINOS HOLDINGS, INC., *et al.* [1] | ) | Case No. 20-32181(KLP) |
| | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF SANJURO KIETLINSKI IN SUPPORT OF APPLICATION FOR
AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT AND
RETENTION OF PROVINCE, INC. AS FINANCIAL ADVISOR TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF MAY 18, 2020**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Chinos Holdings, Inc. (3834); Chinos Intermediate Holdings A, Inc. (3301); Chinos Intermediate, Inc. (3871); Chinos Intermediate Holdings B, Inc. (3244); J. Crew Group, Inc. (4486); J. Crew Operating Corp. (0930); Grace Holmes, Inc. (1409); H.F.D. No. 55, Inc. (9438); J. Crew Inc. (6360); J. Crew International, Inc. (2712); J. Crew Virginia, Inc. (5626); Madewell Inc. (8609); J. Crew Brand Holdings, LLC (7625); J. Crew Brand Intermediate, LLC (3860); J. Crew Brand, LLC (1647); J. Crew Brand Corp. (1616); J. Crew Domestic Brand, LLC (8962); and J. Crew International Brand, LLC (7471). The Debtors' corporate headquarters and service address is 225 Liberty St., New York, NY 10281.

I, Sanjuro Kietlinski, hereby declare, under penalty of perjury as follows:

1.      I am a managing director of Province, Inc. ("Province"), which is a financial advisory firm of approximately 50 employees with its principal office located at 2360 Corporate Circle, Suite 330, Henderson, Nevada 89074.  I submit this declaration (this "Declaration") on behalf of Province in support of the *Application for an Order Authorizing the Official Committee of Unsecured Creditors to Retain and Employee Province, Inc. as Financial Advisor, Effective as of May 18, 2020* (the "Application").[2]  Except as otherwise noted,[3] I have personal knowledge of the matters set forth herein.

## DISINTERESTEDNESS AND ELIGIBILITY

2.      In connection with the preparation of this Declaration, Province conducted a review of its contacts with the Debtors, their affiliates, and certain entities holding large claims against or interests in the Debtors that were made reasonably known to Province.  A listing of the parties reviewed is reflected on Schedule 1 to this Declaration.  Province's review, completed under my supervision, consisted of a query of the Schedule 1 parties within an internal computer database, containing names of individuals and entities that are present or recent former clients of Province.  A summary of such relationships that Province identified during this process is set forth on Schedule 2 to this Declaration.

3.      Based on the results of its review, except as otherwise discussed herein, Province does not have a relationship with any of the parties on Schedule 1 in matters related to these Cases.  Province has provided and could reasonably be expected to continue to provide services unrelated to the Debtors' cases for the various entities shown on Schedule 2.  Province's

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

[3] Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at Province and are based on information provided to me by them.

2

assistance to these potential parties in interest has been related to providing various financial restructuring, litigation support and/or expert testimony services. To the best of my knowledge, no services have been provided to these potential parties in interest that involve their rights in the Debtors' cases, nor does Province's involvement in these Cases compromise its ability to continue such consulting services to these parties.

4. Province represents many debtors, trustees, and committees in other bankruptcy cases, and the debtors, the members of those committees, or those estates may be creditors of the Debtors. However, Province will not represent those debtors, committees, or their members with respect to any claims that they may have collectively or individually against the Debtors.

5. Province may have worked with, or continued to work with, and/or have mutual clients with, certain bankruptcy professionals who appear on Schedule 1. To the best of my knowledge, none of these relationships create interests materially adverse to the Debtors, and none are in connection with these cases.

6. Province does not believe it is a "creditor" with respect to fees and expenses of any of the Debtors within the meaning of section 101(10) of the Bankruptcy Code. Further, neither I nor any other member of the Province team serving the Debtors, to the best of my knowledge, is a holder of any outstanding debt instruments or shares of the Debtors' stock.

7. As such, to the best of my knowledge, Province is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, in that Province:

    (A)    is not a creditor, an equity security holder, or an insider;

    (B)    is not and was not, within 2 years before the date of the filing of the petition, a director, officer or employee of the debtor; and

(C)   does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

8.   In addition, to the best of my knowledge and based upon the results of the relationship search described above and disclosed herein, Province neither holds nor represents an interest adverse to the Debtors within the meaning of section 327(a) of the Bankruptcy Code.

9.   It is Province's policy and intent to update and expand its ongoing relationship search for additional parties in interest in an expedient manner.  If any new material relevant facts or relationships are discovered or arise, Province will promptly file a supplemental declaration.

## PROFESSIONAL COMPENSATION

10.   The Committee understands that Province intends to apply to the Court for allowances of compensation and reimbursement of expenses for financial advisory support services in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, orders of this Court and the U.S. Trustee Guidelines.  The customary hourly rates, subject to periodic adjustments, charged by Province professionals anticipated to be assigned to this matter are as follows:

| Professional Level | Per Hour (USD) |
| --- | --- |
| Principal | $880 - $975 |
| Managing Director | $670 - $790 |
| Senior Director | $600 - $670 |
| Director | $550 - $600 |
| Vice President | $510 - $550 |
| Senior Associate | $430 - $510 |
| Associate | $360 - $430 |
| Analyst | $240 - $360 |
| Paraprofessionals | $185 |

11. The hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions. Province intends to provide ten (10) business days' notice to the Debtors, the Committee, and the U.S. Trustee before implementing any increases in Province's rates for professionals working on these Cases.

12. In addition, Province will bill for all out-of-pocket expenses reasonably incurred by Province in connection with the matters contemplated by this Agreement.

13. To the best of my knowledge, (a) no commitments have been made or received by Province with respect to compensation or payment in connection with these Cases other than in accordance with the provisions of the Bankruptcy Code, and (b) Province has no agreement with any other entity to share any compensation received by Province in connection with these Cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 4, 2020

/s/ Sanjuro Kietlinski
Sanjuro Kietlinski
Managing Director
Province, Inc.

## SCHEDULE 1

## INTERESTED PARTIES

# Chinos Holdings, Inc. - Parties in Interest List

**Debtors**

Chinos Holdings, Inc.

Chinos Intermediate Holdings A, Inc.

Chinos Intermediate, Inc.

Chinos Intermediate Holdings B, Inc.

J. Crew Group, Inc. or J. Crew Group, Inc.

J. Crew Operating Corp.

Grace Holmes, Inc.

H.F.D. No. 55, Inc.

J. Crew Inc.

J. Crew International, Inc.

J. Crew Virginia, Inc.

Madewell Inc.

J. Crew Brand Holdings, Inc.

J. Crew Brand Intermediate, LLC

J. Crew Brand, LLC

J. Crew Brand Corp.

J. Crew Domestic Brand, LLC

J. Crew International Brand, LLC

**Debtors' Trade Names and Aliases (up to 8 Years)**

C&W Outlet, Inc.

Crewcuts

ERL, Inc.

J. Crew

J. Crew Factory

J. Crew Factory Stores

J. Crew International Cayman Limited

J. Crew Mercantile

J. Crew Retail

J. Crew Retail Stores

J. Crew Retail

J. Crew® brands

Madewell Retail Stores

Madewell® brands

Madewell Retail

**Non-Debtor Affiliates and Subsidiaries**

2

Branch Office of J. Crew Global Holdings B, LLC in HCMC

J. Crew Apparel Trading (Shenzhen) Company Limited

J. Crew Asia Limited

J. Crew Canada Inc.

J. Crew Cayman Limited

J. Crew Commercial Trading Company (Shanghai) Limited

J. Crew France SAS

J. Crew Global Holdings A, LLC

J. Crew Global Holdings B, LLC

J. Crew Global Holdings Bermuda LP

J. Crew Global Holdings Bermuda LP

J. Crew Holdings A, LLC

J. Crew Holdings B, LLC

J. Crew Hong Kong Limited

J. Crew Hong Kong Services, Limited

J. Crew Japan Ltd.

J. Crew Netherland Cooperatief U.A.

J. Crew Netherlands C.V.

J. Crew NL B.V.

J. Crew Sourcing Asia, Limited

J. Crew U.K. Limited

Madewell Brand Holdings, LLC

Madewell Brand LLC

Madwell Cayman Limited

Representative Office of J. Crew Global Holdings B, LLC in HCMC

**Bank Accounts**

Bank of America Merrill Lynch

Bank of America, N.A

Capital One

Chase Bank

HSBC Bank

JPMorgan Chase Bank, N.A.

Key Bank

PNC Bank

TD Bank

US Bank National Association

Wells Fargo Bank, N.A.

3

**Bankruptcy Judges and Staff for Eastern District of Virginia –Richmond Division Bankruptcy Court**

Chief Judge Frank J. Santoro

Honorable Kevin R. Huennekens

Honorable Brian Kenney

Honorable Keith L. Phillips

Honorable Klinette H. Kindred

Honorable Stephen C. St. John

William C. Redden, Clerk of Court

**Bondholders/Noteholders/ Indenture Trustees**

Anchorage Capital Group, L.L.C.

Angelo Gordon

Antora Peak Capital, LLC

Citadel Advisors, on behalf of Citadel Equity Fund Ltd.

Davidson Kempner Capital Management LP, on behalf of certain of its affiliated investment funds

FS Global Advisor, LLC, on behalf of FS Global Credit Opportunities Fund

FS Global Credit Opportunities Fund

GSO Capital Partners LP

LibreMax Capital, LLC

U.S. Bank National Association

**Contract Counterparties**

Aetna Inc. ("Aetna")

American Express

Anthem, Inc. ("Anthem")

Automatic Data Processing, Inc. ("ADP")

Blue Cross Blue Shield Association

CVS Caremark

Depository Trust Company

Discover

Express Scripts Inc.

MasterCard

Metlife, Inc. / Metropolitan Life Insurance Company

PayPal

Prudential Insurance Company of America

Visa

VSP Global / VSP Vision Care

WageWorks

**Current Officers and Directors**

4

**Current Officers**

Harley Traven

Jan Singer

Jeremy Brooks

Libby Wadle

Lisa Greenwald

Lynda Markoe

Maria Di Lorenzo

Michael Nicholson

Vincent Zanna

Neal Goldman

**Current Officer – Affiliations**

ANN, Inc.

Club Monaco

Kate Spade & Company.

Nike, Inc.

Spanx, Inc.

Victoria's Secret Lingerie at L Brands, Inc.

**Current Directors**

Chad Leat

Jack Weingart

James Coulter

Jonathan D. Sokoloff

Michael Solomon

Richard Feintuch

Seth Farbman

Neal Goldman

D.J. "Jan" Baker

**Current Directors – Affiliations**

Advantage Solutions, Inc.

Arrow Group Industries

AT&T Wireless

Authentic Brands Group

BAWAG P.S.K

Big 5 Sporting Goods

BJ's Wholesale Club

Calvin Klein

Carr-Gottstein Foods Co.

Chanel

Chobani

Cirque du Soleil

Citigroup, Inc.

Container Store Group, Inc.(the)

Creative Artists Agency

Dashlane, Inc.

David's Bridal

Diamond Triumph Auto Glass

Dollar Financial Group, Inc.

Evolution Media Growth Partners, LLC

Gap, Inc.

Global Indemnity PLC

Goldman, Sachs & Co.

Hamburg Commercial Bank

IMS Health Inc.

Jetro Cash & Carry Inc.

Jo-Ann Stores Inc.

Kate Spade & Company.

Latham & Watkins LLP

Leonard Green & Partners, L.P.

MC Sporting Goods

Neiman Marcus Group, Inc. (the)

Nike, Inc.

Ogilvy & Mather

Pace Holdings Corp.

Paceline Holdings Corp., (a TPG affiliate)

PDC Brands

Petco Animal Supplies, Inc.

PGT Innovations, Inc.

Philz Coffee, Inc.

Phoenix Scientific, Inc.

Prada

Prospect Medical Holdings, Inc.

Pure International

Reebok

Rite Aid

Rival Manufacturing Co.

Rodan + Fields, LLC

Shake Shack, Inc.

Signet Jewelers Limited

Spanx, Inc.

Spotify, Inc.

The Brickman Group

The Rise Fund

The Tire Rack

Thrifty PayLess Holdings

Topshop/Top Man Limited

Tourneau

TPG Capital

TPG Funding

TPG Global

TPG Pace Holdings Corp.

Tuboscope

Union Square Hospitality Group

Vans

Varsity Brands

Verizon Wireless

Victoria's Secret Lingerie at L Brands, Inc.

White Cap Industries

Whole Foods Market

**Debtors' Professionals**

AlixPartners

Hilco Real Estate LLC

Hunton Andrews Kurth LLP

KPMG LLP

Lazard

Omni Agent Solutions

Quinn Emanuel Urquhart & Sullivan LLP

Weil, Gotshal & Manges LLP

**Former Officers and Directors**

**Former Directors**

Carrie Wheeler

Jim Brett

John Danhakl

Millard Drexler

Stephen Squeri

**Former Officers**

Aaron Rose

Adam Brotman

Jim Brett

**Insurance/Insurance Provider/Surety Bonds**

ACE

ACE - Huatai Property & Casualty
AIG

Allianz

Allianz Global Corporate & Specialty

Allianz Global Risk US Insurance Company

AON

Argo Group US, Inc.

Argonaut Insurance Company

AXA X.L. America, Inc.

Axis Insurance Company

Beazley Insurance Company, Inc.

Berkley Insurance Company

C.N.A.

C.V. Starr

Canopius Insurance Services

Chubb Group of Insurance Companies

CNA Financial Insurance

Continental Casualty Company

Endurance American Insurance Company

Evanston Insurance Company

Freedom Specialty Insurance Company

Great American Spirit Ins. Company

Hiscox Insurance Company Inc.

Hudson Insurance Company

Illinois National Insurance Company

Illinois National Insurance Company (AIG)

Ironshore Indemnity Inc.

Ironshore Insurance Services, LLC

Ironshore Specialty Insurance Co.

Liberty Insurance Corporation

Liberty Insurance Underwriters Inc.

Markel American Insurance Company

National Casualty Company

National Union Fire Insurance Company of Pittsburgh, Pa.

Nationwide

Philadelphia Indemnity Insurance Company

QBE Insurance Corporation

Roanoke Insurance Group Inc.
RSUI Indemnity Company

Safety National (Tokio Marine & Nichido Fire Insurance Co., Ltd.)
Safety National Casualty Corporation

SOMPO International

State National Insurance Company, Inc.

U.S. Specialty (HCC)

US Commercial Management Liability

Westchester Fire Insurance Company

Western World Insurance Company

Willis Towers Watson

XL Catlin

XL Specialty Insurance Company

Zurich American Insurance Company

**Landlords and Parties to Leases**
1040 Madison Inc.

1200 Tenant Corp

1237 ½ Wisconsin Avenue

126 Greenwich Associates

1448 Webward Avenue LLC

1618 14th Street NW, LLC

1716 Walnut Street LP

1919 14th St LLC

23 Cobb Island Drive LLC

234 W LLC

237 West Broadway Company LLC

264 King Street LLC

30 East 85th Street Company

3700 Mckinney Ltd

9

4645 Fashion Valley Mall

4666 Shopping Center Associate

4674 South Hills Village

4676 Westchester Mall LLC

4692 Spg Center LLC

4693 Shops as St Johns LLC

49 East 49th Street Corporation

4919 Mayflower Cape Cod LLC

4923 Mall at Northshore LLC

50 Hudson LLC

55 Water LLC

730 Corporation

7607 Woodland Hills Mall LLC

900 North Michigan LLC

932 N Rush LLC

A/R Retail LLC

Abq Uptown LLC

Acadia Realty Ltd. Partnership

Acadia Realty Trust

Aeonian Partners LP

Ahc Washtenaw LLC

Air Retail LLC

Ala Moana Center Association

Albina Management Company

AMB Property

Ambassador Crossing LLC

American Assets Trust LP

Amerishop Suburban LP

AP Edgehill Village LLC

AP Newbury Street Reit LLC

Ararat Springs Inc.

Arden Fair Associates LP

Aronov Realty

Arundel Mills Ltd. Partnership

Asheville Retail Associates LLC

Atlanta Outlet Shoppes LLC

Atlantic City Associates #2 S1

10

Aventura Mall Venture

Bayer Properties

Bedrock

Bellevue Square Association, Inc.

Benderson Development Co. Inc.

Bentall Kennedy (U.S.) L.P.

BF Wichita, LLC

BJW Realty LLC

Blatteis Realty

BNY Mellon

Boston Properties Limited

Bow Street Realty LLC

Bowman Mtp Center LLC

BPP East Union LLC

Bradley Real Estate

Braintree Property Associates

Bre Retail Residual Owner 1 LLC

Brixmor Property Group

Broadway at York Square

Brookfield Property REIT, Inc.

BV Centercal LLC

Cadillac Fairview Corp. Ltd.

CalPERS

Cambridgeside Partners LLC

Carolina Premium Outlets LLC

Caruso Affiliated Holdings

Causeway LLC

CB Richard Ellis Investors

CBL & Associates Ltd. Partnership

CBL & Associates Properties Inc.

CBL Shops at Friendly LLC

CenterCal Properties

Centro Properties Group

Century City Mall LLC

CH Reality VII/R Nova Promenade

Charlotte Outlets LLC

Charlottesville Fashion Square

11

Chelsea Pocono Finance LLC

Chicago Premium Outlets

Chino Dunhill Investors LLC

CJ Segerstrom & Sons

Clarksburg Premium Outlets

CLPF CC Pavilion LP

Coconut Point Town Center LLC

Colorado Mills Mall Limited

Columbus Outlets LLC

Copley Place Associates LLC

Coroc/Hilton Head I LLC

Corte Madera Village LLC

Country Club Plaza KC Partners

CPBP VII Associates LP

Cpt Louisville I LLC

Craig Realty Group

Crawfish LLC

Crestview Hills Town Center, LLC

Crown American Realty Trust

CVM Associates Ltd. Partnership

Dartmouth College

David Adam Realty, Inc.

DDR Corp

Del Amo Fashion Center Operating

Delshah Gansevoort 69, LLC

Developers Diversified

Developers Diversified Realty. (DDR Corp.)

Development Diversified Realty Corp.

Dolorita F Wallas Trust Uw

DTZ

Duke Realty

Dunhill Partners, Inc.

East Banc

East Hampton 14 Main Street LLC

Easton Town Center II LLC

Eastview Mall LLC

Edens Limited Partnership

12

Edward Moore

Elm Street Realty Associates

Emporium Mall LLC

Exeter Holdings LLC

Factory Reit LLC

Fairfax Co of Virginia LLC, commonly known as Fair Oaks Mall

Fashion Centre Mall LLC

Fashion Outlets at Foxwoods LLC

Federal Realty Investment Trust

Federation Limited

Feil

First Industrial Realty Trust

Forbes Cohen Florida Properties

Forbes Taubman Orlando LLC

Forest City Enterprises Inc.

Four State Properties LLC

FR Westgate Mall LLC

Frit San Jose Town & Country

Fritz Farm Retail Company LLC

FSH Associates LP

Galleria Mall Investors LP

Gargen Commercial Properties

Gateway Knollwood LLC

Gateway Square LLC

Gateway Woodside Inc.

General Growth Properties (GGP)

GFM LLC

GGP CPP Plaza Frontenac LLC

Gilroy Premium Outlets LLC

Glimcher Realty Trust

GPT Longmeadow LLC

Grand Prairie Premium Outlets

Grapevine Mills Mall Limited

Green Hills Mall TRG LLC, commonly known as The Mall at Green Hills

Grove City Factory Shops LP

Grove Property Fund

Gulf Coast Factory Shops

13

Gulfport Factory Shops

Hamilton Place Mall General

Harbor East Management Group

Harbor East Parcel D Retail 2

Hartleywood Holdings Ltd

Haywood Mall

Heitman Capital Management LLC

Help II LLC

HG Galleria LLC

Hgreit II Edmonson Road LLC

Highland Village Limited Partnership

Highwoods Properties

Hilldale Shopping Center LLC

HOC Partners I LLC

Honeydo Family LLC

Horizon

Howard Hughes

HRC Corporation

HSA Commercial Real Estate

IMI Colorado Springs LLC

IMI Grand Prairie LLC

IMI MSW LLC

ISBI Susquehanna LLC

Ivanhoe Cambridge

Jamestown Commercial Management

Jamestown PCM Master Tenant LP

Jamestown Premier Berkeley

Jemals Atlantic LLC

Jenel Management Corp.

Jersey Shore Premium Outlets

Jones Lang LaSalle

JPPF DC Holding Reit Inc.

Keener Management, Inc.

Keil Sonoma Corporation

Keystone Floriday Property

Kierland Commons Investment LLC

Kimco Realty Corp

Kimco Realty Corporation

Kimco Realty Group

King of Prussia Associates, c/o Kravco Simon Company

Kite Realty Group

Kittery Premium Outlets LLC

KMO-361 Manhasset LLC

Kravco

KRE Colonie Owner LLC

KRG Rivers Edge LLC

La Cantera Retail Ltd. Partners

Lahan Capital Group LLC

Lake & Ashland LLC

Las Vegas North Outlets LLC

LaSalle Investment Management

LaSalle Partners Inc.

Lebcon Associates Ltd

Leeds Retail Center LLC

Legacy Place Properties LLC

Legacy West Investors LP

Liberty Place Retail Associates

Lighthouse Place Premium Outlets

Little Rock Development Co. LLC

Livermore Premium Outlets LLC

Louisville Outlet Shoppes LLC

LRC Northway Mall Acquisitions LLC

Macerich

Macerich HHF Broadway Plaza LLC

Madison Marquette

Mall at Concord Mills Limited

Mall at Katy Mills LP

Mall at Potomac Mills LLC

Mall at Summit LLC

Market Street Retail South LLC

Mayfair

McKay Investment Company, LLC

MCP English Village LLC

Mept Edgemont Operating LP

Merrick Park LLC

Merrimack Premium Outlets

Metropolitan Transportation Authority (New York, NY)

Mid-South Outlet Holdings LLC

Midway CC Venture I LP

Midway Management

Mills - SPG

Mills Corporation

Milpitas Mills Limited Partner

Miromar Outlet West LLC

MOAC Mall Holdings LLC

Montgomery Mall Owner LLC

MPH Pacific Place LP

Ned Little Rock LLC

New England Development

New Plan Excel Realty Trust

North 6th Street Dry Goods LLC

North 6th Street Realty LLC

North American Properties

NorthPark Development Company

NorthPark Merchants Assoc.

Northpark Partners, LP

Northwest Atlantic

Northwood PL A, L.P.

O.V.P. Management, Inc.

Oak Brook Urban Venture LP

OCF Holdings LLC

O'Connor Property Management

OK City Outlets LLC

Old Orchard Urban Limited

Olshan Properties

Omaha Outlets SPE, LLC

Ontario Mills LP

Opry Mills Mall LP

Outlet Mall of Savannah LLC

Outlets at Traverse Mountain

Pacific Premier Retail Trust

16

Pagosa Partners II, Ltd.

Palm Beach Outlets I LLC

Palmer Square Ltd. Partnership

Palmer Square Management

Pembroke Square Associates LLC

Penn Ross Joint Venture

Penn Square Mall Ltd. Partnership

Peoria New Mall LLC

Perimeter Mall LLC

PES Partners LLC

Petra Properties LLC

Philadelphia Premium Outlets

Phoenix Premium Outlets LLC

Pioneer Property Partners

Pittsford Plaza SPE LLC

Plaza Las Américas, Inc, Empresas Fonalledas, Inc.

Pleasant Prairie Premium Outlets

PPSA LLC

PR Woodland Ltd. Partnership

PREIT Associates LP

PREIT Services, LLC, as agent for Cherry Hill Center, LLC

PREIT Services, LLC, as agent for WG Park, L.P.,

Premium Outlets Partners LP

Prime Retail

Principal Life Insurance Co

PRISA LHC LLC

Prologis

Pyramid Walden Company LP

R.D. Management Corp.

RCPI Landmark Properties L.L.C.

RED Development

Regency Centers

Related

Renaissance at Colony Park LLC

Retail Properties of America

Retail Value Investment Program

Riggs Associates LLC

17

Riverside Square Ltd. Partnership

Rosedale Center

Roseville Fountains LP

Round Rock Premium Outlets LLC

Rouse Properties, Inc.

Rouse Providence LLC

Route 35 Shrewsbury Limited

RPAI Southwest Management LLC

RPAI US Management LLC

RPL Fig Garden LP

RREEF

S.R. Weiner & Associates

SA Galleria IV LP

Saint Louis Galleria LLC

San Marcos Premium Outlets LP

Santo Del Sur, LLC

Saul Holdings Ltd. Partnership

Sawgrass Mills Phase II LP

SCG City Centre One LLC

Scottsdale Fashion Square

Segerstrom family

Settlers R1 Inc.

Seven Hundred Realty Corp

Sherman Oaks Fassion Assoc LP

Shops at Mission Viejo LLC

Shops at Summerlin North LP

Short Hills Associates LLC, commonly known as The Mall at Short Hills

Short Pump Town Center LLC

Silver Sand GL I LLC Mall

Simon – SPG

Simon Preit Gloucester

Simon Property Group, Inc. and affiliates,

Simon Property Group. (SPG)

Somerset Collection Limited

Sony Corporation

South Coast Plaza

Southdale Center LLC

18

St Johns Town Center 2

St Louis Premium Outlets

Stanberry Development, LLC

Star West Franklin Park Mall

Stark Enterprises

Starwood Heller

Steiner & Associates

Stoneridge Properties LLC

Street Retail Inc.

Street Retail West 3 LP

STRS L3 ACQ1, LLC

Super Regional Malls Operating

T Westbrook Center LLC

Tampa Premium Outlets LLC

Tampa Westshore Associates Limited Partnership, commonly known as International Plaza,

Tanger National Harbor LLC

Tanger Outlet Centers

Tanger Properties Limited

Taubman

TB Mall at UTC LLC

T-C Forum at Carlsbad LLC

TCB Mayfair I LLC

Templeton Doc Limited Partnership

The Americana at Brand LLC

The Cafaro Co.

The Cordish Co.

The Domain Mall LLC

The Fountains at Farah, LP

The Greene Town Center LLC

The Inland Real Estate Group of Cos.

The Macerich Co.

The Peterson Companies

The Pyramid Companies

The Retail Property Trust

The Richard E. Jacobs Group Inc.

The Roseville Fountains, L.P.

The Rouse Co.

The Shops at Saddle Creek Inc.

The Simpson Organization, Inc.

Thruway Shopping Center LLC

TIAA-CREF

Times Square Limited

Tishman Speyer

TM Macarthur Center LP

T-O Ventures LLC

TPF Equity Reit Operating

Trademark

Triple Five Group

TSG Cherterfield Lifestyle LLCTSO Vero Beach LP

TSO Warehouse Row Property Own

Tucson Premium Outlets LLC

Turnberry Associates

Twin Cities Outlets Eagan LLC

TWMB Associates LLC

Tysons Corner LLC

Unibail-Rodamco-Westfield

Unico Partners I Reit LLC

University Park Mall LLC

University Village LP

UPI 1505 Fifth LLC

UPV Center LP

Urban Edge Properties

US-P-G Portfolio Five, LLC

UTC Venture LLC

Utica Square Shopping Center, Inc.

Valley Fair UTC LLC

Vanderbilt MPD Corp.

Vornado Realty LP

Vornado Realty Trust

W/S/M Hingham Properties, LLC

Walton Foothills Holdings VI, L.L.C.

Walton Street Real Estate Funds

Washington Prime Group

Waterloo Premium Outlets LLC

Waterside Shops LLC

Weingarten Realty

WellsPark Group, Inc.

West Clayton Athens GA Owner, LLC

West Farms Mall LLC,commonly known as Westfarms

Westcor Partners

Westfield Corporation

Westfield Group

Westfield Topanga Owner LLC

Westland Garden State Plaza

Westmont Realty Partners

WFP Retail Co. LP

Wilmorite

Wilson Canal Place II LLC

Windham Management Company

Wisconsin Dells Outlet Fee LLC

W-LD Legends Holding VII LLC

Woodburn Premium Outlets LLC

WP Glimcher Inc.

WRGUSA Vero Manager, LLC

WS Asset Mgmt.

W-S Peak Canton Properties LLC

WS Tice's Corner Marketplace

WSM Hingham Properties LLC

Yale University

**Term Loan Lenders**

Acme Holdco Leveraged Solutions LLC

Adams Mill CLO Ltd

American Air Liquide Holdings Inc.

Anchorage Capital CLO 11 LTD

Anchorage Capital CLO 13 LTD

Anchorage Capital CLO 14 LTD

Anchorage Capital CLO 1R LTD

Anchorage Capital CLO 2013 1 LTD

Anchorage Capital CLO 2018 10 LTD

Anchorage Capital CLO 3R LTD

Anchorage Capital CLO 4R LTD

Anchorage Capital CLO 5R LTD

Anchorage Capital CLO 6 LTD

Anchorage Capital CLO 7 LTD

Anchorage Capital CLO 8 LTD

Anchorage Capital CLO 9 LTD

Anchorage Capital Master Offshore Ltd

Anchorage Credit Funding 1 LTD

Anchorage Credit Funding 10 LTD

Anchorage Credit Funding 2 LTD

Anchorage Credit Funding 3 LTD

Anchorage Credit Funding 4 LTD

Anchorage Credit Funding 5 LTD

Anchorage Credit Funding 6 LTD

Anchorage Credit Funding 7 LTD

Anchorage Credit Funding 8 LTD

Anchorage Credit Funding 9 LTD

Antora Peak Credit Opportunities Fund LP

Antora Peak SPV Holdings LLC

Apex Credit Partners LLC FD

Apidos CLO X

Apidos CLO XI

Apidos CLO XII

Apidos CLO XV

Apidos CLO XVIII R

Apidos CLO XX

Apidos CLO XXI

Apidos CLO XXII

Apidos CLO XXIII

Apidos CLO XXIV

Apidos CLO XXIX

Apidos CLO XXV

Apidos CLO XXVI

Apidos CLO XXVII

Apidos CLO XXVIII

Apidos CLO XXX

Apidos CLO XXXI

Apidos CLO XXXII

Bell Atlantic Master Trust by Credit Value Partners

Bank of America Merrill Lynch

Canadian Fixed Income Pool

Catamaran CLO 2013 1 Ltd

Catamaran CLO 2014 1 Ltd

Catamaran CLO 2015 1 Ltd

Cede & Co.

CI Income Fund

CI US Income US Pool

Citibank NA

Commander Navy Installations Command Retirement Trust

Corbin Erisa Opportunity Fund Ltd

Credit Value Master Fund IV A1 LP

Credit Value Master Fund IV B LP

CVC Credit Partners Global Yield Master LP

Deutsche Bank AG Cayman Islands

DWS Gloating Rate Fund

ECP CLO

Fengenco BV2 Qualified NDT

Fengenco Perry 1 Qualified NDT

Flagship CLO VIII Ltd

Flagship VII Limited

FS Global Credit Opportunities Fund

Fyrkat Designated Activity Company

BofA

Goldman Sachs Bank USA

Goldman, Sachs & Co.

Green Equity Investors Side V, L.P.

Green Equity Investors V, L.P.

Gracie Alpha Core Master Fund LP

Gracie Credit Opportunities Master Fund LP

GSO Credit Alpha II Trading Cayman

GSO Credit Alpha Diversified Alternatives LP

GSO Credit Alpha Trading Cayman LP

Guidewell Group Inc.

Health Options Inc.

HSBC Bank PLC

23

HSBC Bank USA, National Association

IAM National Pension Fund

IG Putnam US High Yield Income Fund

III Term Credit Hub Fund Ltd

JFIN CLO 2014 Ltd

JPMorgan Chase Bank, N.A.

Kentucky Teachers Retirement System Insurance Trust Fund MEI

Leonard Green & Partners, L.P.

LGP Chino Coinvest LLC /

Libremax Master Fund Ltd

Libremax OC Master Fund Ltd

Logan Circle Partners Funds PLC Multi Sector Fixed Income Fund

Lord Abbett Bank Loan Trust

Lord Abbett Credit Opportunities Fund

Lord Abbett Floating Rate Senior Loan Fund Ltd

Lord Abbett High Yield Core Trust II

Lord Abbett Investment Trust High Yield Fund

Lord Abbett Investment Trust

Lord Abbett Floating Rate Fund

Lord Abbett Passport Portfolio

Lord Abbett Global High Yield Fund

Lord Abbett Passport Portfolio PLC

Lord Abbett High Yield Fund

MAN GLG US CLO 2018 1 LTD

MAN GLG US CLO 2018 2 LTD

Marble Ridge Master Fund LP

MBD 1 LTD

Melody Special Opportunities Master Fund LP

Merrill Lynch, Pierce, Fenner & Smith Incorporated

Midtown Acquisitions LP

Mizuho Corporate Bank, Ltd.

Mizuho Securities

Morgan Stanley

NHB Bank of America Distressed Trade

Nomura Global Manager Select

Nyliac General Credit Value Partners

P Gracie Ltd

PCI Fund LLC

Public Service New Mexico

Rapax OC Master Fund Ltd

Redwood Master Fund Ltd

Renaissance US Dollar Corporate Bond Fund

Saranac CLO III Limited

Saranac CLO VII Limited

Serengeti Multi Series Master LLC

Silvermore CLO Ltd

Sticht Berdijfstakpens VH Beroepvervoer

Sumitomo Mitsui Banking Corporation

SunTrust Bank

SunTrust Robinson Humphrey

TD Bank, N.A.

Teachers Retirement System of Kentucky

TPG Capital BD, LLC

TPG Capital, L.P.

TRS Oak II Ltd

Venture 35 CLO Ltd

Venture VI CDO Limited

Venture XII CDO Limited

Venture XIII CDO Limited

Venture XIV CDO Limited

Venture XIX CDO Limited

Venture XV CDO Limited

Venture XVI CDO Limited

Venture XVII CDO Limited

Venture XVIII CDO Limited

Venture XX CDO Limited

Venture XXI CDO Limited

Venture XXII CDO Limited

Venture XX CDO Limited

Voya CLO 2012 4 LTD

Voya CLO 2013 1 LTD

Voya CLO 2013 2 LTD

Voya CLO 2013 3 LTD

Voya CLO 2014 1 LTD

Voya CLO 2014 1 LTD

Voya CLO 2014 2 LTD

Voya CLO 2014 3 LTD

Voya CLO 2014 4 LTD

Voya CLO 2015 1 LTD

U.S. Bank National Association

Wells Fargo Bank, National Association

Wells Fargo Capital Finance, LLC

Wells Fargo Securities, LLC

Wilmington Savings Fund Society, FSB

**ABL Lenders**

Bank of America, N.A.

Goldman Sachs Bank USA

HSBC Bank USA, National Association

MUFG Union Bank, N.A.

TD Bank, N.A.

U.S. Bank National Association

Wells Fargo Bank, National Association

**Litigation Counterparties/Litigation Pending Lawsuits (includes threatened litigation)**

Ahmed Kamal

Aine Fisico

Anita Parker

B.H., by Her Mother and Natural Guardian, Perele Horowitz

Carolyn C. Rice

Ceiara K. Watkins

Center for Environmental Health

Craig Reality Group-Silverthorne, LLC

Eastview Mall, LLC

Eaton Vance Management & Highland Capital Management LP

Eaton Vance Management

Elizabeth Ray

Fanny Fernandez

Highland Capital Management and certain affiliated funds

Himelda Mendez

Hope Elly

Jennifer K. Briggs

Maisie J. Bordini

Manuel Mejia

NYC Consumer Affairs

OK City Outlets, LLC

Peterson Puritan, Inc. Superfund Site

Safeway Industries, Inc. a/k/a Safeway Wrecking Corp.

Shefali Algoo

The Great Incorporated

Wesley N. Martin

**Non-Debtors Professionals**

Latham & Watkins LLP

Milbank LLP

Paul, Weiss, Rifkind, Wharton & Garrison LLP

Whiteford, Taylor & Preston, LLP

PJT Partners

Ropes & Gray LLP

Tavenner & Beran, PLC

**Ordinary Course Professionals**

Akin Gump Strauss Hauer & Feld LLP

Allure Sourcing Ltd

Aon Risk Services Northeast Inc.

Automatic Data Processing

Baker and McKenzie LLP

Bortstein Legal LLC

Conn Maciel

Cowan Leibowitz & Latman PC

Daryani

Deloitte Consulting LLP

Deloitte Tax LLP

Denittis Osefchen Prince PC

Dentons LLP

DLA Piper

Epstein Becker

FTI Consulting Inc.

FTPA

JND Legal Administration

Keane

Kirkland & Ellis LLP

27

Krugliak, Wilkins

Littler

Luen Thai Overseas Macao Commercial Overseas Company Ltd.

McKinsey & Company Inc.

Morrison Cohen LLP

Perkins Coie

Perlman & Perlman

Ropes & Gray

Ryan LLC

Sage Law Group

Sedgwick Claims Management Services

Sidley Austin LLP

Taylor Vinters

**Other Secured Parties (letters of credit/ issuers of letters of credit)**

HSBC Bank USA, N.A.

MUFG Bank, Ltd.

**Regulatory and Government (federal, state, and local)**

Internal Revenue Service (the)

United States Attorney's Office for the District of Virginia (the)

Securities and Exchange Commission (the)

Consumer Protection Division

Moody's Investors Service, Inc.

**State Consumer Protection Authorities**

State of Alabama Consumer Protection Division

State of Arizona Consumer Information and Complaints

State of Arkansas Consumer Protection Division

State of California Consumer Information Division

State of Colorado Consumer Protection Section

State of Connecticut Consumer Protection Division

State of Delaware Consumer Protection Division

District of Columbia Consumer Protection Division

State of Florida Consumer Protection Division

State of Georgia Consumer Protection Division

State of Hawaii Consumer Protection Division

State of Idaho Consumer Protection Division

State of Illinois Consumer Fraud Bureau

State of Indiana Consumer Protection Division

28

State of Iowa Consumer Protection Division

State of Kansas Consumer Protection Division

State of Kentucky Consumer Protection Division

State of Louisiana Consumer Protection Section

State of Maine Consumer Protection Division

State of Maryland Consumer Protection Division

Commonwealth of Massachusetts Consumer Protection Division

State of Michigan Consumer Protection Division

State of Minnesota Consumer Services Division

State of Mississippi Consumer Protection Unit

State of Missouri Consumer Protection Unit

State of Nebraska Consumer Protection Division

State of Nevada Consumer Protection Division

State of New Hampshire Consumer Protection and Antitrust Bureau

State of New Jersey Consumer Affairs Division

State of New Mexico Consumer Protection Division

State of New York Consumer Protection Division

State of North Carolina Consumer Protection Division

State of Ohio Consumer Protection Section

State of Oklahoma Consumer Protection Division

State of Oregon Financial Fraud/Consumer Protection Section

State of Pennsylvania Bureau of Consumer Protection

State of Rhode Island Consumer Protection Division

State of South Carolina Consumer Protection Division

State of Tennessee Consumer Affairs Division

State of Texas Consumer Protection Division

State of Utah Consumer Protection Division

State of Vermont Consumer Protection Division

State of Virginia Consumer Protection Section

State of Washington Consumer Protection Division

State of Wisconsin Consumer Protection Division

**Significant Competitors**

Abercrombie & Fitch Co.

American Eagle Outfitters, Inc.

Ascena Retail Group, Inc.

Chico's FAS, Inc.

The Gap, Inc.

29

Guess, Inc.

L Brands, Inc.

Capri Holdings, Ltd.

Nordstrom, Inc.

Ralph Lauren Corp.

Tapestry, Inc.

Under Armour, Inc.

Urban Outfitters, Inc.

**Significant Shareholders**

Anchorage Advisors Management, L.L.C.

Anchorage Capital Group, L.L.C.

Anchorage Capital Master Offshore Ltd

Anchorage Offshore

Blackstone Group Management L.L.C.

Blackstone Holdings I L.P.

Blackstone Holdings I/II GP Inc.

Blackstone Holdings II L.P.

GEI Capital V, LLC

Goldman Sachs & Co.

Goldman Sachs & Co. LLC

Green Equity Investors Side V, L.P

Green Equity Investors V, L.P

GSO Advisor Holdings L.L.C.

GSO Aiguille Des Grands Montets Fund I LP

GSO Aiguille Des Grands Montets Fund II LP

GSO Aiguille Des Grands Montets Fund III LP

GSO Capital Partners LP

GSO Churchill Partners LP

GSO Credit Alpha Trading (Cayman) LP

GSO Credit-A Partners LP

GSO Harrington Credit Alpha Fund (Cayman) LP

Leonard Green & Partners, L.P. and affiliates

LGP Associates V LLC

LGP Chino Coinvest LLC

Millard S. Drexler

PCI Fund LLC

Peridot Coinvest Manager LLC

The 2012 Drexler Family GST Trust f/b/o Alexander Drexler

The 2012 Drexler Family GST Trust f/b/o Katherine Drexler

The Blackstone Group L.P.

The Drexler 2008 Family Trust f/b/o Alexander Fischman Drexler

The Drexler 2008 Family Trust f/b/o Katherine Elizabeth Fischman Drexler

The Drexler 2014 Family Trust No. 2 f/b/o Katherine Elizabeth Fischman Drexler

The Drexler Family Revocable Trust

The Goldman Sachs Group, Inc.

TPG Capital, L.P. and affiliates

TPG Chinos, L.P.

**Sponsors**

Green Equity Investors Side V, L.P

Green Equity Investors V, L.P.

Leonard Green & Partners, L.P.

LGP Chino Co-Invest LLC

TPG Capital, L.P.

TPG Capital, LP

TPG Chinos Co-Invest, L.P.

**Taxing Authorities**

**Federal Taxing Authorities**

Internal Revenue Service (the)

**Local Taxing Authorities**

Asheville, North Carolina

Lynchburg, Virginia

NYC Department of Finance

**State Taxing Authorities**

Alabama Department of Revenue

Arizona Department of Revenue

Arkansas Department of Finance and Administration

California State Board of Equalization

Colorado Department of Revenue

Connecticut Department of Revenue Services

Delaware Division of Revenue

District of Columbia Consumer Protection Division

Florida Department of Revenue

Georgia Department of Revenue

Hawaii Department of Taxation

31

Idaho State Taxation Commission

Illinois Department of Revenue

Indiana Department of Revenue

Iowa Department of Revenue and Finance

Kansas Department of Revenue

Kentucky Department of Revenue

Louisiana Department of Revenue

Maine Revenue Services

Maryland State Comptroller

Massachusetts Department of Revenue

Michigan Department of Treasury

Minnesota Department of Revenue

Mississippi Department of Revenue

Missouri Department of Revenue

Nebraska Department of Revenue

Nevada Tax Commission

New Hampshire Department of Revenue Administration Unit

New Jersey Division of Taxation

New Mexico Taxation and Revenue Department

New York Department of Taxation & Finance

North Carolina Department of Revenue

Ohio Department of Taxation

Oklahoma Tax Commission

Oregon Department of Revenue

Pennsylvania Department of Revenue

Rhode Island Department of Revenue

South Carolina Internal Revenue Service

Tennessee Revenue Services

Texas Comptroller Office

Utah State Tax Commission

Vermont Department of Taxes

Virginia Department of Taxation

Washington Department of Revenue

Wisconsin Department of Revenue

**Top 100 Unsecured Creditors**

Addmerit International Limited

Adidas Sales Inc.

ADS Alliance Data Systems Inc.

AK Sourcing Limited

Alliance Store Fixtures Inc.

Aquarelle Clothing Limited

Arvind Limited

Bank of America

BBase IDG Limited

Brightime International Limited

Carolina Logistic Services LLC

Cass Information System Inc.

Centex Fabrics Export Unit

Chin Ho Knitting Factory Ltd

China Ting Garment Mfg. (Group)

Chinamine Trading Limited

Circa of America LLC

Color-X Inc.

Construction One Inc.

Cosmic Gear Limited

D and J International Limited

Dalian Moda Fashion Co. Ltd

Dalian Yangerte Garment

Datapipe Inc.

David Nice Builders Inc.

Delta Bogart Lingerie Ltd.

Designer Plus SRL Unipersonale

Dragon Yu Bag MFG Co. Ltd.

Fashion Accessories

Federal Merchandising Inc.

First Glory Limited

Flo-Tech LLC

Fortune Cathay Trading Limited

Gaurav International

Global Shoes SARL

H Kuntzler Industria DE

Hana Financial Inc.

Hing Shing Looping Manufacturing

Hoi Meng Sourcing

Hongkong Sales Ltd.

Int SA

ISP Painting Inc.

Jade Knitting & Garment Factory

Jiing Sheng Knitting Co. Ltd.

Kepler Group LLC

Knit Sources International Ltd.

KNT Limited

KPMG LLP

Kyung Seung Co. Ltd.

Luen Thai Overseas Macao

Luen Thai Overseas Macao Commercial Overseas Company Ltd.

M&V Macao Comm Off Ltd.

Man Yan Garment Textiles Co. Ltd.

Manchu Times Fashion Limited

Manhattan Associates Inc.

Mavacon USA LLC

MGF Sourcing US LLC

Nam Dinh Garment Joint Stock Co.

New Balance Athletic Shoe Inc.

New Fashion Products Inc.

New Tex Co. Ltd.

Noble Industry Co. Ltd.

Ocean Fast International Ltd.

Ody Accessories

Ones Company Ltd.

Oracle America

Pan Pacific Co. Ltd.

Paqueta Calcados Ltda.

Parawin Industries Limited

PMG Worldwide LLC

Pro Sports Giao Thuy JSC

Profits Fund Fashion

R K Industries IV

Rackspace US Inc.

Rexel Inc.

RGM Fashion Ltd.

Richa Global Exports Pvt Ltd.

Riches Galore Ltd.

Rio Apparel HK Ltd.

Saitex International Dong Nai

Salesforce.com Inc.

Shun Seng Hop Yick Company Ltd.

South Pacific Fashions Ltd.

Sterling Apparel Ltd.

Style Fashion Trading Limited

Superl Holdings Limited

Suy Co. Ltd.

Tainan Enterprises Co. Ltd.

Texma International Co. Ltd.

Tien-Hu Trading (Hong Kong) Ltd.

United Infinite Corp Taiwan Branch

United Textile Inc. Taiwan Branch

Universal E Business Solutions LLC

UPS

US Apparel & Textiles Pvt. Ltd.

Vans

Victory International Inc.

WHL Sourcing & Manufacturing Ltd.

Winner Step Corp Ltd.

Wooin Industries Ltd.

Zhejiang Fortune Apparel Co. Ltd.

**Top 30 Unsecured Creditors (attached to petition)**

Aquarelle Clothing Limited

China Ting Garment Mfg. (Group)

Cosmic Gear Limited

D and J International Limited

Deloitte Consulting

Deloitte Tax LLP

Eaton Vance Management c/o Brown Rudnick LLP

Fashion Accessories

First Glory Limited

Gaurav International

Hing Shing Looping Manufacturing

35

Hoi Meng Sourcing

KNT Limited

Kyung Seung Co Ltd.

Luen Thai Overseas Macao

Manchu Times Fashion Limited

Pan Pacific Co .Ltd.

Pro Sports Giao Thuy JSC

R K Industries IV

RGM Fashion Ltd.

Rio Apparel HK Ltd.

Saitex International Dong Nai

Sterling Apparel Ltd.

Suy Co. Ltd.

Texma International Co. Ltd.

Tien-Hu Trading (Hong Kong) Ltd

United Infinite Corp Taiwan Branch

UPS

Victory International Inc.

Wilmington Savings Fund Society, FSB

**UCC Lien Search Results**

Bank of America, N .A.

Canon Financial Services, Inc.

CCA Financial LLC

Noreast Capital Corporation

Raymond Leasing Corporation

U.S. Bank National Association

Wilmington Savings Fund Society, FSB

**United States Trustee and Staff for the Easter District Virginia Richmond Division**

John P. Fitzgerald III, Acting United States Trustee

Kenneth N. Whitehurst, III, Assistant United States Trustee

Cecelia A. Weschler

Harry W. Acevedo

Ilene M. Sims

Jack I. Frankel

Jay W. Legum

Joseph Guzinski

June E. Turner

Kathryn R. Montgomery

Margaret Bloom

Mark E. Steven

Martha J. Watson

Nicholas S. Herron

Paula F. Blades

Peggy T. Flinchum

Shannon F. Pecoraro

Sheryl D. Wilson

Theresa E. McPherson

**Utility Providers/Utility Brokers**

23 Cobb Island Drive Llc

30 East 85th Street Co.

3700 Mckinney Master Condo Associ

A/R Retail LLC

Abes Trash Service, Inc

ACC Water Business

Action Environmental Services

AHC Washtenaw, LLC

Alabama Power

All States Easton Services

All States Mall Services II

All States Services

Allstream Business Inc

Alpha Waste Industries

Ameren Illinois

Ameren Missouri

Anytime Waste Systems

Apex Billing Solutions

Appalachian Power

APS

Aquarion Water Company of CT

Aquarion Water Company of MA

Asheville Outlets

AT&T

Athens Services

Atlantic City Associates Llc Number 2

Atlantic City Electric

Atmos Energy

ATT Glob Netw Svcs Hong Kong Ltd

ATT Global Netw Svcs France SAS

ATT Global Network Svcs UK BV

ATT Global Services Canada CO

ATT Mobility

AW Billing Service LLC

Baldwin EMC

Bell Canada, Inc.

Berkshire Gas Company

BGE

BJW Realty LLC

Black Hills Energy

Blue Ridge Electric/NC

Bluebonnet Electric Cooperative

Board Of Public Works- Gaffney, SC

Boro Wide Recycling - NY

Borough Of Park Ridge, NJ

BP Environmental Service, Inc

BPP East Union LLC

Braintree Electric Light Department

BRASK MALL SERVICES

BRASK MALL SERVICES I

BRASK MALL SERVICES II

Bright House Networks

Caprock Waste - District 5114

Casella Waste Services

Centerpoint Energy

Centerpoint Energy Minnegasco

Central Hudson Gas & Electric CO

Central Maine Power (CMP)

Centurylink

CH Realty Vii/R Nova Promenade LLC

Charleston Water System

Charter Communications

Citizens Energy Group

City Carting & Recycling

City Creek Center Assoc. LLC

City Of Ann Arbor Treasurer, MI

City Of Asheville, NC

City Of Austin, TX

City Of Boca Raton, FL

City Of Charlotte, NC

City Of Charlottesville, VA

City Of Frisco, TX

City Of Germantown, TN

City Of Grand Rapids, MI

City Of Houston, TX

City Of Lubbock Utilities, TX

City Of Lynchburg, VA

City Of Miami Beach, FL

City Of Palo Alto Utilities, CA

City Of Pasadena, CA

City Of Philadelphia -  Water Revenue, PA

City Of Roseville, CA

City Of Santa Monica, CA

City Of Seattle/Seattle City Light

City Of Tulsa Utilities

City Of Winston- Salem, NC

Classic Recycling New York Corp

Clp- Spf Rookwood Commons, LLC

Columbia Gas Of Kentucky

Columbia Gas Of Massachusetts

Columbia Gas Of Ohio

Columbia Gas Of Virginia

Com Ed

Comcast

Con Edison

Connecticut Natural Gas Corp (CNG)

Conservice

Consolidated Communications

Constellation Newenergy

Constellation Newenergy Inc

Consumers Energy

Corporate Services Consultants, LLC

Coserv

County Waste

COX Business

CP Commercial Delaware LLC

CPBP- VII Associates, LP

CPS Energy

CPT Louisville I, LLC

Crestview Hills Town Center LLC

Cwpm, LLC

D & D carting co. Inc

DC Water And Sewer Authority

DDR Deer Park Town Center, LLC

Dead River Company

Deer Park Enterprises, LLC

Delmarva Power

Direct Energy

Dominion Energy

Dominion Energy North Carolina

Dominion Energy Ohio

Dominion Energy South Carolina

Dominion VA/NC Power

DTE Energy

Duke Energy

Duke Energy Progress

Duquesne Light Company

Dynegy Energy Services

E.J. Harrison & Sons Inc.

East richland co. P. S. D.

Easton Town Center II, LLC

Easton Town Center, LLC

Eatel

El Paso Disposal

El Paso Electric

Elizabethtown Gas

Empire Stores

Entergy Arkansas, Inc.

Entergy Gulf States La, LLC

Entergy louisiana, inc.

Entergy mississippi, inc.

Entergy New Orleans

Entergy texas, inc.

EPB -  Electric Power Board- Chattanooga

ERY Retail Podium Llc

Eugene Water & Electric Board (EWEB)

Evergy KS MO Metro MO West

Eversource Energy

Fairfax Company of Virginia LLC

Fairpoint Communications Inc

Finocchio Brothers Sanitation, Inc.

Flagg Creek Water Reclamation District

Florida Power & Light Company (FPL)

Fort Collins Utilities

Frit San Jose Town & Country

Frit- Assembly Row

Frontier Communications

Georgia Power

Gila River Telecom Inc

Grande Communications

Granite Telecommunications

Green Mountain Power Corporation

Green Waste Mall Services

Gulf Power

Harbor East Parcel D Retail 2 LLC

Hargray

Hawaiian Electric Company (HECO)

Hawaiian Telecom

Hingham Municipal Lighting Plant

Horry Telephone Cooperative

Hotwire Business Solutions

Idaho Power

IEM Group Inc

Illinois Power Marketing

41

IMI Grand Prairie LLC

Imi Msw LLC

Indian River County Utilities, FL

Indianapolis Power & Light (IPL)

Intermountain Gas Company

Intermountain Rural Electric Association

Jackson Electric Membership Corp, GA

Jamaica Ash & Rubbish Removal Co.

Jamestown Premier Georgetown Park Corp

Jefferson Parish, LA

Jersey Central Power & Light

Johns disposal service, inc.

Johns Refuse Removal, Inc.

JRM Hauling & Recycling

Kansas City Board Of Public Utilities

Kansas Gas Service

Kentucky American Water Company

Keter Environmental Services, Inc

KMO- 361 Realty Associates LLC

KUB- Knoxville Utilities Board

KU- Kentucky Utilities Company

L#- 3423 N. Southport

Lafayette Utilities Systems (Lus)

Legacy West Investors

Lehi City Corporation

Lexington- Fayette Urban County Govt

LG&E - Louisville Gas & Electric

Liberty Place Retail Associates L.P.

Liberty Utilities - NH

Little Rock Development Company LLC

Los Angeles Dept of Water & Power

Madison Gas and Electric, WI

Manhasset- Lakeville Water District

Market Street Retail South LLC

MCP Shoppes at English Village

Memphis Light, Gas & Water Division

Mesa Water District

Metro Water Services TN

Miami- Dade Water and Sewer Dept

Mickeys Carting Corp

Midway CC Venture I, LP

Mishawaka Utilities, In

Mississippi Power

Montanari Fuel Service

Mount Pleasant Waterworks, SC

MPD Corp

Nashville Electric Service

National Fuel

National Grid

National Grid -  Brooklyn

National Grid -  Hicksville

National Grid -  Massachusetts

National Grid -  New York

National Grid -  Newark

National Grid -  Rhode Island

National Waste Services LLC

Ned Little Rock LLC

New hampshire electric cooperative, inc.

New Jersey American Water Company

Nicor Gas

NIPSCO -  Northern Indiana Public Serv Co

NJNG

North 6th Street Realty LLC

North Shore Gas

Northern Virginia Electric Cooperative

Northpark Partners LP

NV Energy

NW Natural

NYC Water Board

NYSEG- New York State Electric & Gas

Oak Leaf Property Mgmt LLC

OG&E - Oklahoma Gas & Electric Service

Ohio Edison

Oklahoma Natural Gas Co: Kansas City

43

Olympic II MALL Services

Olympic IV Mall Services

Olympic Mall Services

Omaha Public Power District

Onepoint technologies, inc.

Orange and Rockland Utilities (O&R)

Orlando Utilities Commission

OTIS Collins Trash & Container Service

Pacific Gas & Electric

Pacific Power- Rocky Mountain Power

Palm Beach Outlets I LLC

Palmetto Electric Coop

PDC Services Inc

Peabody Municipal Light Plant

PECO

Pellitteri Waste Systems

Pembroke Square Associates

Penn Power

Peoples

Peoples Gas

PEPCO (Potomac Electric Power Company)

Piedmont Natural Gas

Pine Tree Waste 36

PNM

Polaris Energy Services

Portland General Electric (PGE)

Potomac Edison

PPL Electric Utilities/Allentown

PR Plymouth Meeting Mall LP

PR Woodland Limited Partnership

Precision Waste Solutions, L.L.C.

Professional Building Maintenance LLC

PSE&G- Public Service Elec & Gas Co

PSEGLI

Public Service Company of Oklahoma

Puget Sound Energy

Quest Resource Mgmt Group LLC

RCPI Landmark Properties, LLC

Reliant Energy Solutions

Republic Services

Republic Services #323

Republic Services #411

Republic Services #695

Republic Services #710

Republic Services #798

Republic Services #923

RG&E -  Rochester Gas & Electric

Rogers Telecom INC

Roosevelt Field WD

Ross Township, PA

Roy Strom Refuse Removal Service, Inc.

Rpai Southwest Management LLC

Rws Facility Services

Salish Networks Inc

Salt River Project

San Diego Gas & Electric

Sandpiper Energy Inc

Santee Cooper

Sawnee EMC

Scana Energy

Settlers' R1, Inc.

Sevier County Electric System

Sevier County Utility District (SCUD)

Shaw Cable

Shelby Energy Cooperative, Inc/KY

Short Hills Associates

Smartone

SMUD

Snohomish County Pud

Somerset Collection Ltd Ptr

South Huntington Water District

South Jersey Gas Company

South Walton Utility Co.

Southern California Edison

45

Southern California Gas (The Gas Co.)

Southern Connecticut Gas (SCG)

Spectrum Business

Spire/Birmingham

Spire/St Louis

Spitfire

Studebaker Submetering, Inc

Suburban Propane

Suez Water New Jersey

SWG -  Southwest Gas Corporation

Tampa Westshore Associates LP

Tanger National Harbor LLC

Tanger Outlet Centers, INC.

Tanger Properties Ltd. Partnership

Tangoe US Inc.

Taubman Auburn Hills Associates LP

Taubman- Cherry Creek Cntr LLC

TD Corporate Centre

TECO Tampa Electric Company

Telus

Tenleytown Trash

Texas Gas Service

The Americana at Brand, LLC

The Gate at Manhasset

The Greene

The Grove Fee Owner LLC

The Illuminating Company

TOG

Town of Burlington, MA

Town of Longmeadow, MA

Town of Smithfield, NC

UGI Utilities Inc

United Illuminating Company

Unitil Me Gas Operations

Universal Environmental Consulting, Inc.

Utility Billing Solutions, LLC

Utilivisor

46

Vectren Energy Delivery

Veracity Network

Verizon

Verizon Business

Verizon Wireless

Village of Birch Run, MI

Village of Oak Brook, IL

Virginia Natural Gas

Vodafone House

Vornado Office Management LLC, NY

Washington Gas

Waste Connections of Florida -  Dist 6410

Waste Management

Waste Xpress- Trash Disposal & Recycling

WC of Texas -  Austin -  District 5151

WCA Waste Systems Inc

WE Energies/Wisconsin Electric/Gas

West Unified Communications

West View Water Authority

Western Office Portfolio Owner LLC 1505

Westport Downtown Merchants Association

WFP Retail CO LP

Windstream

Winters bros. Hauling of LI, LLC

XCEL Energy

<u>Vendors/Suppliers</u>

Accutech Packaging Inc.

Adecco Employment Services

Adobe Systems Inc.

Akamai Technologies Inc.

American Express Travel

AND Agency LLC

Anybill Financial Serv. Inc.

Arsenal Communications Inc.

Asia Master International Ltd.

Beijin Jishide Textile Co. Ltd.

Bellevue Square Association Inc.

Bounce Exchange Inc.

Calcados Malu LTDA

Capgemini America Inc.

Cardlytics Inc.

Career Group Inc.

Cass Information Systems

Crossmark Graphics

Cyber Source

Dae Jee Metal Co. Ltd.

Dell Marketing LP

DH FTN Co. Ltd.

Dohzhen Co. Limited

Dragon Luck Limited

Dugan Building Company Inc.

Elite Investigations Ltd.

Elwood Staffing Services Inc.

Empire Office Inc.

Envisage Group

Esella Trading Private Ltd.

Esquel Enterprises Ltd.

Experian Marketing Solutions

Fifth Avenue of L I Realty Association

Floor Ready Services Inc.

Formostar Garment Co. Ltd.

Fry Wagner Moving and Storage

Futurite International Co. Ltd.

Georgia Pacific Corrugated LLC

Ghim Li Global Pte. Ltd.

Global Facility Management and Construction

HCL America Solutions Inc.

HCL Technologies Corporate

HMR Jewelry Co. Ltd.

Hong Kong HMR Trading Co. Ltd.

Illume Holding Company LLC

Infinity Blue Trading HK Ltd.

Inmar Supply Chain Solutions

Interfab Shirt Manufacturing

48

Intex

JBC Connect CA LLC

Jiangsu Sanhe Shoe & Garments

Komar Intimates LLC

Kyungwon Trading Corporation

Landmark Retail Corp.

Lennox National Account Service

LF Centennial Pte. Ltd.

Lih Shyuan Enterprises Co. Ltd.

Mall at Chestnut Hill LLC

Mane Enterprises Inc.

MC Construction Management Inc.

Merit Tat International Limited

Neo Haijoo Co. Ltd.

NHT Fashions Ltd.

NST Apparel International Corp.

Orient Craft Ltd.

Orient International Holding

PBMS

Purgo Jewelry HK Co.

RG Life Style Pvt. Ltd.

Ropa Siete Leguas Inc.

Ruggles Sign

SAP Industries Inc.

Schwarz Paper Company

SDG Fashion Mall LP

Shanghai Broadway International Trading

Skillnet Solutions Inc.

Sperry Top Sider

Sung Hwa Trading C.o Ltd.

Tai Nan Textiles Limited

Talisman Ltd.

Tampa Westshore Associates

Taubman Cherry Creek Shopping

Techolution LLC

The Civil Engineers Ltd.

The Pack America Corp.

Thomas L Cardella & Associates

Tung Hang Handbag Factory Ltd.

Union Rainbow Ind. Co. Ltd.

United States Postal Service

UPS

VCO Apparel Trading

Visionland Co. Ltd.

W Services Group LLC

Willis of New York Inc.

Worksmith Inc.

World Textile Sourcing Inc.

Zhejiang Jinhua Huatai

**Other Parties in Interest / Notice of Appearance Parties**

Amerishop Suburban, L.P

Tarrant County (TX)

Dallas County (TX)

## SCHEDULE 2

### IDENTIFIED CONNECTIONS

| Party | | Relationship |
|---|---|---|
| AT&T Wireless | | Current/Former UCC Member |
| Benderson Development Company LLC | | Current/Former UCC Member |
| Blue Cross Blue Shield Association | | Current/Former UCC Member |
| Brookfield Property REIT, Inc | | Current/Former UCC Member |
| Canon Financial Services, Inc. | | Current/Former Client |
| Citibank | | Current/Former UCC Member |
| Comcast | | Current/Former UCC Member |
| CVS Caremark | | Current/Former UCC Member |
| DDR Corp | | Current/Former UCC Member |
| Deloitte Tax LLP | | Professional |
| DLA Piper LLP | | Professional |
| FTI Consulting | | Professional |
| Hilco Real Estate LLC | | Professional |
| Kirkland & Ellis LLP | | Professional |
| KPMG LLP | | Professional |
| Latham & Watkins LLP | | Professional |
| LF Centennial Pte Ltd | | Current/Former UCC Member |
| Macerich | | Current/Former UCC Member |
| Milbank LLP | | Professional |
| Nike Inc | | Current/Former UCC Member |
| Omni Agent Solutions | | Professional |
| Pan Pacific Co. LTD | | Current/Former UCC Member |
| Principal Life Insurance Company | | Current/Former UCC Member |
| Quinn Emanuel Urquhart & Sullivan LLP | | Professional |
| Regency Centers LP | | Current/Former UCC Member |
| Ropes & Gray LLP | | Professional |
| Sidley Austin LLP | | Professional |
| Simon Property Group | | Current/Former UCC Member |
| Simon Property Group Inc | | Current/Former UCC Member |
| U.S. Bank National Association | | Current/Former UCC Member |
| Under Armor Inc | | Current/Former UCC Member |
| Washington Prime Group Inc | | Current/Former UCC Member |
| Weil, Gotshal & Manges LLP | | Professional |
| Wilmington Savings Fund Society, FSB | | Current/Former UCC Member |

# EXHIBIT C

## DECLARATION OF COMMITTEE CO-CHAIR

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq. (admitted *pro hac vice*)
Shirley S. Cho, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: rfeinstein@pszjlaw.com
       bsandler@pszjlaw.com
       scho@pszjlaw.com

Robert S. Westermann (VSB No. 43294)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500
Telephone: (804) 771-9500 /
Facsimile: (804) 644-0957
Email: rwestermann@hf-law.com

*Proposed Local Counsel to the Official
Committee of Unsecured Creditors*

Debra I. Grassgreen, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
Email: dgrassgreen@pszjlaw.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CHINOS HOLDINGS INC., *et al.*[1] | ) Case No. 20-32181 (KLP) |
| | ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**DECLARATION OF COMMITTEE CO-CHAIR IN SUPPORT OF APPLICATION
FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT AND
RETENTION OF PROVINCE, INC. AS FINANCIAL ADVISOR TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF MAY 18, 2020**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Chinos Holdings, Inc. (3834); Chinos Intermediate Holdings A, Inc. (3301); Chinos Intermediate, Inc. (3871); Chinos Intermediate Holdings B, Inc. (3244); J. Crew Group, Inc. (4486); J. Crew Operating Corp. (0930); Grace Holmes, Inc. (1409); H.F.D. No. 55, Inc. (9438); J. Crew Inc. (6360); J. Crew International, Inc. (2712); J. Crew Virginia, Inc. (5626); Madewell Inc. (8609); J. Crew Brand Holdings, LLC (7625); J. Crew Brand Intermediate, LLC (3860); J. Crew Brand, LLC (1647); J. Crew Brand Corp. (1616); J. Crew Domestic Brand, LLC (8962); and J. Crew International Brand, LLC (7471). The Debtors' corporate headquarters and service address is 225 Liberty St., New York, NY 10281.

I, RONALD TUCKER, as an authorized representative of the committee, declare under penalty of perjury as follows:

1.      I am the Vice President and Bankruptcy Counsel at Simon Properties Inc. and its related entities ("Simon"). Simon was elected as a Co-Chair of the Official Committee of Unsecured Creditors (the "Committee"), along with First Glory Limited, appointed in the bankruptcy cases (the "Cases") of the above-captioned debtors (collectively the "Debtors"). I am an authorized representative of the Committee and am authorized to submit this declaration (the "Declaration") in support of the *Application for an Order Authorizing and Approving the Employment and Retention of Province, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of May 18, 2020* (the "Application") on behalf of the Committee.[2]

### The Committee's Selection of Province as Financial Advisor

2.      Province, Inc. ("Province" or the "Firm") is proposed to serve as financial advisor to the Committee. The Committee recognizes that a review process is necessary in managing counsel to ensure that bankruptcy professionals are subject to the same scrutiny and accountability as professionals in non-bankruptcy engagements. The review process utilized by the Committee here assessed potential committee counsel based on their expertise in the relevant legal issues and in similar proceedings.

3.      On May 13, 2020, the United States Trustee for Region 4 (the "U.S. Trustee") appointed the Committee to represent the interests of all unsecured creditors in these Cases pursuant to section 1102 of the Bankruptcy Code. The members appointed to the Committee are: (i) Simon Properties, Inc.; (ii) First Glory Limited; (iii) United Parcel Service,

---

2 Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

2

Inc.; (iv) Pan Pacific Co. Ltd.; and (v) Brookfield Property REIT, Inc. The *Notice of Appointment of Committee of Unsecured Creditors* [Docket No. 188] was filed on May 13, 2020

4.      On May 18, 2020, the Committee voted to retain Province as its financial advisor, subject to Court approval. In addition to Province, the Committee considered several other firms to act as financial advisor. The Committee is familiar with the professional standing and reputation of Province. More specifically, the Committee understands that Province has extensive experience representing official creditors' committees, debtors, creditors, trustees and others in a wide variety of bankruptcy cases. Thus, the Committee decided to retain Province as its financial advisor during these chapter 11 cases.

## Rate Structure

14.     In my capacity as Co-Chair and authorized representative of the Committee, I am responsible, along with the other Committee members, for supervising Committee professionals. Province has informed the Committee that Province intends to apply to the Court for allowances of compensation and reimbursement of expenses for financial advisory support services in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, orders of this Court, and the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective As of November 1, 2013* (the "U.S. Trustee Guidelines"). The customary hourly rates, subject to periodic adjustments, charged by Province professionals anticipated to be assigned to this matter are as follows:

| Professional Level | Per Hour (USD) |
| --- | --- |
| Principal | $880 - $975 |
| Managing Director | $670 - $790 |
| Senior Director | $600 - $670 |
| Director | $550 - $600 |
| Vice President | $510 - $550 |
| Senior Associate | $430 - $510 |

3

| Professional Level | Per Hour (USD) |
|---|---|
| Associate | $360 - $430 |
| Analyst | $240 - $360 |
| Paraprofessionals | $185 |

15.     The Committee further understands that the hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions, and that Province intends to provide ten (10) business days' notice to the Debtors, the Committee and the U.S. Trustee before implementing any increases in Province's rates for professionals working on these Cases.

16.     In addition, the Committee understands Province will bill for all out-of-pocket expenses reasonably incurred by Province in connection with its duties as financial advisor.

### Cost Supervision

5.     The Committee will approve any prospective budget and staffing plan that may be filed by Province prior to it being filed, recognizing that, in the course of a large chapter 11 case like these Cases, it is possible that there may be a number of unforeseen fees and expenses that will need to be addressed by the Committee and Province.  The members of the Committee further recognize that it is their responsibility to closely monitor the billing practices of their professionals to ensure the fees and expenses paid by the estates remain consistent with the Committee's expectations and the exigencies of the Cases.  The Committee will continue to review the invoices that Province regularly submits.

*[Remainder of page intentionally left blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct to the best of my knowledge and belief.


Dated:    June 4, 2020                     **THE OFFICIAL COMMITTEE OF
                                           UNSECURED CREDITORS OF CHINOS
                                           HOLDINGS, INC.,** *et al.*

                                           *Ronald M. Tucker*
                                           _____

                                           Simon Properties, Inc. and Related Entities
                                           By:  Ronald Tucker

                                           Solely in its capacity as Co-Chair of the Official
                                           Committee of Unsecured Creditors of Chinos
                                           Holdings, Inc., *et al.*, and not in any other capacity

**EXHIBIT D**

**ENGAGEMENT LETTER**

# PROVINCE

www.provincefirm.com

---

May 18, 2020

Simon Properties, Inc. and Related Entities
226 West Washington Street
Indianapolis, IN 46204

First Glory Limited
Flad D 11/F Ka To Factory Building
2 Cheung Yue Street
Kowloon, Hong Kong

United Parcel Service, Inc.
55 Glenlake Parkway, NE
Atlanta, GA 30328

Pan Pacific Co. Ltd.
12, Digital – no 31 Gil
Seoul Korea

Brookfield Property REIT, Inc.
350 N. Orleans St., Suite 300
Chicago, IL 60654

**RE: Province Inc. Engagement Letter re Chinos Holdings, Inc.,** *et al.* **Chapter 11 Matter**

Dear Committee Members:

This letter confirms and sets forth the terms and conditions of the engagement between Province, Inc. ("Province") and the Official Committee of Unsecured Creditors (the "Committee") in re: Chinos, Holdings Inc., *et al.*, jointly administered in the United States Bankruptcy Court (the "Bankruptcy Court"), Eastern District of Virginia, case number 20-32181-KLP, including the scope of the services to be performed and the basis of compensation for those services. Upon execution of this letter by each of the parties below, this letter will constitute an agreement between the Committee and Province (the "Agreement") and will be effective as of May 18, 2020, subject to Bankruptcy Court approval.

As financial advisor to the Committee, Province will perform all duties traditionally associated with this role, including but not limited to:

a.    Becoming familiar with and analyzing the Debtors' DIP budget, weekly cash flow performance, assets and liabilities, and overall financial condition;

b.    Reviewing financial and operational information furnished by the Debtors to the Committee;

c.    Scrutinizing the economic terms of various agreements, including, but not limited to, the Debtors' first day motions and various professional retentions;

d.    Analyzing the Debtors' proposed business plans and developing alternative scenarios, if necessary;

May 18, 2020                                                                                          Page 2 of 5

 e. Assessing the Debtors' various pleadings and proposed treatment of unsecured creditor claims therefrom;

 f. Preparing, or reviewing as applicable, avoidance action and claim analyses;

 g. Assisting the Committee in reviewing the Debtors' financial reports, including, but not limited to, SOFAs, schedules, cash budgets, and Monthly Operating Reports;

 h. Advising the Committee on the current state of the Debtors' chapter 11 cases;

 i. Representing the Committee in negotiations with the Debtors and third parties, as necessary;

 j. If necessary, participating as a witness in hearings before the Bankruptcy Court with respect to matters upon which Province has provided advice; and

 k. Any other activities as are approved by the Committee, the Committee's counsel, and as agreed to by Province.

This Agreement outlines the basis upon which we will render these services and confirms our understanding with respect to the determination and payment of fees and the reimbursement of costs and expenses, subject to Bankruptcy Court approval.

 1. <u>Scope of Services and Client Duties</u>: You are retaining Province, as financial advisor, pending Bankruptcy Court approval. Province's responsibilities will be to provide you with the services outlined in this Agreement, and Province shall report to and collaboratively work with the Committee and its counsel. Province agrees to work with the Committee, counsel to the Committee, and any other professionals retained to work on the Committee's behalf. Province will remain in communication with all Committee professionals to minimize the duplication of work in this matter. Province will keep you informed of the progress of the matters we are handling and respond to your inquiries.

 <u>Fees and Billing Practices</u>: Province will charge for this work based on the following schedule of standard rates summarized below:

| Professional Level | Per Hour (USD) |
| --- | --- |
| Principal | $880 - $975 |
| Managing Director | $670 - $790 |
| Senior Director | $600 - $670 |
| Director | $550 - $600 |
| VP | $510 - $550 |
| Senior Associate | $430 - $510 |
| Associate | $360 - $430 |
| Analyst | $240 - $360 |
| Paraprofessionals | $185 |

Province shall indicate the billable time in increments of six minutes (including a description of the services provided) and will submit fee applications to the Bankruptcy Court in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any other applicable procedures and orders of the Bankruptcy Court.

May 18, 2020                                                                                                                    Page 3 of 5

Province may periodically adjust its rates to reflect the advancing experience, capabilities, and seniority of certain of our professionals as well as general economic factors on an annual basis. Accordingly, the rates listed above may be changed during the term of this Agreement. Province intends to provide ten (10) business days' notice to the Debtors, the Committee, and the U.S. Trustee before implementing any increases in Province's rates for professionals working on these chapter 11 cases.

Costs and Other Charges: In general, Province will incur various costs and expenses in the normal course of this Agreement. Costs and expenses commonly include, but are not limited to: reasonable lodging, postage, parking, legal fees, photocopying and other reproduction and binding costs, messenger and other delivery fees, express mail, information retrieval services, temporary clerical assistance and other similar items. All costs and expenses will be itemized and included for reimbursement in fee applications to be filed with the Bankruptcy Court.

Conflicts: To the best of Province's knowledge, neither Province nor any of its employees have any connection with any party in interest, their attorneys or accountants, other than as set forth in this Agreement. While Province has undertaken and continues to undertake efforts to identify connections with the Debtors and other parties-in-interest, it is possible that connections with some parties-in-interest have not yet been identified. Should Province, through its continuing efforts, learn of any new connections of the nature described above, Province will promptly inform the Committee and file supplemental declarations, as required by Bankruptcy Rule 2014(a).

Discharge, Withdrawal, Termination: Province has the right to withdraw from this engagement with thirty (30) days written notice unless Province feels that its scope is limited, its effectiveness impaired, or Committee is withholding information in which case Province may terminate this engagement immediately. Reasons for Province's withdrawal may also include, but are not limited to, your breach of this Agreement, failure to pay our invoices when due, by the Debtors, refusal to cooperate with or to follow advice or a representation of you that is unlawful or unethical. If required, Province will provide notice to or obtain permission from the Bankruptcy Court prior to terminating our representation. The Committee shall have the right to terminate this engagement at any time by written notice to Province.

Disclaimer of Guarantee: Nothing in this Agreement should be construed as a promise or guarantee about the outcome of any of our efforts. Our comments about the outcome or likely results of any effort are expressions of personal opinion only and are not representations or warranties and do not otherwise bind us.

Bankruptcy Court Approvals: Province acknowledges that in the event that the Bankruptcy Court approves its retention by the Committee, Province's fees and expenses shall be subject to the jurisdiction and approval of the Bankruptcy Court, provided further, that Province shall be required to maintain time records in a detail and format as required by the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, orders of the Court, and guidelines established by the United States Trustee.

Entire Agreement: Unless otherwise agreed in writing between Province and the Committee, all other matters referred to us for representation shall be governed by the terms of this letter, Bankruptcy Court order, and any other attached schedules or amendments. This

May 18, 2020                                                              Page **4** of **5**

Agreement contains all terms of the agreement between us and may not be modified except in writing signed by both of us, and approved by the Bankruptcy Court.

If this letter accurately reflects our agreement, please sign and return it to us.

If you have any questions concerning the provisions of this Agreement, we invite your inquiries. We look forward to working with you.

Very truly yours,

By:   *Sanjuro Kietlinski*                              Date: May 18, 2020

Sanjuro Kietlinski
Managing Director
Province, Inc.

May 18, 2020                                                                                      Page 5 of 5

Accepted and agreed:

*Ronald M. Tucker*

---

Simon Properties, Inc. and Related Entities
By:  Ronald Tucker

Solely in its capacity as Co-Chair of the
Official Committee of Unsecured Creditors
of Chinos Holdings, Inc., *et al.*, and not in
any other capacity

---

First Glory Limited
By:  Steffi Chan

Solely in its capacity as Co-Chair of the
Official Committee of Unsecured Creditors
of Chinos Holdings

Accepted and agreed:

_____

Simon Properties, Inc. and Related Entities
By:  Ronald Tucker

Solely in its capacity as Co-Chair of the
Official Committee of Unsecured Creditors
of Chinos Holdings, Inc., *et al.*, and not in
any other capacity                              .

_____
First Glory Limited
By:  Steffi Chan

Solely in its capacity as Co-Chair of the
Official Committee of Unsecured Creditors
of Chinos Holdings