**WEIL, GOTSHAL & MANGES LLP**  
Ray C. Schrock, P.C. (admitted *pro hac vice*)  
Ryan Preston Dahl (admitted *pro hac vice*)  
Candace M. Arthur (admitted *pro hac vice*)  
Daniel Gwen (admitted *pro hac vice*)  
767 Fifth Avenue  
New York, New York  10153  
Telephone:  (212) 310-8000  
Facsimile:  (212) 310-8007  

**HUNTON ANDREWS KURTH LLP**  
Tyler P. Brown (VSB No. 28072)  
Henry P. (Toby) Long, III (VSB No. 75134)  
Nathan Kramer (VSB No. 87720)  
Riverfront Plaza, East Tower  
951 East Byrd Street  
Richmond, Virginia 23219  
Telephone:  (804) 788-8200  
Facsimile:   (804) 788-8218  

*Proposed Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

---

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| **CHINOS HOLDINGS, INC.,** *et al.*, | : | Case No. 20–32181 (KLP) |
| Debtors.[1] | : | (Jointly Administered) |

---

# DECLARATION OF RYAN A. SCHREIBER,

## ON BEHALF OF SCHREIBER PULVIRENTI LLC

I, Ryan A. Schreiber, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.  I am the Managing Member of Schreiber Pulvirenti LLC, located at 160 Mountain Avenue, Park Ridge, NJ 07656 (the "**Professional**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Chinos Holdings, Inc. (3834); Chinos Intermediate Holdings A, Inc. (3301); Chinos Intermediate, Inc. (3871); Chinos Intermediate Holdings B, Inc. (3244); J. Crew Group, Inc. (4486); J. Crew Operating Corp. (0930); Grace Holmes, Inc. (1409); H.F.D. No. 55, Inc. (9438); J. Crew Inc. (6360); J. Crew International, Inc. (2712); J. Crew Virginia, Inc. (5626); Madewell Inc. (8609); J. Crew Brand Holdings, LLC (7625); J. Crew Brand Intermediate, LLC (3860); J. Crew Brand, LLC (1647); J. Crew Brand Corp. (1616); J. Crew Domestic Brand, LLC (8962); and J. Crew International Brand, LLC (7471).  The Debtors' corporate headquarters and service address is 225 Liberty St., New York, NY 10281.

2. Chinos Holdings, Inc. and its above-captioned debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), have requested that the Professional provide real estate legal services to the Debtors, and the Professional has consented to provide such services (the "**Services**").

3. The Services include the following: negotiation of lease documents and related real estate leasing advice as assigned.

4. The Professional may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Professional is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants, employees of the Debtors, or other parties in interest in these chapter 11 cases. The Professional does not perform services for any such person in connection with these chapter 11 cases. In addition, the Professional does not have any relationship with any such person, their attorneys, or their accountants that would be adverse to the Debtors or their estates.

5. Neither I nor any principal of or professional employed by the Professional has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Professional.

6. Neither I nor any principal of or professional employed by the Professional, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

7. As of the date of the commencement of their chapter 11 cases, the Debtors owed the Professional $8,390.00 in respect of prepetition services rendered to the Debtors.

8. The Professional is conducting further inquiries regarding its retention by any creditors of the Debtors, and, upon conclusion of that inquiry, or at any time during the period of its employment, if the Professional should discover any facts bearing on the matters described herein, the Professional will supplement the information contained in this declaration.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: June 3, 2020

Name:          Ryan A. Schreiber
Title:         Managing Member
Professional:  Schreiber Pulvirenti LLC
Address:       160 Mountain Avenue
               Park Ridge, NJ 07656
Telephone:     201-315-1552
Email:         ryan@schreiberpulvirenti.com

| | |
|---|---|
| **WEIL, GOTSHAL & MANGES LLP** | **HUNTON ANDREWS KURTH LLP** |
| Ray C. Schrock, P.C. (admitted *pro hac vice*) | Tyler P. Brown (VSB No. 28072) |
| Ryan Preston Dahl (admitted *pro hac vice*) | Henry P. (Toby) Long, III (VSB No. 75134) |
| Candace M. Arthur (admitted *pro hac vice*) | Nathan Kramer (VSB No. 87720) |
| Daniel Gwen (admitted *pro hac vice*) | Riverfront Plaza, East Tower |
| 767 Fifth Avenue | 951 East Byrd Street |
| New York, New York 10153 | Richmond, Virginia 23219 |
| Telephone: (212) 310-8000 | Telephone: (804) 788-8200 |
| Facsimile: (212) 310-8007 | Facsimile: (804) 788-8218 |

*Proposed Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

------------------------------------------------------------ x
:
**In re**                                         :        **Chapter 11**
:
**CHINOS HOLDINGS, INC.,** *et al.*,              :        **Case No. 20–32181 (KLP)**
:
Debtors.[1]                                       :        **(Jointly Administered)**
:
------------------------------------------------------------ x

## **RETENTION QUESTIONNAIRE**

To be completed by professionals seeking employment as "Ordinary Course Professionals" of Chinos Holdings, Inc. and its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Chinos Holdings, Inc. (3834); Chinos Intermediate Holdings A, Inc. (3301); Chinos Intermediate, Inc. (3871); Chinos Intermediate Holdings B, Inc. (3244); J. Crew Group, Inc. (4486); J. Crew Operating Corp. (0930); Grace Holmes, Inc. (1409); H.F.D. No. 55, Inc. (9438); J. Crew Inc. (6360); J. Crew International, Inc. (2712); J. Crew Virginia, Inc. (5626); Madewell Inc. (8609); J. Crew Brand Holdings, LLC (7625); J. Crew Brand Intermediate, LLC (3860); J. Crew Brand, LLC (1647); J. Crew Brand Corp. (1616); J. Crew Domestic Brand, LLC (8962); and J. Crew International Brand, LLC (7471). The Debtors' corporate headquarters and service address is 225 Liberty St., New York, NY 10281.

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT FOR FILING BY THE DEBTORS TO:</u>

**WEIL, GOTSHAL & MANGES LLP**  
Ray C. Schrock, P.C. (admitted *pro hac vice*)  
Ryan Preston Dahl (admitted *pro hac vice*)  
Candace M. Arthur (admitted *pro hac vice*)  
Daniel Gwen (admitted *pro hac vice*)  
767 Fifth Avenue  
New York, New York  10153  
Telephone:  (212) 310-8000  
Facsimile:  (212) 310-8007  

**HUNTON ANDREWS KURTH LLP**  
Tyler P. Brown (VSB No. 28072)  
Henry P. (Toby) Long, III (VSB No. 75134)  
Nathan Kramer (VSB No. 87720)  
Riverfront Plaza, East Tower  
951 East Byrd Street  
Richmond, Virginia 23219  
Telephone:  (804) 788-8200  
Facsimile:   (804) 788-8218  

*Proposed Attorneys for Debtors and Debtors in Possession*

All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as appropriate.  If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

   <u>Schreiber Pulvirenti LLC</u>

   <u>160 Mountain Avenue</u>

   <u>Park Ridge, NJ 07656</u>

2. Date of retention:  <u>January 2, 2019</u>

3. Type of services to be provided (accounting, legal, etc.):

   <u>Legal</u>

4. Brief description of services to be provided:

   <u>Real estate lease negotiations and related advice</u>

5. Arrangements for compensation (hourly, contingent, etc.):

   a. Average hourly rate (if applicable):  <u>Fixed fee of $1,500.00 for original lease amendments, $750.00 for amendments conformed to an original, and $8,000.00 for new full leases.  All other real estate leasing advice to be billed at $300.00 per hour.</u>

2

    b. Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

$6,000.00

6. Prepetition claims against the Debtors held by the company:

   Amount of claim: $8,390.00

   Date claim arose: Invoice 289 for $240.00 issued 3/1/20; invoice 290 for $8,000.00 issued 3/1/20; invoice 313 for $60.00 issued 4/1/20; invoice 336 for $90.00 issued 5/1/20

   Nature of claim: Unpaid legal fees

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

   Name: N/A

   Status:

   Amount of claim: $

   Date claim arose:

   Nature of claim:

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

   None

9. Name and title of individual completing this form:

   Ryan A. Schreiber, Managing Member

Dated: June 3, 2020

3