| |
|---|
| **CASE NAME: Chinos Holdings, Inc., et al.** |
| **CASE NUMBER: 20-32181** |
| **JUDGE: Keith L. Phillips** |

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF VIRGINIA

# RICHMOND DIVISION

# MONTHLY OPERATING REPORT

# MONTH ENDING: MAY 30, 2020

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (ACCRUAL BASIS-1 THROUGH ACCRUAL BASIS-6) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY): IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

**RESPONSIBLE PARTY:**

| */s/Vincent Zanna* | Chief Financial Officer |
|---|---|
| ORIGINAL SIGNATURE OF RESPONSIBLE PARTY | TITLE |

| Vincent Zanna | 6/30/2020 |
|---|---|
| PRINTED NAME OF RESPONSIBLE PARTY | DATE |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINA**

**In re: Chinos Holdings, Inc., et al.**

| | | |
|---|---|---|
| | Case No. (Jointly Administered) | 20-32181 |
| | Reporting Period: | 30-May-20 |

**MONTHLY OPERATING REPORT TABLE OF CONTENTS**

| REQUIRED DOCUMENTS | Form No. |
|---|---|
| Notes to Monthly Operating Report | Notes |
| Schedule of Cash Receipts and Disbursements | MOR-1 |
| Bank Account Information | MOR-2 |
| Schedule of Payments to Insiders | MOR-3 |
| Schedule of Payments to Professionals | MOR-4 |
| Postpetition Status of Secured Notes, Leases Payable, and Adequate Protection Payments | MOR-5 |
| Accounts Receivable and Accounts Payable Aging | MOR-6 |
| Status Postpetition Taxes | MOR-7 |
| Debtor Questionnaire (including Insurance Supplement) | MOR-8 |
| Statement of Operations | Appendix A |
| Balance Sheet | Appendix B |

| In re: Chinos Holdings, Inc., et al. | | MOR Notes |
|---|---|---|
| | Case No. (Jointly Administered) | 20-32181 |
| | Reporting Period: | 30-May-20 |

### Notes to the Monthly Operating Report

**GENERAL:**
The report includes activity from the following Debtors and related Case Numbers:

| Debtor | Case Number | Debtor | Case Number |
|---|---|---|---|
| Chinos Holdings, Inc | 20-32181 | J. Crew International, Inc. | 20-32190 |
| Chinos Intermediate Holdings A, Inc | 20-32182 | J. Crew Virginia, Inc. | 20-32180 |
| Chinos Intermediate, Inc | 20-32183 | Madewell Inc. | 20-32191 |
| Chinos Intermediate Holdings B, Inc | 20-32184 | J. Crew Brand Holdings, LLC | 20-32192 |
| J. Crew Group, Inc. | 20-32185 | J. Crew Brand Intermediate, LLC | 20-32193 |
| J. Crew Operating Corp. | 20-32186 | J. Crew Brand, LLC | 20-32194 |
| Grace Holmes, Inc. | 20-32187 | J. Crew Brand Corp. | 20-32195 |
| H.F.D. No. 55, Inc. | 20-32188 | J. Crew Domestic Brand, LLC | 20-32196 |
| J. Crew, Inc. | 20-32189 | J. Crew International Brand, LLC | 20-32197 |

**Notes to the MOR:**

The Debtors are filing their consolidated Monthly Operating Report (MOR) solely for the purposes of complying with the monthly operating report requirements applicable in the Debtors' chapter 11 cases. The financial and supplemental information contained herein is presented on preliminary and unaudited basis, remains subject to future adjustments and may not comply in all material respects with generally accepted accounting principles in United States of America ("U.S. GAAP"). This MOR should not be relied on by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors or their affiliates.

The financial information has been derived from the books and records of the Debtors. This information, however, has not been subject to certain procedures that would typically be applied to financial information in accordance with U.S. GAAP, and upon application of such procedures, the Debtors believe that the financial information could be subject to material changes.

The results of operations contained herein are not necessarily indicative of results which may be expected for any other period or for the full year and may not necessarily reflect the combined results of operations and financial positions of the Debtor in the future.

The Debtors reserve all rights to amend or supplement this MOR in all respects, as may be necessary or appropriate. Nothing contained in this MOR shall constitute a waiver of any of the Debtors' rights or an admission with respects to their chapter 11 cases.

| | | | |
|---|---|---|---|
| **In re: Chinos Holdings, Inc., et al.** | | | **MOR-1** |
| | **Case No. (Jointly Administered)** | | **20-32181** |
| | **Reporting Period:** | | **30-May-20** |

### Schedule of Cash Receipts and Disbursements

| Debtor | Case Number | Cash Receipts[1] | Cash Disbursements[1] |
|---|---|---:|---:|
| Chinos Holdings, Inc | 20-32181 | $ - | $ - |
| Chinos Intermediate Holdings A, Inc | 20-32182 | 20,148,196 | - |
| Chinos Intermediate, Inc | 20-32183 | - | - |
| Chinos Intermediate Holdings B, Inc | 20-32184 | - | - |
| J. Crew Group, Inc. | 20-32185 | 12,847 | 8,975,358 |
| J. Crew Operating Corp. | 20-32186 | 149,854,232 | 41,532,355 |
| Grace Holmes, Inc. | 20-32187 | 20,339 | 17,064 |
| H.F.D. No. 55, Inc. | 20-32188 | 18,193 | 11,476 |
| J. Crew, Inc. | 20-32189 | 444,678 | 440,034 |
| J. Crew International, Inc. | 20-32190 | - | - |
| J. Crew Virginia, Inc. | 20-32180 | - | - |
| Madewell Inc. | 20-32191 | 4,498 | 1,283 |
| J. Crew Brand Holdings, LLC | 20-32192 | - | - |
| J. Crew Brand Intermediate, LLC | 20-32193 | - | - |
| J. Crew Brand, LLC | 20-32194 | - | 293 |
| J. Crew Brand Corp. | 20-32195 | - | - |
| J. Crew Domestic Brand, LLC | 20-32196 | - | - |
| J. Crew International Brand, LLC | 20-32197 | - | - |
| **Total Cash Receipts and Cash Disbursements** | | **$ 170,502,982** | **$ 50,977,863** |

Notes:

1. The cash receipts and disbursements are shown on an aggregate basis for the Debtors and have not been adjusted to remove intercompany transfers.

| | | | | MOR-2 |
|---|---|---|---|---|
| In re: Chinos Holdings, Inc., et al. | | | Case No. (Jointly Administered) | 20-32181 |
| Source: SOAL AB3 | | | Reporting Period: | 30-May-20 |

### Bank Account Information

| Legal Entity | Bank | Account type | Last 4 Digits of Account Number | Balance[1] |
|---|---|---|---|---:|
| Grace Holmes, Inc. | Bank of America | Store Deposit | 4684 | $ 1,054 |
| Grace Holmes, Inc. | Bank of America | Clearance | 4621 | 7,755 |
| H.F.D. No. 55, Inc. | Bank of America | Store Deposit | 4671 | 3,000 |
| Madewell Inc. | Bank of America | Store Deposit | 1206 | 735 |
| J. Crew Operating Corp. | Bank of America Merrill Lynch | Investment | 1A06 | - |
| Madewell Inc. | Bank of America Merrill Lynch | -- | 2685 | - |
| Madewell Inc. | Bank of America Merrill Lynch | -- | 8360 | - |
| Grace Holmes, Inc. | Capital One | Store Deposit | 0364 | 1,413 |
| H.F.D. No. 55, Inc. | Capital One | Store Deposit | 0259 | 1,168 |
| Grace Holmes, Inc. | Chase | Store Deposit | 1802 | 2,593 |
| H.F.D. No. 55, Inc. | Chase | Store Deposit | 1810 | 2,401 |
| Madewell Inc. | Chase | Store Deposit | 1828 | 2,878 |
| J. Crew Operating Corp. | HSBC | Open Account | 5201 | - |
| J. Crew Global Holdings B, LLC | HSBC | Disbursement | 4501 | - |
| J. Crew Operating Corp. | HSBC | Letter of Credit | 6434 | (3,262) |
| Chinos Intermediate Holdings A, Inc. | JPM | DIP Funding Account | 3865 | 12,603,196 |
| Chinos Intermediate Holdings A, Inc. | JPM | Professional Fees Escrow Account | 3719 | 6,945,000 |
| Chinos Intermediate Holdings A, Inc. | JPM | Utility Security Escrow Account | 8866 | 600,000 |
| Grace Holmes, Inc. | Key Bank | Store Deposit | 1222 | 192 |
| H.F.D. No. 55, Inc. | Key Bank | Store Deposit | 3660 | 824 |
| Grace Holmes, Inc. | PNC Bank | Store Deposit | 7131 | 952 |
| H.F.D. No. 55, Inc. | PNC Bank | Store Deposit | 9887 | 1,308 |
| H.F.D. No. 55, Inc. | TD Bank | Store Deposit | 6437 | 1,474 |
| Grace Holmes, Inc. | TD Bank | Store Deposit | 3661 | 1,375 |
| J. Crew Group, Inc. | US Bank | Payroll | 2966 | 5,092,145 |
| Grace Holmes, Inc. | US Bank | Store Deposit | 2079 | 683 |
| H.F.D. No. 55, Inc. | US Bank | Store Deposit | 7830 | 374 |
| J. Crew Brand LLC | US Bank | IPCo Notes | 6634 | 46,451 |
| Madewell Inc. | US Bank | -- | 7576 | - |
| Grace Holmes, Inc. | Wells Fargo | Store Deposit | 8543 | 3,110 |
| H.F.D. No. 55, Inc. | Wells Fargo | Store Deposit | 9086 | 3,624 |
| J. Crew, Inc. | Wells Fargo | Clearance | 8323 | 1,000 |
| Chinos Holdings Inc. | Wells Fargo | Disbursements | 2998 | 1,774 |
| J. Crew Operating Corp. | Wells Fargo | Disbursements | 3096 | - |
| J. Crew Operating Corp. | Wells Fargo | Concentration | 1816 | 127,209,154 |
| J. Crew Inc. | Wells Fargo | -- | 8336 | - |
| J. Crew Inc. | Wells Fargo | -- | 8600 | - |
| J. Crew Operating Corp. | Wells Fargo | Disbursements | 1861 | - |
| J. Crew Operating Corp. | Wells Fargo | Wholesale | 1705 | - |
| J. Crew Global Holdings B, LLC | Wells Fargo | Disbursement | 0913 | - |
| J. Crew Operating Corp. | Wells Fargo | Investment | 0411 | - |
| Madewell Inc. | Wells Fargo | Store Deposit | 1442 | 1,126 |
| Madewell Inc. | Wells Fargo | Investment | 6104 | - |
| Madewell Inc. | Wells Fargo | -- | 1015 | - |
| Madewell Inc. | Wells Fargo | -- | 9681 | - |
| Madewell Inc. | Wells Fargo | -- | 9699 | - |
| Madewell Inc. | Wells Fargo | -- | 7801 | - |
| Madewell Inc. | Wells Fargo | -- | 2756 | - |
| **Total Cash** | | | | $ 152,533,497 |

**Notes:**
1. Cash and cash equivalents on the balance sheet (Appendix B) includes credit card receivables and therefore differs from the total cash balance shown above

| | | | | |
|---|---|---|---|---|
| **In re: Chinos Holdings, Inc., et al.** | | | | **MOR-3** |
| | | | **Case No. (Jointly Administered)** | **20-32181** |
| | | | **Reporting Period:** | **30-May-20** |

### Schedule of Payments to Insiders

| Professional | Role / Capacity | Type | Amount Paid | Cumulative Payments Since Filing |
|---|---|---|---:|---:|
| Jan Singer | Chief Executive Officer | Salary | $ 72,115 | $ 72,115 |
| Libby Wadle | Chief Executive Officer - Madewell | Salary | 54,808 | 54,808 |
| Michael Nicholson | President - Chief Operating Officer | Salary | 65,385 | 65,385 |
| Lynda Markoe | Chief Administrative Officer | Salary and Expenses | 46,315 | 46,315 |
| Vincent Zanna | Chief Financial Officer | Salary and Expenses | 32,737 | 32,737 |
| | | | **$ 271,360** | **$ 271,360** |

**In re: Chinos Holdings, Inc., et al.** **MOR-4**
**Case No. (Jointly Administered)** 20-32181
**Reporting Period:** 30-May-20

### Schedule of Payments to Professionals

| Payee | Role of Professional | Amount Paid | Cumulative Payments Since Filing |
|---|---|---|---|
| KPMG | Debtor Accountancy/Tax Adviser | - | - |
| Weil Gotshal & Manges LLP | Debtor Legal Adviser | - | - |
| AlixPartners LLP | Debtor Financial Adviser | - | - |
| Lazard Freres & Co LLC | Debtor Investment Banker | - | - |
| Omni Agent Solutions | Debtor Claims Agent | - | - |
| Hunton Andrews Kurth LLP | Debtor Legal Adviser | - | - |
| Hilco Real Estate, LLC | Debtor Real Estate Adviser | - | - |
| Pachulski Stang Ziehl & Jones LLP | UCC Legal Adviser | - | - |
| Hirschler Fleischer | UCC Legal Adviser | - | - |
| Province, Inc. | UCC Financial Adviser | - | - |
| Back Bay Management Corp | UCC Financial Adviser | - | - |
| | | $ - | $ - |

| In re: Chinos Holdings, Inc., et al. | MOR-5 |
|---|---|
| Case No. (Jointly Administered) | 20-32181 |
| Reporting Period: | 30-May-20 |

### Postpetition Status of Secured Notes, Leases Payable, and Adequate Protection Payments

#### PAYMENTS

| Name of Creditor | Description | Scheduled Monthly Payment Due | Amount Paid | Total Unpaid Postpetition |
|---|---|---|---|---|
| Bank of America, N.A. | ABL Interest | $ 990,437 | $ 990,437 | $ - |
| Various Parties | DIP Facility Fees | - | 597,778 | - |
| Choate Hall & Stewart LLP | ABL Advisor Fees | - | 235,825 | - |
| Milbank LLP | Ad Hoc Committee Legal Adviser | - | - | - |
| Tavenner & Beran PLC | Ad Hoc Committee Legal Adviser | - | - | - |
| PJT Partners, Inc. | Ad Hoc Committee Banker | - | - | - |
| | TOTAL: | $ | $ 1,824,041 | $ - |

#### DIP FINANCING

| Name of Creditor | Beginning Balance | Draws | Pay-Downs | Ending Balance |
|---|---|---|---|---|
| DIP Facility | $ - | $ 16,075,696 | $ - | $ 16,075,696 |
| TOTAL: | $ - | $ 16,075,696 | $ - | $ 16,075,696 |

| In re: Chinos Holdings, Inc., et al. | MOR-6 |
|---|---|
| | Case No. (Jointly Administered) 20-32181 |
| | Reporting Period: 30-May-20 |

### Accounts Receivable and Accounts Payable Aging

| Accounts Receivable Aging[1] | |
|---|---|
| **Accounts Receivable Days Aging** | **Amount** |
| 0-30 | $ 2,097,398 |
| 31-60 | 943,481 |
| 61-90 | 2,970,883 |
| 91+ | 1,688,725 |
| Other Non-Trade Receivables | 20,990,181 |
| **Accounts Receivable (Gross)** | **$ 28,690,668** |
| A/R Allowance for Bad Debts | (4,440,685) |
| **Accounts Receivable (Net)** | **$ 24,249,984** |

| Accounts Payable Aging[2][3] | | | | | |
|---|---|---|---|---|---|
| **Accounts Payable Category** | **Current** | **1-30 Days** | **31-60 Days** | **61+ Days** | **Total** |
| Trade Payables | 7,996,884 | 19,596,257 | - | - | $ 27,593,141 |

**Notes:**
1. Balances are spread across both Accounts Receivable, net and other current assets on the balance sheet at Appendix B.
2. Includes postpetition balances only. Aging is based on the Debtors' books and records as of May 30, 2020 and represents open and outstanding invoices that have been entered into the Debtors' accounts payable system. The aging does not include accruals for invoices not yet received or approved and is aged based on due date.
3. The accounts payable aging includes unpaid rent for the month of May that fell due on May 1, within 1-30 days past due.

**In re: Chinos Holdings, Inc., et al.**  **MOR-7**
**Case No. (Jointly Administered)**  **20-32181**
**Reporting Period:**  **30-May-20**

## Status Postpetition Taxes

| Tax Category | Beginning Liability | Amount Withheld or Accrued | Amount Paid | Ending Liability |
|---|---|---|---|---|
| Sales Tax | $ - | $ 7,712,207 | $ - | $ 7,712,207 |
| Payroll Tax | - | 4,422,572 | 3,390,120 | 1,032,452 |
| Property Tax[1][2] | - | 48,780 | - | 48,780 |
| State Income/Franchise Tax | - | 69,271 | - | 69,271 |
| Other Taxes | - | 96,300 | 96,300 | - |
| Total | $ - | $ 12,349,130 | $ 3,486,420 | $ 8,862,709 |

**Notes:**
1. The Debtors do not accrue on a monthly basis for NYC Commercial Rent Tax, OH Commercial Activity Tax, SF Business Activity Tax. These taxes are excluded from the table above.
2. Real estate and property taxes paid to landlords per the lease agreement are not included in the amounts above.

| In re: Chinos Holdings, Inc., et al. | | MOR-8 |
|---|---|---|
| | Case No. (Jointly Administered) | 20-32181 |
| | Reporting Period: | 30-May-20 |

**Debtor Questionnaire**

| General Questions | Yes | No |
|---|---|---|
| 1.  HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | X |
| 2.  HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | | X |
| 3.  ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES, OR LOANS) DUE FROM RELATED PARTIES? | X[1] | |
| 4.  HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | X[2] | |
| 5.  HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | X[3] | |
| 6.  ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | X |
| 7.  ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | X |
| 8.  ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | X |
| 9.  ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | X |
| 10. ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | X |
| 11. HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | X[4] | |
| 12. ARE ANY WAGE PAYMENTS PAST DUE? | | X |

| Insurance | Yes | No |
|---|---|---|
| 1.  ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | X[5] | |
| 2.  ARE ALL PREMIUM PAYMENTS PAID CURRENT? | X[5] | |
| 3.  PLEASE ITEMIZE POLICIES BELOW. | | |

**Notes:**
1. Pursuant to the *Final Order (I) Authorizing Debtors to (A) Continue Participating in Existing Cash Management System, and Using Bank Accounts and Business Forms, and (B) Continue Intercompany Transactions, (II) Providing Administrative Expense Priority for Postpetition Intercompany Claims, (III) Extension of Time to Comply with Requirements of 11 U.S.C. § 345(b), and (IV) Granting Related Relief* (Docket No. 378), the Debtors continue to enter into ordinary course intercompany transactions postpetition consistent with the Debtors' operation of their business in the prepetition period.
2. The Debtors made various payments on prepetition liabilities during the period pursuant to the interim and final first day orders.
3. Pursuant to the *Final Order (I) Authorizing The Debtors to Obtain Postpetiton Financing, (II) Authorizing The Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Claims, (IV) Granting Adequate Protection to Prepetition Secured Parties, (V) Modifying Automatic Stay, and (VII) Granting Related Relief* (Docket No. 447), the Debtors have secured postpetition debtor-in-possession financing.
4. Pursuant to the *Final Order (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief* (Docket No. 103), the Debtors continue to pay prepetition taxes and fees as they come due.
5. For a complete list of the insurance policies currently in effect, please see the *Final Order (I) Authorizing the Debtors to Continue and Renew their Insurance Coverage and Policies Entered Into Prepetition and Satisfy Obligations Related Thereto and Related to the Surety Bond Program, and (II) Granting Related Relief* (Docket No. 379). Supplemental information is shown on the following page.

| | | | | | |
|---|---|---|---|---|---|
| In re: Chinos Holdings, Inc., et al. | | | | Case No. (Jointly Administered) | MOR-8A |
| | | | | | 20-32181 |
| | | | | Reporting Period: | 30-May-20 |

**Debtor Questionnaire - Insurance Supplement**

| Change (New, Lapsed, Modified, etc.) | Policy Type | Insurance Carrier | Policy Number | Policy Term | Approximate Annualized Premium |
|---|---|---|---|---|---:|
| Renewed | D&O Insurance | AXA XL - Professional Insurance | ELU167313-20 | 05/14/2020 to 05/14/2021 | $ 580,000 |
| Renewed | D&O Insurance | Berkeley Profession Liability | BPRO8054024 | 05/14/2020 to 05/14/2021 | $ 318,750 |
| Renewed | D&O Insurance | Markel | MKLM6EL0005442 | 05/14/2020 to 05/14/2021 | $ 464,000 |
| Renewed | D&O Insurance | Nationwide | XMO2009266 | 05/14/2020 to 05/14/2021 | $ 268,192 |
| Renewed | D&O Insurance | Beazley | V2B2E0200101 | 05/14/2020 to 05/14/2021 | $ 254,782 |
| Renewed | D&O Insurance | Berkshire Hathaway Specialty Insurance | G71805530 001 | 05/14/2020 to 05/14/2021 | $ 250,000 |
| Renewed | D&O Insurance | Hudson Insurance Group | HN-0303-5614-051420 | 05/14/2020 to 05/14/2021 | $ 125,000 |
| Renewed | D&O Insurance | Sompo International | DOP30001681500 | 05/14/2020 to 05/14/2021 | $ 725,000 |
| Renewed | D&O Insurance | Chubb | G71805530 001 | 05/14/2020 to 05/14/2021 | $ 318,750 |

**Notes:**

For a complete list of the insurance policies currently in effect, please see the *Final Order (I) Authorizing the Debtors to Continue and Renew their Insurance Coverage and Policies Entered Into Prepetition and Satisfy Obligations Related Thereto and Related to the Surety Bond Program, and (II) Granting Related Relief* (Docket No. 379). The above represents the Debtors' insurance policies which have been modified during the reporting period:

**In re: Chinos Holdings, Inc., et al.**

**Appendix A - Consolidated Statement of Operations (In 000s)**

*Debtor Entities*

|  | For the Four Weeks Ended May 30, 2020 |
|---|---:|
| Total revenues............................................................................... | $ 145,255 |
| Cost of goods sold, including buying and occupancy costs.................... | 110,511 |
| Gross profit................................................................................... | 34,744 |
| Selling, general and administrative expenses........................................ | 22,799 |
| Impairment losses.......................................................................... | 30 |
| Income from operations.................................................................. | 11,915 |
| Interest expense, net....................................................................... | 2,767 |
| Reorganization items...................................................................... | 6,149 |
| Income before income taxes............................................................. | 2,999 |
| Provision for income taxes............................................................... | 764 |
| Net income.................................................................................... | $ 2,235 |

**Notes:**
The financial information has been derived from the books and records of the Debtors. This information, however, has not been subject to certain procedures that would typically be applied to financial information in accordance with U.S. GAAP, and upon application of such procedures, the Debtors believe that the financial information could be subject to material changes.

**In re: Chinos Holdings, Inc., et al.**

**Appendix B - Consolidated Balance Sheet (In 000s)**

*Debtor Entities*

|  | May 30, 2020 |
|---|---:|
| **ASSETS** | |
| Current assets: | |
| Cash and cash equivalents.................................................................................... | $ 172,737 |
| Accounts receivable, net....................................................................................... | 7,768 |
| Merchandise inventories, net................................................................................ | 412,646 |
| Prepaid expenses and other current assets............................................................ | 64,769 |
| Refundable income taxes...................................................................................... | 24,525 |
| Total current assets............................................................................................... | 682,445 |
| Property and equipment, net................................................................................. | 207,795 |
| Right-of-use lease assets....................................................................................... | 414,669 |
| Intangible assets, net............................................................................................. | 240,575 |
| Goodwill................................................................................................................ | 107,900 |
| Other assets........................................................................................................... | 10,357 |
| Total assets........................................................................................................... | $ 1,663,741 |
| **LIABILITIES AND STOCKHOLDERS' DEFICIT** | |
| Current liabilities: | |
| Accounts payable.................................................................................................. | $ 32,000 |
| Borrowings under the ABL Facility (1)................................................................ | 309,094 |
| Other current liabilities......................................................................................... | 110,990 |
| Due to subsidiaries, net......................................................................................... | 77,604 |
| Borrowings under the DIP Facility....................................................................... | 16,076 |
| Interest payable..................................................................................................... | 694 |
| Total current liabilities.......................................................................................... | 546,458 |
| Deferred income taxes, net.................................................................................... | 13,693 |
| Liabilities subject to compromise......................................................................... | 2,594,449 |
| Other liabilities..................................................................................................... | 22,279 |
| Total liabilities...................................................................................................... | 3,176,879 |
| Total stockholders' deficit.................................................................................... | (1,513,138) |
| Total liabilities and stockholders' deficit.............................................................. | $ 1,663,741 |

**Notes:**

1. Borrowings under the ABL Facility are classified as a current liability not subject to compromise because the proposed Plan of Reorganization treats such claims as unimpaired.