<div style="display: flex;">

**WEIL, GOTSHAL & MANGES LLP**
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Ryan Preston Dahl (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
Daniel Gwen (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

**HUNTON ANDREWS KURTH LLP**
Tyler P. Brown (VSB No. 28072)
Henry P. (Toby) Long, III (VSB No. 75134)
Nathan Kramer (VSB No. 87720)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone:  (804) 788-8200
Facsimile:   (804) 788-8218

</div>

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| **CHINOS HOLDINGS, INC.,** *et al.*, | : | Case No. 20–32181 (KLP) |
| Debtors.[1] | : | (Jointly Administered) |

**PROPOSED AGENDA FOR HEARING**
**ON JULY 23, 2020, AT 11:00 A.M. (PREVAILING EASTERN TIME)**

I. **ADJOURNED MATTERS**

1. "**Motion for Relief**" – *Motion for Relief from the Automatic Stay* [ECF No. 592] filed by CaaStle Inc.

    *Related Documents:* None.

    *Response Deadline*: July 20, 2020, provided that the response deadline for the Debtors has been extended by agreement of CaaStle Inc.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Chinos Holdings, Inc. (3834); Chinos Intermediate Holdings A, Inc. (3301); Chinos Intermediate, Inc. (3871); Chinos Intermediate Holdings B, Inc. (3244); J. Crew Group, Inc. (4486); J. Crew Operating Corp. (0930); Grace Holmes, Inc. (1409); H.F.D. No. 55, Inc. (9438); J. Crew Inc. (6360); J. Crew International, Inc. (2712); J. Crew Virginia, Inc. (5626); Madewell Inc. (8609); J. Crew Brand Holdings, LLC (7625); J. Crew Brand Intermediate, LLC (3860); J. Crew Brand, LLC (1647); J. Crew Brand Corp. (1616); J. Crew Domestic Brand, LLC (8962); and J. Crew International Brand, LLC (7471).  The Debtors' corporate headquarters and service address is 225 Liberty St., New York, NY 10281.

*Responses*:  None.

*Status*:  CaaStle Inc. has agreed to adjourn this matter to the Omnibus Hearing scheduled for August 20, 2020 at 11:00 a.m. (prevailing Eastern Time).

II. **UNCONTESTED MATTERS**

2. "**Morrison Retention Application**" – *Application for Entry of an Order Authorizing and Approving the Employment and Retention of Morrison & Foerster LLP as Special Intellectual Property and Tax Counsel to the Official Committee of Unsecured Creditors Effective as of June 8, 2020* [ECF No. 602]

   *Related Documents:*

   (a) *Notice of Motion and Notice of Hearing on the Application for Entry of an Order Authorizing and Approving the Employment and Retention of Morrison & Foerster LLP as Special Intellectual Property and Tax Counsel to the Official Committee of Unsecured Creditors Effective as of June 8, 2020* [ECF No. 603]

   (b) *Certificate of No Objection Regarding the Application for Entry of an Order Authorizing and Approving the Employment and Retention of Morrison & Foerster LLP as Special Intellectual Property and Tax Counsel to the Official Committee of Unsecured Creditors Effective as of June 8, 2020* [ECF No. 632]

   *Response Deadline*: July 20, 2020.

   *Responses*:  None.

   *Status*:  The Committee reports that it has submitted a final order to the Court for entry.

Dated: July 21, 2020
       Richmond, Virginia

                                          */s/ Henry P. (Toby) Long, III*
                                          HUNTON ANDREWS KURTH LLP
                                          Tyler P. Brown (VSB No. 28072)
                                          Henry P. (Toby) Long, III (VSB No. 75134)
                                          Nathan Kramer (VSB No. 87720)
                                          Riverfront Plaza, East Tower
                                          951 East Byrd Street
                                          Richmond, Virginia 23219
                                          Telephone:  (804) 788-8200
                                          Facsimile:   (804) 788-8218

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Ryan Preston Dahl (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
Daniel Gwen (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

*Attorneys for Debtors and Debtors in Possession*