| | |
|---|---|
| Robert J. Feinstein, Esq. (admitted *pro hac vice*) | Robert S. Westermann (VSB No. 43294) |
| Bradford J. Sandler, Esq. (admitted *pro hac vice*) | Brittany B. Falabella (VSB No. 80131) |
| Debra I. Grassgreen, Esq. (admitted *pro hac vice*) | HIRSCHLER FLEISCHER, P.C. |
| Shirley S. Cho, Esq. (admitted *pro hac vice*) | The Edgeworth Building |
| PACHULSKI STANG ZIEHL & JONES LLP | 2100 East Cary Street |
| 780 Third Avenue, 34th Floor | Richmond, Virginia 23223 |
| New York, NY 10017-2024 | P.O. Box 500 |
| Telephone: (212) 561-7700 | Richmond, Virginia 23218-0500 |
| Facsimile: (212) 561-7777 | Telephone: (804) 771-9500 |
| Email: rfeinstein@pszjlaw.com | Facsimile: (804) 644-0957 |
| bsandler@pszjlaw.com | Email: rwestermann@hirschlerlaw.com |
| dgrassgreen@pszjlaw.com | bfalabella@hirschlerlaw.com |
| scho@pszjlaw.com | |

*Lead Counsel to the Official Committee of Unsecured Creditors*

*Local Counsel to the Official Committee of Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **CHINOS HOLDINGS, INC., et al.,** | : | **Case No. 20-32181 (KLP)** |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |

**NOTICE OF DEPOSITIONS**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Bankruptcy Procedure 9014(c), the Official Committee of Unsecured Creditors of the above-captioned Debtors will take the depositions of the Debtors' experts in connection with confirmation of the Debtors' proposed plan as follows:

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Chinos Holdings, Inc. (3834); Chinos Intermediate Holdings A, Inc. (3301); Chinos Intermediate, Inc. (3871); Chinos Intermediate Holdings B, Inc. (3244); J. Crew Group, Inc. (4486); J. Crew Operating Corp. (0930); Grace Holmes, Inc. (1409); H.F.D. No. 55, Inc. (9438); J. Crew Inc. (6360); J. Crew International, Inc. (2712); J. Crew Virginia, Inc. (5626); Madewell Inc. (8609); J. Crew Brand Holdings, LLC (7625); J. Crew Brand Intermediate, LLC (3860); J. Crew Brand, LLC (1647); J. Crew Brand Corp. (1616); J. Crew Domestic Brand, LLC (8962); and J. Crew International Brand, LLC (7471). The Debtors' corporate headquarters and service address is 225 Liberty St., New York, NY 10281.

1. The deposition of the Debtors' expert, Gregory Campanella of Ocean Tomo, LLC will be held on Thursday, August 13, 2020, beginning at 10:30 a.m. prevailing Eastern Time and concluding by no later than 4:00 p.m. Eastern Time.

2. The deposition of the Debtors' expert, Jason Wooten of Lazard Frères & Co. LLC, will be held on Saturday, August 15, 2020, beginning at 10:00 a.m. prevailing Eastern Time.

3. The above-referenced depositions will be taken before an authorized court reporter or other person authorized by law to administer oaths and will be recorded by stenographic and videographic means. The depositions will be taken remotely, utilizing the services of Lexitas Legal.

4. Any party who wishes to participate in a deposition should contact Patricia Jeffries of Pachulski Stang Ziehl & Jones LLP at pjeffries@pszjlaw.com **no less than 72 hours before the start of the deposition** for more information on how to participate remotely, to the extent authorized in accordance with any order of the Court regarding confidentiality in these Chapter 11 cases.

Dated: August 6, 2020

By: /s/ Robert S. Westermann
Counsel
Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500
Telephone: (804) 771-9500
Facsimile: (804) 644-0957
Email: rwestermann@hirschler.com
      bfalabella@hirschlerlaw.com
*Local Counsel to the Official Committee of Unsecured Creditors*

-and-

2

        Robert J. Feinstein, Esq. (admitted *pro hac vice*)
        Bradford J. Sandler, Esq. (admitted *pro hac vice*)
        Debra I. Grassgreen, Esq. (admitted *pro hac vice*)
        Shirley S. Cho, Esq. (admitted *pro hac vice*)
        PACHULSKI STANG ZIEHL & JONES LLP
        780 Third Avenue, 34th Floor
        New York, NY 10017-2024
        Telephone: (212) 561-7700
        Facsimile:  (212) 561-7777
        Email:  rfeinstein@pszjlaw.com
               bsandler@pszjlaw.com
               dgrassgreen@pszjlaw.com
               scho@pszjlaw.com

*Lead Counsel to the Official Committee of Unsecured Creditors*

CERTIFICATE OF SERVICE

       I hereby certify that on August 6, 2020, the foregoing Notice was filed using the Court's CM/ECF System, which served the foregoing Notice on all registered ECF participants who have appeared in these cases.  I further certify that on August 6, 2020 the foregoing Notice was also served by email on the below parties:

**Weil Gotshal & Manges LLP**
**Counsel to the Debtors**
Paul Genender – paul.genender@weil.com
Jake Rutherford – jake.rutherford@weil.com
Ryan Dahl – ryan.dahl@weil.com
Amanda Pennington Prugh – Amanda.penningtonprugh@weil.com
Jared Friedman – jared.friedman@weil.com
Daniel Gwen – Daniel.gwen@weil.com

                                          */s/ Robert S. Westermann*
                                            Robert S. Westermann