**WEIL, GOTSHAL & MANGES LLP**
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Ryan Preston Dahl (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
Daniel Gwen (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

**HUNTON ANDREWS KURTH LLP**
Tyler P. Brown (VSB No. 28072)
Henry P. (Toby) Long, III (VSB No. 75134)
Nathan Kramer (VSB No. 87720)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone:  (804) 788-8200
Facsimile:   (804) 788-8218

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

------------------------------------------------------------ x
:
In re                                                                    :    **Chapter 11**
:
**CHINOS HOLDINGS, INC.,** *et al.*,                   :    Case No. 20–32181 (KLP)
:
Debtors.[1]                                                       :    (Jointly Administered)
:
------------------------------------------------------------ x

## NOTICE OF APPLICATION AND NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on August 6, 2020, Chinos Holdings, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the following (the "**Application**") with the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "**Court**"): *Supplemental Application of Debtors for Entry of an Order (I) Authorizing Employment and Retention of KPMG LLP to Provide Audit and Additional Tax Compliance and Consulting Services Effective as of May 19, 2020, and (II) Granting Related Relief.*

**PLEASE TAKE FURTHER NOTICE** that a copy of the Application may be obtained at no charge at https://www.omniagentsolutions.com/chinos or for a fee at https://ecf.vaeb.uscourts.gov.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Chinos Holdings, Inc. (3834); Chinos Intermediate Holdings A, Inc. (3301); Chinos Intermediate, Inc. (3871); Chinos Intermediate Holdings B, Inc. (3244); J. Crew Group, Inc. (4486); J. Crew Operating Corp. (0930); Grace Holmes, Inc. (1409); H.F.D. No. 55, Inc. (9438); J. Crew Inc. (6360); J. Crew International, Inc. (2712); J. Crew Virginia, Inc. (5626); Madewell Inc. (8609); J. Crew Brand Holdings, LLC (7625); J. Crew Brand Intermediate, LLC (3860); J. Crew Brand, LLC (1647); J. Crew Brand Corp. (1616); J. Crew Domestic Brand, LLC (8962); and J. Crew International Brand, LLC (7471).  The Debtors' corporate headquarters and service address is 225 Liberty St., New York, NY 10281.

**PLEASE TAKE FURTHER NOTICE that <u>your rights may be affected</u>.  You should read the Application carefully and discuss it with your attorney, if you have one in the chapter 11 cases.  If you do not have an attorney, you may wish to consult one.**

**PLEASE TAKE FURTHER NOTICE** that on May 5, 2020, the Court entered the *Order Establishing Certain Notice, Case Management and Administrative Procedures* [Doc. No. 77] (the "**Case Management Order**"),[2] which approved certain notice, case management and administrative procedures attached as Exhibit 1 to the Case Management Order (the "**Case Management Procedures**").  The Case Management Procedures, among other things, prescribe the manner in which Objections must be filed and served and set forth when certain hearings will be conducted.  A copy of the Case Management Order may be obtained at no charge at https://www.omniagentsolutions.com/chinos or for a fee at https://ecf.vaeb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested in the Application, or if you want the Court to consider your views on the Application, then, by **August 17, 2020** (the "**Response Deadline**"), you or your attorney must:

- ☒ File with the Court, either electronically or at the address shown below, a written response to the Application pursuant to Rule 9013-1(H) of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia and the Case Management Procedures.  If you mail your written response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the Response Deadline.

   **If a response is not properly and timely filed and served, the Court may deem any opposition waived, treat the Application as conceded and enter appropriate orders granting the requested relief without further notice or hearing.**

   Clerk of the Court
   United States Bankruptcy Court
   701 East Broad Street, Suite 4000
   Richmond, Virginia 23219

   In accordance with the Case Management Procedures, you must also serve a copy of your written response on the Core Parties, the 2002 List Parties and any Affected Entity so that the response is received on or before the Response Deadline.

- ☒ Attend the hearing before the Honorable Keith L. Phillips, United States Bankruptcy Judge, at **11:00 a.m. (prevailing Eastern Time) on August 20, 2020** (the "**Hearing**").  Parties may participate in the Hearing by registering through the following link:

   https://www.zoomgov.com/meeting/register/vJItdOCgpz8sGui8p0V7lL3qna66F2UkXeg

---

[2] Capitalized Terms used but note defined herein shall have the meaning ascribed to such terms in the Case Management Order

Parties who wish to attend the Hearing, but do not intend on participating in the hearing (listen-only) may do so by using one of the following dial-in numbers:

> Conference Line: 888-636-3807
> Access Code:  8233381
> Security Code: 0820

**PLEASE TAKE FURTHER NOTICE** that you should consult the Case Management Procedures before filing any written response to the Application.

Dated: August 6, 2020
    Richmond, Virginia

/s/ *Henry P. (Toby) Long, III*
HUNTON ANDREWS KURTH LLP
Tyler P. Brown (VSB No. 28072)
Henry P. (Toby) Long, III (VSB No. 75134)
Nathan Kramer (VSB No. 87720)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone:  (804) 788-8200
Facsimile:   (804) 788-8218

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Ryan Preston Dahl (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
Daniel Gwen (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

*Attorneys for Debtors and Debtors in Possession*

085105.0000010 EMF_US 81450350v1