**WEIL, GOTSHAL & MANGES LLP**
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Ryan Preston Dahl (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
Daniel Gwen (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

**HUNTON ANDREWS KURTH LLP**
Tyler P. Brown (VSB No. 28072)
Henry P. (Toby) Long, III (VSB No. 75134)
Nathan Kramer (VSB No. 87720)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone:  (804) 788-8200
Facsimile:   (804) 788-8218

*Attorneys for Debtors and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

-------------------------------------------------------------- x

|  |  |  |
|---|---|---|
| | : | |
| **In re** | : | **Chapter 11** |
| | : | |
| **CHINOS HOLDINGS, INC.,** *et al.*, | : | **Case No. 20–32181 (KLP)** |
| | : | |
| **Debtors.**[1] | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------- x

## <u>NOTICE OF FILING OF SECOND PLAN SUPPLEMENT</u>

**PLEASE TAKE NOTICE** that on August 9, 2020, Chinos Holdings, Inc. and its

debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases

(collectively, the "**Debtors**") filed the *Notice of Filing of Plan Supplement* [Docket No. 705] (the

"**First Plan Supplement**").[2]

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Chinos Holdings, Inc. (3834); Chinos Intermediate Holdings A, Inc. (3301); Chinos Intermediate, Inc. (3871); Chinos Intermediate Holdings B, Inc. (3244); J. Crew Group, Inc. (4486); J. Crew Operating Corp. (0930); Grace Holmes, Inc. (1409); H.F.D. No. 55, Inc. (9438); J. Crew Inc. (6360); J. Crew International, Inc. (2712); J. Crew Virginia, Inc. (5626); Madewell Inc. (8609); J. Crew Brand Holdings, LLC (7625); J. Crew Brand Intermediate, LLC (3860); J. Crew Brand, LLC (1647); J. Crew Brand Corp. (1616); J. Crew Domestic Brand, LLC (8962); and J. Crew International Brand, LLC (7471).  The Debtors' corporate headquarters and service address is 225 Liberty St., New York, NY 10281.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms the First Plan Supplement.

**PLEASE TAKE FURTHER NOTICE** the Debtors hereby file this amended Plan Supplement (the "**Second Plan Supplement**," and together with the First Plan Supplement, as may be modified, amended, or supplemented from time to time, the "**Plan Supplement**") with respect to following documents:

| Exhibit | Revised Document[3] |
|---|---|
| Exhibit A | Schedule of Rejected Contracts or Leases<br>• Exhibit A hereto shall replace and supersede the Schedule of Rejected Contracts or Leases filed with the First Plan Supplement in its entirety |
| Exhibit B | Schedule of Assigned Contracts and Leases<br>• Exhibit B hereto shall replace and supersede the Schedule of Assigned Contracts and Leases filed with the First Plan Supplement in its entirety |
| Exhibit C | Restructuring Transaction Steps<br>• Exhibit C hereto shall replace and supersede the Restructuring Transaction Steps filed with the First Plan Supplement in its entirety |

**PLEASE TAKE FURTHER NOTICE** that documents contained in the Plan Supplement are integral to, and are considered part of, the Plan. If the Plan is approved, the documents contained in the Plan Supplement will be approved by the Bankruptcy Court pursuant to the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve all rights to amend, modify, or supplement the Plan Supplement, and any of the documents contained therein, in accordance with the terms of the Plan. If material amendments or modifications are made to any of these documents, the Debtors may file the amendment or modification or may file a blackline with the Bankruptcy Court marked to reflect the same.

---

[3] The exhibits set forth in the Plan Supplement remain subject to ongoing review and material revision in all respects.

085105.0000010 EMF_US 81593373V1

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider confirmation of the Plan is scheduled to begin on **August 25, 2020 at 10:00 a.m. (prevailing Eastern Time)** before the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that copies of the exhibits contained in the Plan Supplement, and all documents filed in these chapter 11 cases are available free of charge by visiting https://www.omniagentsolutions.com/chinos.   You may also obtain copies of the pleadings by visiting the Bankruptcy Court's website at https://www.vaeb.uscourts.gov/ in accordance with the procedures and fees set forth therein.

Dated: August 21, 2020
      Richmond, Virginia

            */s/  Henry P. (Toby) Long, III*

            HUNTON ANDREWS KURTH LLP
            Tyler P. Brown (VSB No. 28072)
            Henry P. (Toby) Long, III (VSB No. 75134)
            Nathan Kramer (VSB No. 87720)
            Riverfront Plaza, East Tower
            951 East Byrd Street
            Richmond, Virginia 23219
            Telephone:  (804) 788-8200
            Facsimile:   (804) 788-8218

            -and-

            WEIL, GOTSHAL & MANGES LLP
            Ray C. Schrock, P.C. (admitted *pro hac vice*)
            Ryan Preston Dahl (admitted *pro hac vice*)
            Candace M. Arthur (admitted *pro hac vice*)
            Daniel Gwen (admitted *pro hac vice*)
            767 Fifth Avenue
            New York, New York  10153
            Telephone:  (212) 310-8000
            Facsimile:   (212) 310-8007

            *Attorneys for Debtors*
            *and Debtors in Possession*

085105.0000010 EMF_US 81593373V1

## Exhibit A

### Revised Schedule of Rejected Contracts or Leases

This schedule shall replace and supersede the Schedule of Rejected Contracts and Leases filed with the First Plan Supplement in its entirety.  In accordance with Section 8.3 of the Plan, any proofs of claim based on the rejection of any Executory Contract or Unexpired Lease pursuant to the Plan or otherwise must be filed with Bankruptcy Court and served on the Debtors or Reorganized Debtors, as applicable, no later than 30 days after the later of the Effective Date or the effective date of rejection of such Executory Contract or Unexpired Lease.

The inclusion of any Executory Contract or Unexpired Lease herein does not constitute an admission that a particular Contract is an executory contract or unexpired lease within the meaning of the Bankruptcy Code or require or guarantee that such Executory Contract or Unexpired Lease ultimately will be rejected.  The Debtors reserve all rights to amend, supplement, and otherwise modify the Schedule of Rejected Contracts and Leases, including to add or remove executory contracts and unexpired leases, and to assert that contracts or leases identified herein are not executory or unexpired.

All rights of the Debtors and other parties in interest with respect thereto are reserved and none are waived.

085105.0000010 EMF_US 81593373V1

| Counterparty Name | Debtor Name | Agreement Name and Description |
|---|---|---|
| 110 Bloor St West Inc. | J. Crew Group, Inc. | Lease Guaranty between 110 Bloor St West Inc. and J. Crew Group, Inc. at location #410; 110 Bloor Street |
| 360i LLC | J. Crew Inc. | Master Agreement between J. Crew Inc. & 360i LLC |
| 38 Lambs Conduit LLP | J. Crew Group, Inc. | Lease Guaranty between 38 Lambs Conduit LLP and J. Crew Group, Inc. at location #416; 38 Lambs Conduit |
| 38 Lambs Conduit LLP | J. Crew Inc. | Lease Guaranty between 38 Lambs Conduit LLP and J. Crew Inc. at location #416; 38 Lambs Conduit |
| 47 BRAND LLC | J. Crew Group, Inc. | Exclusive Product Third Party Agreement between J. Crew Group, Inc. & 47 BRAND LLC |
| 7AM ENFANT | J. Crew Group, Inc. | Exclusive Product Third Party Agreement between J. Crew Group, Inc. & 7AM ENFANT |
| Accruent, Inc | J. Crew Group, Inc. | Renewal Agreement between J. Crew Group, Inc. & Accruent, Inc |
| Accruent, Inc | J. Crew Group, Inc. | Purchase Order between J. Crew Group, Inc. & Accruent, Inc |
| Accruent, Inc | J. Crew Group, Inc. | Annual Maintenance Services Agreement between J. Crew Group, Inc. & Accruent, Inc between J. Crew Group, Inc. & Accruent, Inc |
| Agilysys Technology Solutions Group LLC | J. Crew Group, Inc. | Consulting Service Agreement between J. Crew Group, Inc. & Agilysys Technology Solutions Group LLC |
| Agilysys Technology Solutions Group, LLC | J. Crew Group, Inc. | Consulting Services Agreement between J. Crew Group, Inc & Agilysys Technology Solutions Group, LLC dated 4/8/2011 |
| Amazon.com Services, Inc | J. Crew Group, Inc. | Agreement Addendum between J. Crew Group, Inc. & Amazon.com Services, Inc dated 06/28/2018 - 06/28/2021 |
| ANTOINE ET CHARLIE SAS | J. Crew Group, Inc. | Exclusive Product Third Party Agreement between J. Crew Group, Inc. & ANTOINE ET CHARLIE SAS |
| ARAKS INC | J. Crew Group, Inc. | J. Crew Group Marketplace Agreement + Policies (1.22.19 to post) |
| Aspera Technologies Inc. | J. Crew Group, Inc. | Exhibit A between J. Crew Group, Inc. & Aspera Technologies Inc. |
| Aspera Technologies Inc. | J. Crew Group, Inc. | Software and License and Services Agreement between J. Crew Group, Inc. & Aspera Technologies Inc. |
| AspireIQ, Inc. dba Revfluence | J. Crew Group, Inc. | Software as Service (SAAS) Agreement between J. Crew Group, Inc. & AspireIQ, Inc. dba Revfluence |
| ATELIER PAULIN | J. Crew Group, Inc. | J. Crew Group Marketplace Agreement + Policies (1.22.19 to post) |
| Azione | J. Crew Group, Inc. | Statement of Work between J. Crew Group, Inc. & Azione |
| Azione PR, Inc. | J. Crew Group, Inc. | Professional Services Agreement between J. Crew Group, Inc. & Azione PR, Inc. |
| Bag Studio NYC | J. Crew Group, Inc. | J. Crew Group Marketplace Agreement + Policies (1.22.19 to post) |
| Bank of America | J. Crew Group, Inc. | ePayables Commercial Card Addendum fully executed |
| Bank of America | J. Crew Group, Inc. | Commercial Card Agreement |
| BESWELL CO LTD | J. Crew Group, Inc. | Exclusive Product Third Party Agreement between J. Crew Group, Inc. & BESWELL CO LTD |
| BILLYKIRK INC | J. Crew Group, Inc. | Exclusive Product Third Party Agreement between J. Crew Group, Inc. & BILLYKIRK INC |
| Boston Properties | Madewell Inc. | Lease Agreement between Boston Properties and Madewell Inc. at location #1224; Reston Town Center |
| Boston Properties | J. Crew Group, Inc. | Lease Agreement between Boston Properties and J. Crew Group, Inc. at location #1224; Reston Town Center |
| Boston Properties Limited Partnership | Madewell Inc. | Letter Agreement between Boston Properties Limited Partnership and Madewell Inc. at location #1224; Reston Town Center |
| Boston Properties, Inc. | Madewell Inc. | Lease Agreement between Boston Properties, Inc. and Madewell Inc. at location #1224; Reston Town Center |
| Boston Properties, Inc. | Madewell Inc. | Letter Agreement between Boston Properties, Inc. and Madewell Inc. at location #1224; Reston Town Center |
| Boston Properties, Inc. | J. Crew Group, Inc. | Lease Agreement between Boston Properties, Inc. and J. Crew Group, Inc. at location #1224; Reston Town Center |
| BP RTC Member LLC | Madewell Inc. | Lease Agreement between BP RTC Member LLC and Madewell Inc. at location #1224; Reston Town Center |
| BP RTC Member LLC | Madewell Inc. | Letter Agreement between BP RTC Member LLC and Madewell Inc. at location #1224; Reston Town Center |
| BP RTC Member LLC | J. Crew Group, Inc. | Lease Agreement between BP RTC Member LLC and J. Crew Group, Inc. at location #1224; Reston Town Center |
| Bridgewater Commons | Madewell Inc. | Lease Agreement between Bridgewater Commons and Madewell Inc. at location #292; Bridgewater Commons |
| Bridgewater Commons Mall II, LLC | Madewell Inc. | Lease Agreement between Bridgewater Commons Mall II, LLC and Madewell Inc. at location #292; Bridgewater Commons |

| Counterparty Name | Debtor Name | Agreement Name and Description |
|---|---|---|
| CALIFORNIA BABY | J. Crew Group, Inc. | Exclusive Product Third Party Agreement between J. Crew Group, Inc. & CALIFORNIA BABY |
| Canon Financial Services, Inc | J. Crew Group, Inc. | FloTech - Canon Lease Document |
| Canon Financial Services, Inc. | J. Crew Group, Inc. | Total Solution Lease Agreement between J. Crew Group, Inc. & Canon Financial Services, Inc. |
| CHARLESTON SHOE COMPANY LLC | J. Crew Group, Inc. | J. Crew Group Marketplace Agreement + Policies (1.22.19 to post) |
| CHILL BY WILL | J. Crew Group, Inc. | J. Crew Group Marketplace Agreement + Policies (1.22.19 to post) |
| Chillum Place, L.L.C. | Madewell Inc. | SNDA between Chillum Place, L.L.C. and Madewell Inc. at location #1231; 69 Gansevoort Street |
| Chillum Place, L.L.C. | J. Crew Group, Inc. | SNDA between Chillum Place, L.L.C. and J. Crew Group, Inc. at location #1231; 69 Gansevoort Street |
| Chino Dunhill LLC | H.F.D. No. 55, Inc. | Lease Amendment between Chino Dunhill LLC and H.F.D. No. 55, Inc. at location #1023; Shoppes at Chino Hills (M) |
| Chino Dunhill LLC | H.F.D. No. 55, Inc. | Lease Agreement between Chino Dunhill LLC and H.F.D. No. 55, Inc. at location #1023; Shoppes at Chino Hills (M) |
| Chino Dunhill LLC | J. Crew Inc. | Lease Agreement between Chino Dunhill LLC and J. Crew Inc. at location #1023; Shoppes at Chino Hills (M) |
| CHK TEXTILE COMPANY LTD | J. Crew Group, Inc. | Exclusive Product Third Party Agreement between J. Crew Group, Inc. & CHK TEXTILE COMPANY LTD |
| Ciphertechs, Inc | J. Crew Group, Inc. | Ciphertechs PSA Amendment |
| ClearBridge Compensation Group LLC | J. Crew Group, Inc. | ClearBridge Engagement Letter and NDA |
| Commercial Real Estate Lending, L.P. | Madewell Inc. | SNDA between Commercial Real Estate Lending, L.P. and Madewell Inc. at location #1231; 69 Gansevoort Street |
| Commercial Real Estate Lending, L.P. | J. Crew Group, Inc. | SNDA between Commercial Real Estate Lending, L.P. and J. Crew Group, Inc. at location #1231; 69 Gansevoort Street |
| Construction One, Inc | J. Crew Group, Inc. | Price Agreement between J. Crew Group, Inc. & Construction One, Inc |
| Corine Hardesty | Grace Holmes, Inc. | Separation Agreement and General Release between Grace Holmes, Inc. & Corine Hardesty |
| COYUCHI INC | J. Crew Group, Inc. | J. Crew Group Marketplace Agreement + Policies (1.22.19 to post) |
| CREATE A MARKER INC | J. Crew Group, Inc. | Exclusive Product Third Party Agreement between J. Crew Group, Inc. & CREATE A MARKER INC |
| Daniel Winkworth | J. Crew Group, Inc. | Separation Agreement and General Release between J. Crew Group, Inc. & Daniel Winkworth |
| Deloitte & Touche USA LLP | J. Crew Group, Inc. | Services Agreement between J. Crew Group, Inc. & Deloitte & Touche USA LLP  3 yrs term, 1 yr evergreen renewals |
| Deloitte Tax LLP | Chinos Holdings, Inc. | Work Order between Chinos Holdings, Inc. & Deloitte Tax LLP dated 03/01/2020 - 02/28/2021 |
| Deloitte Tax LLP | J. Crew Group, Inc. | Deloitte Engagement Letter - 4.15.19 |
| Deloitte Tax LLP | J. Crew Group, Inc. | Master Agreement between J. Crew Group, Inc. & Deloitte Tax LLP |
| Delshah Gansevoort 69, LLC | Madewell Inc. | Letter Agreement between Delshah Gansevoort 69, LLC and Madewell Inc. at location #1231; 69 Gansevoort Street |
| Delshah Gansevoort 69, LLC | Madewell Inc. | Guaranty between Delshah Gansevoort 69, LLC and Madewell Inc. at location #1231; 69 Gansevoort Street |
| Delshah Gansevoort 69, LLC | Madewell Inc. | Lease Agreement between Delshah Gansevoort 69, LLC and Madewell Inc. at location #1231; 69 Gansevoort Street |
| Delshah Gansevoort 69, LLC | Madewell Inc. | SNDA between Delshah Gansevoort 69, LLC and Madewell Inc. at location #1231; 69 Gansevoort Street |
| Delshah Gansevoort 69, LLC | J. Crew Group, Inc. | Guaranty between Delshah Gansevoort 69, LLC and J. Crew Group, Inc. at location #1231; 69 Gansevoort Street |
| Delshah Gansevoort 69, LLC | J. Crew Group, Inc. | Lease Agreement between Delshah Gansevoort 69, LLC and J. Crew Group, Inc. at location #1231; 69 Gansevoort Street |
| Delshah Gansevoort 69, LLC | J. Crew Group, Inc. | SNDA between Delshah Gansevoort 69, LLC and J. Crew Group, Inc. at location #1231; 69 Gansevoort Street |
| DOCK A TOT | J. Crew Group, Inc. | J. Crew Group Marketplace Agreement + Policies (1.22.19 to post) |
| Donnelley Financial Solutions | J. Crew Group, Inc. | IPO Proposal_JCREW  4.30.19 |
| DR DENNIS GROSS SKINCARE LLC | J. Crew Group, Inc. | Exclusive Product Third Party Agreement between J. Crew Group, Inc. & DR DENNIS GROSS SKINCARE LLC |

| Counterparty Name | Debtor Name | Agreement Name and Description |
|---|---|---|
| DRAGON YU BAG MFG CO LTD | J. Crew Group, Inc. | Exclusive Product Third Party Agreement between J. Crew Group, Inc. & DRAGON YU BAG MFG CO LTD |
| Eddie Ruiz | Grace Holmes, Inc. | Separation Agreement and General Release between Grace Holmes, Inc. & Eddie Ruiz dated 7/25/2019 |
| Elspeth Driver | Grace Holmes, Inc. | Separation Agreement and General Release between Grace Holmes, Inc. & Elspeth Driver dated 1/24/2020 |
| EM BRANDS LLC | J. Crew Group, Inc. | Exclusive Product Third Party Agreement between J. Crew Group, Inc. & EM BRANDS LLC |
| ePrize, LLC | J. Crew Inc. | Hello World Jcrew MSA Executed |
| Fair Haven Consulting, Inc. | J. Crew Group, Inc. | Consulting Agreement |
| FAR EAST NETWORK HK LIMITED | J. Crew Group, Inc. | Exclusive Product Third Party Agreement between J. Crew Group, Inc. & FAR EAST NETWORK HK LIMITED |
| FDS USA INC | J. Crew Group, Inc. | Exclusive Product Third Party Agreement between J. Crew Group, Inc. & FDS USA INC |
| Federal Express Corporation | J. Crew Group, Inc. | Services Agreement between J. Crew Group, Inc. & Federal Express Corporation dated 04/04/2019 |
| FOWNES BROTHERS & CO INC | J. Crew Group, Inc. | Exclusive Product Third Party Agreement between J. Crew Group, Inc. & FOWNES BROTHERS & CO INC |
| GARBO & FRIENDS US | J. Crew Group, Inc. | J. Crew Group Marketplace Agreement + Policies (1.22.19 to post) |
| Gayle Spannaus | J. Crew Group, Inc. | Separation Agreement and General Release between J. Crew Group, Inc. & Gayle Spannaus dated 3/11/2019 |
| Georgia-Pacific Corrugated LLC | J. Crew Group, Inc. | Purchase Agreement between J. Crew Group, Inc. & Georgia-Pacific Corrugated LLC dated 08/22/2016 - 08/22/2019 |
| Georgia-Pacific Corrugated LLC | Chinos Holdings, Inc. | Contract between Chinos Holdings, Inc. & Georgia-Pacific Corrugated LLC |
| GRANT STONE LLC | J. Crew Group, Inc. | J. Crew Group Marketplace Agreement + Policies (1.22.19 to post) |
| GRAPHIC IMAGE INC | J. Crew Group, Inc. | Exclusive Product Third Party Agreement between J. Crew Group, Inc. & GRAPHIC IMAGE INC |
| GRYPH & IVYROSE LLC | J. Crew Group, Inc. | J. Crew Group Marketplace Agreement + Policies (1.22.19 to post) |
| HARI MARI | J. Crew Group, Inc. | J. Crew Group Marketplace Agreement + Policies (1.22.19 to post) |
| Hartley Wood Holdings Ltd | J. Crew Group, Inc. | Lease Guaranty between Hartley Wood Holdings Ltd and J. Crew Group, Inc. at location #405; Robson CentrePlace |
| Headspace Inc. | J. Crew Group, Inc. | Statement of Work between J Crew & Headspace Inc. dated 31/07/2019 |
| HEWY WINE CHILLERS LLC | J. Crew Group, Inc. | Exclusive Product Third Party Agreement between J. Crew Group, Inc. & HEWY WINE CHILLERS LLC |
| Horizon Group Properties, Inc. | H.F.D. No. 55, Inc. | Letter Agreement between Horizon Group Properties, Inc. and H.F.D. No. 55, Inc. at location #115; The Outlet Shoppes at OK City |
| Horizon Group Properties, LP | H.F.D. No. 55, Inc. | Letter Agreement between Horizon Group Properties, LP and H.F.D. No. 55, Inc. at location #115; The Outlet Shoppes at OK City |
| ICR, LLC | Madewell Inc. | CONSULTING AGREEMENT between Madewell Inc. & ICR, LLC dated 7.25.2019 |
| ILKWANG TRADING CO LTD | J. Crew Group, Inc. | Third Party Brand Agreement – Exclusive Product |
| International Integrated Solutions, Ltd | J. Crew Group, Inc. | Professional Service Agreement between J. Crew Group, Inc & International Integrated Solutions, Ltd dated 43070 |
| Intershoes Negocios Internacionais Ltda | Chinos Holdings, Inc. | Sourcing Agent Agreement between Chinos Holdings, Inc. & Intershoes Negocios Internacionais Ltda dated 07/31/2019 - 07/31/2021 |
| J AMERICA LLC | J. Crew Group, Inc. | Exclusive Product Third Party Agreement |
| James Brett | J. Crew Group, Inc. | General Release between J. Crew Group, Inc. & James Brett dated 11/17/2018 |
| Johanna Uurasjarvi | J. Crew Group, Inc. | Separation Agreement and General Release between J. Crew Group, Inc. & Johanna Uurasjarvi dated 4/10/2019 |
| JOOLZ USA INC. | J. Crew Group, Inc. | J. Crew Group Marketplace Agreement + Policies (1.22.19 to post) |
| JUST ADD SALT INC | J. Crew Group, Inc. | Exclusive Product Third Party Agreement |
| Karen Clement | J. Crew Group, Inc. | Separation Agreement and General Release between J. Crew Group, Inc. & Karen Clement dated 9/16/2019 |
| Karen Krigsman | J. Crew Group, Inc. | Separation Agreement and General Release between J. Crew Group, Inc. & Karen Krigsman dated 8/7/2019 |
| KENT WOMAN LLC | J. Crew Group, Inc. | Customer Service Agreement |
| KREAFUNK APS | J. Crew Group, Inc. | Exclusive Product Third Party Agreement |
| Lalire March Architects LLP | J. Crew Group, Inc. | Standard Abbreviated Form of Agreement Between Owner and Architect - JC Frontenac |
| Lalire March Architects LLP | J. Crew Group, Inc. | Standard Abbreviated Form of Agreement Between Owner and Architect -  20200326_JC-Short_Hills_Contract |

| Counterparty Name | Debtor Name | Agreement Name and Description |
|---|---|---|
| Lalire March Architects LLP | J. Crew Group, Inc. | Standard Abbreviated Form of Agreement Between Owner and Architect - 20200316 JC Westfarms Contract |
| Lalire March Architects LLP | J. Crew Group, Inc. | Standard Abbreviated Form of Agreement Between Owner and Architect - 20200316 JC Green Hills Contract |
| Lalire March Architects LLP | J. Crew Group, Inc. | Standard Abbreviated Form of Agreement o1269 Station Twelve Contract |
| Leonard Green & Partners | Chinos Holdings, Inc. | Management Services Agreement between Chinos Holdings, Inc. & Leonard Green & Partners dated 07/13/2020 - 31/12/2021 |
| Leonard Green & Partners, L.P. | J. Crew Group, Inc. | Service Contract between J. Crew Group, Inc & Leonard Green & Partners, L.P. dated 30/04/20 |
| LEWIS LLC | J. Crew Group, Inc. | J. Crew Group Marketplace Agreement + Policies (1.22.19 to post) |
| LEXMARK INT'L | J. Crew Inc. | Contract between LEXMARK INTL and J CREW Inc |
| Libby Wadle | Chinos Holdings, Inc. | Madewell IPO Employment Agreement between Libby Wadle and Chinos Holdings, Inc. dated 1.16.2020 |
| LivePerson, Inc. | J. Crew Inc. | Master Service Agreement between J. Crew Inc. & LivePerson, Inc. |
| LivePerson, Inc. | J. Crew Inc. | Renewal Order Form between J. Crew Inc. & LivePerson, Inc. dated 9.1.2018 |
| LUNYA COMPANY | J. Crew Group, Inc. | J. Crew Group Marketplace Agreement + Policies (1.22.19 to post) |
| LuxHR, Inc dba ComplianceHR | J. Crew Group, Inc. | Master License And Services Agreement Renewal dated 12/9/2019 |
| MAAK LAB | J. Crew Group, Inc. | Exclusive Product Third Party Agreement |
| Made Modern LLC | J. Crew Group, Inc. | J. Crew Group Marketplace Agreement + Policies (1.22.19 to post) |
| MAPTOTE | J. Crew Group, Inc. | Exclusive Product Third Party Agreement |
| Michael DeMartini | J. Crew Group, Inc. | Separation Agreement and General Release between J. Crew Group, Inc. & Michael DeMartini dated 9/13/2019 |
| Michael Ledoux | Grace Holmes, Inc. | Separation Agreement and General Release between Grace Holmes, Inc. & Michael Ledoux dated 9/6/2019 |
| NOVESTA | J. Crew Group, Inc. | Exclusive Product Third Party Agreement |
| OK City JV, LLC | H.F.D. No. 55, Inc. | Letter Agreement between OK City JV, LLC and H.F.D. No. 55, Inc. at location #115; The Outlet Shoppes at OK City |
| Oklahoma City Outlets, LLC | H.F.D. No. 55, Inc. | Letter Agreement between Oklahoma City Outlets, LLC and H.F.D. No. 55, Inc. at location #115; The Outlet Shoppes at OK City |
| ONIA LLC | J. Crew Group, Inc. | J. Crew Group Marketplace Agreement + Policies (1.22.19 to post) |
| Opgi Management Limited Partnership | J. Crew Group, Inc. | Lease Guaranty between Opgi Management Limited Partnership and J. Crew Group, Inc. at location #400; Yorkdale Shopping Centre |
| PaperG, Inc., d/b/a Thunder Industries | J. Crew Group, Inc. | PROFESSIONAL SERVICES AGREEMENT between J. Crew Group, Inc. & PaperG, Inc., d/b/a Thunder Industries dated 13/02/19 |
| Partners in Leadership, LLC | J. Crew Group, Inc. | Work Order between J. Crew Group, Inc & Partners in Leadership, LLC dated 12/01/19 |
| Partners in Leadership, LLC | J. Crew Group, Inc. | Work Order No. 2 between J. Crew Group, Inc & Partners in Leadership, LLC dated 25/01/19 |
| Partners in Leadership, LLC | J. Crew Group, Inc. | Work Order No. 3 between J. Crew Group, Inc & Partners in Leadership, LLC dated 28/02/19 |
| PENTLAND BRANDS/CANTERBURY LTD | J. Crew Group, Inc. | Exclusive Product Third Party Agreement |
| POP UP SHOP | J. Crew Group, Inc. | Exclusive Product Third Party Agreement |
| PRIMARY KIDS INC | J. Crew Group, Inc. | J. Crew Group Marketplace Agreement + Policies (1.22.19 to post) |
| PROGRAM M CO LTD | J. Crew Group, Inc. | Exclusive Product Third Party Agreement |
| RARE BEAUTY BRANDS INC | J. Crew Group, Inc. | Exclusive Product Third Party Agreement |
| RDG GLOBAL LLC | J. Crew Group, Inc. | Exclusive Product Third Party Agreement |
| Reston Town Center JV LLC | Madewell Inc. | Lease Agreement between Reston Town Center JV LLC and Madewell Inc. at location #1224; Reston Town Center |
| Reston Town Center JV LLC | Madewell Inc. | Letter Agreement between Reston Town Center JV LLC and Madewell Inc. at location #1224; Reston Town Center |
| Reston Town Center JV LLC | J. Crew Group, Inc. | Lease Agreement between Reston Town Center JV LLC and J. Crew Group, Inc. at location #1224; Reston Town Center |
| Reston Town Center Property LLC | Madewell Inc. | Guaranty between Reston Town Center Property LLC and Madewell Inc. at location #1224; Reston Town Center |
| Reston Town Center Property LLC | Madewell Inc. | Lease Agreement between Reston Town Center Property LLC and Madewell Inc. at location #1224; Reston Town Center |

| Counterparty Name | Debtor Name | Agreement Name and Description |
|---|---|---|
| Reston Town Center Property LLC | Madewell Inc. | Letter Agreement between Reston Town Center Property LLC and Madewell Inc. at location #1224; Reston Town Center |
| Reston Town Center Property LLC | J. Crew Group, Inc. | Guaranty between Reston Town Center Property LLC and J. Crew Group, Inc. at location #1224; Reston Town Center |
| Reston Town Center Property LLC | J. Crew Group, Inc. | Lease Agreement between Reston Town Center Property LLC and J. Crew Group, Inc. at location #1224; Reston Town Center |
| RETROSUPERFUTURE INC | J. Crew Group, Inc. | J. Crew Group Marketplace Agreement + Policies (1.22.19 to post) |
| REYN SPOONER INC | J. Crew Group, Inc. | J. Crew Group Marketplace Agreement + Policies (1.22.19 to post) |
| SAS Institute Inc. | J. Crew Inc. | AMENDMENT NUMBER 6 TO SAS SOLUTIONS OnDEMAND LICENSE AND SERVICE PROVIDER AGREEMENT between J. Crew Inc. & SAS Institute Inc. |
| SAS Institute Inc. | J. Crew Inc. | SAS Solutions OnDemand License and Service Agreement between J. Crew Inc. & SAS Institute Inc. dated 29/06/14 |
| Seven Hundred Realty Corp | Madewell Inc. | Lease Renewal between Seven Hundred Realty Corp and Madewell Inc. at location #250; Lincoln Road |
| SNOWE INC | J. Crew Group, Inc. | J. Crew Group Marketplace Agreement + Policies (1.22.19 to post) |
| Source 44 LLC dba Source Intelligence | J. Crew Group, Inc. | Master Services Agreement between J. Crew Group, Inc. & Source 44 LLC dba Source Intelligence |
| STANLEY JEANS CORPORATION | J. Crew Group, Inc. | Exclusive Product Third Party Agreement between J. Crew Group, Inc. & STANLEY JEANS CORPORATION |
| SUPER GLITZ | J. Crew Group, Inc. | Exclusive Product Third Party Agreement between J. Crew Group, Inc. & SUPER GLITZ |
| Tarter Krinsky & Drogin, LLP | Madewell Inc. | Lease Agreement between Tarter Krinsky & Drogin, LLP and Madewell Inc. at location #1231; 69 Gansevoort Street |
| Tarter Krinsky & Drogin, LLP | J. Crew Group, Inc. | Lease Agreement between Tarter Krinsky & Drogin, LLP and J. Crew Group, Inc. at location #1231; 69 Gansevoort Street |
| TAYLOR JAMES | J. Crew Group, Inc. | Exclusive Product Third Party Agreement between J. Crew Group, Inc. & TAYLOR JAMES |
| The Bernard Group, Inc. | J. Crew Inc. | Agreement Addendum between J. Crew Inc. & The Bernard Group, Inc. |
| The Bernard Group, Inc. | J. Crew Group, Inc. | Product Schedule Addendum between J. Crew Group, Inc. & The Bernard Group, Inc. |
| The Crown Estate Commissioners | J. Crew Group, Inc. | Lease Guaranty between The Crown Estate Commissioners and J. Crew Group, Inc. at location #411; 165-167 Regent Street |
| THE GREAT EROS | J. Crew Group, Inc. | J. Crew Group Marketplace Agreement + Policies (1.22.19 to post) |
| Thomson Reuters | J. Crew Group, Inc. | Order Form between J. Crew Group, Inc. & Thomson Reuters (Practical Law Company service) |
| Thomson Reuters | J. Crew Group, Inc. | NACI Order form - Practical Law Company service |
| Thyssenkrupp Elevator | J. Crew Group, Inc. | US169908 - J CREW NEW SETUP.PDF |
| TLC Associates | J. Crew Group, Inc. | Statement of Work between J. Crew Group, Inc. & TLC Associates dated 01/01/2018 - 01/01/2021 |
| TPG Capital, L.P. | Chinos Holdings, Inc. | Management Services Agreement between Chinos Holdings, Inc. & TPG Capital, L.P. dated 07/13/2020 - 31/12/2021 |
| Trendalytics Innovation Labs LLC | J. Crew Group, Inc. | Software as Service (SAAS) License Agreement between J. Crew Group, Inc. & Trendalytics Innovation Labs LLC |
| Tuesdee Reber | Grace Holmes, Inc. | Separation Agreement and General Release between Grace Holmes, Inc. & Tuesdee Reber |
| UPW LIMITED | J. Crew Group, Inc. | Exclusive Product Third Party Agreement between J. Crew Group, Inc. & UPW LIMITED |
| USA Rugby Partners, LLC | J. Crew Group, Inc. | Sponsorship Agreement between J. Crew Group, Inc. & USA Rugby Partners, LLC |
| USA Rugby Partners, LLC | J. Crew Group, Inc. | Sponsorship Agreement between J. Crew Group, Inc. & USA Rugby Partners, LLC dated 08/30/2019 - 08/30/2020 |
| Vincent Zanna | Chinos Holdings, Inc. | Madewell IPO Employment Agreement between Vincent Zanna and Chinos Holdings, Inc. dated 1.16.2020 |
| W&P DESIGN | J. Crew Group, Inc. | J. Crew Group Marketplace Agreement + Policies (1.22.19 to post) |
| Xpedited Services | J. Crew Inc. | Transportation Agreement between J. Crew Inc. & Xpedited Services |
| YEE TUNG GARMENT CO LTD | J. Crew Group, Inc. | Exclusive Product Third Party Agreement between J. Crew Group, Inc. & YEE TUNG GARMENT CO LTD |
| YUSEN LOGISTICS (HONG KONG) LI | J. Crew Group, Inc. | Service Agreement between J. Crew Group, Inc. & YUSEN LOGISTICS (HONG KONG) LI dated 11.10.17 |
| Yu-Yan Fan | J. Crew Group, Inc. | Separation Agreement and General Release between J. Crew Group, Inc. & Yu-Yan Fan |
| ZONE TWO US LLC | J. Crew Group, Inc. | J. Crew Group, Inc. & ZONE TWO US LLC |

## Exhibit B

### Revised Schedule of Assigned Contracts or Leases

This schedule shall replace and supersede the Schedule of Assigned Contracts and Leases filed with the First Plan Supplement in its entirety.  The inclusion of any Executory Contract or Unexpired Lease on this schedule does not constitute an admission that a particular Contract is an executory contract or unexpired lease within the meaning of the Bankruptcy Code or require or guarantee that such Executory Contract or Unexpired Lease ultimately will be assumed and assigned as provided therein.  The Debtors reserve all rights to amend, supplement, and otherwise modify this schedule, including to add or remove executory contracts and unexpired leases, and to assert that contracts or leases identified herein are not executory or unexpired.

| Counterparty Name | Debtor-Assignor | Debtor – Assignee | Agreement Name and Description |
|---|---|---|---|
| AIG | Chinos Holdings, Inc. | J. Crew Group, Inc. *** | Insurance Policy between Chinos Holdings, Inc. & AIG |
| AIG Domestic Claims, Inc | Chinos Holdings, Inc. | J. Crew Group, Inc. | Insurance Policy between Chinos Holdings, Inc. & AIG Domestic Claims, Inc |
| Allianz Global Risks US Insurance Company | Chinos Holdings, Inc. | J. Crew Group, Inc. | Insurance Policy between Chinos Holdings, Inc. & Allianz Global Risks US Insurance Company |
| American Stock Transfer & Trust Company, LLC | Chinos Holdings, Inc. | J. Crew Group, Inc. | Service Agreement between Chinos Holdings, Inc. & American Stock Transfer & Trust Company, LLC dated 07/11/2017 - 11/17/2020 |
| Aon Risk Services Northeast Inc. | Chinos Holdings, Inc. | J. Crew Group, Inc. | Insurance Policy between Chinos Holdings, Inc. & Aon Risk Services Northeast Inc. dated 12/18/2019 - 12/18/2020 |
| Argo Group US | Chinos Holdings, Inc. | J. Crew Group, Inc. | Insurance Policy between Chinos Holdings, Inc. & Argo Group US |
| Automatic Data Processor, Inc (ADP) | Chinos Holdings, Inc. | J. Crew Group, Inc. | Contract between Chinos Holdings, Inc. & Automatic Data Processor, Inc (ADP) |
| Avalon North, LLC | Chinos Holdings, Inc. | J. Crew Group, Inc. | Guaranty between Avalon North, LLC and Chinos Holdings, Inc. at location #1229; Avalon |
| Axis Insurance | Chinos Holdings, Inc. | J. Crew Group, Inc. | Insurance Policy between Chinos Holdings, Inc. & AXA XL |
| Axis Insurance | Chinos Holdings, Inc. | J. Crew Group, Inc. | Insurance Policy between Chinos Holdings, Inc. & Axis Insurance |
| Beazley Group | Chinos Holdings, Inc. | J. Crew Group, Inc. | Insurance Policy between Chinos Holdings, Inc. & Beazley Group |
| Beazley Insurance Company, Inc | Chinos Holdings, Inc. | J. Crew Group, Inc. | Insurance Policy between Chinos Holdings, Inc. & Beazley Insurance Company, Inc |
| Better Work | Chinos Holdings, Inc. | J. Crew Group, Inc. | Better Work Partnership Agreements |
| Bulkley Dunton | Chinos Holdings, Inc. | J. Crew Group, Inc. | Contract between Chinos Holdings, Inc. & Bulkley Dunton |
| Canopius Insurance Services | Chinos Holdings, Inc. | J. Crew Group, Inc. | Insurance Policy between Chinos Holdings, Inc. & Canopius Insurance Services |
| Carlson Wagonlit Travel, Inc. | Chinos Holdings, Inc. | J. Crew Group, Inc. | Mutual Agreement between Chinos Holdings, Inc. & Carlson Wagonlit Travel, Inc. |
| Carolina Container Company | Chinos Holdings, Inc. | J. Crew Group, Inc. | Contract between Chinos Holdings, Inc. & Carolina Container Company |
| Ceridian HCM, Inc | Chinos Holdings, Inc. | J. Crew Group, Inc. | Contract between Chinos Holdings, Inc. & Ceridian HCM, Inc |
| Chubb | Chinos Holdings, Inc. | J. Crew Group, Inc. | Insurance Policy between Chinos Holdings, Inc. & Chubb |
| CNA | Chinos Holdings, Inc. | J. Crew Group, Inc. | Insurance Policy between Chinos Holdings, Inc. & CAN |
| Commercial Fire Inc | Chinos Holdings, Inc. | J. Crew Group, Inc. | Contract between Chinos Holdings, Inc. & Commercial Fire Inc |
| Commercial Fire, LLC | Chinos Holdings, Inc. | J. Crew Group, Inc. | Amendment to Master Services Agreement between Chinos Holdings, Inc. & Commercial Fire, LLC dated 11/01/2014 - 07/20/2021 |
| Craig Realty Group | Chinos Holdings, Inc. | J. Crew Group, Inc. | Reimbursement Agreement between Craig Realty Group and Chinos Holdings, Inc. at location #76; Outlets at Castlerock |
| CyberSource Corporation | Chinos Holdings, Inc. | J. Crew Group, Inc. | Contract between Chinos Holdings, Inc. & CyberSource Corporation |
| Dell Marketing L.P. | Chinos Holdings, Inc. | J. Crew Group, Inc. | Letter Agreement between Chinos Holdings, Inc. & Dell Marketing L.P. |
| Dell Marketing LP | Chinos Holdings, Inc. | J. Crew Group, Inc. | Contract between Chinos Holdings, Inc. & Dell Marketing LP |
| Donnelly Mechanical Corp | Chinos Holdings, Inc. | J. Crew Group, Inc. | Professional Services Agreement (and related agreements) |
| Ecova, Inc. | Chinos Holdings, Inc. | J. Crew Group, Inc. | Services Agreement Amendment between Chinos Holdings, Inc. & Ecova, Inc. dated 04/16/2010 - 04/31/2022 |
| Fair Trade USA | Chinos Holdings, Inc. | J. Crew Group, Inc. | Madewell Service Fee Template between Chinos Holdings, Inc. & Fair Trade USA |
| Federal Realty Investment Trust | Chinos Holdings, Inc. | J. Crew Group, Inc. | Lease Agreement between Federal Realty Investment Trust and Chinos Holdings, Inc. at location #275; Santana Row |
| Fried, Frank, Harris, Shriver & Jacobson LLP | Chinos Holdings, Inc. | J. Crew Group, Inc. | Lease Agreement between Fried, Frank, Harris, Shriver & Jacobson LLP and Chinos Holdings, Inc. at location #9900; 225 Liberty Street (Office) |
| Fry-Wagner, Inc | Chinos Holdings, Inc. | J. Crew Group, Inc. | Statement of Work between Chinos Holdings, Inc. & Fry-Wagner, Inc dated 06/01/2016 - 06/01/2018 |
| Georgetown Park Associates, Inc. | Chinos Holdings, Inc. | J. Crew Group, Inc. | Lease Agreement between Georgetown Park Associates, Inc. and Chinos Holdings, Inc. at location #508; The Shops at Georgetown Park |
| Hiscox Claims | Chinos Holdings, Inc. | J. Crew Group, Inc. | Insurance Policy between Chinos Holdings, Inc. & Hiscox Claims dated 04/30/2019 |
| Hudson Financial Products | Chinos Holdings, Inc. | J. Crew Group, Inc. | Insurance Policy between Chinos Holdings, Inc. & Hudson Financial Products dated 05/14/2019 |

*** Pursuant to the Restructuring Transaction Steps, J. Crew Group, Inc. will be converted to a limited liability company on the Effective Date.

| Counterparty Name | Debtor-Assignor | Debtor – Assignee | Agreement Name and Description |
|---|---|---|---|
| Hudson Insurance Company | Chinos Holdings, Inc. | J. Crew Group, Inc. | Insurance Policy between Chinos Holdings, Inc. & Hudson Insurance Company dated 05/14/2019 |
| IKIGAI Inc | Chinos Holdings, Inc. | J. Crew Group, Inc. | Contract between Chinos Holdings, Inc. & IKIGAI Inc |
| Illinois National Insurance Company | Chinos Holdings, Inc. | J. Crew Group, Inc. | Insurance Policy between Chinos Holdings, Inc. & Illinois National Insurance Company |
| International Labour Organization | Chinos Holdings, Inc. | J. Crew Group, Inc. | Engagement Agreement between Chinos Holdings, Inc. & International Labour Organization |
| Ironshore Indemnity Inc | Chinos Holdings, Inc. | J. Crew Group, Inc. | Insurance Policy between Chinos Holdings, Inc. & Ironshore Indemnity Inc dated 05/14/2019 - 05/14/2020 |
| IST Management Services, Inc | Chinos Holdings, Inc. | J. Crew Group, Inc. | Contract between Chinos Holdings, Inc. & IST Management Services, Inc |
| JBCconnect CA., LLC. | Chinos Holdings, Inc. | J. Crew Group, Inc. | Staffing Service Agreement between Chinos Holdings, Inc. & JBCconnect CA., LLC. dated 04/22/2019 |
| JBCconnect CA., LLC. | Chinos Holdings, Inc. | J. Crew Group, Inc. | Staffing Services Agreement dated 2/4/2014 between Chinos Holdings, Inc. & JBCconnect CA., LLC. |
| Keane | Chinos Holdings, Inc. | J. Crew Group, Inc. | Master Agreement between Chinos Holdings, Inc. & Keane dated 05/11/2020 - 05/11/2022 |
| Liberty Mutual Insurance Company | Chinos Holdings, Inc. | J. Crew Group, Inc. | Insurance Policy between Chinos Holdings, Inc. & Liberty Mutual Insurance Company dated 12/18/2019 - 12/18/2020 |
| Mall at Short Pump Town Center | Chinos Holdings, Inc. | J. Crew Group, Inc. | Letter Agreement between Mall at Short Pump Town Center and Chinos Holdings, Inc. at location #630; Short Pump |
| Markel American Insurance Company | Chinos Holdings, Inc. | J. Crew Group, Inc. | Insurance Policy between Chinos Holdings, Inc. & Markel American Insurance Company dated 05/14/2019 - 05/14/2020 |
| Metlife - Metropolitan Life Insurance Company | Chinos Holdings, Inc. | J. Crew Group, Inc. | Contract between Chinos Holdings, Inc. & Metlife - Metropolitan Life Insurance Company |
| Metlife, Inc | Chinos Holdings, Inc. | J. Crew Group, Inc. | Contract between Chinos Holdings, Inc. & Metlife, Inc |
| Metropolitan Property and Causalty Insurance Company | Chinos Holdings, Inc. | J. Crew Group, Inc. | Contract between Chinos Holdings, Inc. & Metropolitan Property and Causalty Insurance Company |
| Mirakl Inc. | J. Crew Group, Inc. | Madewell Inc. | License Agreement between J. Crew Group, Inc. & Mirakl Inc. dated 08/08/2017 |
| National Casualty Company | Chinos Holdings, Inc. | J. Crew Group, Inc. | Insurance Policy between Chinos Holdings, Inc. & National Casualty Company dated 05/14/2019 |
| National Union Fire Insurance Company of Pittsburgh, PA | Chinos Holdings, Inc. | J. Crew Group, Inc. | Insurance Policy between Chinos Holdings, Inc. & National Union Fire Insurance Company of Pittsburgh, PA |
| North 6th St Realty, LLC | Chinos Holdings, Inc. | J. Crew Group, Inc. | Guaranty between North 6th St Realty, LLC and Chinos Holdings, Inc. at location #1201; 127 N. 6th St. |
| PMG Worldwide, LLC | Chinos Holdings, Inc. | J. Crew Group, Inc. | Contract between Chinos Holdings, Inc. & PMG Worldwide, LLC |
| QBE Insurance Corporation | Chinos Holdings, Inc. | J. Crew Group, Inc. | Insurance Policy between Chinos Holdings, Inc. & QBE Insurance Corporation dated 05/14/2019 |
| RSUI Indemnity Company | Chinos Holdings, Inc. | J. Crew Group, Inc. | Insurance Policy between Chinos Holdings, Inc. & RSUI Indemnity Company dated 05/14/2019 |
| Session M, Inc | J. Crew Group, Inc. | Madewell Inc. | License Agreement between J. Crew Group, Inc. & Session M, Inc dated 07/18/2018 - 07/18/2021 |
| SFA | Chinos Holdings, Inc. | J. Crew Group, Inc. | Letter of Commitment - Women's Empowerment Programme between Chinos Holdings, Inc. & SFA |
| Simon Property Group | Chinos Holdings, Inc. | J. Crew Group, Inc. | Lease Agreement between Simon Property Group and Chinos Holdings, Inc. at location #276; Fashion Valley Mall |
| Solium Capital LLC | Chinos Holdings, Inc. | J. Crew Group, Inc. | Service Agreement between Chinos Holdings, Inc. & Solium Capital LLC |
| Sompo International | Chinos Holdings, Inc. | J. Crew Group, Inc. | Insurance Policy between Chinos Holdings, Inc. & Sompo International dated 05/14/2019 |
| Stanley Convergent Security Solutions, Inc | Chinos Holdings, Inc. | J. Crew Group, Inc. | Contract between Chinos Holdings, Inc. & Stanley Convergent Security Solutions, Inc |
| Staples Contract & Commercial LLC | Chinos Holdings, Inc. | J. Crew Group, Inc. | Exhibit Addendum between Chinos Holdings, Inc. & Staples Contract & Commercial LLC dated 07/18/2018 - 07/18/2021 |
| Starr Indemnity & Liability Company | Chinos Holdings, Inc. | J. Crew Group, Inc. | Non Owned Aviation 2019.2020 |
| The Pack America Corporation | Chinos Holdings, Inc. | J. Crew Group, Inc. | Contract between Chinos Holdings, Inc. & The Pack America Corporation |

| Counterparty Name | Debtor-Assignor | Debtor – Assignee | Agreement Name and Description |
|---|---|---|---|
| Tokio Marine & Nichido Fire Insurance Co., Ltd. | Chinos Holdings, Inc. | J. Crew Group, Inc. | Insurance Policy between Chinos Holdings, Inc. & Tokio Marine & Nichido Fire Insurance Co., Ltd. dated 12/18/2019 - 12/18/2020 |
| Vanderbilt MPD Corporation | Chinos Holdings, Inc. | J. Crew Group, Inc. | Letter Agreement between Vanderbilt MPD Corporation and Chinos Holdings, Inc. at location #18; Manchester |
| West Farms Mall LLC | Chinos Holdings, Inc. | J. Crew Group, Inc. | Lease Agreement between West Farms Mall LLC and Chinos Holdings, Inc. at location #547; Westfarms Mall |
| WFP Tower B Co. L.P. | Chinos Holdings, Inc. | J. Crew Group, Inc. | Lease Agreement between WFP Tower B Co. L.P. and Chinos Holdings, Inc. at location #9900; 225 Liberty Street (Office) |
| XL Catlin | Chinos Holdings, Inc. | J. Crew Group, Inc. | Insurance Policy between Chinos Holdings, Inc. & XL Catlin |
| Zurich Insurance Company Ltd | Chinos Holdings, Inc. | J. Crew Group, Inc. | Insurance Policy between Chinos Holdings, Inc. & Zurich Insurance Company Ltd dated 12/18/2019 - 12/18/2020 |

## Exhibit C

**Revised Restructuring Transaction Steps**

This schedule shall replace and supersede the Restructuring Transaction Steps filed with the First Plan Supplement in their entirety.

085105.0000010 EMF_US 81593373V1

**<u>Restructuring Steps</u>**

The Debtors currently anticipate that the following steps shall occur in the following order on the Effective Date (except as otherwise indicated):

Step 1  On or prior to the Effective Date, an unrelated third party forms a limited liability company ("<u>Newco Holdings</u>"). Newco Holdings forms a limited liability company subsidiary ("<u>Newco Guarantor</u>"). Newco Guarantor forms a limited liability company subsidiary ("<u>Newco Borrower</u>"). Newco Borrower forms a limited liability company subsidiary ("<u>IP Holdco</u>").

Step 2  On or prior to the Effective Date, Newco Holdings and Newco Borrower each file an initial entity classification election on IRS Form 8832 to be treated as a corporation for U.S. federal income tax purposes as of the date of formation. Newco Guarantor and IP Holdco will conduct further analysis to determine whether to file initial entity classification elections to be treated as corporations for U.S. federal income tax purposes within 75 days after its date of formation.

Step 3  J. Crew Brand, LLC cancels (i) the PIK Toggle Notes Claims and (ii) its Intercompany Claim against J. Crew Group, Inc.

Step 4  Newco Holdings issues the New Common Equity and the New Warrants. Newco Holdings contributes 23.5% of the New Common Equity that will not be distributed on account of the Backstop Premium or the New Equity Allocation to Newco Guarantor, which in turn contributes such New Common Equity to Newco Borrower, which in turn contributes such New Common Equity to IP Holdco.

Step 5  Immediately after Step 4, J. Crew Brand, LLC sells all of its equity interests in J. Crew Domestic Brand, LLC to IP Holdco in exchange for the New Common Equity received by IP Holdco in Step 4.

Step 6  J. Crew Brand, LLC transfers the New Common Equity received in Step 5 to the IPCo Noteholders in satisfaction of the IPCo Notes Claims.

Step 7  J. Crew Brand, LLC, J. Crew Brand Corp. and J. Crew International Brand, LLC liquidate.

Step 8  Newco Holdings contributes the remaining New Common Equity and the New Warrants to Newco Guarantor, which in turn contributes such New Common Equity and New Warrants to Newco Borrower.

Step 9  Immediately after Step 8, J. Crew Group, Inc. transfers all of its assets and liabilities to Newco Borrower in exchange for the New Common Equity received by Newco Borrower in Step 8 (other than the New Common Equity that will be distributed on account of the Backstop Premium and the New Equity Allocation).

Step 10  J. Crew Group, Inc. transfers the New Common Equity received in Step 9 to the Term Lenders in satisfaction of the Term Loan Claims.

Step 11   Newco Borrower borrows, or is deemed to borrow, the New Term Loan and distributes the New Equity Allocation and the New Warrants to the DIP Lenders and the Backstop Premium to the Backstop Parties in accordance with the Plan.

Step 12   J. Crew Group, Inc. merges with and into Chinos Intermediate Holdings B, Inc. with Chinos Intermediate Holdings B, Inc. surviving.

Step 13   Chinos Intermediate Holdings B, Inc. merges with and into Chinos Intermediate, Inc. with Chinos Intermediate, Inc. surviving.

Step 14   Chinos Intermediate, Inc. merges with and into Chinos Intermediate Holdings A, Inc. with Chinos Intermediate Holdings A, Inc. surviving.

Step 15   Chinos Intermediate Holdings A, Inc. merges with and into Chinos Holdings with Chinos Holdings surviving.

In lieu of Step 12 above, the Debtors may cause the following alternative steps to occur in the following order as Step 12:

Step 12a J. Crew Group, Inc. converts to a limited liability company.

Step 12b Newco Borrower contributes $1 to J. Crew Group, LLC in exchange for new equity interests in J. Crew Group, LLC and simultaneously Chinos Intermediate Holdings B, Inc.'s existing equity interests in J. Crew Group, LLC are cancelled.

Step 12c Newco Borrower contributes all of its assets (other than its equity interests in J. Crew Group, LLC) and liabilities to J. Crew Group, LLC and J. Crew Group, LLC as a Reorganized Debtor assumes the executory contracts and unexpired leases of Debtor J.Crew Group, Inc. pursuant to Section 8.1 of the Plan and section 365 of the Bankruptcy Code.



Reorganized Debtors' Post-Emergence Corporate Structure

\* J. Crew Group, LLC will only be in the corporate structure if Steps 12a through 12c occur in lieu of Step 12.

3