Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq. (admitted *pro hac vice*)
Debra I. Grassgreen, Esq. (admitted *pro hac vice*)
Shirley S. Cho, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email:  rfeinstein@pszjlaw.com
           bsandler@pszjlaw.com
           dgrassgreen@pszjlaw.com
           scho@pszjlaw.com

*Lead Counsel to the Official Committee of Unsecured
Creditors*

Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500
Telephone: (804) 771-9500
Facsimile: (804) 644-0957
Email:  rwestermann@hirschlerlaw.com
           bfalabella@hirschlerlaw.com

*Local Counsel to the Official Committee of
Unsecured Creditors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

|  |  |  |
|---|---|---|
|  | x |  |
| **In re:** | : | **Chapter 11** |
|  | : |  |
| **CHINOS HOLDINGS, INC.,** *et al.* | : | **Case No. 20-32181 (KLP)** |
|  | : |  |
| **Debtors.[1]** | : | **(Jointly Administered)** |
|  | x |  |

## ORDER APPROVING FIRST AND FINAL APPLICATION OF
## HIRSCHLER FLEISCHER, P.C. AS LOCAL COUNSEL TO THE OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS FOR FINAL ALLOWANCE OF
## AN ADMINISTRATIVE EXPENSE CLAIM FOR COMPENSATION AND FOR
## REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM
## MAY 17, 2020 THROUGH SEPTEMBER 10, 2020

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Chinos Holdings, Inc. (3834); Chinos Intermediate Holdings A, Inc. (3301); Chinos Intermediate, Inc. (3871); Chinos Intermediate Holdings B, Inc. (3244); J. Crew Group, Inc. (4486); J. Crew Operating Corp. (0930); Grace Holmes, Inc. (1409); H.F.D. No. 55, Inc. (9438); J. Crew Inc. (6360); J. Crew International, Inc. (2712); J. Crew Virginia, Inc. (5626); Madewell Inc. (8609); J. Crew Brand Holdings, LLC (7625); J. Crew Brand Intermediate, LLC (3860); J. Crew Brand, LLC (1647); J. Crew Brand Corp. (1616); J. Crew Domestic Brand, LLC (8962); and J. Crew International Brand, LLC (7471). The Debtors' corporate headquarters and service address is 225 Liberty St., New York, NY 10281.

Upon consideration of the first and final fee application (the "Final Application")[2] of Hirschler Fleischer, P.C. ("Hirschler") as Local Counsel to the Official Committee of Unsecured Creditors (the "Committee") for the period from May 17, 2020 through September 10, 2020 (the "Final Fee Period"); and the Court having considered the Final Application filed by Hirschler; and it appearing to the Court that the relief requested in the Final Application is in the best interests of the Debtors' estates, its creditors and other parties-in-interest; and the Court having jurisdiction to consider the Final Application and the relief requested therein; and the Committee having provided adequate and appropriate notice of the Final Application; and after due deliberation and good and sufficient cause appearing therefor, it appearing to the Court that the Final Application should be approved,

**IT IS HEREBY ORDERED THAT:**

.1      The Final Application is GRANTED as set forth herein.

.2      Hirschler is allowed final compensation in the amount of **$118,361.00** and reimbursement of expenses in the amount of **$290.87** for the Final Fee Period, which amount is net of a voluntary reduction taken in the total amount of $4,000.00.

.3      The Debtors are authorized and directed to disburse to Hirschler payment in the amount of the difference between the allowed amounts and the actual monthly payments previously received by Hirschler for fees and expenses incurred during the Final Fee Period.

.4      The Debtors and Hirschler are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

.5      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

---

[2]   Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

.6      This Court shall retain jurisdiction with respect to all matters arising from or

related to the implementation of this Order.

Nov 20 2020
Dated: _____, 2020
          Richmond, Virginia

/s/ Keith L Phillips
HONORABLE KEITH L. PHILLIPS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Entered On Docket: Nov 23 2020

By*:   /s/   Robert S. Westermann*
                  Counsel
Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
Hirschler Fleischer, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500
Telephone: (804) 771-9500
Facsimile: (804) 644-0957
Email: rwestermann@hf-law.com

*Local Counsel to the Official Committee of
Unsecured Creditors*

-and-

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq. (admitted *pro hac vice*)
Debra I. Grassgreen, Esq. (admitted *pro hac vice*)
Shirley S. Cho, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email:  rfeinstein@pszjlaw.com
        bsandler@pszjlaw.com
        dgrassgreen@pszjlaw.com
        scho@pszjlaw.com

*Lead Counsel to the Official Committee of*

*Unsecured Creditors*

SEEN AND AGREED:


*/s/ Nicholas S. Herron* (with permission)

Nicholas S. Herron, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
701 East Broad Street
Suite 4304
Richmond, Virginia 23219

*Office of the U.S. Trustee*


## CERTIFICATION OF ENDORSEMENT
## UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/ Robert S. Westermann*

Counsel