IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CHINOS HOLDINGS, INC., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-32181 (KLP)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Darleen Sahagun, depose and say that I am employed by Omni Agent Solutions (**"Omni"**), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 22, 2021, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served (i) via the method set forth on the Service List attached hereto as **Exhibit A** and (ii) via the method set forth on the Additional Service List attached hereto as **Exhibit B**:

- **Notice of Hearing on Debtors' Tenth Omnibus Objection to Claims (Amended and Superseded Claims, Satisfied Claims, No Liability Claims, Duplicate Claims, and Reduced and/or Reclassified Claims) [Docket No. 1169].**

Dated: January 27, 2021

/s/ Darleen Sahagun
Darleen Sahagun
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
(818) 906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 27th day of January, 2021, by Darleen Sahagun, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

/s/ Carolyn K. Cashman
Notary Public

CAROLYN K. CASHMAN
COMM. #2232009
Notary Public - California
Los Angeles County
My Comm. Expires Feb. 23, 2022

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Chinos Holdings, Inc. (3834); Chinos Intermediate Holdings A, Inc. (3301); Chinos Intermediate, Inc. (3871); Chinos Intermediate Holdings B, Inc. (3244); J. Crew Group, Inc. (4486); J. Crew Operating Corp. (0930); Grace Holmes, Inc. (1409); H.F.D. No. 55, Inc. (9438); J. Crew Inc. (6360); J. Crew International, Inc. (2712); J. Crew Virginia, Inc. (5626); Madewell Inc. (8609); J. Crew Brand Holdings, LLC (7625); J. Crew Brand Intermediate, LLC (3860); J. Crew Brand, LLC (1647); J. Crew Brand Corp. (1616); J. Crew Domestic Brand, LLC (8962); and J. Crew International Brand, LLC (7471). The Debtors' corporate headquarters and service address is 225 Liberty St., New York, NY 10281.

# **EXHIBIT A**

**Exhibit A**
**Service List**
**Served as set forth below**

| Description | Name | Address | FAX | Email | Method of Service |
|---|---|---|---|---|---|
| Notice of Appearance and Request for Notices Proposed Counsel to Official Committee of Unsecured Creditors | Hirschler Fleischer, P.C. | Attn: Robert S. Westermann<br>Attn: Brittany B. Falabella | | rwestermann@hf-law.com<br>bfalabella@hirschlerlaw.com | Email |
| Attorneys for the GUC Trust | Office of the United States Trustee | Attn: Kenneth N Whitehurst, III<br>701 E Broad St, Ste 4304<br>Richmond, VA 23219 | 804-771-2330 | ustpregion04.rh.ecf@usdoj.gov | Email |
| Attorneys for the GUC Trust | Pachulski Stang Ziehl & Jones LLP | Attn: Judith Elkin | | vsahn@sulmeyerlaw.com | Email |

In re: Chinos Holdings, Inc., et al.
Case No. 20-32181

Page 1 of 1

# **EXHIBIT B**

Exhibit B
Additional Service List
Served as set forth below

| Description | Name | | Address | | | | Method of Service |
|---|---|---|---|---|---|---|---|
| Additional Party | Ada County Treasurer | Attn: Ammon C Taylor | 200 W Front St, Rm 3191 | Boise, ID 83702 | | | First Class Mail |
| Additional Party | Ada County Treasurer | P.O. Box 2868 | Boise, ID 83701 | | | | First Class Mail |
| Additional Party | Allen ISD | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | 2777 N Stemmons Fwy, Ste 1000 | Dallas, TX 75207 | | First Class Mail |
| Additional Party | Arizona Department of Revenue | Office of the Arizona Attorney General | c/o Tax, Bankruptcy and Collection Sct | 2005 N Central Ave, Ste 100 | Phoenix, AZ 85004 | | First Class Mail |
| Additional Party | Arizona Department of Revenue | Attn: Lorraine Averitt | 1600 W Monroe 7th Fl | Phoenix, AZ 85007 | | | First Class Mail |
| Additional Party | Arlington Independent School District | c/o Perdue Brandon Fielder Et Al | Attn: Eboney Cobb | 500 E Border St, Ste 640 | Arlington, TX 76010 | | First Class Mail |
| Additional Party | Ascension Parish Sheriff'S Office | 828 S Irma Blvd, Ste 101 | Gonzales, LA 70737 | | | | First Class Mail |
| Additional Party | Becker, Glynn, Muffly, Chassin & Hosinski LLP | Attn: Alec P. Ostrow | 299 Park Ave | New York, NY 10171 | | | First Class Mail |
| Additional Party | Bexar County | c/o Linebarger Goggan Blair & Sampson LLP | Attn: Don Stecker | 112 E Pecan St, Ste 2200 | San Antonio, TX 78205 | | First Class Mail |
| Additional Party | Bexar County | c/o Bexar County Tax Assessor Collector | 223 N Pecos La Trinidad | San Antonio, TX 78207 | | | First Class Mail |
| Additional Party | Broward County | c/o Records Taxes & Treasury/c/o Broward County Attorneys Office | Attn: Bankruptcy Section | Attn: Mark A Journey | 115 S Andrews Ave, Rm A-100 | Ft Lauderdale, FL 33301 | First Class Mail |
| Additional Party | CAB assignee of Universal Int'l Max Limited | Attn: Brian L Mittledorf | 14226 Ventura Blvd | Sherman Oaks, CA 91423 | | | First Class Mail |
| Additional Party | California Dept of Tax and Fee Administration | Attn: Ryan Slauson | P.O. Box 942879 | Sacramento, CA 94279-0055 | | | First Class Mail |
| Additional Party | Canton Town | c/o Canton Town Tax Collector | P.O. Box 168 | Collinsville, CT 06022 | | | First Class Mail |
| Additional Party | Chatham County Tax Commissioner | Attn: Theresa C. Harrelson | P.O. Box 8324 | Savannah, GA 31412 | | | First Class Mail |
| Additional Party | City of Allen | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | 2777 N Stemmons Fwy, Ste 1000 | Dallas, TX 75207 | | First Class Mail |
| Additional Party | City of Chicago | c/o Chicago Department of Law - Bankruptcy | Attn: Charles King | 121 N LaSalle St, Ste 400 | Chicago, IL 60602 | | First Class Mail |
| Additional Party | City Of El Paso | c/o Linebarger Goggan Blair & Sampson LLP | Attn: Don Stecker | 112 E Pecan St, Ste 2200 | San Antonio, TX 78205 | | First Class Mail |
| Additional Party | City of El Paso | P.O. Box 2992 | El Paso, TX 79999-2992 | | | | First Class Mail |
| Additional Party | City Of Grapevine | c/o Perdue Brandon Fielder Et Al | Attn: Eboney Cobb | 500 E Border St, Ste 640 | Arlington, TX 76010 | | First Class Mail |
| Additional Party | City of Houston | c/o Perdue Brandon Fielder Collins & Mott LLP | Attn: Owen Sonik | 1235 N Loop W, Ste 600 | Houston, TX 77008 | | First Class Mail |
| Additional Party | City of Madison Treasurer | 210 Martin Luther King Jr Blvd Rm 107 | Madison, WI 53703 | | | | First Class Mail |
| Additional Party | City of Virginia Beach | c/o Office of the City Attorney/c/o City Treasurer - Bankruptcy Department | Attn: Aimee Knapp Sullivan | 2401 Courthouse Dr, Rm 260 | Virginia Beach, VA 23456 | | First Class Mail |
| Additional Party | Clackamas County Tax Collector | Attn: Rebecca Sundquist | 150 Beavercreek Rd | Oregon City, OR 97045 | | | First Class Mail |
| Additional Party | Clinton Town | c/o Tax Collector | Attn: Lisa Bibbiani | 54 E Main St | Clinton, CT 06413 | | First Class Mail |
| Additional Party | Collier County Tax Collector | Attn: Larry Ray | 3291 E Tamiami Trail | Naples, FL 34112 | | | First Class Mail |
| Additional Party | Collin County Tax Assesor / Collector | Abernathy, Roeder, Boyd & Hullett, PC | 1700 Redbud Blvd., Ste 300 | McKinney, TX 75069 | | | First Class Mail |
| Additional Party | County Of Henrico, Virginia | Attn: Andrew R. Newby, Assistant County Attorney | P.O. Box 90775 | Henrico, VA 23273 | | | First Class Mail |
| Additional Party | County Of San Bernardino | Attn: Kelly Mckee | Office of the Tax Collector | 268 W Hospitality Ln, 1st Fl | San Bernardino, CA 92415 | | First Class Mail |
| Additional Party | Cypress-Fairbanks Isd | c/o Linebarger Goggan Blair & Sampson LLP | Attn: John Dillman | P.O. Box 3064 | Houston, TX 77253 | | First Class Mail |
| Additional Party | Cypress-Fairbanks Isd | 10494 Jones Rd, Rm 106 | Houston, TX 77065 | | | | First Class Mail |
| Additional Party | Dallas County | c/o Linebarger Goggan Blair & Sampson LLP | Attn: Elizabeth Weller | 2777 N Stemmons Fwy, Ste 1000 | Dallas, TX 75207 | | First Class Mail |
| Additional Party | Dawson County | Attn: Sarah Griggs | 25 Justice Way, Ste 1222 | Dawsonville, GA 30534 | | | First Class Mail |
| Additional Party | Dragon Handbag Co. Ltd | Attn: Robert Yu | 8F No 227 Sec 1 Fuxing S Rd | Daan District, Taipei | Taiwan | | First Class Mail |
| Additional Party | Dragon Yu Bag Mfg. Co., Ltd. | c/o Pryor Cashman LLP | Attn: Ronald S. Beacher | 7 Times Square | New York, NY 10036 | | First Class Mail |
| Additional Party | Dragon Yu Bag Mfg. Co., Ltd. | Attn: Robert Yu | Ste 1203, 12/F, Wing on House 71 | Des Voeux Rd | Central Hong Kong | | First Class Mail |
| Additional Party | Farmington Town | Attn: Farmington Tax Collector | P.O. Box 150462 | Hartford, CT 06115-0462 | | | First Class Mail |
| Additional Party | Farmington Town | Attn: Farmington Tax Collector | 1 Monteith Dr | Farmington, CT 06032 | | | First Class Mail |
| Additional Party | Fl Dept Of Revenue, Bankruptcy | Attn: Christopher Thomas | P.O. Box 8045 | Tallahassee, FL 32314-8045 | | | First Class Mail |
| Additional Party | Franchise Tax Board | c/o Bankruptcy Section MS A340 | Attn: Rebecca Estonilo | P.O. Box 2952 | Sacramento, CA 95812-2952 | | First Class Mail |
| Additional Party | Frisco Independent School District | c/o Perdue Brandon Fielder Et Al | Attn: Linda Reece | 1919 S Shiloh Rd, Ste 310, Lb 40 | Garland, TX 75042 | | First Class Mail |
| Additional Party | Fulton County Tax Commissioner Office | 141 Pryor St | Ste 1106 | Atlanta, GA 30303 | | | First Class Mail |
| Additional Party | Grapevine-Colleyville Independent School District | c/o Perdue Brandon Fielder Et Al | Attn: Eboney Cobb | 500 E Border St, Ste 640 | Arlington, TX 76010 | | First Class Mail |
| Additional Party | Guilford County Tax Department | Attn: Elliott R Thompson | 400 W Market St | Greensboro, NC 27401 | | | First Class Mail |
| Additional Party | Harris County et al | c/o Linebarger Goggan Blair & Sampson LLP | Attn: John Dillman | P.O. Box 3064 | Houston, TX 77253 | | First Class Mail |
| Additional Party | Harris County et al | P.O. Box 3547 | Houston, TX 77253-3547 | | | | First Class Mail |
| Additional Party | Harris County Municipal Utility District 358 | Attn: Melissa Valdez | 1235 N Loop W Ste 600 | Houston, TX 77008 | | | First Class Mail |
| Additional Party | Harris County Municipal Utility District 358 | 11111 Katy Fwy, Ste 725 | Houston, TX 77079 | | | | First Class Mail |
| Additional Party | Indian River County Tax Collector | Attn: Kim Sinotte | P.O. Box 1509 | Vero Beach, FL 32961 | | | First Class Mail |
| Additional Party | King County | King County Treasurer | Attn: Linda Nelsen | 500 4th Ave, Ste 600 | Seattle, WA 98104 | | First Class Mail |
| Additional Party | Lee County Tax Collector | Legal Dept | Attn: Cathy Silverthorn | P.O. Box 850 | Ft Myers, FL 33902-0850 | | First Class Mail |
| Additional Party | Los Angeles County Treasurer And Tax Collector | Attn: Oscar Estrada | P.O. Box 54110 | Los Angeles, CA 90054 | | | First Class Mail |
| Additional Party | Louisiana Dept of Revenue | P.O. Box 66658 | Baton Rouge, LA 70896-6658 | | | | First Class Mail |
| Additional Party | Manatee County Tax Collector | Attn: Jennifer Francis | 1001 3rd Ave W, Ste 240 | Bradenton, FL 34205 | | | First Class Mail |
| Additional Party | Marion County | Attn: Marion County Treasurer | P.O. Box 6145 | Indianapolis, IN 46206 | | | First Class Mail |
| Additional Party | Marion County Treasurer | Marion County Treasurer - Bankruptcy | Attn: Norine Miller | 200 E Washington St | Ste 1041 | Indianapolis, IN 46204 | First Class Mail |
| Additional Party | Miami-Dade County Tax Collector | Attn: Priscilla Windley | 200 NW 2nd Ave, Ste 430 | Miami, FL 33128 | | | First Class Mail |
| Additional Party | Mike Fasano, Pasco County Tax Collector | Pasco County Tax Collector | Attn: Mike Fasano | P.O. Box 276 | Dade City, FL 33526 | | First Class Mail |
| Additional Party | Montgomery County | c/o Linebarger Goggan Blair & Sampson LLC | Attn: John Dillman | P.O. Box 3064 | Houston, TX 77253 | | First Class Mail |
| Additional Party | Montgomery County | 400 N San Jacinto St | Conroe, TX 77301 | | | | First Class Mail |
| Additional Party | Montgomery County, Maryland | c/o Office of the County Attorney | Attn: Tamara Stoner | 101 Monroe St, 3rd Fl | Rockville, MD 20850 | | First Class Mail |
| Additional Party | NM Taxation & Revenue Department Creditor Number 2264299 | Attn: Lisa Ela | P.O. Box 8575 | Albuquerque, NM 87198-8575 | | | First Class Mail |
| Additional Party | Orange County Tax Collector | Attn: Carla Eccleston | P.O. Box 545100 | Orlando, FL 32854 | | | First Class Mail |
| Additional Party | Palm Beach County Tax Collector | c/o Legal Services Department | Attn: Sharon Humphreys | P.O. Box 3715 | W Palm Beach, FL 33402-3715 | | First Class Mail |
| Additional Party | Pasco County Tax Collector | Mike Fasano | P.O. Box 276 | Dade City, FL 33526 | | | First Class Mail |
| Additional Party | Pima County, AZ | c/o Pima County Attorney's Office | 32 N Stone Ave, Ste 2100 | Tucson, AZ 85701 | | | First Class Mail |
| Additional Party | Plano Independent School District | Linda D Reece c/o Perdue Brandon Fielder et al | 1919 S Shiloh Rd, Ste 310 LB 40 | Garland, TX 75042 | | | First Class Mail |
| Additional Party | Prince William County | c/o Attorneys Office | Attn: Bernadette Peele | 1 County Complex Ct | Prince William, VA 22192 | | First Class Mail |
| Additional Party | Prince William County | c/o Tax Administration Dept | Attn: R Raheem MC415 | P.O. Box 2467 | Prince William, VA 22195 | | First Class Mail |
| Additional Party | Priscilla Windley | 200 NW 2nd Ave | Miami, FL 33128 | | | | First Class Mail |
| Additional Party | RetailMeNot Inc | c/o Ashby & Geddes PA | Attn: Gregory Taylor / Stacy Newman | 500 Delaware Ave, 8th Fl | P.O. Box 1150 | Wilmington, DE 19899 | First Class Mail |
| Additional Party | RetailMeNot Inc | Attn: Sarah Crispi | 301 Congress Ave, Ste 700 | Austin, TX 78701 | | | First Class Mail |
| Additional Party | Rhonda Skipper Walton County Tax Collector | P.O. Box 510 | DeFuniak Springs, FL 32435 | | | | First Class Mail |
| Additional Party | San Marcos Cisd | c/o Linebarger Goggan Blair & Sampson LLP | Attn: Diane Sanders | P.O. Box 17428 | Austin, TX 78760 | | First Class Mail |
| Additional Party | Snohomish County | c/o Snohomish County Treasurer | P.O. Box 34171 | Seattle, WA 98124-1171 | | | First Class Mail |
| Additional Party | Snohomish County Treasurer | Attn: Linda A Watson | 3000 Rockefeller Ave M/S 501 | Everett, WA 98201-4060 | | | First Class Mail |
| Additional Party | Solano County Tax Collector | Attn: Joseph Fegurgur | 675 Texas St, Ste 1900 | Fairfield, CA 94533 | | | First Class Mail |
| Additional Party | Spring Branch Independent School District | c/o Perdue Brandon Fielder Collins & Mott LLP | Attn: Owen Sonik | 1235 N Loop W, Ste 600 | Houston, TX 77008 | | First Class Mail |
| Additional Party | Spring Branch Independent School District | P.O. Box 19037 | Houston, TX 77224 | | | | First Class Mail |
| Additional Party | State of Delaware Div of Revenue | Christina Rojas | 820 N French St | Wilmington, DE 19801 | | | First Class Mail |
| Additional Party | State Of Florida Department Of Revenue | Attn: Frederick F. Rudzik | P.O. Box 6668 | Tallahassee, FL 32314 | | | First Class Mail |
| Additional Party | Takihyo Co., Ltd. | Attn: Alec P. Ostrow/Taka Yamada | 21 W 38th St | New York, NY 10018 | | | First Class Mail |
| Additional Party | Takihyo Co., Ltd.Alec P. Ostrow75 Park PlazaAnnmarie Chiarello | c/o Becker, Glynn, Muffly, Chassin & Hosinski LLP | Attn: Alec P. Ostrow | 299 Park Ave | New York, NY 10171 | | First Class Mail |
| Additional Party | Tennessee Department of Revenue | Attorney General | P.O. Box 20207 | Nashville, TN 37202-0207 | | | First Class Mail |
| Additional Party | Tennessee Department of Revenue | Attn: Deborah McAlister | 500 Deaderick St | Nashville, TN 37242 | | | First Class Mail |
| Additional Party | Texas Comptroller of Public Accounts | Attn: Revenue Accounting Div | Attn: Loretta Hernandez | 111 E 17th St | Austin, TX 78711 | | First Class Mail |
| Additional Party | Texas Comptroller of Public Accounts on Behalf of the State | Attn: Office of the Attorney General Bankruptcy & Collections Division | P.O. Box 12548, MC-008 | Austin, TX 78711 | | | First Class Mail |
| Additional Party | Texas Comptroller of Public Accounts on Behalf of the State | c/o Revenue Accounting Division | Attn: Bankruptcy | P.O. Box 13528 | Austin, TX 78711 | | First Class Mail |
| Additional Party | The County of Williamson Texas | 904 S Main | Georgetown, TX 78626-5829 | | | | First Class Mail |
| Additional Party | The County Of Hays, Texas | c/o Mccreary Veselka Bragg & Allen Pc | Attn: Tara Leday | P.O. Box 1269 | Round Rock, TX 78680 | | First Class Mail |
| Additional Party | The County Of Hays, Texas | 712 S Stagecoach Trail, Ste 1120 | San Marcos, TX 78666-6073 | | | | First Class Mail |
| Additional Party | The County of Williamson, Texas | 904 S Main | Georgetown, TX 78626-5829 | | | | First Class Mail |
| Additional Party | The Woodlands Metro Center MUD | c/o Perdue Brandon Fielder Collins & Mott LLP | Attn: Melissa Valdez | 1235 N Loop W, Ste 600 | Houston, TX 77008 | | First Class Mail |
| Additional Party | The Woodlands Metro Center MUD | P.O. Box 7829 | The Woodlands, TX 77387-7829 | | | | First Class Mail |
| Additional Party | Vitale Barberis Canonico SPA | Via Diagonale | Pratrivero, BI 13835 | Itali | | | First Class Mail |
| Additional Party | Wake County Tax Administration | P.O. Box 2331 | Raleigh, NC 27602 | | | | First Class Mail |
| Additional Party | Wake County Tax Administration | Yevone C. Barbour | 301 S Mcdowell St Ste 3800 | Raleigh, NC 27601 | | | First Class Mail |
| Additional Party | Yagi Tsusho America Inc. | Naoto Nakamura | 1450 Bdwy | Ste 2010 | New York | | First Class Mail |