| | |
|---|---|
| **WEIL, GOTSHAL & MANGES LLP** | **HUNTON ANDREWS KURTH LLP** |
| Ray C. Schrock, P.C. (admitted *pro hac vice*) | Tyler P. Brown (VSB No. 28072) |
| Candace M. Arthur (admitted *pro hac vice*) | Henry P. (Toby) Long, III (VSB No. 75134) |
| Daniel Gwen (admitted *pro hac vice*) | Nathan Kramer (VSB No. 87720) |
| 767 Fifth Avenue | Riverfront Plaza, East Tower |
| New York, New York 10153 | 951 East Byrd Street |
| Telephone: (212) 310-8000 | Richmond, Virginia 23219 |
| Facsimile: (212) 310-8007 | Telephone: (804) 788-8200 |
| | Facsimile: (804) 788-8218 |

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

------------------------------------------------------------ x
: 
In re : Chapter 11
:
**CHINOS HOLDINGS, INC.,** *et al.*, : Case No. 20–32181 (KLP)
:
Debtors.[1] : (Jointly Administered)
:
------------------------------------------------------------ x

### NOTICE OF ADDITIONAL OMNIBUS HEARING DATES

**PLEASE TAKE NOTICE THAT** the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, has scheduled omnibus hearings on the following dates and times in the chapter 11 cases of Chinos Holdings, Inc. and its reorganized debtor affiliates:

- April 22, 2021, at 11:00 a.m. (prevailing Eastern Time)
- May 20, 2021, at 11:00 a.m. (prevailing Eastern Time)
- June 17, 2021, at 11:00 a.m. (prevailing Eastern Time)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Chinos Holdings, Inc. (3834); Chinos Intermediate Holdings A, Inc. (3301); Chinos Intermediate, Inc. (3871); Chinos Intermediate Holdings B, Inc. (3244); J. Crew Group, Inc. (4486); J. Crew Operating Corp. (0930); Grace Holmes, Inc. (1409); H.F.D. No. 55, Inc. (9438); J. Crew Inc. (6360); J. Crew International, Inc. (2712); J. Crew Virginia, Inc. (5626); Madewell Inc. (8609); J. Crew Brand Holdings, LLC (7625); J. Crew Brand Intermediate, LLC (3860); J. Crew Brand, LLC (1647); J. Crew Brand Corp. (1616); J. Crew Domestic Brand, LLC (8962); and J. Crew International Brand, LLC (7471). The Debtors' corporate headquarters and service address is 225 Liberty St., New York, NY 10281.

Dated: February 22, 2020
      Richmond, Virginia

/s/ *Henry P. (Toby) Long, III*
HUNTON ANDREWS KURTH LLP
Tyler P. Brown (VSB No. 28072)
Henry P. (Toby) Long, III (VSB No. 75134)
Nathan Kramer (VSB No. 87720)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200
Facsimile: (804) 788-8218

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
Daniel Gwen (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Debtors and Reorganized Debtors*