**PACHULSKI STANG ZIEHL & JONES LLP**
Judith Elkin (admitted *pro hac vice)*
780 Third Avenue
34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
E-mail: jelkin@pszjlaw.com

*Attorneys for the GUC Trust*

**HIRSCHLER FLEISCHER, P.C.**
Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
Telephone: (804) 771-9500
Facsimile: (804) 644-0957
E-mail: rwestermann@hirschlerlaw.com
bfalabella@hirschlerlaw.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **CHINOS HOLDINGS, INC.,** | : | **Case No. 20-32181 (KLP)** |
| **Debtor.**[1] | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 27, 2021, the following:

(i) *Notice of Joint Motion of the GUC Trust and the Reorganized Debtors for Entry of an Order Further Extending the Claims Objection Deadline and Notice of Hearing* [Docket No. 1314] (the "**Notice**"); and

(ii) *Joint Motion of the GUC Trust and the Reorganized Debtors for Entry of an Order Further Extending the Claims Objection Deadline* [Docket No. 1314] (the "**Motion**" and together with the Notice, the "**Pleadings**")

were filed using the Court's CM/ECF System, which served the Pleadings on all registered ECF participants who have appeared in this case.

[1] On August 26, 2020, the Court confirmed the *Second Amended Joint Prearranged Chapter 11 Plan of Reorganization of Chinos Holdings, Inc. and Its Affiliated Debtors (with Technical Changes)* (Docket No. 861) (as modified, amended or supplemented, the "Plan"), which went effective on September 10, 2020.

The Reorganized Debtor, along with the last four digits of the Reorganized Debtor's federal tax identification number, is Chinos Holdings, Inc. (3834). The Reorganized Debtor's corporate headquarters and service address is 225 Liberty St., New York, NY 10281.

The undersigned also certifies that on July 27, 2021, the Pleadings were served by email on the parties listed on the Service List attached hereto as **Exhibit A** to the extent an email address was listed and to the extent no email address was listed, the Pleadings were served by first-class mail in compliance with the *Order Approving (I) Claims Objection Procedures and (II) Claim Hearing Procedures* [Docket No. 1044].

Dated: July 28, 2021

*/s/ Robert S. Westermann*
Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
Hirschler Fleischer, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500
Telephone: (804) 771-9500
Facsimile: (804) 644-0957
Email: rwestermann@hirscherlaw.com
bfalabella@hirschlerlaw.com

*Local Counsel to the GUC Trust*

-and-

Judith Elkin, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: jelkin@pszjlaw.com

*Lead Counsel to the GUC Trust*

# Exhibit A

**Service List**

| Creditor | Address1 | Address2 | Address3 | Address4 | Address5 | Email |
|---|---|---|---|---|---|---|
| 1618 14th Street, NW, LLC | Attn: Larry H. Kirsch | 402 Long Trail Terrace | Rockville, MD 20850 | | | larry@lkirschlaw.com |
| Arent Fox LLP | Attn: Mary Joanne Dowd | 1717 K St, NW | Washington, DC 20006 | | | mary.dowd@arentfox.com |
| Ballard Spahr LLP | Attn: John D. Sadler | 1909 K St NW, 12th Fl | Washington, DC 20006 | | | sadlerj@ballardspahr.com |
| Ballard Spahr LLP | | | | | | litdocket_east@ballardspahr.com |
| Ballard Spahr LLP | Attn: Leslie C. Heilman | Attn: Laurel D. Roglen | 919 N Market St, 11th Fl | Wilmington, DE 19801-3034 | | heilmanl@ballardspahr.com |
| Ballard Spahr LLP | | | | | | roglenl@ballardspahr.com |
| Ballard Spahr LLP | Attn: Dustin P. Branch | 2029 Century Park E, Ste 800 | Los Angeles, CA 90067-2909 | | | branchd@ballardspahr.com |
| Barclay Damon LLP | Attn: Niclas A. Ferland | Attn: Ilan Markus | 545 Long Wharf Dr, 9th Fl | New Haven, CT 06511 | | nferland@barclaydamon.com |
| Barclay Damon LLP | | | | | | imarkus@barclaydamon.com |
| Barclay Damon LLP | Attn: Scott L. Fleischer | 1270 Ave of the Americas, Ste 501 | New York, NY 10020 | | | sfleischer@barclaydamon.com |
| Barclay Damon LLP | Attn: Kevin M. Newman | Barclay Damon Tower | 125 E Jefferson St | Syracuse, NY 13202 | | knewman@barclaydamon.com |
| Bialson, Bergen & Schwab, PC | Attn: Lawrence Schwab | Attn: Thomas Gaa | Attn: Gaye Heck | 633 Menlo Ave, Ste 100 | Menlo Park, CA 94025 | lschwab@bbslaw.com |
| Bialson, Bergen & Schwab, PC | | | | | | tgaa@bbslaw.com |
| Bialson, Bergen & Schwab, PC | | | | | | gheck@bbslaw.com |
| Blank Rome LLP | Attn: John E. Lucian, Esq. | Attn: Jose F. Bibiloni, Esq. | One Logan Square | Philadelphia, PA 19103 | | Lucian@blankrome.com |
| Blank Rome LLP | Attn: Jose R. Bibiloni, Esq. | | | | | Jbibiloni@blankrome.com |
| Bogorad & Richards PLLC | Attn: Stephen A. Bogorad | 209 Madison St, Ste 501 | Alexandria, VA 22314 | | | sab@bogoradrichards.com |
| Buchalter, a Professional Corporation | Attn: Shawn M. Christianson, Esq. | 55 Second St., 17th Fl | San Francisco, CA 94105-3493 | | | schristianson@buchalter.com |
| Burr & Forman LLP | Attn: J. Ellsworth Summers, Jr. | 50 N Laura St, Ste 3000 | Jacksonville, FL 32202 | | | esummers@burr.com |
| Burr & Forman LLP | Attn: James H. Haithcock, III | 420 N 20th St, 3400 | Birmingham, AL 35203 | | | jhaithcock@burr.com |
| Burr & Forman LLP | Attn: J. Cory Falgowski | 1201 N. Market St, Ste 1407 | Wilmington, DE 19801 | | | jfalgowski@burr.com |
| Carmody Torrance Sandak & Hennessey LLP | Attn: Marc J. Kurzman | 707 Summer St. | Stamford, CT 06901 | | | MKurzman@carmodylaw.com |
| Carr Maloney, PC | Attn: J. Peter Glaws, IV | 2020 K St NW, Ste 850 | Washington, DC 20006 | | | peter.glaws@carrmaloney.com |
| Chinos Holdings, Inc. | Attn: Maria Di Lorenzo | 225 Liberty St., 17th Fl | New York, NY 10281 | | | |
| Chinos Holdings, Inc. | Attn: Jeremy Brooks | 225 Liberty St., 17th Fl | New York, NY 10281 | | | jeremy.brooks@jcrew.com |
| Choate, Hall & Stewart LLP | Attn: Kevin Simard | Attn: G. Mark Edgarton | Two International Pl | Boston, MA 02110 | | ksimard@choate.com |
| Choate, Hall & Stewart LLP | | | | | | gedgarton@choate.com |
| Clark Hill PLC | Attn: Alexander R. Green | 1001 Pennsylvania Ave, NW Ste 1300 S | Washington, DC 20004 | | | agreen@clarkhill.com |
| Cohne Kinghorn, PC | Attn: George B. Hofmann | 111 E Broadway, 11th Fl | Salt Lake City, UT 84111 | | | ghofmann@ck.law |
| Dunlap Bennett & Ludwig PLLC | Attn: David Ludwig | 211 Church St SE | Leesburg, VA 20175 | | | dludwig@dbllawyers.com |
| Eckert Seamans Cherin & Mellott, LLC | Attn: Christopher L. Perkins | 919 E Main St, Ste 1300 | Richmond, VA 23219 | | | cperkins@eckertseamans.com |
| Foster, Swift, Collins & Smith, P.C. | Attn: Laura J. Genovich | 1700 E Beltline Ave, NE, Ste 200 | Grand Rapids, MI 49525 | | | lgenovich@fosterswift.com |
| Fox Rothschild LLP | Attn: Mark E. Hall, Esq. | Attn: Michael R. Herz, Esq. | 49 Market St | Morristown, NJ 07960 | | mhall@foxrothschild.co |
| Fox Rothschild LLP | Attn: Michael R. Herz, Esq. | | | | | mherz@foxrothschild.com |
| Fox Rothschild LLP | Attn: Magdalena Schardt | 2000 Market St, 20th Fl | Philadelphia, PA 19103-3222 | | | mschardt@foxrothschild.com |
| Fox Rothschild LLP | Attn: Robert M. Fishman | Attn: Mark L. Radtke | Attn: Christina M. Sanfelippo | 321 N Clark St, Ste 1600 | Chicago, IL 60654 | rfishman@foxrothschild.com |
| Fox Rothschild LLP | | | | | | mradtke@foxrothschild.com |
| Fox Rothschild LLP | | | | | | csanfelippo@foxrothschild.com |
| Fox Rothschild LLP | Attn: Diana Lyn Curtis McGraw | 1030 15th St, NW, Ste 380 E | Washington, DC 20005 | | | dmcgraw@foxrothschild.com |
| FrankGecker LLP | Attn: Joseph D. Frank/Karen V. | 1327 W. Washington Blvd, Ste 5G-H | Chicago, IL 60607 | | | jfrank@fgllp.com |
| FrankGecker LLP | | | | | | knewbury@fgllp.com |
| Frost Brown Todd LLC | Attn: Ronald E. Gold | Attn: A.J. Webb | 3300 Great American Tower | 301 E Fourth St | Cincinnati, OH 45202 | rgold@fbtlaw.com |
| Frost Brown Todd LLC | | | | | | awebb@fbtlaw.com |
| Frost Brown Todd LLC | Attn: Kendal G. Hardison | Attn: Ronald E. Gold | Attn: Erin P. Severini | 400 W Market St, Ste 3200 | Louisville, KY 40202-3363 | khardison@fbtlaw.com |
| Frost Brown Todd LLC | | | | | | eseverini@fbtlaw.com |
| Gallagher Evelius & Jones LLP | Attn: David Sommer | Attn: Jared Dvornicky | 218 N Charles St, Ste 400 | Baltimore, MD 21201 | | dsommer@gejlaw.com |
| Gallagher Evelius & Jones LLP | | | | | | jdvornicky@gejlaw.com |
| Garfunkel Wild, PC | Attn: Burton S Weston | 111 Great Neck Rd, Ste 600 | Great Neck, NY 11021 | | | bweston@garfunkelwild.com |
| Goodman Allen Donnelly, PLLC | Attn: Donna J. Hall | 150 Boush St, Ste 900 | Norfolk, VA 23510 | | | dhall@goodmanallen.com |
| Goulston & Storrs PC | Attn: Douglas B. Rosner | Attn: Vanessa P. Moody | 400 Atlantic Ave | Boston, MA 02110-3333 | | drosner@goulstonstorrs.com |
| Goulston & Storrs PC | | | | | | vmoody@goulstonstorrs.com |
| Graydon Head & Ritchey LLP | Attn: J. Michael Debbeler | Attn: Jeffrey M. Hendricks | 312 Walnut St, Ste 1800 | Cincinnati, OH 45202-4060 | | mdebbeler@graydon.law |
| Graydon Head & Ritchey LLP | | | | | | jhendricks@graydon.law |
| Greenberg Traurig, LLP | Attn: Thomas J. McKee, Jr. | 1750 Tysons Blvd, Ste 1000 | McLean, VA 22102 | | | mckeet@gtlaw.com |
| Hackett Feinberg P.C. | Attn: Frank F. McGinn | 155 Federal St, 9th Fl | Boston, MA 02110 | | | ffm@bostonbusinesslaw.com |
| Harris Beach PLLC | Attn: Wendy A. Kinsella | 333 W Washington St, Ste 200 | Syracuse, NY 13202 | | | wkinsella@harrisbeach.com |

| | | | | | | |
|---|---|---|---|---|---|---|
| Hirschler Fleischer, PC | Attn: Robert Westermann | The Edgeworth Bldg | 2100 E Cary St | Richmond, VA 23223 | | rwestermann@hf-law.com |
| Hirschler Fleischer, PC | Attn: Robert Westermann | P.O. Box 500 | Richmond, VA 23218-0500 | | | |
| Hogan Lovells US LLP | Attn: Christopher R. Bryant | Attn: Sara Posner | 390 Madison Ave | New York, NY 10017 | | chris.bryant@hoganlovells.com |
| Hogan Lovells US LLP | Attn: Sara Posner | | | | | sara.posner@hoganlovells.com |
| Holland & Knight LLP | Attn: Richard E. Lear | 800 17th Street N.W., Suite 110 | Washington, D.C. 20006 | | | richard.lear@hklaw.com |
| Holland & Knight LLP | Attn: David J. Fischer | Attn: Phillip W. Nelson | 150 N Riverside Plz, Ste 2700 | Chicago, IL 60606 | | david.fischer@hklaw.com |
| Holland & Knight LLP | | | | | | phillip.nelson@hklaw.com |
| Hunton Andrews Kurth LLP | Attn: Tyler P. Brown/Nathan Kramer | Attn: Henry P. (Toby) Long, III | Riverfront Plaza, East Tower | 951 East Byrd Street | Richmond, VA 23219 | tpbrown@huntonak.com |
| Hunton Andrews Kurth LLP | | | | | | nkramer@huntonak.com |
| Hunton Andrews Kurth LLP | | | | | | hlong@huntonak.com |
| Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | Philadelphia, PA 19101-7346 | | | |
| Jones Walker LLP | Attn: Jeffrey R. Barber | 190 E Capitol St, Ste 800 | PO Box 427 | Jackson, MS 39205-0427 | | jbarber@joneswalker.com |
| Kaufman & Canoles, P.C. | Attn: Lisa Hudson Kim | Attn: Dennis T. Lewandowski | Attn: Clark J. Belote | 2101 Parks Ave, Ste 700 | Virginia Beach, VA 23451 | lhkim@kaufcan.com |
| Kaufman & Canoles, P.C. | | | | | | dtlewand@kaufcan.com |
| Kaufman & Canoles, P.C. | | | | | | cjbelote@kaufcan.com |
| Kelley Drye & Warren LLP | Attn: Robert L. LeHane | Attn: Jennifer D. Raviele | Attn: Sean T. Wilson | 101 Park Avenue | New York, NY 10178 | rlehane@kelleydrye.com |
| Kelley Drye & Warren LLP | | | | | | jraviele@kelleydrye.com |
| Kelley Drye & Warren LLP | | | | | | swilson@kelleydrye.com |
| Kelley Drye & Warren LLP | | | | | | KDWBankruptcyDepartment@kelleydrye.com |
| Kelley Drye & Warren LLP | Attn: James S. Carr | 101 Park Ave | New York, NY 10178 | | | jcarr@kelleydrye.com |
| Kelley Drye & Warren LLP | Attn: James Carr/ Kristin Elliott | 101 Park Ave | New York, NY 10178 | | | kelliott@kelleydrye.com |
| Ken Burton, Jr., Manatee Tax Collector | Attn: Jennifer Francis | Attn: Ken Burton, Jr. | 1001 3rd Ave W, Ste 240 | Bradenton, FL 34205-7863 | | legal@taxcollector.com |
| Krein Law Firm | Attn: J. Scott Krein | 4000 Genesee Pl., Ste 117 | Prince William, VA 22192 | | | jsk@kreinlaw.com |
| Kurtzman \| Steady, LLC | Attn: Jeffrey Kurtzman | 401 S. 2nd St, Ste 200 | Philadelphia, PA 19147 | | | kurtzman@kurtzmansteady.com |
| Kutak Rock LLP | Attn: Peter J. Barrett | Attn: Brian H. Richardson | 901 E Byrd St, Ste 1000 | Richmond, VA 23219-4071 | | Peter.Barrett@KutakRock.com |
| Kutak Rock LLP | | | | | | Brian.richardson@kutakrock.com |
| Law Office of Larry H. Kirsch | Attn: Lawrence Henry Kirsch | 1803 Research Blvd, Ste 215 | Rockville, MD 20850 | | | larry@lkirschlaw.com |
| Lazarus & Lazarus, P.C. | Attn: Harlan M. Lazarus | 240 Madison Ave, 8th Fl | New York, NY 10016 | | | hlazarus@lazarusandlazarus.com |
| Lazarus & Lazarus, P.C. | | | | | | harlan.lazarus@gmail.com |
| Leonard Green & Partners | Attn: Andrew Goldberg/Michael | 11111 Santa Monica Blvd, Ste 2000 | Los Angeles, CA 90025 | | | agoldberg@leonardgreen.com |
| Leonard Green & Partners | | | | | | solomon@leonardgreen.com |
| Lewis Brisbois Bisgaard & Smith LLP | Attn: Kathryn E. Bonorchis | Attn: Paul H. Kuhnel | 1300 Light St, Ste 1300 | Baltimore, MD 21202 | | kathryn.bonorchis@lewisbrisbois.com |
| Lewis Brisbois Bisgaard & Smith LLP | Attn: Paul H. Kuhnel | | | | | Paul.Kuhnel@lewisbrisbois.com |
| LimNexus LLP | Attn: Sung Jin Hwang | Attn: James Till | 707 Wilshire Blvd, Ste 4600 | Los Angeles, CA 90017 | | sungjin.hwang@limnexus.com |
| LimNexus LLP | | | | | | james.till@limnexus.com |
| LimNexus LLP | Attn: James K. Donaldson | 1050 Connecticut Ave NW, Ste 500 | Washington, DC 20036 | | | jed.donaldson@limnexus.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | 2777 N. Stemmons Fwy, Ste 1000 | Dallas, TX 75207 | | | dallas.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | PO Box 3064 | Houston, TX 77253-3064 | | | houston_bankruptcy@publicans.com |
| Loeb & Loeb LLP | Attn: John D. Taliaferro | 901 New York Ave NW | Washington D.C. 20001 | | | jtaliaferro@loeb.com |
| Loeb & Loeb LLP | Attn: P. Gregory Schwed | Attn: Daniel B. Besikof | Attn: Noah Weingarten | 345 Park Ave | New York, NY 10154 | gschwed@loeb.com |
| Loeb & Loeb LLP | | | | | | dbesikof@loeb.com |
| Loeb & Loeb LLP | | | | | | nweingarten@loeb.com |
| McCreary, Veselka, Bragg & Allen, PC | Attn: Tara LeDay | P.O. Box 1269 | Round Rock, TX 78680 | | | tleday@mvbalaw.com |
| McDonald, Sutton, Duval, PLC | Attn: Kevin A. Lake | 5516 Falmouth St, Ste 108 | Richmond, VA 23230 | | | klake@mcdonaldsutton.com |
| McGuire, Craddock & Strother, PC | Attn: Marc Taubenfeld | 500 N Akard St, Ste 2200 | Dallas, TX 75201 | | | mtaubenfeld@mcslaw.com |
| McGuireWoods LLP | | | | | | sboehm@mcguirewoods.com |
| McGuireWoods LLP | Attn: Douglas M. Foley | Attn: Sarah B. Boehm | Gateway Plaza | 800 E Canal St | Richmond, VA 23219 | dfoley@mcguirewoods.com |
| McNamee Hosea, et al | Attn: Craig M. Palik, Esq. | 6411 Ivy Ln, Suite 200 | Greenbelt, Maryland 20770 | | | cpalik@mhlawyers.com |
| Meyers, Rodbell & Rosenbaum, P.A. | Attn: Nicole C. Kenworthy | 6801 Kenilworth Ave, Ste 400 | Riverdale, MD 20737-1385 | | | |
| Miami-Dade County Tax Collector | Attn: Priscilla A. Windley | Paralegal Collection Specialist | Miami Dade Bankruptcy Unit | 200 NW 2nd Ave, #430 | Miami, FL 33128 | Priscilla.windley@miamidade.gov |
| Miami-Dade County Tax Collector | | | | | | mdtcbkc@miamidade.gov |
| Michael Wilson PLC | Attn: Michael G. Wilson | 12733 Storrow Rd | Henrico, VA 23233 | | | mike@mgwilsonlaw.com |
| Milbank LLP | Attn: Samuel Khalil/Matt Brod | Attn: Dennis F. Dunne | 55 Hudson Yards | New York, NY 10001 | | skhalil@milbank.com |
| Milbank LLP | | | | | | mbrod@milbank.com |
| Milbank LLP | | | | | | ddunne@milbank.com |

| | | | | | | |
|---|---|---|---|---|---|---|
| Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Christine E. Devine | 100 Front St | Worcester, MA 01608 | | | cdevine@mirickoconnell.com |
| Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Joseph H. Baldiga | 1800 W Park Dr., Ste 400 | Westborough, MA 01581 | | | jbaldiga@mirickoconnell.com |
| Missouri Department of Revenue | Attn: John Whiteman | Attn: Bankruptcy Unit | P.O. Box 475 | Jefferson City, MO 65105-0475 | | edvaecf@dor.mo.gov |
| Nold Muchinsky PLLC | Attn: Brian M. Muchinsky | Attn: Thomas W. Stone | 10500 NE 8th St, Ste 930 | Bellevue, WA 98004 | | bmuchinsky@noldmuchlaw.com |
| Nold Muchinsky PLLC | | | | | | tstone@noldmuchlaw.com |
| Nold Muchinsky PLLC | Attn: Thomas W. Stone | 10500 NE 8th St, Ste 930 | Bellevue, WA 98004 | | | tstone@noldmuchlaw.com |
| Office of the Attorney General | Attn: Christopher S. Murphy, AAG | Bankruptcy & Collections Division MC | P.O. Box 12548 | Austin, TX 78711-2548 | | christopher.murphy@oag.texas.gov |
| Office of the Attorney General | Attn: Jason B. Binford | Attn: Abigail R. Ryan | Bankruptcy & Collections Division | P.O. Box 12548 | Austin, TX 78711-2548 | jason.binford@oag.texas.gov |
| Office of the Attorney General | | | | | | abigail.ryan@oag.texas.gov |
| Office of the United States Trustee | Attn: Kenneth N Whitehurst, III | 701 E Broad St, Ste 4304 | Richmond, VA 23219 | | | ustpregion04.rh.ecf@usdoj.gov |
| Offit Kurman, P.A | Attn: Stephen A. Metz | 4800 Montgomery Ln, 9th Fl | Bethesda, MD 20814 | | | smetz@offitkurman.com |
| Pachulski Stang Ziehl & Jones LLP | Attn: Robert Feinstein | Attn: Bradford Sandler | Attn: Shirley Cho | 780 3rd Ave, 34th Fl | New York, NY 10017-2024 | rfeinstein@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP | | | | | | bsandler@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP | | | | | | scho@pszjlaw.com |
| Palmer Square Management | Attn: Sandra S. Moran, Esq. | Attn: Lori Rabon | 40 Nassau St | Princeton, NJ 08542 | | smoran@palmersquare.com |
| Palmer Square Management | Attn: Lori Rabon | | | | | lrabon@palmersquare.com |
| Patterson Belknap Webb & Tyler LLP | Attn: Daniel A. Lowenthal | Attn: Brian P. Guiney | 1133 Ave of the Americas | New York, NY 10036 | | dalowenthal@pbwt.com |
| Patterson Belknap Webb & Tyler LLP | | | | | | bguiney@pbwt.com |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Paul Basta/Jacob Adlerstein | Attn: Eugene Y. Park/Irene Blumberg | 1285 Avenue of the Americas | New York, NY 10019 | | pbasta@paulweiss.com |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | | | | | | jadlerstein@paulweiss.com |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | | | | | | epark@paulweiss.com |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | | | | | | iblumberg@paulweiss.com |
| Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Owen M. Sonik | 1235 N Loop W, Ste 600 | Houston, TX 77008 | | | osonik@pbfcm.com |
| Pierce McCoy, PLLC | Attn: Jonathan A. Grasso, Esq. | 101 W. Main St, Ste 101 | Norfolk, VA 23510 | | | jon@piercemccoy.com |
| Pryor Cashman LLP | Attn: Conrad K. Chiu | 7 Times Square | New York, NY 10036-6569 | | | cchiu@pryorcashman.com |
| Reed Smith LLP | Attn: Justin Sizemore | Riverfront Plaza – W Tower | 901 E Byrd St, Ste 1700 | Richmond, VA 23219 | | jsizemore@reedsmith.com |
| Reed Smith LLP | Attn: Lloyd A. Lim | Attn: Rachel I. Thompson | 811 Main St, Ste 1700 | Houston, TX 77002-6110 | | llim@reedsmith.com |
| Reed Smith LLP | | | | | | rithompson@reedsmith.com |
| Robinson Brog Leinwand Greene Genovese & Gluck P.C. | Attn: Fred B. Ringel | 875 Third Ave, 9th Fl | New York, NY 10022 | | | fbr@robinsonbrog.com |
| Ronald Page PLC | Attn: Ronald A. Page, Jr. | P.O. Box 73087 | N. Chesterfield, VA 23235 | | | rpage@rpagelaw.com |
| Rosenberg & Estis, P.C. | Attn: Jack Rose | 773 3rd Ave | New York, NY 10281 | | | jrose@rosenbergestis.com |
| S&D Law | Attn: Steven W. Kelly, Esq. | 1290 Broadway, Ste 1650 | Denver, CO 80203 | | | |
| Securities and Exchange Commission | 100 F St, NE | Washington, DC 20549 | | | | |
| Securities and Exchange Commission | Philadelphia Regional Office | Attn: Kelly L Gibson | 1 Penn Ctr | 1617 John F Kennedy Blvd, Ste 520 | Philadelphia, PA 19103 | philadelphia@sec.gov |
| Seward & Kissel LLP | Attn: Gregg S. Bateman | Attn: John R. Ashmead | Attn: Catherine V. LoTempio | 1 Battery Park Plz | New York, NY 10004 | bateman@sewkis.com |
| Seward & Kissel LLP | | | | | | lotempio@sewkis.com |
| Seward & Kissel LLP | | | | | | ashmead@sewkis.com |
| Simon Property Group, Inc. | Attn: Ronald M. Tucker | 225 W Washington St | Indianapolis, IN 46204 | | | rtucker@simon.com |
| Spector & Cox | Attn: Howard Marc Spector | 12770 Coit Rd, Ste 1100 | Dallas, TX 75251 | | | hspector@spectorcox.com |
| Spotts Fain PC | Attn: Robert H. Chappell, III | Attn: Neil E. McCullagh | 411 E Franklin St, Ste 600 | Richmond, VA 23219 | | rchappell@spottsfain.com |
| Spotts Fain PC | | | | | | nmccullagh@spottsfain.com |
| Spotts Fain PC | Attn: Robert H. Chapell, III | Attn: Neil E. McCullagh | Attn: Karl A. Moses, Jr | 411 E Franklin St, Ste 600 | Richmond, VA 23219 | kmoses@spottsfain.com |
| Squire Patton Boggs LLP | Attn: Norman N. Kinel | 1211 Avenue of the Americas, 26th Fl | New York, NY 10036 | | | norman.kinel@squirepb.com |
| Squire Patton Boggs LLP | Attn: Jeffrey N. Rothleder | 2550 M Street, NW | Washington, DC 20037 | | | jeffrey.rothleder@squirepb.com |
| Streusand, Landon, Ozburn & Lemmon, LLP | Attn: Sabrina L. Streusand | 1801 S MoPac Expressway, Ste 320 | Austin, TX 78746 | | | streusand@slollp.com |
| SulmeyerKupetz | Attn: Victor A. Sahn | 333 S Grand Ave, Ste 3400 | Los Angeles, CA 90071 | | | vsahn@sulmeyerlaw.com |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tannenbaum Helpern Syracuse & Hirschtritt LLP | Attn: Michael J. Riela | 900 Third Ave, 13th Fl | New York, NY 10022 | | | Riela@thsh.com |
| Tavenner & Beran, PLC | Attn: Lynn Tavenner/Paula Beran | Attn: David N. Tabakin | 20 N 8th St, 2nd Fl | Richmond, VA 23219 | | ltavenner@tb-lawfirm.com |
| Tavenner & Beran, PLC | | | | | | pberan@tb-lawfirm.com |
| Tavenner & Beran, PLC | | | | | | dtabakin@tb-lawfirm.com |
| The County of Loudoun, Virginia | Attn: Steven F. Jackson | Assistant County Attorney | 1 Harrison St, SE, 5th Fl | P.O. Box 7000 | Leesburg, VA 20177-7000 | steve.jackson@loudoun.gov |
| The National Association of Attorneys General | Attn: Legal Dept | 1850 M St NW, 12th Fl | Washington, DC 20036 | | | |
| The Sarachek Law Firm | Attn: Joseph E. Sarachek, Esq. | 101 Park Ave, 27th Fl | New York, NY 10178 | | | joe@saracheklawfirm.com |
| The Taubman Company | Attn: Andrew S. Conway | 200 E Long Lake Rd, Ste 300 | Bloomfield Hills, MI 48304 | | | aconway@taubman.com |
| Thompson Hine LLP | Attn: Irving C. Apar/Yesenia Batista | 335 Madison Ave, 12th Fl | New York, NY 10017-4611 | | | irving.apar@thompsonhine.com |
| Thompson Hine LLP | | | | | | yesenia.batista@thompsonhine.com |
| Thompson Hine LLP | Attn: Louis F. Solimine, Esq. | 312 Walnut St, Ste 1400 | Cincinnati, OH 45202-4029 | | | Louis.Solimine@ThompsonHine.com |
| TN Dept of Revenue | Attn: Laura L. McCloud | c/o TN Attorney General's Office, | PO Box 20207 | Nashville, TN 37202-0207 | | lauralea.mccloud@ag.tn.gov |
| Trainor Fairbrook | Attn: Jennifer L. Pruski | PO Box 255824 | Sacramento, CA 95865 | | | jpruski@trainorfairbrook.com |
| United States Attorney's Office | The Eastern District of Virginia | 919 E Main St, Ste 1900 | Richmond, VA 23219 | | | |
| Vandeventer Black LLP | Attn: James K. Donaldson | Riverfront Plaza – West Tower | 901 E Byrd St, Ste 1600 | Richmond, VA 23219 | | jdonaldson@vanblacklaw.com |
| Vedder Price PC | Attn: Anand Ramana | 1401 I St NW, Ste 1100 | Washington, DC 20005 | | | aramana@vedderprice.com |
| Victory International Inc | | | | | | JustinKent@LiFung.com |
| Victory International Inc | | | | | | PeterDeWit@LFSourcing.com |
| Vogel & Cromwell, LLC | Attn: Christian K. Vogel | 513 Forest Ave, Ste 205 | Richmond, VA 23229 | | | kvogel@vogelandcromwell.com |
| Wayne Greenwald PC | Attn: Wayne M. Greenwald | 475 Park Ave S, 26th Fl | New York, NY 10016 | | | |
| Weil, Gotschal & Manges LLP | Attn: Ray C. Schrock/Ryan Preston | Attn: Candace M. Arthur/Daniel Gwen | 767 Fifth Ave. | New York, NY 10153 | | ray.schrock@weil.com |
| Weil, Gotschal & Manges LLP | | | | | | ryan.dahl@weil.com |
| Weil, Gotschal & Manges LLP | | | | | | candace.arthur@weil.com |
| Weil, Gotschal & Manges LLP | | | | | | daniel.gwen@weil.com |
| Whiteford, Taylor & Preston, LLP | | | | | | cbooker@wtplaw.com |
| Whiteford, Taylor & Preston, LLP | | | | | | vinge@wtplaw.com |
| Whiteford, Taylor & Preston, LLP | Attn: Christopher A. Jones | Attn: Vernon E. Inge, Jr./Corey S. | Two James Center | 1021 E. Cary St, Ste 1700 | Richmond, VA 23219 | cajones@wtplaw.com |
| Wilk Auslander LLP | Attn: Eric J. Snyder | 1515 Broadway, 43rd Fl | New York, NY 10036 | | | esnyder@wilkauslander.com |
| Williams Mullen | Attn: Augustus Epps Jr./Michael | Attn: Jennifer McLemore/Bennett T. W. | 200 S 10th St, Ste 1600 | Richmond, VA 23219-3095 | | aepps@williamsmullen.com |
| Williams Mullen | | | | | | mmueller@williamsmullen.com |
| Williams Mullen | | | | | | jmclemore@williamsmullen.com |
| Williams Mullen | | | | | | beastham@williamsmullen.com |
| Williams Mullen | | | | | | mmueller@williamsmullen.com |
| Willkie Farr & Gallagher LLP | Attn: Jeffrey D. Pawlitz | Attn: Robert E. Engelke | 787 7th Ave | New York, New York 10019 | | jpawlitz@willkie.com |
| Willkie Farr & Gallagher LLP | | | | | | rengelke@willkie.com |
| Willkie Farr & Gallagher LLP | Attn: Mark T. Stancil | 1875 K St, NW | Washington DC 20006-1238 | | | mstancil@willkie.com |
| Woods Rogers PLC | Attn: Michael E. Hastings | Attn: Richard C. Maxwell | 901 East Byrd St, Ste 1550 | Richmond, VA 23219 | | mhastings@woodsrogers.com |
| Woods Rogers PLC | | | | | | rmaxwell@woodsrogers.com |