IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CHINOS HOLDINGS, INC., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-32181 (KLP)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, depose and say that I am employed by Omni Agent Solutions ("**Omni**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 14, 2021, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served via the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- **Proposed Agenda for Hearing on September 16, 2021, at 11:00 A.M. (Prevailing Eastern Time) [Docket No. 1333]**

Dated: September 15, 2021

/s/ Randy Lowry
Randy Lowry
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
(818) 906-8300

{State of California     }
{                        } ss.
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this 15th day of September, 20 21, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

/s/ Carolyn K. Cashman
Notary Public

CAROLYN K. CASHMAN
COMM. #2232009
Notary Public - California
Los Angeles County
My Comm. Expires Feb. 23, 2022

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Chinos Holdings, Inc. (3834); Chinos Intermediate Holdings A, Inc. (3301); Chinos Intermediate, Inc. (3871); Chinos Intermediate Holdings B, Inc. (3244); J. Crew Group, Inc. (4486); J. Crew Operating Corp. (0930); Grace Holmes, Inc. (1409); H.F.D. No. 55, Inc. (9438); J. Crew Inc. (6360); J. Crew International, Inc. (2712); J. Crew Virginia, Inc. (5626); Madewell Inc. (8609); J. Crew Brand Holdings, LLC (7625); J. Crew Brand Intermediate, LLC (3860); J. Crew Brand, LLC (1647); J. Crew Brand Corp. (1616); J. Crew Domestic Brand, LLC (8962); and J. Crew International Brand, LLC (7471). The Debtors' corporate headquarters and service address is 225 Liberty St., New York, NY 10281.

# **EXHIBIT A**

**Exhibit A**
**Core/2002 Service List**
**Served as set forth below**

| Description | Name | Address | FAX | Email | Method of Service |
|---|---|---|---|---|---|
| Notice of Appearance and Request for Notices Counsel to 1618 14th Street, NW, LLC | 1618 14th Street, NW, LLC | Attn: Larry H. Kirsch<br>402 Long Trail Terrace<br>Rockville, MD 20850 | 202-293-1364 | larry@lkirschlaw.com | Email |
| Notice of Appearance and Request for Notices Counsel to Collin County Tax Assessor/Collector | Abernathy, Roeder, Boyd & Hullett, P.C. | Attn: Paul M. Lopez<br>Attn: Larry R. Boyd<br>Attn: Emily M. Hahn<br>1700 Redbud Blvd, Ste 300<br>McKinney, TX 75069 | 214-544-4040 | plopez@abernathy-law.com<br>bankruptcy@abernathy-law.com<br>ehahn@abernathy-law.com | Email |
| Notice of Appearance and Request for Notices Counsel to Parawin Industries Limited | Arent Fox LLP | Attn: Mary Joanne Dowd<br>1717 K St, NW<br>Washington, DC 20006 | 202-857-6395 | mary.dowd@arentfox.com | Email |
| Notice of Appearance and Request for Notices Counsel to RetailMeNot, Inc. | Ashby & Geddes, P.A. | Attn: Gregory A. Taylor<br>Attn: Stacy L. Newman<br>500 Delaware Ave, 8th Fl<br>P.O. Box 1150<br>Wilmington, DE 19899-1150 | 302-654-2067 | GTaylor@ashbygeddes.com<br>SNewman@ashbygeddes.com | Email |
| U.S. Bank National Association ("U.S. Bank"), as Indenture Trustee and Collateral Agent with respect to certain 13.00% Senior Secured New Money Notes due 2021 and 13.00% Senior Secured Notes due 2021 | Ballard Spahr LLP | Attn: John D. Sadler<br>1909 K St NW, 12th Fl<br>Washington, D.C. 20006 | 202-661-2299 | sadlerj@ballardspahr.com<br>LitDocket_East@ballardspahr.com | Email |
| Notice of Appearance and Request for Notices Lead Counsel for Gateway Knollwood, LLC | Ballard Spahr LLP | Attn: Leslie C. Heilman<br>Attn: Laurel D. Roglen<br>919 N Market St, 11th Fl<br>Wilmington, DE 19801-3034 | 302-252-4466 | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com | Email |
| Notice of Appearance and Request for Notices Lead Counsel for Gateway Knollwood, LLC | Ballard Spahr LLP | Attn: Dustin P. Branch<br>2029 Century Park E, Ste 800<br>Los Angeles, CA 90067-2909 | 424-204-4350 | branchd@ballardspahr.com | Email |
| Notice of Appearance and Request for Notices Atlanta Outlet Shoppes, LLC, Bluegrass Outlet Shoppes CMBS, LLC, and Pyramid Management Group, LLC | Barclay Damon LLP | Attn: Kevin M. Newman<br>Barclay Damon Tower<br>125 East Jefferson Street<br>Syracuse, NY 13202 | 315-703-7349 | knewman@barclaydamon.com | Email |
| Notice of Appearance and Request for Notices Counsel to Westfield, LLC | Barclay Damon LLP | Attn: Niclas A. Ferland<br>Attn: Ilan Markus<br>545 Long Wharf Dr, 9th Fl<br>New Haven, CT 06511 | 203-654-6274 | nferland@barclaydamon.com<br>imarkus@barclaydamon.com | Email |
| Notice of Appearance and Request for Notices Counsel to Westfield, LLC, Atlanta Outlet Shoppes, LLC, Bluegrass Outlet Shoppes CMBS, LLC, and Pyramid Management Group, LLC | Barclay Damon LLP | Attn: Scott L. Fleischer<br>1270 Ave of the Americas, Ste 501<br>New York, NY 10020 | 212-784-5799 | sfleischer@barclaydamon.com | Email |
| Notice of Appearance and Request for Notices Counsel for Salesforce.com, Inc. | Bialson, Bergen & Schwab, PC | Attn: Lawrence Schwab<br>Attn: Thomas Gaa<br>Attn: Gaye Heck<br>633 Menlo Ave, Ste 100<br>Menlo Park, CA 94025 | 650-494-2738 | lschwab@bbslaw.com<br>tgaa@bbslaw.com<br>gheck@bbslaw.com | Email |
| Notice of Appearance and Request for Notices. Counsel for BBVA Bancomer S.A., Institución de Banca Múltiple, Grupo Financiero BBVA Bancomer | Bilzin Sumberg Baena Price & Axelrod LLP | Attn: Jay Sakalo<br>1450 Brickell Ave, Ste 2300<br>Miami, FL 33131 | 305-374-7593 | eservice@bilzin.com<br>jsakalo@bilzin.com | Email |
| Notice of Appearance and Request for Notices. Counsel for Jenel Management Corp. | Blank Rome LLP | Attn: John E. Lucian, Esq.<br>Attn: Jose F. Bibiloni, Esq.<br>One Logan Square<br>Philadelphia, PA 19103 | 215-832-5442 | Lucian@blankrome.com<br>Jbibiloni@blankrome.com | Email |
| Notice of Appearance and Request for Notices Counsel to 3700 McKinney Ltd. | Bogorad & Richards PLLC | Attn: Stephen A. Bogorad<br>209 Madison St, Ste 501<br>Alexandria, VA 22314 | 703-457-7824 | sab@bogoradrichards.com | Email |
| Notice of Appearance and Request for Notices. Attorneys for Oracle America, Inc.. | Buchalter, a Professional Corporation | Attn: Shawn M. Christianson, Esq.<br>55 Second St., 17th Fl<br>San Francisco, CA 94105-3493 | 415-227-0770 | schristianson@buchalter.com | Email |
| Notice of Appearance and Request for Notices. Counsel to Comenity Bank. | Burr & Forman LLP | Attn: J. Ellsworth Summers, Jr.<br>50 N Laura St, Ste 3000<br>Jacksonville, FL 32202 | 904-232-7201 | esummers@burr.com | Email |
| Notice of Appearance and Request for Notices. Counsel to Comenity Bank. | Burr & Forman LLP | Attn: J. Cory Falgowski<br>1201 N. Market St, Ste 1407<br>Wilmington, DE 19801 | 302-397-2566 | jfalgowski@burr.com | Email |
| Notice of Appearance and Request for Notices. Counsel to Comenity Bank. | Burr & Forman LLP | Attn: James H. Haithcock, III<br>420 N 20th St, 3400<br>Birmingham, AL 35203 | 205-244-5674 | jhaithcock@burr.com | Email |
| Notice of Appearance and Request for Notices. Counsel to Honeydo Family, LLC and W.S. Tice's Corner Associates, LLC, the Lessor of thye Debtors' | Carmody Torrance Sandak & Hennessey LLP | Attn: Marc J. Kurzman<br>707 Summer St.<br>Stamford, CT 06901 | 203-325-8608 | MKurzman@carmodylaw.com | Email |
| Notice of Appearance and Request for Notices. Counsel for Sterling Group Holdings Ltd dba Sterling Apparel of Hong Kong | Carr Maloney, PC | Attn: J. Peter Glaws, IV<br>2020 K St NW, Ste 850<br>Washington, DC 20006 | 202-310-5555 | peter.glaws@carrmaloney.com | Email |
| Core Parties<br>The Debtors | Chinos Holdings, Inc. | Attn: Jeremy Brooks<br>Attn: Maria Di Lorenzo<br>301 Commerce St, Ste 3300<br>Fort Worth, TX 76102 | | jeremy.brooks@jcrew.com | First Class Mail<br>Email |
| Notice of Appearance and Request for Notices Counsel to Bank of America, N.A., in its capacity as Administrative Agent and Collateral Agent for the Prepetition ABL Secured Parties | Choate, Hall & Stewart LLP | Attn: Kevin J. Simard<br>Attn: G. Mark Edgarton<br>2 International Pl<br>Boston, Massachusetts 02110 | 617-248-4000 | ksimard@choate.com<br>gedgarton@choate.com | Email |
| Notice of Appearance and Request for Notices Counsel to Aeonian Partners, LP | Clark Hill PLC | Attn: Alexander R. Green<br>1001 Pennsylvania Ave, NW Ste 1300 S<br>Washington, DC 20004 | 202-640-6691 | agreen@clarkhill.com | Email |
| Notice of Appearance and Request for Notices Counsel to Akamai Technologies, Inc. | Cohne Kinghorn, PC | Attn: George B. Hofmann<br>111 E Broadway, 11th Fl<br>Salt Lake City, UT 84111 | 801-363-4378 | ghofmann@ck.law | Email |
| Notice of Appearance and Request for Notices Counsel for South Pacific Fashions, LTD. | Davey & Brogan, PC | Attn: Ann Brogan<br>101 Granby St, Ste 300<br>Norfolk, VA 23510 | 757-622-4924 | Ann.Brogan@daveybroganpc.com | Email |

**Exhibit A**
**Core/2002 Service List**
**Served as set forth below**

| Description | Name | Address | FAX | Email | Method of Service |
|---|---|---|---|---|---|
| Notice of Appearance and Request for Notices Counsel to New Fashion Products, Inc. | Dunlap Bennett & Ludwig PLLC | Attn: David Ludwig<br>211 Church St SE<br>Leesburg, VA 20175 | 703-777-3656 | dludwig@dbllawyers.com | Email |
| Notice of Appearance and Request for Notices Counsel to Westfield, LLC | Eckert Seamans Cherin & Mellott, LLC | Attn: Christopher L. Perkins<br>919 E Main St, Ste 1300<br>Richmond, VA 23219 | 804-698-2950 | cperkins@eckertseamans.com | Email |
| Notice of Appearance and Request for Notices Counsel to Wolverine World Wide, Inc. | Foster, Swift, Collins & Smith, P.C. | Attn: Laura J. Genovich<br>1700 E Beltline Ave, NE, Ste 200<br>Grand Rapids, MI 49525 | 616-726-6813 | lgenovich@fosterswift.com | Email |
| Notice of Appearance and Request for Notices Counsel to Kyung Seung Co., Ltd. | Fox Rothschild LLP | Attn: Diana Lyn Curtis McGraw<br>1030 15th St, NW, Ste 380 E<br>Washington, DC 20005 | | dmcgraw@foxrothschild.com | Email |
| Notice of Appearance and Request for Notices. Counsel to MEPT Brewery Block 2 LLC. | Fox Rothschild LLP | Attn: Magdalena Schardt<br>2000 Market St, 20th Fl<br>Philadelphia, PA 19103-3222 | 215-299-2150 | mschardt@foxrothschild.com | Email |
| Notice of Appearance and Request for Notices. Counsel to PSLP LLC ("PSLP") and PILAF Partners, LLC ("PILAF" and together with "PSLP", "Palmer Square"). | Fox Rothschild LLP | Attn: Mark E. Hall, Esq.<br>Attn: Michael R. Herz, Esq.<br>49 Market St<br>Morristown, NJ 07960 | 973-992-9125 | mhall@foxrothschild.co<br>mherz@foxrothschild.com | Email |
| Notice of Appearance and Request for Notices Counsel to Kyung Seung Co., Ltd. | Fox Rothschild LLP | Attn: Robert M. Fishman<br>Attn: Mark L. Radtke<br>Attn Christina M. Sanfelippo<br>321 N Clark St, Ste 1600<br>Chicago, IL 60654 | | rfishman@foxrothschild.com<br>mradtke@foxrothschild.com<br>csanfelippo@foxrothschild.com | Email |
| Notice of Appearance and Request for Notices Counsel to Experian Marketing Solutions, Inc. | FrankGecker LLP | Attn: Joseph D. Frank<br>Attn: Karen V. Newbury<br>1327 W. Washington Blvd, Ste 5G-H<br>Chicago, IL 60607z | 312- 276-0035 | jfrank@fgllp.com<br>knewbury@fgllp.com | Email |
| Notice of Appearance and Request for Notices Counsel for South Pacific Fashions, LTD. | Freehill Hogan & Mahar LLP | Attn: Gina Venezia<br>80 Pine St, 25th Fl<br>New York, NY 10005-1759 | 212-425-1901 | venezia@freehill.com | Email |
| Notice of Appearance and Request for Notices Lead Counsel for Washington Prime Group, Inc. | Frost Brown Todd LLC | Attn: Kendal G. Hardison<br>Attn: Ronald E. Gold<br>Attn: Erin P. Severini<br>400 W Market St, Ste 3200<br>Louisville, KY 40202-3363 | 502-581-1087 | khardison@fbtlaw.com<br>RGold@fbtlaw.com<br>eseverini@fbtlaw.com | Email |
| Notice of Appearance and Request for Notices Counsel to Washington Prime Group Inc. | Frost Brown Todd LLC | Attn: Ronald E. Gold<br>Attn: A.J. Webb<br>3300 Great American Tower<br>301 E. 4th St.<br>Cincinnati, OH 45202 | 513-651-6981 | rgold@fbtlaw.com<br>awebb@fbtlaw.com | Email |
| Notice of Appearance and Request for Notices Counsel for Harbor East Parcel D-Retail 2, LLC and Help II, LLC as Landlords | Gallagher Evelius & Jones LLP | Attn: David Sommer<br>Attn: Jared Dvornicky<br>218 N Charles St, Ste 400<br>Baltimore, MD 21201 | | dsommer@gejlaw.com<br>jdvornicky@gejlaw.com | Email |
| Notice of Appearance and Request for Notices. Counsel to Fifth Avenue of Long Island Realty Associates, LLC. | Garfunkel Wild, PC | Attn: Burton S. Weston, Esq.<br>111 Great Neck Rd, Ste 600<br>Great Neck, NY 11021 | 516-466-5964 | bweston@garfunkelwild.com | Email |
| Notice of Appearance and Request for Notices Counsel to Axity, LLC f/n/a Intellego Group, LL | Goodman Allen Donnelly, PLLC | Attn: Donna J. Hall<br>150 Boush St, Ste 900<br>Norfolk, VA 23510 | 757-625-7701 | dhall@goodmanallen.com | Email |
| Notice of Appearance and Request for Notices Counsel to Garden City Owner LLC, Legacy Place Properties LLC, Market Street Retail South LLC, W/S/M Hingham Properties LLC, WS Peak Canton Properties LLC, Hilldale Shopping Center LLC, WS Tampa Owner LLC, BP PruCenter Acquisition LLC, Reston Town Center Property LLC and Wilson Canal Place II, LLC | Goulston & Storrs PC | Attn: Douglas B. Rosner<br>Attn: Vanessa P. Moody<br>400 Atlantic Avenue<br>Boston, MA 02110-3333 | | drosner@goulstonstorrs.com<br>vmoody@goulstonstorrs.com | Email |
| Notice of Appearance and Request for Notices Counsel to Sterling Group Holdings Limited dba Sterling Apparel of Hong Kong. | Graydon Head & Ritchey LLP | Attn: J. Michael Debbeler<br>Attn: Jeffrey M. Hendrick<br>312 Walnut St, Ste 1800<br>Cincinnati, OH 45202-4060 | 513-651-3836 | mdebbeler@graydon.law<br>jhendricks@graydon.law | Email |
| Notice of Appearance and Request for Notices Counsel to RCPI Landmark Properties, LLC and US Apparel & Textiles (Pvt.) Ltd.<br>Counsel to ADP, Inc. | Greenberg Traurig, LLP | Attn: Thomas J. McKee, Jr<br>1750 Tysons Boulevard, Suite 1000<br>McLean, VA 22102 | 703-749-1301 | mckeet@gtlaw.com | Email |
| Notice of Appearance and Request for Notices Counsel to Iron Mountain Information Management, Inc. | Hackett Feinberg P.C. | Attn: Frank F. McGinn<br>155 Federal St, 9th Fl<br>Boston, MA  02110 | 617-422-0383 | ffm@bostonbusinesslaw.com | Email |
| Notice of Appearance and Request for Notices Counsel to Eastview Mall, LLC and Pittsford Plaza SPE, LLC | Harris Beach PLLC | Attn: Wendy A. Kinsella<br>333 W Washington St, Ste 200<br>Syracuse, NY 13202 | 315-423-7100 | wkinsella@harrisbeach.com | Email |
| Notice of Appearance and Request for Notices Proposed Counsel to Official Committee of Unsecured Creditors | Hirschler Fleischer, P.C. | Attn: Robert S. Westermann<br>P.O. Box 500<br>Richmond, VA 23218-0500 | 804-644-0958 | rwestermann@hf-law.com | First Class Mail<br>Email |
| Notice of Appearance and Request for Notices Proposed Counsel to Official Committee of Unsecured Creditors | Hirschler Fleischer, P.C. | Attn: Robert S. Westermann<br>The Edgeworth Bldg<br>2100 E Cary St<br>Richmond, VA 23223 | 804-644-0957 | rwestermann@hf-law.com | Email |
| Notice of Appearance and Request for Notices Counsel to The Crown Estate Commissioners | Hogan Lovells US LLP | Attn: Christopher R. Bryant<br>Attn: Sara Posner<br>390 Madison Ave<br>New York, NY 10017 | 212-918-3100 | chris.bryant@hoganlovells.com<br>sara.posner@hoganlovells.com | Email |
| Notice of Appearance and Request for Notices 900 North Michigan LLC | Holland & Knight LLP | Attn: David J. Fischer<br>Attn: Phillip W. Nelson<br>150 N Riverside Plz, Ste 2700<br>Chicago, IL 60606 | 312-578-6666 | david.fischer@hklaw.com<br>phillip.nelson@hklaw.com | Email |
| Notice of Appearance and Request for Notices 900 North Michigan LLC | Holland & Knight LLP | Attn: Richard E. Lear<br>800 17th Street N.W., Suite 110<br>Washington, D.C. 20006 | 202-955-5564 | richard.lear@hklaw.com | Email |

In re: Chinos Holdings, Inc., et al.
Case No. 20-32181

Page 2 of 6

**Exhibit A**
**Core/2002 Service List**
**Served as set forth below**

| Description | Name | Address | FAX | Email | Method of Service |
|---|---|---|---|---|---|
| Core Parties<br>Counsel to the Debtors | Hunton Andrews Kurth LLP | Attn: Tyler P. Brown<br>Attn: Nathan Kramer<br>Attn: Henry P. (Toby) Long, III<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219 | 804-788-8218 | tpbrown@huntonak.com<br>nkramer@huntonak.com<br>hlong@huntonak.com | Email |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | | First Class Mail |
| Notice of Appearance and Request for Notices<br>Renaissance at Colony Park, LLC | Jones Walker LLP | Attn: Jeffrey R. Barber<br>190 E Capitol St, Ste 800<br>PO Box 427<br>Jackson, MS 39205-0427 | 601-949-4804 | jbarber@joneswalker.com | Email |
| Notice of Appearance and Request for Notices<br>Local Counsel to Washington Prime Group, Inc. and lead counsel to Gateway Knollwood, LLC | Kaufman & Canoles, P.C. | Attn: Lisa Hudson Kim<br>Attn: Dennis T. Lewandowski<br>Attn: Clark J. Belote<br>2101 Parks Ave, Ste 700<br>Virginia Beach, VA 23451 | 888-360-9092 | lhkim@kaufcan.com<br>dtlewand@kaufcan.com<br>cjbelote@kaufcan.com | Email |
| Core Parties<br>Counsel to IPCo Trustee | Kelley Drye & Warren LLP | Attn: James S. Carr<br>Attn: Kristin S. Elliott<br>101 Park Avenue<br>New York, NY 10178 | 212-808-7897 | kelliott@kelleydrye.com<br>KDWBankruptcyDepartment@kelleydrye.com<br>jcarr@kelleydrye.com | Email<br>First Class Mail |
| Notice of Appearance and Request for Notices<br>Counsel to Brookfield Property REIT Inc., Hines Global REIT, Jones Lang LaSalle Americas, Inc., SITE Centers Corp. and Turnberry Associates | Kelley Drye & Warren LLP | Attn: Robert L. LeHane<br>Attn: Jennifer D. Raviele<br>Attn: Sean T. Wilson<br>101 Park Avenue<br>New York, NY 10178 | 212-808-7897 | rlehane@kelleydrye.com<br>jraviele@kelleydrye.com<br>swilson@kelleydrye.com<br>KDWBankruptcyDepartment@kelleydrye.com | Email |
| Notice of Appearance and Request for Notices<br>Tax Authorities | Ken Burton, Jr., Manatee Tax Collector | Attn: Jennifer Francis<br>Attn: Ken Burton, Jr.<br>1001 3rd Ave W, Ste 240<br>Bradenton, FL 34205-7863 | 941-708-4934 | legal@taxcollector.com | Email |
| Notice of Appearance and Request for Notices<br>Counsel to Amerishop Suburban, L.P. | Krein Law Firm | Attn: J. Scott Krein<br>4000 Genesee Pl, Ste 117<br>Prince William, VA 22192 | 703-580-8553 | jsk@kreinlaw.com | Email |
| Notice of Appearance and Request for Notices<br>Counsel to Preit Services LLC | Kurtzman Steady LLC | Attn: Jeffrey Kurtzman<br>401 S. 2nd St., Ste. 200<br>Philadelphia, PA  19147 | | kurtzman@kurtzmansteady.com | Email |
| Notice of Appearance and Request for Notices.<br>Counsel to 1618 14th St, NW, LLC | Law Office of Larry H. Kirsch | Attn: Lawrence Henry Kirsch<br>1803 Research Blvd, Ste 215<br>Rockville, MD 20850 | 202-293-1364 | larry@lkirschlaw.com | Email |
| Notice of Appearance and Request for Notices<br>ODY Accessories Inc. | Lazarus & Lazarus, P.C. | Attn: Harlan M. Lazarus<br>240 Madison Ave, 8th Fl<br>New York, NY 10016 | 212-684-0314 | hlazarus@lazarusandlazarus.com<br>harlan.lazarus@gmail.com | Email |
| Counsel to the IPCO Notes Trustees | Leonard Green & Partners | Attn: Andrew Goldberg<br>Attn: Michael Solomon<br>11111 Santa Monica Blvd, Ste 2000<br>Los Angeles, CA 90025;; | | agoldberg@leonardgreen.com<br>solomon@leonardgreen.com | Email<br>First Class Mail |
| Notice of Appearance and Request for Notices<br>Counsel to Nam Dinh Garment Joint Stock Company (NAGACO) and Pro Sports Giao Thuy JSC | Lewis Brisbois Bisgaard & Smith LLP | Attn: Kathryn E. Bonorchis<br>Attn: Paul H. Kuhnel<br>1300 Light St, Ste 1300<br>Baltimore, MD 21202 | | Kathryn.bonorchis@lewisbrisbois.com<br>Paul.Kuhnel@lewisbrisbois.com | Email |
| Notice of Appearance and Request for Notices<br>Counsel to Ito Pan Pacific Co., Ltd. | LimNexus LLP | Attn: Sung Jin Hwang<br>Attn: James Till<br>707 Wilshire Blvd, Ste 4600<br>Los Angeles, CA 90017 | 213-955-9511 | sungjin.hwang@limnexus.com<br>james.till@limnexus.com | Email |
| Notice of Appearance and Request for Notices<br>Counsel to Ito Pan Pacific Co., Ltd. | LimNexus LLP | Attn: James K. Donaldson<br>1050 Connecticut Ave NW, Ste 500<br>Washington, DC 20036 | 213-955-9511 | jed.donaldson@limnexus.com | Email |
| Notice of Appearance and Request for Notices<br>Counsel to Tarrant County & Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller<br>2777 N Stemmons Fwy, Ste 1000<br>Dallas, TX 75207 | 469-221-5003 | dallas.bankruptcy@publicans.com | Email |
| Notice of Appearance and Request for Notices<br>Cypress-Fairbanks ISD, Montgomery County, Fort Bend County, & Harris County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman<br>PO Box 3064<br>Houston, TX 77253-3064 | 713-844-3503 | houston_bankruptcy@publicans.com | Email |
| Notice of Appearance and Request for Notices<br>Counsel to Deloitte Consulting LLP and Deloitte Tax LLP | Loeb & Loeb LLP | Attn: John D. Taliaferro<br>901 New York Ave NW<br>Washington D.C. 20001 | | jtaliaferro@loeb.com | Email |
| Notice of Appearance and Request for Notices<br>Counsel to Deloitte Consulting LLP and Deloitte Tax LLP | Loeb & Loeb LLP | Attn: P. Gregory Schwed<br>Attn: Daniel B. Besikof<br>Attn: Noah Weingarten<br>345 Park Ave<br>New York, NY 10154 | | gschwed@loeb.com<br>dbesikof@loeb.com<br>nweingarten@loeb.com | Email |
| Notice of Appearance and Request for Notices.<br>Counsel for Marion County Treasurer | Marion County Treasurer's Office | Attn: Douglas J. DeGlopper<br>318 E 64th St<br>Indianapolis, IN 46220 | | ddeglopper@aol.com | Email |
| Notice of Appearance and Request for Notices<br>Counsel to The County of Hays, Texas, and The County of Williamson, Texas | McCreary, Veselka, Bragg & Allen, PC | Attn: Tara LeDay<br>P.O. Box 1269<br>Round Rock, TX 78680 | 512-323-3205 | tleday@mvbalaw.com | Email |
| Notice of Appearance and Request for Notices<br>Counsel to the Local Texas Taxing Authorities | McDonald, Sutton, Duval, PLC | Attn: Kevin A. Lake<br>5516 Falmouth St, Ste 108<br>Richmond, VA 23230 | 804-788-4427 | klake@mcdonaldsutton.com | Email |
| Notice of Appearance and Request for Notices<br>Counsel for 3700 McKinney Ltd | McGuire, Craddock & Strother, P.C. | Attn: Marc W. Taubenfeld<br>500 N Akard St, Ste 2200<br>Dallas, TX 75201 | 214-954-6868 | mtaubenfeld@mcslaw.com | Email |
| Notice of Appearance and Request for Notices<br>Counsel to Bank of America, N.A., in its capacity as Administrative Agent and Collateral Agent for the Prepetition ABL Secured Parties | McGuireWoods LLP | Attn: Douglas M. Foley<br>Attn: Sarah B. Boehm<br>Gateway Plaza 800 E Canal St<br>Richmond, Virginia 23219 | | dfoley@mcguirewoods.com<br>sboehm@mcguirewoods.com | Email |
| Notice of Appearance and Request for Notices.<br>Counsel to 1618 14th St, NW, LLC | McNamee Hosea, et al | Attn: Craig M. Palik, Esq.<br>6411 Ivy Ln, Suite 200<br>Greenbelt, MD 20770 | 301-982-9450 | cpalik@mhlawyers.com | Email |

**Exhibit A**
**Core/2002 Service List**
**Served as set forth below**

| Description | Name | Address | FAX | Email | Method of Service |
|---|---|---|---|---|---|
| Notice of Appearance and Request for Notices Counsel to Prince George's County, Maryland | Meyers, Rodbell & Rosenbaum, P.A. | Attn: Nicole C. Kenworthy<br>6801 Kenilworth Ave, Ste 400<br>Riverdale, MD 20737-1385 | | | First Class Mail |
| Notice of Appearance and Request for Notices Tax Authoritiesv | Miami-Dade County Tax Collector | Attn: Priscilla A. Windley<br>Paralegal Collection Specialist<br>Miami Dade Bankruptcy Unit<br>200 NW 2nd Ave, #430<br>Miami, FL 33128 | 305-375-4601 | Priscilla.windley@miamidade.gov<br>mdtcbkc@miamidade.gov | Email |
| Notice of Appearance and Request for Notices Counsel to Mirakl, Inc.<br>Counsel to The Crown Estate Commissioners | Michael Wilson PLC | Attn: Michael G. Wilson<br>12733 Storrow Rd<br>Henrico, VA 23233 | | mike@mgwilsonlaw.com | Email |
| Notice of Appearance and Request for Notices Counsel to the Ad Hoc Committee | Milbank LLP | Attn: Samuel Khalil<br>Attn: Matt Brod<br>Attn: Dennis F. Dunne<br>55 Hudson Yards<br>New York, NY 10001 | 212-530-5219 | skhalil@milbank.com<br>mbrod@milbank.com<br>ddunne@milbank.com | Email |
| Notice of Appearance and Request for Notices Counsel to Asheville Retail Associates LLC, NED Little Rock LLC, Palm Beach Outlets I, LLC, CR Saint Vincent, LLC/Santo Del Sur, LLC, CLPF – CC Pavilion, L.P | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Christine E. Devine<br>100 Front St<br>Worcester, MA 01608 | 508-791-8502 | cdevine@mirickoconnell.com<br>kfoley@mirickoconnell.com | Email |
| Notice of Appearance and Request for Notices Counsel to Asheville Retail Associates LLC, NED Little Rock LLC, Palm Beach Outlets I, LLC, CR Saint Vincent, LLC/Santo Del Sur, LLC, CLPF – CC Pavilion, L.P | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Joseph H. Baldiga<br>1800 W Park Dr., Ste 400<br>Westborough, MA 01581 | 508-898-1502 | jbaldiga@mirickoconnell.com | Email |
| Notice of Appearance and Request for Notices Missouri Department of Revenue | Missouri Department of Revenue | Attn: John Whiteman<br>Bankruptcy Unit<br>P.O. Box 475<br>Jefferson City, MO 65105-0475 | | edvaecf@dor.mo.gov | Email |
| Notice of Appearance and Request for Notices Counsel to Bellevue Square, LLC and Bellevue Square Merchants' Association | Nold Muchinsky PLLC | Attn: Brian M. Muchinsky<br>Attn: Thomas W. Stone<br>10500 NE 8th St, Ste 930<br>Bellevue, WA 98004 | 888-371-4133 | bmuchinsky@noldmuchlaw.com<br>tstone@noldmuchlaw.com | Email |
| Notice of Appearance and Request for Notices Counsel to Comptroller of Public Accounts of the State of Texas | Office of the Attorney General | Attn: Christopher S. Murphy, AAG<br>Bankruptcy & Collections Division MC 008<br>P.O. Box 12548<br>Austin, TX 78711-2548 | 512-936-1409 | christopher.murphy@oag.texas.gov | Email |
| Notice of Appearance and Request for Notices State of Texas | Office of the Attorney General | Attn: Jason B. Binford<br>Attn: Abigail R. Ryan<br>Bankruptcy & Collections Division MC 008<br>P.O. Box 12548<br>Austin, TX 78711-2548 | 512-936-1409 | jason.binford@oag.texas.gov<br>abigail.ryan@oag.texas.gov | Email |
| Core Parties<br>Office of the United States Trustee | Office of the United States Trustee | Attn: Kenneth N Whitehurst, III<br>701 E Broad St, Ste 4304<br>Richmond, VA 23219 | 804-771-2330 | ustpregion04.rh.ecf@usdoj.gov | Email<br>First Class Mail |
| Notice of Appearance and Request for Notices Counsel to Simon Property Group, Inc. & Thruway Shopping Center LLC | Offit Kurman, P.A. | Attn: Stephen A. Metz<br>4800 Montgomery Ln, 9th Fl<br>Bethesda, MD 20814 | 240-507-1735 | smetz@offitkurman.com | Email |
| Notice of Appearance and Request for Notices Counsel to Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Robert J. Feinstein<br>Attn: Bradford J. Sandler<br>Attn: Shirley S. Cho<br>780 3rd Ave, 34th Fl<br>New York, NY 10017-2024 | 212- 561-7777 | rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>scho@pszjlaw.com | Email |
| Notice of Appearance and Request for Notices. Counsel to PSLP LLC ("PSLP") and PILAF Partners, LLC ("PILAF" and<br>together with "PSLP," "Palmer Square"). | Palmer Square Management | Attn: Sandra S. Moran, Esq.<br>Attn: Lori Rabon<br>40 Nassau St<br>Princeton, NJ 08542 | 609-921-3797 | smoran@palmersquare.com<br>lrabon@palmersquare.com | Email |
| Notice of Appearance and Request for Notices Counsel to TPG Partners VI, L.P. (Sponsors) | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Paul M. Basta<br>Attn: Jacob A. Adlerstein<br>Attn: Eugene Y. Park<br>Attn: Irene Blumberg<br>1285 6th Ave<br>New York, NY 10019 | 212-757-3990 | pbasta@paulweiss.com<br>jadlerstein@paulweiss.com<br>epark@paulweiss.com<br>iblumberg@paulweiss.com | Email |
| Notice of Appearance and Request for Notices Counsel to Spring Branch ISD District and City of Houston | Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Owen M. Sonik<br>1235 North Loop West, Ste 600<br>Houston, TX 77008 | 713-862-1429 | osonik@pbfcm.com | Email |
| Notice of Appearance and Request for Notices. Counsel to Bellevue Square, LLC and Bellevue Square Merchants' Association. | Pierce McCoy, PLLC | Attn: Jonathan A. Grasso, Esq.<br>101 W. Main St, Ste 101<br>Norfolk, VA 23510 | 757-257-0387 | jon@piercemccoy.com | Email |
| Notice of Appearance and Request for Notices Counsel to Envisage Group | Pryor Cashman LLP | Attn: Conrad K. Chiu<br>7 Times Square<br>New York, NY 10036-6569 | 212-515-6962 | cchiu@pryorcashman.com | Email |
| Notice of Appearance and Request for Notices Counsel to Tango Analytics, LLC | Reed Smith LLP | Attn: Lloyd A. Lim<br>Attn: Rachel I. Thompson<br>811 Main St, Ste 1700<br>Houston, TX 77002-6110 | 713-469-3899 | llim@reedsmith.com<br>rithompson@reedsmith.com | Email<br>First Class Mail |
| Notice of Appearance and Request for Notices Counsel to Tango Analytics, LLC | Reed Smith LLP | Attn: Alison Wickizer Toepp<br>Riverfront Plaza – W Tower<br>901 E Byrd St, Ste 1900<br>Richmond, VA 23219 | 804-344-3410 | atoepp@reedsmith.com | Email |
| Notice of Appearance and Request for Notices Counsel to Causeway LLC | Robinson Brog Leinwand Greene Genovese & Gluck P.C. | Attn: Fred B. Ringel<br>875 Third Avenue, 9th Floor<br>New York, New York 10022 | 212-956-2164 | fbr@robinsonbrog.com | Email |
| Notice of Appearance and Request for Notices Counsel to INT S.A. and Schulz & Lyman Turnkey Services, LLC<br>Counsel to Gibi Systems Inc., Carolina Container Company & Carolina Container Company, and Daniel Winkworth | Ronald Page PLC | Attn: Ronald A. Page, Jr.<br>P.O. Box 73087<br>N. Chesterfield, VA 23235 | 804-482-2427 | rpage@rpagelaw.com | Email |

**Exhibit A**
**Core/2002 Service List**
Served as set forth below

| Description | Name | Address | FAX | Email | Method of Service |
|---|---|---|---|---|---|
| Notice of Appearance and Request for Notices Counsel to Williamsburg Portfolio II, LLC | Rosenberg & Estis, P.C. | Attn: Jack Rose<br>773 3rd Ave<br>New York, NY 10281 | 212-551-8484 | jrose@rosenbergestis.com | Email |
| Notice of Appearance and Request for Notices. Counsel to CPBP-VII Associates, L.P. | S&D Law | Attn: Steven W. Kelly, Esq.<br>1290 Broadway, Ste 1650<br>Denver, Colorado 80203 | | | First Class Mail |
| Securities and Exchange Commission | Securities and Exchange Commission | 100 F St, NE<br>Washington, DC 20549 | | | First Class Mail |
| Securities and Exchange Commission | Securities and Exchange Commission | Philadelphia Regional Office<br>Attn: Kelly L Gibson<br>1 Penn Ctr<br>1617 John F Kennedy Blvd, Ste 520<br>Philadelphia, PA 19103 | | philadelphia@sec.gov | Email<br>First Class Mail |
| Core Parties<br>Counsel to Wilmington Savings Fund Society, FSB as Prepetition Term Agent and DIP Agent | Seward & Kissel LLP | Attn: John R. Ashmead<br>Attn: Gregg S. Bateman<br>Attn: Catherine V. LoTempio<br>1 Battery Park Plz<br>New York, NY 10004 | 212-480-8421 | ashmead@sewkis.com<br>bateman@sewkis.com<br>lotempio@sewkis.com | Email<br>First Class Mail |
| Notice of Appearance and Request for Notices Counsel to Simon Property Group, Inc. | Simon Property Group, Inc. | Attn: Ronald M. Tucker<br>225 W. Washington St.<br>Indianapolis, Indiana 46204 | 317-263-7901 | rtucker@simon.com | Email |
| Notice of Appearance and Request for Notices Counsel to The Shops at Summerlin North, LP | Spector & Cox | Attn: Howard Marc Spector<br>12770 Coit Rd, Ste 1100<br>Dallas, TX 75251 | 214-237-3380 | hspector@spectorcox.com | Email |
| Notice of Appearance and Request for Notices Counsel to 91 Fifth Avenue Corp<br>Counsel to Victory International Inc.<br>Counsel to Denimatrix, LLC | Spotts Fain PC | Attn: Karl A. Moses, Jr.<br>Attn: Robert H. Chappell III<br>Attn: Neil E. McCullagh<br>411 E Franklin St, Ste 600<br>Richmond, VA 23219 | 804-697-2100 | kmoses@spottsfain.com<br>rchappell@spottsfain.com<br>nmccullagh@spottsfain.com | Email |
| Notice of Appearance and Request for Notices Counsel to China Ting Garment Mfg (Group) Limited | Squire Patton Boggs LLP | Attn: Jeffrey N. Rothleder<br>2550 M Street, NW<br>Washington, DC 20037 | 202-457-6315 | jeffrey.rothleder@squirepb.com | Email |
| Notice of Appearance and Request for Notices Counsel to China Ting Garment Mfg (Group) Limited | Squire Patton Boggs LLP | Attn: Norman N. Kinel<br>1211 Avenue of the Americas, 26th Fl<br>New York, NY 10036 | 212-872-9815 | norman.kinel@squirepb.com | Email |
| Notice of Appearance and Request for Notices Counsel for California Franchise Tax Board | State of California Franchise Tax Board | Attn: John M. O'Donnell<br>P.O. Box 1720, MS: A-260<br>Rancho Cordova, CA 95741-1720 | 916-845-3648 | john.o'donnell@ftb.ca.gov | Email |
| Notice of Appearance and Request for Notices Counsel to Dell Marketing, L.P. | Streusand, Landon, Ozburn & Lemmon, LLP | Attn: Sabrina L. Streusand<br>1801 S MoPac Expressway, Ste 320<br>Austin, TX 78746 | 512-236-9904 | streusand@slollp.com | Email |
| Notice of Appearance and Request for Notices Counsel to Denimatrix, LLC | SulmeyerKupetz | Attn: Victor A. Sahn<br>333 S. Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 | 213-629-4520 | vsahn@sulmeyerlaw.com | Email |
| Notice of Appearance and Request for Notices Counsel to Victory International Inc. | Tannenbaum Helpern Syracuse & Hirschtritt LLP | Attn: Michael J. Riela,<br>900 Third Avenue, 13th Fl<br>New York, NY 10022 | 212-371-1084 | Riela@thsh.com | Email |
| Notice of Appearance and Request for Notices Counsel to the Ad Hoc Committee | Tavenner & Beran, PLC | Attn: Lynn L. Tavenner<br>Attn: Paula S. Beran<br>Attn: David N. Tabakin<br>20 North Eighth Street, 2nd Fl<br>Richmond, Virginia 23219 | 804-783-0178 | ltavenner@tb-lawfirm.com<br>pberan@tb-lawfirm.com<br>dtabakin@tb-lawfirm.com | Email |
| Notice of Appearance and Request for Notices Counsel to The County of Loudoun, Virginia | The County of Loudoun, Virginia | Attn: Steven F. Jackson<br>Assistant County Attorney<br>1 Harrison St, SE, 5th Fl<br>P.O. Box 7000<br>Leesburg, VA 20177-7000 | 703-771-5025 | steve.jackson@loudoun.gov | Email |
| Core Parties | The National Association of Attorneys General | Attn: Legal Dept<br>1850 M St NW, 12th Fl<br>Washington, DC 20036 | | | First Class Mail |
| Notice of Appearance and Request for Notices. Counsel to Rio Apparel HK Ltd. | The Sarachek Law Firm | Attn: Joseph E. Sarachek, Esq.<br>101 Park Ave, 27th Fl<br>New York, NY 10178 | 646-861-4950 | joe@sarachecklawfirm.com | Email |
| Notice of Appearance and Request for Notices Counsel to Taubman Landlords | The Taubman Company | Attn: Andrew S. Conway<br>200 E Long Lake Rd, Ste 300<br>Bloomfield Hills, MI 48304 | | aconway@taubman.com | Email |
| Counsel to the IPCo Notes Trustees | Thompson Hine LLP | Attn: Irving C. Apar<br>Attn: Yesenia Batista<br>335 Madison Ave, 12th Fl<br>New York, NY 10017-4611 | | irving.apar@thompsonhine.com<br>yesenia.batista@thompsonhine.com | Email<br>First Class Mail |
| Notice of Appearance and Request for Notices. Counsel to IMI MSW LLC, Peoria New Mall LLC, OKC Outlets I LLC, SRE Boardwalk LLC, SRE Ontario LLC, and SRE Mustang LLC. | Thompson Hine LLP | Attn: Louis F. Solimine, Esq.<br>312 Walnut St, Ste 1400<br>Cincinnati, OH 45202-4029 | 513-241-4771 | Louis.Solimine@ThompsonHine.com | Email |
| Notice of Appearance and Request for Notices Tennessee Attorney General's Office | TN Dept of Revenue | Attn: Laura L. McCloud<br>c/o TN Attorney General's Office, Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-0207 | 615-741-3334 | laurala.mccloud@ag.tn.gov | Email |
| Notice of Appearance and Request for Notices Counsel to Folsom Central, LLC and The Roseville Fountaines, L.P. | Trainor Fairbrook | Attn: Jennifer L. Pruski<br>PO Box 255824<br>Sacramento, CA 95865 | 916-929-7111 | jpruski@trainorfairbrook.com | Email |
| Notice of Appearance and Request for Notices Counsel for the United States of America | U.S. Department of Justice | Attn: Tax Division<br>Attn: Alexander Kalyniuk<br>Ben Franklin Station<br>P.O. Box 227<br>Washington, DC 20044 | 202-514-6866 | Alexander.R.Kalyniuk@usdoj.gov | Email |
| Office of the United States Attorney Eastern District of Virginia | United States Attorney's Office | The Eastern District of Virginia<br>919 E Main St, Ste 1900<br>Richmond, VA 23219 | | | First Class Mail |

**Exhibit A**
**Core/2002 Service List**
**Served as set forth below**

| Description | Name | Address | FAX | Email | Method of Service |
|---|---|---|---|---|---|
| Notice of Appearance and Request for Notices Counsel to Pan Pacific Co., Ltd. | Vandeventer Black LLP | Attn: James K. Donaldson<br>Riverfront Plaza – West Tower<br>901 E Byrd St, Ste 1600<br>Richmond, VA 23219 | 804-237-8801 | jdonaldson@vanblacklaw.com | Email |
| Notice of Appearance and Request for Notices Counsel to 932 North Rush, L.L.C. | Vedder Price P.C. | Attn: Anand Ramana<br>1401 I Street NW, Suite 1100<br>Washington, D.C. 20005 | 202-312-3322 | aramana@vedderprice.com | Email |
| Vendor | Victory International Inc | Attn: Justin Kent<br>Attn: Peter DeWit | | JustinKent@LiFung.com<br>PeterDeWit@LFSourcing.com | Email |
| Notice of Appearance and Request for Notices Counsel for Oracle America, Inc. and Dell Marketing, L.P. | Vogel & Cromwell, LLC | Attn: Christian K. Vogel<br>513 Forest Ave, Ste 205<br>Richmond, VA 23229 | 804-728-1625 | kvogel@vogelandcromwell.com | Email |
| Notice of Appearance and Request for Notices Counsel to INT S.A. | Wayne Greenwald PC | Attn: Wayne M. Greenwald<br>475 Park Ave S, 26th Fl<br>New York, NY 10016 | 877-254-1003 | | First Class Mail |
| Core Parties<br>Counsel to the Debtors | Weil, Gotschal & Manges LLP | Attn: Ray C. Schrock<br>Attn: Candace M. Arthur<br>Attn: Daniel Gwen<br>767 Fifth Avenue<br>New York, NY 10153 | 212-310-8007 | ray.schrock@weil.com<br>candace.arthur@weil.com<br>daniel.gwen@weil.com | Email |
| Notice of Appearance and Request for Notices Counsel to TPG Partners VI, L.P. (Sponsors) | Whiteford, Taylor & Preston LLP | Attn: Christopher A. Jones<br>Attn: Vernon E. Inge, Jr.<br>2 James Center 1021 E Cary St, Ste 1700<br>Richmond, VA 23219 | | cajones@wtplaw.com<br>vinge@wtplaw.com | Email |
| Notice of Appearance and Request for Notices Counsel to 30 E. 85th St., Company LLC | Wilk Auslander LLP | Attn: Eric J. Snyder<br>1515 Broadway, 43rd Fl<br>New York, NY 10036 | | esnyder@wilkauslander.com | Email |
| Notice of Appearance and Request for Notices Counsel to Northwood PL A, L.P., Causeway LLC, Eastview Mall, LLC, and Pittsford Plaza SPE, LLC | Williams Mullen | Attn: Augustus Epps Jr.<br>Attn: Michael Mueller<br>Attn: Jennifer McLemore<br>Attn: Bennett T. W. Eastham<br>200 S 10th St, Ste 1600<br>Richmond, VA 23219-3095 | 804-420-6507 | aepps@williamsmullen.com<br>mmueller@williamsmullen.com<br>jmclemore@williamsmullen.com<br>beastham@williamsmullen.com | Email |
| Notice of Appearance and Request for Notices. Counsel to J.P. Morgan Securities, LLC. | Willkie Farr & Gallagher LLP | Attn: Jeffrey D. Pawlitz<br>Attn: Robert E. Engelke<br>787 7th Ave<br>New York, New York 10019 | 212-728-8111 | jpawlitz@willkie.com<br>rengelke@willkie.com | Email |
| Notice of Appearance and Request for Notices. Counsel to J.P. Morgan Securities, LLC. | Willkie Farr & Gallagher LLP | Attn: Mark T. Stancil<br>1875 K St, NW<br>Washington DC 20006-1238 | 202-303-2000 | mstancil@willkie.com | Email |
| Notice of Appearance and Request for Notices Counsel to Wilmington Savings Fund Society, FSB as Prepetition Term Agent and DIP Agent | Woods Rogers PLC | Attn: Michael E. Hastings<br>Attn: Richard C. Maxewll<br>901 East Byrd St, Ste 1550<br>Richmond, VA 23219 | 540-798-8133 | mhastings@woodsrogers.com<br>rmaxwell@woodsrogers.com | Email |