| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **HIRSCHLER FLEISCHER, P.C.** |
| Shirley S. Cho (admitted *pro hac vice*) | Robert S. Westermann (VSB No. 43294) |
| 780 Third Avenue | Brittany B. Falabella (VSB No. 80131) |
| 34th Floor | The Edgeworth Building |
| New York, New York 10017 | 2100 East Cary Street |
| Telephone: (212) 561-7700 | Richmond, Virginia 23223 |
| Facsimile: (212) 561-7777 | Telephone: (804) 771-9500 |
| E-mail: scho@pszjlaw.com | Facsimile: (804) 644-0957 |
| | E-mail: rwestermann@hirschlerlaw.com |
| *Attorneys for the GUC Trust* | bfalabella@hirschlerlaw.com |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

|   |   |   |
|---|---|---|
| **In re** | : | **Chapter 11** |
|   | : |   |
| **CHINOS HOLDINGS, INC.,** | : | **Case No. 20-32181 (KLP)** |
| Debtor.[1] | : | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 23, 2021, the *Notice of Motion and Notice of Hearing* and the *Joint Motion of the Reorganized Debtor and Class 6-B GUC Trust for Entry of a Final Decree and Order (I) Closing the Chinos Holdings, Inc. Case, (II) Discharging and Releasing the Class 6-B GUC Trust and the GUC Trustee, and (III) Terminating Omni Agent, Solutions, Inc. as Claims, Noticing, and Administrative Agent* [Docket No. 1348] were served on the Service List attached hereto as **Exhibit A** by First Class Mail.

---

[1] On August 26, 2020, the Court confirmed the *Second Amended Joint Prearranged Chapter 11 Plan of Reorganization of Chinos Holdings, Inc. and Its Affiliated Debtors (with Technical Changes)* (Docket No. 861) (as modified, amended or supplemented, the "Plan"), which went effective on September 10, 2020.

The Reorganized Debtor, along with the last four digits of the Reorganized Debtor's federal tax identification number, is Chinos Holdings, Inc. (3834). The Reorganized Debtor's corporate headquarters and service address is 225 Liberty St., New York, NY 10281.

| | |
|---|---|
| Dated: November 29, 2021 | */s/ Robert S. Westermann* |
| | Robert S. Westermann (VSB No. 43294) |
| | Brittany B. Falabella (VSB No. 80131) |
| | Hirschler Fleischer, P.C. |
| | The Edgeworth Building |
| | 2100 East Cary Street |
| | Richmond, Virginia 23223 |
| | P.O. Box 500 |
| | Richmond, Virginia 23218-0500 |
| | Telephone: (804) 771-9500 |
| | Facsimile: (804) 644-0957 |
| | Email: rwestermann@hirscherlaw.com |
| | bfalabella@hirschlerlaw.com |

*Local Counsel to the GUC Trust*

-and-

Shirley S. Cho, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: jeklin@pszjlaw.com

*Lead Counsel to the GUC Trust*

# Exhibit A

**Service List**

| | | |
|---|---|---|
| 24 Seven Talent California LLC<br>P.O. Box 71305<br>Philadelphia, PA 19176-1305 | 3 Tree Solutions Pvt Ltd<br>75 Km Raiwind Rd<br>Lahore- Punjab, 54600<br>Pakistan | A Peagreen Company Limited<br>10 Saint Clement St<br>Winchester Hampshire, SO23 9HH<br>United Kingdom |
| A V Thomas Leather And Allied<br>Sdf Phase III Block 1,2,3 & 4<br>Sez Mepz Tambaram Chennai, 600045<br>India | Abc Carpet Co Inc<br>888 Broadway<br>New York, NY 10003 | Abm Industry Groups LLC<br>Attn: Jacob Thomas<br>4151 Ashford Dunwoody Rd, Ste 600<br>Atlanta, GA 30319 |
| Accruent<br>P.O. Box 123636<br>Dallas, TX 75312-3636 | Acl Services Ltd<br>P.O. Box 55950<br>Boston, MA 02205-5950 | Adam Paul Gonon<br>555 S GODDARD BLVD APT 341<br>KING OF PRUSSIA, PA 19406 |
| Admiral Courier Services, Inc<br>3 W 30th St, 3rd Fl, Ste 4<br>New York, NY 10001 | Aer Designs LLC<br>4005 Whipple Rd<br>Union City, CA 94587 | AK Sourcing Limited<br>Attn: Dustin Huffine<br>One World Trade Ctr, 8th Fl<br>Long Beach, CA 90802 |
| Alfa-Fi Manifattura SRL<br>Attn: Francesco Brachi<br>Capalle FI, Italy 50010 | Alice + Whittles<br>50 Wellington St East, Unit 400<br>Toronto, ON M5E 1C8<br>Canada | Alpha Industries Inc<br>14200 Park Meadow Dr, Ste 110S<br>Chantilly, VA 20151 |
| Alston & Bird LLP<br>P.O. Box 933124<br>Atlanta, GA 31193-3124 | Alvarez & Marsal<br>600 Madison Ave 8th Fl<br>New York, NY 10022 | America Painting LLC<br>41 Engle St<br>Cresskill, NJ 07626-2222 |
| American Stock Transfer & Trust<br>59 Maiden Ln Plz Level<br>New York, NY 10038-4502 | Americas' Sap Users' Group<br>P.O. Box 4248<br>Houston, TX 77210-4248 | Anchal Project<br>2500 Montgomery St 10<br>Louisville, KY 40212 |
| Anona Studio LLC<br>P.O. Box 137<br>Erwinna, PA 18920 | Ap Edgehill Village LLC<br>P.O. Box 530052<br>Dept 1031<br>Atlanta, GA 30353-0052 | Apiece Apart LLC<br>164 W 25th St, 5th Fl<br>New York, NY 10001 |
| Apm Terminals Elizabeth<br>5080 Mclester St<br>Elizabeth, NJ 07201 | Aptos Inc<br>P.O. Box 417411<br>Boston, MA 02241-7411 | Araks Inc<br>137 Grand St, 5th Fl<br>New York, NY 10013 |

| | | |
|---|---|---|
| Arts and Letters<br>Attn: Anuchart Chang<br>130 W 37th St, 3rd Fl<br>New York, NY 10018 | Atadan Tekstil San Tic As<br>Dosab M Karaer Cd No 45<br>Bursa, 16250<br>Turkey | Atelier Paulin<br>23 8th Ave<br>New York, NY 10014 |
| Axiom Global Inc<br>P.O. Box 8439<br>Pasadena, CA 91109-8439 | Babiators LLC<br>675 N Highland Ave 700<br>Atlanta, GA 30306 | Baby Lulu Inc<br>Dba Everbloom<br>Attn: Erin Murphy<br>214 Main St, Ste 276<br>El Segundo, CA 90245 |
| | Bartlett Dairy Inc<br>90-04 161st St, Ste 609<br>Jamaica, NY 11432 | Bather<br>365 Dundas St East, Ste 217<br>Toronto, ON M5A 4R9<br>Canada |
| Bay State Elevator Co<br>P.O. Box 5<br>Dalton, MA 01227-0005 | Benh Pham<br>10610 Lanshire Dr, Unit A<br>Austin, TX 78758 | Bernstein & Andriulli Inc<br>190 Bowery<br>New York, NY 10012 |
| Beswell Jewelry Co, Ltd<br>Attn: Kim Dongsik<br>Rm 507, 713 Suseo Hyundai Venture Ville<br>Suseo-Dong, Gangnam-Gu<br>Seoul 06349<br>Korea | Betty Nyc LLC<br>181 Mott St, Ground Fl<br>New York, NY 10012 | Beyond Yoga<br>11248 Playa Ct, Ste A<br>Culver City, CA 90230 |
| Blc Leather Technology Centre<br>Kings Park Rd<br>Northampton, NN3 6JD<br>United Kingdom | Blue Print Denim Washhouse Inc<br>Attn:  Accounting<br>158 Corbin Ave.,<br>Jersey City, NJ 07306. | Bmg Rights Management Us LLC<br>1 Park Ave, 18th Fl<br>New York, NY 10016 |
| Bms Catastrophe Inc<br>5718 Airport Freeway<br>Haltom City, TX 76117-6005 | Bohrens Moving & Storage Inc<br>3 Applegate Dr S<br>Robbinsville, NJ 08691 | Born To Ramble Tours LLC<br>900 DIVISION STREET<br>NASHVILLE, TN 37203 |
| Bortstein Legal LLC<br>1500 Broadway, Ste 2003<br>New York, NY 10036 | Bowman Hollis Mfg Inc<br>P.O. Box 19249<br>Charlotte, NC 28219 | Brainchild & Co Inc<br>160 Varick St, 10th Fl, Ste 1004<br>New York, NY 10013 |
| Bright House Networks LLC<br>P.O. Box 7195<br>Pasadena, CA 91109-7195 | Brixton LLC<br>3821 Ocean Ranch Blvd<br>Oceanside, CA 92056 | Bureau Veritas Consumer Products<br>No 168 Guanghua Rd<br>Shahghai, 201108<br>China |

| | | |
|---|---|---|
| Cafissi Spa<br>Attn: Francesco Cafissi<br>Tavola, PO 59014 Italy | California Travel And Tourism<br>P.O. Box 2007<br>Sacramento, CA 95812-2007 | Campo Beauty LLC<br>120 Newport Center Dr<br>Newport Beach, CA 92660 |
| Canteen Vending Services<br>210 Adams Blvd<br>Farmingdale, NY 11735 | Carolina Pallet Recycling Inc<br>3240 NC-226<br>Marion, NC 28752 | Caron Callahan<br>153 Essex St 2B<br>New York, NY 10002 |
| Carreman International<br>234 Ave Georges Alquier<br>Les Salvages Castres, 81100<br>France | Carter Machinery Company Inc<br>P.O. Box 751053<br>Charlotte, NC 28275 | Cautious Clay Music LLC<br>16000 Ventura Blvd, Ste 600<br>Encino, CA 91436 |
| Changzhou Zhuoyuan Rubber<br>Qian Huang Industry Park<br>Chang Zhou, 213172<br>China | Chateau Archives<br>P.O. Box 32<br>Hampton Falls, NH 03844 | Chemico Processing<br>Attn: Ankit Mehta<br>A-53, Sector 83<br>Noida - 201305, Uttar<br>India |
| Chin Ho Knitting Factory Ltd<br>Attn: Sai Ho Cheng<br>Part of F 3/F Selwyn Factory Bldg<br>404 Kwun tong Rd Kwun Tong<br>Kowloon<br>Hong Kong | CHINA FAIR CORPORATION LIMITED<br>Attn: Liu Kit Kiu, Steven<br>Flat D02, 6F, Hung Cheong Fty Bldg<br>742-748 Cheung Sha Wan Rd, Lai Chi Kok<br>Hong Kong | Christopher Steven Gonzales<br>1301 W 64TH STREET<br>LOS ANGELES, PA 90044 |
| Circa 13 LLC<br>175 SW 7th St, Ste 1519<br>Miami, FL 33130 | Clique Media Inc<br>Dept La 24732<br>Pasadena, CA 91185-4732 | Cohen Hochman & Allen<br>75 Maiden Ln, Ste 802<br>New York, NY 10038 |
| Color Solutions International<br>9844-A Southern Pine Blvd<br>Charlotte, NC 28273 | Concepts Design Agency Ltd<br>147 W 35th St 301<br>New York, NY 10001 | Concrete Media Limited<br>156-176 St John St<br>London, EC1V 4DG<br>United Kingdom |
| Conde Nast<br>P.O. Box 5350<br>New York, NY 10087-5350 | Cone Denim Jiaxing Limited<br>No 60 Gangshan Rd<br>Zhejiang Jiaxing, 314003<br>China | Consolidated Communications<br>P.O. Box 66523<br>Saint Louis, MO 63166-6523 |
| Consorzio Nobilia<br>Montemurlo, Po 59013<br>Italy | Conveyco Technologies Inc<br>47 Commerce Dr<br>Bristol, CT 06011-1000 | Corrugated Container Corporation dba DS Smith Packaging<br>Josh Burnette<br>600 Peachtree Street NE, Suite 4200<br>Atlanta, GA 30308 |

Cougar Shoes Inc
2 Masonry Ct
Burlington, ON L7T 4A8
Canada

Covanta Energy LLC
P.O. Box 28893
New York, NY 10087-8893

Cowan Liebowitz & Latman Pc
114 W 47th St
New York, NY 10036-1525

Cox Communications
P.O. Box 78000
Detroit, MI 48278-1121

Coyuchi Inc
1400 Tennessee St, Ste 1
San Francisco, CA 94107

Cubesmart LP
847 Trailview Blvd Se
Leesburg, VA 20175

Cummins Atlantic
P.O. Box 741295
Atlanta, GA 30384-1295

Cyc Design Corp
Aka Reigning Champ
133 W 5th Ave
Vancouver, BC V5Y 1H9
Canada

Dale And Blue LLC
5203 Loraine St 175
Detroit, MI 48208

Daniel Snyder
141 Flushing Ave, Bldg 77, Ste 1321
Brooklyn, NY 11205

Datapipe Inc
P.O. Box 36477
Newark, NJ 07188-6477

Dataspan Holdings Inc
13755 Hutton Dr, Ste 300
Farmers Branch, TX 75234

David Pirrotta Brand Group
7424 1/2 W Sunset Blvd, Ste 5
Los Angeles, CA 90046

Dba Media LLC
750 N San Vicente Blvd, Ste 950
West Hollywood, CA 90069

DH FTN Co Ltd
c/o Sarachek Law Firm
Attn: Jonathan Miller
101 Park Ave, 27th Fl
New York, NY 10178

Diadora Us Inc
1901 S 9th St, Rm 422
Philadelphia, PA 19148

Disaster Recovery Services
P.O. Box 989
Remsenburg, NY 11960

Dk Display Corp
147 W 25th St
New York, NY 10001

Dla Piper Llp Us
P.O. Box 75190
Baltimore, MD 21275

Do Say Give LLC
3601 Mcfarlin Blvd
Dallas, TX 75205

Domurat Studio LLC
171 Clermont Ave 5L
Brooklyn, NY 11205

Douglas Forster
4199 E Walnut St
Westerville, OH 43081

Dragon Hand Bag (Thailand) Co Ltd
c/o Pryor Cashman LLP
Attn: Ronald S. Beacher
7 Times Square
New York, NY 10036

Dragon Luck Limited
11 Yuk Yat St
Tokwawan, Kln
Hong Kong

Dragon Yu Bag Mfg. Co., Ltd.
c/o Pryor Cashman LLP
Attn: Ronald S. Beacher
7 Times Square
New York, NY 10036

| | | |
|---|---|---|
| Dreamtex Co Ltd<br>3 212-13 Kuro Dong Kuro Ku<br>Seoul<br>South Korea | Druthers, LLC<br>592 Johnson Ave Druthers Studio<br>Brooklyn, NY 11237 | Duff And Phelps LLC<br>12595 Collections Center Dr<br>Chicago, IL 60693 |
| Dxp Enterprises Inc<br>P.O. Box 840511<br>Dallas, TX 75284-0511 | Eatel Corp LLC<br>P.O. Box 919251<br>Dallas, TX 75391-9251 | Eclat Textile Co Ltd<br>No 28 Wu Chuan Rd<br>New Taipei City,<br>Taiwan |
| Elite World Group LLC<br>Attn: Ayisha Alvi Morgan<br>55 Hudson Yards, 3rd Fl<br>New York, NY 10001 | Emaint Enterprises LLC<br>438 N Elmwood Rd<br>Marlton, NJ 08053 | Emed Co Inc<br>39209 Treasury Center<br>Chicago, IL 60694-9200 |
| Emergent365 Inc<br>333 Bloomfield Ave, Ste 202<br>Caldwell, NJ 07006 | Empire Office Inc<br>Gpo P.O. Box 27752<br>New York, NY 10087-7752 | Engie Insight Services Inc<br>Attn: Christine Uri<br>1313 N Atlantic, Ste 5000<br>Spokane, WA 99201 |
| Enkay Exports India Ltd<br>Attn: Ashish Jain<br>C94, C134 To C138 Epip<br>Shastripuram Agra, 282007<br>India | | Entourage Flooring Inc<br>196 W Lindsley Rd<br>Cedar Grove, NJ 07009 |
| Entrepreneurial Scotland<br>199 Cathedral St<br>Glasgow, G4 0QU<br>United Kingdom | Eps Trading Limited<br>799 Hulan Rd Bldg 14, Ste A101<br>Shanghai, 200431<br>China | Equilar Inc<br>1100 Marshall St<br>Redwood City, CA 94063 |
| Eri.Inc<br>1316 6th St, Ste 103<br>Nevada, Ia 50201 | Erica Mccartney<br>58 Concourse East<br>Brightwaters, NY 11718 | Ernest Schaefer Inc<br>Attn: Ernest Schaefer III<br>731 Lehigh Ave<br>Union, NJ 07083-7626 |
| Esquel Enterprises Ltd<br>25 Harbour Rd<br>Wanchai,<br>Hong Kong | Everbloom<br>214 Main St 276<br>El Segundo, CA 90245 | Everest Textile Co Ltd<br>3/F No 168 Tung Hwa North Rd<br>Taiwan |
| Express Services Inc<br>P.O. Box 535434<br>Atlanta, GA 30353-5434 | Exxon Mobil<br>P.O. Box 78001<br>Phoenix, AZ 85062-8001 | Fabscrap Inc<br>P.O. Box 7559<br>New York, NY 10150 |

| | | |
|---|---|---|
| Factotum Fotographik<br>Attn: John Ciombor<br>48 Fairmount Ave<br>N Arlington, NJ 07031 | Fair Harbor Clothing Inc<br>6 Glenn Rd<br>Larchmont, NY 10538 | Far East Network Hk Ltd<br>160 Gloucester Rd<br>Wan Chai,<br>Hong Kong |
| Farah Pidgeon<br>1150 Gresham Rd<br>Plainfield, NJ 07062 | Farmers Market Self St<br>111 the Grove Dr<br>Los Angeles, CA 90036 | Faye Webster LLC<br>Attn: Faye Webster<br>218 Powell St Se<br>Atlanta, GA 30316 |
| Filpucci Spa<br>Attn: Federico Goaltieri<br>Capalle Campi Bisenzio, 50013<br>Italy | Fio International<br>No 737 Qiaoxing Ave Shatou St<br>Guangzhou City Panyu, 511400<br>China | Flying Cloud Universal LLC<br>Attn: Sam Owens<br>360 Furman St 829<br>Brooklyn, NY 11201 |
| Ford Models Inc<br>Attn: Tom Mcdermott<br>850 W Jackson Blvd, Ste 410<br>Chicago, IL 60607 | Formostar Garment Co Ltd<br>No 90 Sec 1 Sintai Wu Rd<br>New Taipei City, Tpe<br>Taiwan | Fortune Global (Hk) Ltd<br>18 Sung On St<br>Hung Hom<br>Hong Kong |
| Fountain Set Limited<br>29-39 Kwai Cheong Rd<br>Kwai Chung Hong Kong,<br>Hong Kong | Four Corners Media<br>275 Conover St, Ste 4P<br>Brooklyn, NY 11231 | Fourlaps LLC<br>110 E 25th St<br>New York, NY 10010 |
| Francois Leroy L'Atelier Inc<br>424 Broadway, Ste 601<br>New York, NY 10013 | Frank Reps<br>103 E Broadway, 4th Fl<br>New York, NY 10002 | Frog Company Ltd<br>Attn: Jusung Kim<br>67 Seongmisan-Ro, Mapo-Gu<br>Seoul<br>South Korea |
| Fusion Modeling Agency LLC<br>101 N 10th St 301<br>Brooklyn, NY 11249 | Futurite International Co Ltd<br>Attn: Andrew Tsang<br>8 Fl, No 651-9<br>Zhongzheng Rd, Xinzuang District<br>New Taipei City, 24257<br>Taiwan | G&G Cleaners &Tailors LLC<br>46 Grand St<br>New York, NY 10013 |
| Generation<br>20 W 20 St, Ste 1008<br>New York City, NY 10011 | Global Equipment Co<br>29833 Network Pl<br>Chicago, IL 60673-1298 | Goop Inc<br>212 26th St, Ste 206<br>Santa Monica, CA 90402 |
| Grace Smith House Inc<br>1 Brookside Ave<br>Poughkeepsie, NY 12601 | Grande Communications<br>P.O. Box 679367<br>Dallas, TX 75267-9367 | Gxs Inc<br>9711 Washingtonian Blvd, Ste 700<br>Gaithersburg, MD 20878 |

H Wear Limited
Attn: Kadher Batcha
Rm No 1319 - 610 Nathan Rd - Mongkok
Kowloon, Hong Kong

H&M Pallet
P.O. Box 402
Leicester, NC 28748

Haining Joyway Trade Co Ltd
Haizhou St
Haining City Zhejiang Chian, 314400
China

Halley Resources Inc
208 W 29th St, Rm 609
New York, NY 10001

Hantrade Yarn&Piece Goods Ltd
9 Cheung Yee St, Unit A, 9/F
Kin Yip Plaza
Lai Chi Kok Kowloon
Hong Kong

Hargray Communications
P.O. Box 100116
Columbia, SC 29202-3116

Hatteras Press Inc
56 Park Rd
Tinton Falls, NJ 07724

Haus Interior LLC
190 Bedford Ave, Ste 89
Brooklyn, NY 11249

Hc2 Inc
360 Lexington Ave, 11th Fl
New York, NY 10017

Heads Up International Corp
Attn: Yi Kai Chiu
No.12-1, 31Rd Taichung Industrial Park
Taichung 40768
Taiwan

Hedy Limited
Flat A, 11/F Dragon Industrial Building
93 King Lam Street, Cheung Sha Wan
Kowloon, Hong Kong
China

Heymamaco Inc
97 N 10th St, 2nd Fl
Brooklyn, NY 11211

Home Depot
254 Larkin Dr
Monroe, NY 10950

Hongkong Rise Forever Co Ltd
89 KINGS ROAD
HONG KONG
HK

HONGKONG SALES LTD (Knitwear) Ltd.
Attn: Cheng Ching
5/F, Century Centre, 44-46 Hung To Rd
Kwun Tong, Kowloon
Hong Kong, China

Hotwire Business Solutions
P.O. Box 57330
Philadelphia, PA 19111-7330

Hti Corp
12 Digital-Ro 22 Gil Guro-Gu
Seoul, 152-769
South Korea

Huaren Linen Hk Co Ltd
Unit 16/F Treasure Centre
42 Hung To Rd
Kwun Tong, Kln,
Hong Kong

Hybrid Promotions LLC
10711 Walker St
Cypress, CA 90630

Icr LLC
761 Main Ave
Norwalk, CT 06851

Ihealth Labs Inc
719 N Shoreline Blvd
Mountain View, CA 94043

Illustration Division Inc
1123 Broadway, Ste 807
New York, NY 10011

IMG Models, LLC
Attn: Courtney Braun
9601 Wilshire Blvd
Beverly Hills, CA 90210

IMG Models, LLC
c/o Endeavor
Attn: Courtney Braun
9601 Wilshire Blvd
Beverly Hills, CA 90210

In Style Usa Inc
307 W 36th St
New York, NY 10018

| | | |
|---|---|---|
| Indeed Inc<br>P.O. Box 660367<br>Dallas, TX 75266-0367 | Indra Larssen LLC<br>228 Park Ave S, Ste 34985<br>New York, NY 10003 | Industrial Battery<br>P.O. Box 63369<br>Charlotte, NC 28263-3369 |
| Industrial Textil De Puebla<br>Calle C No 11<br>Parque Industrial Puebla 2000<br>Mexico | Intelligrated Systems LLC<br>7901 Innovation Way<br>Mason, VA 45040-9498 | Intifil Spa<br>Attn: Herbert Spani<br>Neuhofstrasse 10<br>Schindellegi, CH-8834<br>Switzerland |
| Iris Kim<br>164 Pine St<br>New Hyde Park, NY 11040 | Irl Systems Inc<br>1650 Bath Ave<br>Brooklyn, NY 11214 | Isa Tapia<br>611 Broadway, Ste 818<br>New York, NY 10012 |
| J T Magen & Company Inc<br>44 W 28th St, 11th Fl<br>New York, NY 10001 | Jag Models Inc<br>154 W 14th St, 2nd Fl<br>New York, NY 10011 | Jc Rennie & Co Ltd<br>Milladen Mill<br>Mintlaw Aberdeenshire, AB42 5DF<br>United Kingdom |
| Jennifer Riggs<br>3607 W Clement Rd<br>Boise, ID 83704 | Jiangsu Guotai Huasheng<br>16/F-22/F,Guotai New Century Sq, No 125<br>Middle Renmin Rd<br>China | Jiangsu Soipoi Co Ltd<br>No 113 Shazhou W Rd<br>Zhangjiagang, 100 215600<br>China |
| Jk Sourcing Company Limited<br>29 Tai Yau St, Ste 1407<br>San Po Kong, Kln<br>Hong Kong | John Scott Gilbreath<br>20 Exchange Pl 2507<br>New York, NY 10005 | Joseph Williams<br>331 Summer St, Unit 1<br>Somerville, MA 02144 |
| Js Reps Corp Dba Art Department<br>Attn: Yvette Marie Ellis<br>71 W 23rd St, Ste 302<br>New York, NY 10010 | Katrina Dickson<br>3245 W Casitas Ave 116<br>Los Angeles, CA 90039 | Katsu New York LLC<br>350 5th Ave, 7th Fl<br>New York, NY 10118 |
| Keane<br>450 7th Ave, Ste 1707<br>New York, NY 10123 | Kent Knitters Ltd<br>12 Ng Fong St<br>San Po Kong, Kowloon<br>Hong Kong | Kingstex Industries Limited<br>Unit 2, 4/F, Henley Industrial Centre,<br>9-15 Bute St<br>Mongkok, Kowloon,<br>Hong Kong |
| Kneeland Co LLC<br>Attn: Joanna Williams<br>1405 Macbeth St<br>Los Angeles, CA 90026 | Knock Out Media LLC<br>Attn: Anthony DePasquale<br>32 Lakeside Dr<br>Weston, CT 06883 | Kollektiv Management LLC<br>Attn: Susannah Hooker<br>25 Bruckner Blvd<br>Bronx, NY 10454 |

Kong Fong Textile Group Co Ltd
Attn: David Chang
No 1471 Gumei Rd, Ste 305
Shanghai 201102
China

Kore Swim LLC
1323-A E St Gertrude Pl
Santa Ana, CA 92705

Kurabo Industries Ltd
2-4-31 Kyutaro-Machi
Chuo-Ku Osaka, 5418581
Japan

L&M Architectural Graphics Inc
20 Montesano Rd
Fairfield, NJ 07004

Lai Tak Enterprises Limited
Attn: Cathy Lam
32/F, Enterprise Sq 3
39 Wang Chiu Rd, Kowloon Bay
Hong Kong

Lalaland Artists LLC
548 W 28th St, Ste 640
New York, NY 10001

Lasalle Solutions
9550 W Higgins Rd, Ste 600
Rosemont, IL 60018

Lds Spa
Prato, 59100
Italy

Lee Meirowitz
30 Main St, Apt 7G
Brooklyn, NY 11201

Lily Torch LLC
671 Watson Hollow Rd
West Shokan, NY 12494

Loro Piana Spa
108 W 39th St
New York, NY 10018

Lowe And Co
3435 E Thousand Oaks Blvd
Thousand Oaks, CA 91359

Lowes Of Brooklyn 1674
118 2nd Ave
Brooklyn, NY 11215-3811

Lu Thai Textile Co Ltd
No97 Songling E Rd
Zichuan Zibo, 120
China

Lunya Company
1032 Broadway
Santa Monica, CA 90401

M And V Macao Commercial Offshore Limited
Attn: Ben Lo
Avenida D Priaia Grande, No 599
Edif, Comerical Rodriques 11 C
Macao 99907
Macao

Mabel Dubuk
15810 3rd Ave Se
Bothell, WA 98012

Made Modern LLC
1527 Franklin Ave, Ste Ll-1
Mineola, NY 11501

Magazijn De Bijenkorf Bv
Haaksbergweg 34
Amsterdam, 1101 Bx
Netherlands

Magazine zum Globus AG
Lintheschergasse 7
Zurich, 8001
Switzerland

Man Yan Garment Textiles Company Limited
c/o Mayer Brown LLP
Attn.: Joaquin M. C de Baca
1221 Ave of the Americas
New York, N 10020-1001

Manifattura Di Carmignano S.R.L.
Attn: Tempesti Filippo
Fausto Coppi 2 St
Agliana, Pistoia 51031
Italy

Manteco Spa
59013 MONTEMURLO - PRATO
ITALY

Marilyn Agency Sas
11 Rue Portefoin
Paris, 75003
France

Marissa Baca
1720 Palmetto St, Apt 2L
Ridgewood, NY 11385

Marzotto Lab SLT - Tessuti Di Sondrio Division
Largo Santa Margherita, 1
Valdagno, VI 36078
Italy

Mats Inc
179 Campanelli Pkwy
Stoughton, MA 02072

MB Haynes Corporation
c/o Smith Terry Law
Attn: W. James Johnson
21 Battery Park Ave, Ste 201
Asheville, NC 28801

Melinda Maria Designs
740 N La Brea Ave
Los Angeles, CA 90038

Melissa Joy Manning
1827 5th St, Ste B
Berkeley, CA 94710

Michael Fine
438 Sackett St 2
Brooklyn, NY 11231

Milk Management Limited
Attn: Chris Purvis
40-44 Newman St
London, W1T 1
United Kingdom

Minnow Swim
108 Live Oak Dr
Mount Pleasant, SC 29464

Minoa Jewelry Co Ltd
Attn: Steve Rhee
No1 Youhe Dadao, Youche Gongyeyuan
Tongji St, Jimo
Qingdao
China

Mission Media Usa Inc
123 Lafayette St, 4th Fl
New York, NY 10013

Modern Weaving
320 Crane Blvd
Los Angeles, CA 90065

Moloco LLC
144 N 7th St 515
Brooklyn, NY 11249

Msds Online Inc
27185 Network Pl
Chicago, IL 60673-1271

Msjc Development Co Ltd
15F/A, Fortune Plz
86 Guang An St
Shijiazhuang, 60 50011
China

Myriad Supply Company LLC
22  W 19th St, 4th Fl
New York, NY 10011

Nanotouch Retail Store
Attn:  Accounting
1053 East London Park Drive
Forest, VA 24551

Natalie Martin Collection LLC
804 N La Cienega Blvd
Los Angeles, CA 90069

National Forest Foundation
Bldg 27, Ste 3 Fort Missoula Rd
Missoula, MT 59804

Native Union
7365 Commercial Way, Ste 115
Henderson, NV 89011

Neo Haijoo Co Ltd
136-138 Austin Rd
Kowloon,
Hong Kong

Nest Inc
501 5th Ave 1608
New York, NY 10017

Nestle Waters
P.O. Box 856158
Louisville, KY 40285-6158

New Balance Athletic Shoe Inc
P.O. Box 415206
Boston, MA 02241-5206

New Made La
134 Glendale Blvd
Los Angeles, CA 90026

New Tex Co Ltd
Attn: Jean Zeng
3F No 97, Xinpu 6th St
Taoyuan City, Taiwan 33044

Next Management LLC
Attn: Milie Pellet
15 Watts St, Fl 7
New York, NY 10013

Ningbo Zhongxin Wool Textile
No 288 Juyuan Rd Luotuo St
Zhenhai Ningbo, 315202
China

Noa Brands America Inc
Attn: Rico Sandoval
1460 Overlook Dr
Lafayette, CO 80026

| | | |
|---|---|---|
| Northern Indiana Public Services Company<br>Attn: Laura Rosenthal<br>801 E 86th Ave<br>Merrillville, IN 46410 | Novesta<br>1133 Cecile Dr<br>Port Moody, BC V3H 1M8<br>Canada | Nu Order Inc<br>Attn: Katerina Minevich<br>1901 Ave of the Stars<br>175M<br>Los Angeles, CA 90067 |
| Office Universe<br>745 Summa Ave<br>Westbury, NY 11590 | Ohlsson Model & Talent<br>P.O. Box 2165<br>Milwaukee, WI 53201 | Okabashi Brands Inc<br>P.O. Box 150648<br>Ogden, UT 84415 |
| Omega Models<br>15 Rendezvous Ridge East<br>Christ Church, BB15028<br>Barbados | Onia LLC<br>10 E 40th St, 37th Fl<br>New York, NY 10016 | Orient Craft Ltd<br>Lot No 80P, Sector-34<br>Near Hero Honda Chowk<br>Gurgagon, 7 122001<br>India |
| Orion Retail Services & Fixturing<br>270 Jenckes Hill Rd<br>Smithfield, RI 02917 | Pager Duty Inc<br>600 Townsend St, Ste 200<br>San Francisco, CA 94103 | Pantone Inc<br>P.O. Box 74008781<br>Chicago, IL 60674-8781 |
| Paperg Inc<br>350 Sansome St, Ste 815<br>San Francisco, CA 94101 | Paqueta Calcados LTDA<br>Reed Smith LLP<br>Attn: Jason D. Angelo<br>1201 N. Market St, Ste 1500<br>NEW YORK, NY 10018 | Par Marr And Associates LLC<br>525 Broadhollow Rd, Ste 104<br>Melville, NY 11747 |
| Paravel Inc<br>237 32nd St<br>New York, NY 10016 | Partners And Spade LLC<br>324 Lafayette St, 2nd Fl<br>New York, NY 10012 | Patt'Touch<br>2 Rue De La Forge<br>Pinaud Saint Denis De Pile, 33910<br>France |
| Paulmann Enterprises LLC<br>6278 N Federal Hwy, Ste 187<br>Fort Lauderdale, FL 33308 | Paypal<br>2211 N 1st St<br>San Jose, Ca 95131<br>San Jose, CA 95131 | Pehr Designs Inc<br>320 Davenport Rd, Ste 300<br>Toronto, ON M5R 1K6<br>Canada |
| Permit Advisors Inc<br>8370 Wilshire Blvd, Ste 330<br>Beverly Hills, CA 90211 | Petite Aj Inc<br>1240 S Boyle Ave<br>Lps Angeles, CA 90023 | Phoenx Fibers<br>400 E Ray RD<br>Chandler, AZ 85225-7169 |
| Pierpass LLC<br>100 Ocean Gate, Ste 410<br>Long Beach, CA 90802 | Pinori Filati Spa<br>Prato, 59100<br>Italy | Plantscaping Inc<br>1865 E 40th St<br>Cleveland, OH 44103 |

| | | |
|---|---|---|
| Pool 28 LLC<br>272 Kripplebush Rd<br>Accord, NY 12404 | Pr Newswire Assoc.Llc<br>Attn: Jay Gerber<br>200 Vesey St<br>New York, NY 10080 | Pro Sports Giao Thuy JSC<br>Attn: Chinthaka Ranasinghe<br>4A Area Ngo Dong Town<br>Vietnam 10000<br>Vietnam |
| Procquisto LLC<br>2 Winged Foot Dr<br>Larchmont, NY 10538 | Pulse Publishing Adminstration LLC<br>16130 Ventura Blvd, Ste 310<br>Encino, CA 91436 | Purgo Jewelry Hk Co Ltd<br>Attn: Yunkyung Park<br>Unit L, 9/F,Block 1<br>Kin Ho Industrial Building<br>Fotan, Hong Kong<br>China |
| Putting Me Together<br>2367 Salisbury Dr<br>San Diego, CA 92123 | Qingdao Moda Jewelry Co Ltd<br>Attn: HyungSuk Kim<br>Dong Liu Ting Gong Ye Yuan, Li Yang Lu Nan<br>Chengyang, Qingdao, 266109<br>China | Qingdao Semyung Jewelry Co Ltd<br>Beibu Gongyeyuan Gumiaotoucun<br>Chengyang Qingdao,<br>China |
| Quiznos<br>18013 Forest Rd, Ste A01<br>Forest, VA 24551 | Raab & Raab Inc<br>704 228th Ave NE 451<br>Sammamish, WA 98074 | Raen Optics LLC<br>1722 South Coast Hwy<br>Oceanside, CA 92054 |
| Rainbow Textiles Inc<br>1-9-1 Edobori Nishi-Ku<br>Osaka 550-0002,<br>Japan | Rcpi Cleaning Services LLC<br>P.O. Box 30156<br>New York, NY 10087-0156 | Red Model Management<br>302 W 37th St, 3rd Fl<br>New York, NY 10018 |
| Red Wing Brands Of America<br>24062 Network Pl<br>Chicago, IL 60673-1240 | Retail Value Investment Program<br>Dept 102728209703392<br>P.O. Box 92361<br>Cleveland, OH 44193 | Retrosuperfuture Inc<br>3531 Sunset Blvd<br>Los Angeles, CA 90026 |
| Reusable Transport Packaging<br>172 13th St North<br>St Petersburg, FL 33705 | Revere Paper Products Corp<br>76 Passaic St<br>Wood Ridge, NJ 07075 | Riches Galore Ltd<br>c/o PT Golden Flower<br>Attn: Uday Nair<br>Jalan Karimunjawa DS<br>Gedang Anak Ungarian<br>Semarang, Indonesia 50159 |
| Rise Smart Inc<br>55 Almaden Blvd, Ste 800<br>San Jose, CA 95113 | Riverside Tool And Dye<br>1110 E Columbia Ave<br>Philadelphia, PA 19125 | Ropa Siete Leguas Inc<br>1831 E Mills Ave<br>El Paso, TX 79901 |
| Rough Trade Retail LLC<br>64 N 9th St<br>Brooklyn, NY 11249 | Rug Renovating Co Inc<br>532 N Grove St<br>East Orange, NJ 07017 | Rwp Solutions<br>295 Madison Ave, 16th Fl<br>New York, NY 10017 |

Safety-Kleen/Clean Harbors
Attn: Kristine Anderson
600 Longwater Dr
P.O. Box 9149
Norwell, MA 02061

Sage Law Group LLC
3100 Arapahoe Ave, Ste 120
Boulder, CO 80303

Sannam S4 Limited
6 Nehru Pl, 3rd Fl
New Delhi, 110019
India

Sas Graphic Supply
52 Fadem Rd
Springfield, NJ 07081

Sasha + Lucca
650 6th Ave, Apt 4H
New York, NY 10011

Scandata Systems Inc
288 North Rd
Milton, VT 05468

Schwinghammer Lighting Inc
335 W 38th St
New York, NY 10018

Second Productions LLC
4 Hope St, Apt 2
Brooklyn, NY 11211

Semrush Inc
7 Neshaminy Interplex, Ste 301
Trevose, PA 19053-6975

Servizi E Seta
Occhieppo Superiore, Bi 13898
Italy

Seth William Farbman
25 Shore Dr
Larchmont, NY 10538

Seven Hundred Realty Corp
Attn: Jay Goldman
15499 W Dixie Hwy
N Miami Beach, FL 33162

Sgt Limited
37-39 Hung To Rd
Kwun Tong, Kln
Hong Kong

Shaoxing Keqiao Susan Textile Co
Wonder Plz Keqiao
Shaoxing, 130
China

Shinkong Textile Co Ltd
Attn: David Chiu
11F, No 123, Sec 2 Nanking E Rd
Taipei, Taiwan 10485

Sila Studios Inc
26 Kane Pl, Apt 2
Brooklyn, NY 11233

Soila Aguilar
El Maestro Ita Barcenas
Villa Neuva,
Guatemala

Soko
10 Arkansas St, Ste A
San Francisco, CA 94107

Source Intelligence
1921 Palomar Oaks Way 205
Carlsbad, CA 92008

Southern Elevator Company, Inc.
Attn: Allison Seigler
130 O'Connor St
Greensboro, NC 27406

Specialty Exterminating Co Inc
5086 South Amherst Hwy
Madison Heights, VA 24572

Springtex Ltd
28 Queens Rd
Central
Hong Kong

Standard Parking Corp
8391 Collection Center Dr
Chicago, IL 60693

Staples Contract&Commercial Inc
P.O. Box 64935
Baltimore, MD 21264-4935

Storq Inc
3330 20th St
San Francisco, CA 94110

Styles Manufacturing Corp
3571 Hargale Rd
Oceanside, NY 11572

| | | |
|---|---|---|
| Sujean Rim<br>33 WINDMILL ROAD<br>ARMONK, NY 10504 | Summer Tran Beauty LLC<br>45 W 67th St, Apt 17D<br>New York, NY 10023 | Sunbelt Rentals Inc<br>P.O. Box 409211<br>Atlanta, GA 30384-9211 |
| Sunline Sankei Yokohama<br>171 Hoi Bun Rd<br>Kwun Tong, Kln<br>Hong Kong | Suzhou Ao Zhi Bao Textile Co Ltd<br>Zhen Ze Town<br>Wujiang, 100<br>China | Suzhou Jctex Co Ltd<br>Attn: Kevin Xia<br>3F, Block 2, No 29, XiXia Rd<br>WuZhong District<br>SuZhou, JiangSu, China 215104 |
| Suzhou Jctex Co Ltd<br>Attn: Wendy Wang<br>3F, Block 2, No 29, XiXia Rd<br>WuZhong District, SuZhou,<br>JiangSu, China 215104 | Tai Nan Textiles Limited<br>34 Tai Yau St<br>San Po Kong,<br>Hong Kong | Tai Shingtex (Hong Kong) Company Limited<br>Attn: Thomas Lau<br>Flat B, 12 Fl, Hop Lung Factory Bldg<br>1 Mong Lung St, Shau Kei Wan<br>Hong Kong |
| Talent Force<br>P.O. Box 95072<br>Chicago, IL 60694-5072 | Talisman Ltd<br>Attn: Ripon Kumar Chowdhury<br>Plot 7-10 & 13-16<br>Depz Extension Area<br>Ganakbari<br>Savar, Dhaka 1349, Bangladesh | Tara Rehak Productions<br>301 Grand St, Unit B<br>Jersey City, NJ 07302 |
| Target<br>1000 Route 66, Unit E<br>Ocean, NJ 07712 | Taylor James LLC<br>Attn: Accounts Receivable<br>200 E Grayson St, Ste 112<br>San Antonio, TX 78215 | TCH Textiles and Accessories Ltd<br>Attn: Cyrus Leung<br>25-27 Luk Hop St<br>San Po Kong, Kln<br>Hong Kong |
| Tessuti Di Sondrio<br>Largo Santa Margherita 1<br>Valdagno, Vi 36078<br>Italy | Tex Link Enterprises Ltd<br>Attn: Cheung Kee Kit<br>Rm 22098, 22 Fl B Bldg, Wonder Plz<br>Keqiao, Shaoxing, Province Du Zhejiang<br>312000<br>China | TFP1 Inc dba Total Fire Protection<br>Attn: Grace Skidell<br>5322 Ave N<br>Brooklyn, NY 11234 |
| | Th Productions<br>599 Broadway, 10th Fl<br>New York, NY 10012 | The Laundress Inc<br>247 W 30th St, Ste 7F<br>New York, NY 10001 |
| Thelma<br>1012 Saint Andrews Blvd, Unit B<br>Charleston, SC 29407 | Thomson Insource<br>33317 Treasury Center<br>Chicago, IL 60694-3300 | Three Potato Four LLC<br>300 Pennell Rd, Ste 100<br>Media, PA 19063 |
| Thrive Mes LLC<br>134 W S Boundary St<br>Perrysburg, OH 43551 | TIANHAI LACE CO LTD<br>Attn: Bob Wong<br>No 213 Lianguang Rd<br>Economic and Technological Development District<br>Guangzhou 190<br>China | Tlf Kathryns Flower<br>3261 FORT AVENUE<br>LYNCHBURG,, PA 24501 |

| | | |
|---|---|---|
| Tocu Xiv LLC<br>200 River Market Ave, Ste 500<br>Little Rock, AR 72202 | Tollegno 1900 Spa<br>Attn: Massitlo Ricino<br>Tollegno, BI 13818<br>Italy | Topo Designs LLC<br>2399 Blake St, Ste 125<br>Denver, CO 80205 |
| Trace Staffing Solutions LLC<br>6001 Chatham Center Dr St 300<br>Savannah, GA 31405 | | Transpeed Trading Limited<br>Attn: Cheng Tai Shing<br>Flat D, 18/F, Waylee Industrial Centre<br>30-38 Tsuen King Circuit, Tsuen Wan<br>Hong Kong, China |
| Tung Hang Handbag Factory Ltd<br>Attn: So Ming Lung<br>Rm 1006, Yen Sheng Ctr<br>64 Hoi Yuen Rd<br>Kwun Tong, Howloon<br>Hong Kong | Underbarres<br>1737 Riggs Pl Nw, Apt B<br>Washington, DC 20009 | United Fire Protection Corp<br>1 Mark Rd<br>Kenilworth, NJ 07033 |
| Unitika Trading Co Ltd<br>Attn: Yasuyuki Asada<br>5-7 Hommachi 2-Chome Chuo-Ku<br>Osaka 5410053<br>Japan | Upw Limited<br>833 Cheung Sha Wan Rd<br>Kowloon,<br>Hong Kong | US Apparel & Textiles (Pvt.) Ltd.<br>c/o Greenberg Traurig, LLP<br>Attn: Nathan A. Haynes<br>The MetLife Building<br>200 Park Ave<br>New York, NY 10166 |
| | Vc Tours Inc<br>Attn:  Accounting<br>235 Park Ave S<br>New York,  NY  10003-1405 | Veja Fair Trade<br>13 Rue De La Cerisaie<br>Paris, 75011<br>France |
| Veracity Networks<br>170 Election Rd, Ste 200<br>Draper, UT 84020-6420 | Verifone Inc<br>4060 Solutions Center<br>Chicago, IL 60677 | Viacom International Inc<br>P.O. Box 412276<br>Boston, MA 02241-2276 |
| Visionland Co Ltd<br>131 Toegye-Ro<br>Jung-Gu Seoul, 04537<br>South Korea | Vitale Barberis Canonico Spa<br>Pratrivero, Bi 13832<br>Italy | W&P Design<br>52 Mercer St, 3rd Fl<br>New York, NY 10013 |
| Walmart.Com<br>702 SW 8th St<br>Bentonville, AR 72716 | Western Management Group<br>237  W Main St<br>Los Gatos, CA 95030-6818 | Wgsn Inc<br>229  W 43rd St, 7th Fl<br>New York, NY 10036 |
| Williamsburg Portfolio Holdings<br>600 Washington Ave, Ste 1100<br>St Louis, MO 63101 | Winter Beach Productions<br>3711 Madison Ave<br>Brookfield, IL 60513 | Wip Wholesale LLC<br>5903 Westside Ave<br>North Bergen, NJ 07047 |

| | | |
|---|---|---|
| Wp Lavori In Corso Srl<br>Bologna, 40129<br>Italy | Wuxi Dongzhou Textile Co Ltd<br>No 15 Xinshi Rd<br>Wuxi City, 100 214000<br>China | Yakjin Trading Corp<br>Wiryeseong-Daero 138 Songpa-Gu<br>Seoul, 138-834<br>South Korea |
| Yj Global Co Ltd<br>401 Yangcheon-Ro Gangseo-Gu<br>Seoul Republic of Korea,<br>South Korea | Zhejiang Xinao Textiles Inc<br>No 48 Zhenzhi St<br>Tongxiang, 130<br>China | Zoom Video Communications Inc<br>P.O. Box 398843<br>San Francisco, CA 94139-8843 |